## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEBRASKA

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| GORDMANS STORES, INC., et al.,[1] | ) | Case No. 17-80304 (TLS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

## GLOBAL NOTES, METHODOLOGY AND SPECIFIC
## DISCLOSURES REGARDING THE DEBTORS' SCHEDULES OF
## ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

### Introduction

Gordmans Stores, Inc.; Gordmans, Inc.; Gordmans Management Company, Inc.; Gordmans Distribution Company, Inc.; Gordmans Intermediate Holdings Corp. and Gordmans LLC (collectively, the "**Debtors**") with the assistance of their advisors, have filed their respective Schedules of Assets and Liabilities (the "**Schedules**") and Statements of Financial Affairs (the "**Statements**," and together with the Schedules, the "**Schedules and Statements**") with the United States Bankruptcy Court for the District of Nebraska (the "**Bankruptcy Court**"), pursuant to section 521 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

These *Global Notes, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "**Global Notes**") pertain to, are incorporated by reference in, and comprise an integral part of each Debtor's Schedules and Statements.  The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("**GAAP**"), nor are they intended to be fully reconciled with the financial statements of each Debtor (whether publically filed or otherwise).  Additionally, the Schedules and

---

[1]     The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, include:  Gordmans Stores, Inc. (1987); Gordmans, Inc. (1211); Gordmans Management Company, Inc. (5281); Gordmans Distribution Company, Inc. (5421); Gordmans Intermediate Holdings Corp. (9993); and Gordmans LLC (1987).  The location of the debtors' service address is:  1926 South 67th Street, Omaha, Nebraska 68106.

Statements contain unaudited information that is subject to further review and potential adjustment, and reflect the Debtors' reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.

In preparing the Schedules and Statements, the Debtors relied upon information derived from their books and records that was available at the time of such preparation. Although the Debtors have made reasonable efforts to ensure the accuracy and completeness of such financial information, inadvertent errors or omissions, as well as the discovery of conflicting, revised, or subsequent information, may cause a material change to the Schedules and Statements.

The Debtors and their officers, employees, agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided in the Schedules and Statements and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained in the Schedules and Statements.  Except as expressly required by the Bankruptcy Code, the Debtors and their officers, employees, agents, attorneys, and financial advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided in the Schedules and Statements or to notify any third party should the information be updated, modified, revised, or re-categorized.  The Debtors, on behalf of themselves, their officers, employees, agents, and advisors disclaim any liability to any third party arising out of or related to the information contained in the Schedules and Statements and reserve all rights with respect thereto.

The Schedules and Statements have been signed by an authorized representative of each of the Debtors.  In reviewing and signing the Schedules and Statements, this representative relied upon the efforts, statements, and representations of the Debtors' other personnel and professionals.  The representative has not (and could not have) personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors and their addresses.

## Global Notes and Overview of Methodology

1.    **Reservation of Rights**.  Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist.  The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to claim ("**Claim**") description, designation, or Debtor against which the Claim is asserted; dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any Claim.  Any failure to designate a Claim in the

Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtor against which the Claim is listed or against any of the Debtors. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtors' chapter 11 cases, including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination, recharacterization, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph. Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements.

A listing in the Schedules or Statements (including, without limitation, Schedule A/B, Schedule E/F or Statement 4) by the Debtors of any obligation between a Debtor and another Debtor is a statement of what appears in the Debtors' books and records and does not reflect any admission or conclusion of the Debtors regarding whether such amount would be allowed as a Claim or how such obligations may be classified and/or characterized in a plan of reorganization or by the Bankruptcy Court.

2.    **Description of Cases and "as of" Information Date**. On March 13, 2017 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On March 13, 2017, the Bankruptcy Court entered an order directing procedural consolidation and joint administration of the Debtors' chapter 11 cases [Docket No. 20].

   **The asset information provided in the Schedules and Statements, except as otherwise noted, represents the asset data of the Debtors as of the close of business on February 28, 2017, and the liability information provided herein, except as otherwise noted, represents the liability data of the Debtors as of the close of business on February 28, 2017.**

3.    **Net Book Value of Assets**. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations for all of their assets. Accordingly, unless otherwise indicated, the Debtors' Schedules and Statements reflect net book values as of the close of business on February 28, 2017**,** in the Debtors' books and records. Additionally, because the book values of certain assets, such as patents, trademarks, and copyrights, may materially differ from their fair market values, they may be listed

as undetermined amounts as of the Petition Date. Furthermore, as applicable, assets that have fully depreciated or were expensed for accounting purposes may not appear in the Schedules and Statements if they have no net book value.

4.    **Recharacterization**.  Notwithstanding the Debtors' reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors may, nevertheless, have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtors' businesses.  Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, redesignate, add, or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

5.    **Real Property and Personal Property–Leased**.  In the ordinary course of their businesses, the Debtors lease real property and various articles of personal property, including, fixtures, and equipment, from certain third-party lessors.  The Debtors have made reasonable efforts to list all such leases in the Schedules and Statements. The Debtors have made reasonable efforts to include lease obligations on Schedule D (secured debt) to the extent applicable and to the extent the lessor filed a UCC-1.  However, nothing in the Schedules or Statements is or shall be construed as an admission or determination as to the legal status of any lease (including whether to assume and assign or reject such lease or whether it is a true lease or a financing arrangement).

6.    **Excluded Assets and Liabilities**.  The Debtors have sought to allocate liabilities between the prepetition and post-petition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and post-petition periods may change.

The liabilities listed on the Schedules do not reflect any analysis of Claims under section 503(b)(9) of the Bankruptcy Code.  Accordingly, the Debtors reserve all of their rights to dispute or challenge the validity of any asserted Claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's Claim.

The Debtors have excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including, without limitation, accrued salaries, employee benefit accruals, and deferred gains.  In addition, certain immaterial assets and liabilities may have been excluded.

The Bankruptcy Court has authorized the Debtors to pay, in their discretion, certain outstanding Claims on a post-petition basis.  However, only prepetition liabilities related to ordinary course wages and compensation that have been paid post-petition have been excluded from the Schedules.

7.    **Insiders**.  Solely, for purposes of the Schedules and Statements, the Debtors define "insiders" to include the following:  (a) directors; (b) senior level officers; (c) equity holders holding in excess of 10% of the voting securities of the Debtor entities; (d) Debtor affiliates; and (e) relatives of any of the foregoing (to the extent known by the Debtors).   Correct Entities listed as "insiders" have been included for informational purposes and their inclusion shall not constitute an admission that those entities are insiders for purposes of section 101(31) of the Bankruptcy Code.

8.    **Intellectual Property Rights**.  The exclusion of any intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.  Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.

In addition, although the Debtors have made diligent efforts to attribute intellectual property to the rightful Debtor entity, in certain instances, intellectual property owned by one Debtor may, in fact, be owned by another Debtor.  Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all such intellectual property rights.

9.    **Executory Contracts and Unexpired Leases**.   Although the Debtors made diligent attempts to attribute executory contracts and unexpired leases to their rightful Debtors, in certain instances, the Debtors may have inadvertently failed to do so due to the complexity and size of the Debtors' businesses.

Moreover, other than real property leases reported in Schedule A/B Part 9, the Debtors have not necessarily set forth executory contracts and unexpired leases as assets in the Schedules and Statements, even though these contracts and leases may have some value to the Debtors' estates.  The Debtors' executory contracts and unexpired leases have been set forth in Schedule G.

10.   **Materialman's/Mechanic's Liens**.   The assets listed in the Schedules and Statements are presented without consideration of any materialman's or mechanic's liens.

11.   **Classifications**.  Listing a Claim or contract on (a) Schedule D as "secured," (b) Schedule E/F part 1 as "priority," (c) Schedule E/F part 2 as "unsecured," or (d) Schedule G as "executory" or "unexpired," does not constitute an admission by the

Debtors of the legal rights of the claimant, or a waiver of the Debtors' rights to recharacterize or reclassify such Claims or contracts or leases or to setoff of such Claims.

12. **Claims Description**.  Schedules D and E/F permit each Debtor to designate a Claim as "disputed," "contingent," and/or "unliquidated."  Any failure to designate a Claim on a given Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by that Debtor that such amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection.  Moreover, listing a Claim does not constitute an admission of liability by the Debtors.

13. **Causes of Action**.  Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third-parties as assets in the Schedules and Statements, including, without limitation, causes of actions arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers.  The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross-Claim, counter-Claim, or recoupment and any Claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law, or in equity, or pursuant to any other theory of law (collectively, "**Causes of Action**") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action.

14. **Summary of Significant Reporting Policies**.  The following is a summary of significant reporting policies:

    a. <u>Undetermined Amounts</u>.   The description of an amount as "unknown," "TBD" or "undetermined" is not intended to reflect upon the materiality of such amount.

    b. <u>Totals</u>.  All totals that are included in the Schedules and Statements represent totals of all known amounts.   To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

    c.    <u>Liens</u>.  Property and equipment listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

15.    **Estimates and Assumptions**.  Because of the timing of the filings, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities.  Actual amounts could differ from those estimates, perhaps materially.

16.    **Currency**.  Unless otherwise indicated, all amounts are reflected in U.S. dollars.

17.    **Intercompany.**  The listing in the Schedules or Statements (including, without limitation, Schedule A/B or Schedule E/F) by the Debtors of any obligation between a Debtor and another Debtor is a statement of what appears in the Debtors' books and records and does not reflect any admission or conclusion of the Debtors regarding whether such amount would be allowed as a Claim or how such obligations may be classified and/or characterized in a plan of reorganization or by the Bankruptcy Court.

18.    **Setoffs**.  The Debtors incur certain offsets and other similar rights during the ordinary course of business.  Offsets in the ordinary course can result from various items, including, without limitation, intercompany transactions, pricing discrepancies, returns, refunds, warranties, debit memos, credits, and other disputes between the Debtors and their suppliers and/or customers.  These offsets and other similar rights are consistent with the ordinary course of business in the Debtors' industry and are not tracked separately.  Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules, offsets are not independently accounted for, and as such, are or may be excluded from the Debtors' Schedules and Statements.

19.    **Global Notes Control**.  If the Schedules and Statements differ from these Global Notes, the Global Notes shall control.

<u>**Specific Disclosures with Respect to the Debtors' Schedules**</u>

**Schedule A/B**.  All values set forth in Schedule A/B reflect the book value of the Debtors' assets as of the close of business on February 28, 2017, unless otherwise noted below.  Other than real property leases reported on Schedule A/B Part 9, the Debtors have not included leases and contracts on Schedule A/B.  Leases and contracts are listed on Schedule G.

**Schedule A/B 3**.  Cash values held in financial accounts are listed on Schedule A/B 3 as of the close of business on March 12, 2017.  Details with respect to the Debtors' cash management system and bank accounts are provided in the *Debtors' Motion*

*for Authority to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Continue Intercompany Transactions* [Docket No. 5 ] (the "**Cash Management Motion**").

**Schedules A/B  15**.   Ownership interests in subsidiaries have been listed in Schedules A/B 15 as an undetermined amount because the fair market value of such ownership is dependent on numerous variables and factors and likely differs significantly from their net book value.

**Schedule A/B 55**.  The Debtors do not own any real property.  The Debtors have listed their real property leases in Schedule A/B 55. The Debtors' leasehold interests/improvements appear on Schedule A/B 50 as opposed to Schedule A/B 55.

**Schedule A/B 74 & 75**.  In the ordinary course of their businesses, the Debtors may have accrued, or may subsequently accrue, certain rights to counter-Claims, setoffs, refunds, or potential warranty Claims against their vendors.  Additionally, certain of the Debtors may be a party to pending litigation in which the Debtors have asserted, or may assert, Claims as a plaintiff or counter-Claims as a defendant. Because such Claims are potentially unknown to the Debtors and not quantifiable as of the Petition Date, they are not listed on Schedule AB 74 or 75. The Debtors' failure to list any contingent and/or unliquidated claim held by the Debtors in response to these questions shall not constitute a waiver, release, relinquishment, or forfeiture of such claim.

**Schedule A/B 77**. Private Label Card is the Debtors' credit card program and the Debtors recognize sales charged to the credit card at the point of sale and the record a receivable for charges made to the card. Further, the Debtors' accounts receivable is primarily consisting of non-trade accounts receivable. Accounts receivable do not include intercompany receivables.   Landlord receivable consists of the landlord's reimbursement for structural improvements and/or non-structural improvements.

**Schedule D**.  The Claims listed on Schedule D arose or were incurred on various dates; a determination of the date upon which each Claim arose or was incurred would be unduly burdensome and cost prohibitive.  Accordingly, not all such dates are included.  All Claims listed on Schedule D, however, appear to have been incurred before the Petition Date.

Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.   Except as specifically stated on Schedule D, real property lessors, utility companies, and other

parties that may hold security deposits have not been listed on Schedule D.  Nothing herein shall be construed as an admission by the Debtors of the legal rights of the claimant or a waiver of the Debtors' rights to recharacterize or reclassify such Claim or contract.

Moreover, the Debtors have not included on Schedule D parties that may believe their Claims are secured through setoff rights, letters of credit, surety bonds, or inchoate statutory lien rights.

**Schedule E/F part 2**.  The Debtors have used reasonable efforts to report all general unsecured Claims against the Debtors on Schedule E/F part 2, based upon the Debtors' books and records as of the Petition Date.

Determining the date upon which each Claim on Schedule E/F part 2 was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors do not list a date for each Claim listed on Schedule E/F part 2. Furthermore, claims listed on Schedule E/F part 2 may have been aggregated by unique creditor name and remit to address and may include several dates of incurrence for the aggregate balance listed.

Schedule E/F part 2 contains information regarding pending litigation involving the Debtors.  The dollar amount of potential Claims associated with any such pending litigation is listed as "undetermined" and marked as contingent, unliquidated, and disputed in the Schedules and Statements.  Some of the litigation Claims listed on Schedule E//F may be subject to subordination pursuant to section 510 of the Bankruptcy Code.  Schedule E/F part 2 also includes potential or threatened litigation claims.  Any information contained in Schedule E/F part 2 with respect to such potential litigation shall not be a binding representation of the Debtors' liabilities with respect to any of the potential suits and proceedings included therein. The Debtors expressly incorporate by reference into Schedule E/F part 2 all parties to pending litigation listed in the Debtors' Statements 7, as contingent, unliquidated, and disputed claims, to the extent not already listed on Schedule E/F part 2.

Schedule E/F part 2 reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases.  Such prepetition amounts, however, may be paid in connection with the assumption, or assumption and assignment, of executory contracts or unexpired leases.  Additionally, Schedule E/F part 2 does not include potential rejection damage Claims, if any, of the counterparties to executory contracts and unexpired leases that may be rejected.

In the ordinary course of business, the Debtors sells gift cards or provides refunds in the form of gift card, which are redeemable at any location without expiration and are accounted as a liability and booked to revenue when the gift card is used. The current balance for outstanding gift card is $3,365,988.55.  However, the

Debtors do not maintain gift card holder information on a creditor level and, as such, Claims of holders of gift cards are not included in Schedule E/F part 2.

In the ordinary course of business the Debtors operate a loyalty program, gRewards, and under the program, loyalty guests earn points toward reward certificates for a discount on future purchases.   There are approximately 5.0 million guests participating in the loyalty program.   However, the Debtors do not maintain loyalty guests information on a creditor level and, as such, Claims of holders of gRewards are not included in Schedule E/F part 2.

**Schedule G**.   Certain information, such as the contact information of the counter-party, may not be included where such information could not be obtained using the Debtors' reasonable efforts.   Listing or omitting a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is or is not an executory contract or unexpired lease was in effect on the Petition Date or is valid or enforceable.   Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal, and other miscellaneous rights.   Such rights, powers, duties, and obligations are not set forth separately on Schedule G.

Certain confidentiality and non-disclosure agreements may not be listed on Schedule G.

Certain of the contracts and agreements listed on Schedule G may consist of several parts, including, purchase orders, amendments, restatements, waivers, letters, and other documents that may not be listed on Schedule G or that may be listed as a single entry.   In some cases, the same supplier or provider appears multiple times on Schedule G.   This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such supplier or provider.   The Debtors expressly reserve their rights to challenge whether such related materials constitute an executory contract, a single contract or agreement or multiple, severable, or separate contracts.

The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents. Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.

In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their businesses, such as subordination, nondisturbance, and attornment agreements, supplemental agreements, settlement agreements, amendments/letter agreements, title agreements and confidentiality agreements. Such agreements may not be set forth on Schedule G.  Certain of the executory agreements may not have been memorialized and could be subject to dispute. Executory agreements that are oral in nature have not been included on the Schedule G.

**Schedule H**.  For purposes of Schedule H, the Debtors that are either the principal obligors or guarantors under the prepetition debt facilities are listed as Co-Debtors on Schedule H.  The Debtors may not have identified certain guarantees associated with the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements.

In the ordinary course of their businesses, the Debtors may be involved in pending or threatened litigation.  These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-Claims and counter-Claims against other parties.  Because the Debtors have treated all such Claims as contingent, disputed, or unliquidated, such Claims have not been set forth individually on Schedule H.  Litigation matters can be found on each Debtor's Schedule E/F part 2 and Statement 7, as applicable.

## Specific Disclosures with Respect to the Debtors' Statements

**Statement 3**.  Statement 3 includes any disbursement or other transfer made by the Debtors within 90 days before the Petition Date except for those made to insiders (which payments appear in response to Statement question 4), employees, and bankruptcy professionals (which payments appear in Statement 11 and include any retainers paid to bankruptcy professionals) (these are included in both places).  The amounts listed in Statement 3 reflect the Debtors' disbursements netted against any check level detail; thus, to the extent a disbursement was made to pay for multiple invoices, only one entry has been listed on Statement 3.  All disbursements listed on Statement 3 are made through the Debtors' consolidated cash management system maintained by Gordmans, Inc. and listed for that Debtor.

**Statement  4**.    Statement 4 accounts for a respective Debtor's intercompany transactions (these are only accounting balancing entries and no actual payments – we have not listed the purely accounting entries), as well as other transfers to insiders as applicable.  With respect to individuals, the amounts listed reflect the universe of payments and transfers to such individuals including compensation, bonus (if any), expense reimbursement, relocation reimbursement, and/or severance. Amounts paid on behalf of such employee for certain life and disability coverage has not been included.

The Debtors have included all consulting and payroll distributions and aggregate travel, entertainment, and other expense reimbursements, aggregated by date, made over the twelve months preceding the Petition Date to any individual that may be deemed an "Insider."

**Statement 7**.   Information provided in Statement 7 may not include every administrative agency proceeding open or closed during the relevant time period, as certain agency proceedings are quickly dismissed or settled for a nominal sum. Additionally, any information contained in Statement 7 shall not be a binding representation of the Debtors' liabilities with respect to any of the suits and proceedings identified therein.

**Statement 10**.   The Debtors occasionally incur losses for a variety of reasons, including theft and property damage.  The Debtors, however, may not have records of all such losses if such losses do not have a material impact on the Debtors' businesses or are not reported for insurance purposes.   The losses listed on Statement 10 are based on the estimated amounts currently owed and are not intended to be an admission of the amounts owed.

**Statement 11**.   Out of an abundance of caution, the Debtors have included payments to all professionals who have rendered any advice related the Debtors' bankruptcy proceedings in Statement 11.  However, it is possible that the disclosed fees also relate to other, non-bankruptcy related services and may include services rendered to other parties.

**Statement 26d.**   Certain of the Debtors are registrants with the Securities and Exchange Commission and file with such agency periodic financial reports on a consolidated basis. These reports also contain information about those Debtors' finances and are available publically through the Company's website. The Debtors have provided financial statements in the ordinary course of their businesses to numerous financial institutions, creditors, and other parties within two years immediately before the Petition Date.  Considering the number of such recipients, the Debtors have not disclosed any parties that may have received such financial statements for the purposes of Statement 26d.

**Statement 30**.   Unless otherwise indicated in a Debtor's specific response to Statement 30, the Debtors have included a comprehensive response to Statement 30 in Statement 4.#

Fill in this information to identify the case:

Debtor      Gordmans, Inc.

United States Bankruptcy Court for the:  DISTRICT OF NEBRASKA

Case number    17-80305
(if known)

☐ Check if this is an
   amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals                  12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

| 1a. | **Real property:**<br>Copy line 88 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | UNKNOWN |
|---|---|---|
| 1b. | **Total personal property:**<br>Copy line 91A from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $262,442.17 |
| 1c. | **Total of all property:**<br>Copy line 92 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $262,442.17 |

| Part 2: | Summary of Liabilities |
|---|---|

| 2. | **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)<br>Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* . . . . . . . . | $56,831,825.79 |
|---|---|---|

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206EF)

| 3a. | **Total claim amounts of priority unsecured claims:**<br>Copy the total claims from Part 1 from line 6a of Schedule E/F . . . . . . . . . . . . . . . . . . . . . . . . . . . . | UNKNOWN |
|---|---|---|
| 3b. | **Total amount of claims of nonpriority amount of unsecured claims:**<br>Copy the total of the amount of claims from Part 2 from line 6b of Schedule E/F . . . . . . . . . . . . . | + $52,714,666.12 |

| 4. | **Total liabilities** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .<br>Lines 2 + 3a + 3b | $109,546,491.91 |
|---|---|---|

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor | Gordmans, Inc. |

| | |
|---|---|
| United States Bankruptcy Court for the: | DISTRICT OF NEBRASKA |

| | |
|---|---|
| Case number<br>(if known) | 17-80305 |

☐ Check if this is an
amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | CASH AND CASH EQUIVALENTS |
|---|---|

**1.  DOES THE DEBTOR HAVE ANY CASH OR CASH EQUIVALENTS?**
☑ No. Go to Part 2.
☐ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| **2.  CASH ON HAND** | |
| **3.  CHECKING, SAVINGS, MONEY MARKET, OR FINANCIAL BROKERAGE ACCOUNTS**<br>*(IDENTIFY ALL)* | |
| **4.  OTHER CASH EQUIVALENTS** | |
| **5**  Total of Part 1.<br>ADD LINES 2 THROUGH 4 (INCLUDING AMOUNTS ON ANY ADDITIONAL SHEETS). COPY THE<br>TOTAL TO LINE 80. | |

| Part 2: | DEPOSITS AND PREPAYMENTS |
|---|---|

**6.  DOES THE DEBTOR HAVE ANY DEPOSITS OR PREPAYMENTS?**
☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| **7.  DEPOSITS, INCLUDING SECURITY DEPOSITS AND UTILITY DEPOSITS** | |
| DESCRIPTION, INCLUDING NAME OF HOLDER OF DEPOSIT | |
| 7.1.    EMC - INSURANCE | $92,000.00 |
| 7.2.    SENTRY - INSURANCE | $170,442.17 |
| **8.  PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES,<br>INSURANCE, TAXES, AND RENT** | |

Debtor    _____
         (Name)

|  | | Current value of debtor's interest |
|---|---|---|

**8. PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT**

DESCRIPTION, INCLUDING NAME OF HOLDER OF PREPAYMENT

**9   Total of Part 2.**
ADD LINES 7 THROUGH 8. COPY THE TOTAL TO LINE 81.

$262,442.17

## Part 3:   ACCOUNTS RECEIVABLE

**10.  DOES THE DEBTOR HAVE ANY ACCOUNTS RECEIVABLE?**
☑ No. Go to Part 4.
☐ Yes. Fill in the information below.

|  | | Current value of debtor's interest |
|---|---|---|

**11.  ACCOUNTS RECEIVABLE**

**12  Total of Part 3.**
CURRENT VALUE ON LINES 11A + 11B = LINE 12. COPY THE TOTAL TO LINE 82.

## Part 4:   INVESTMENTS

**13.  DOES THE DEBTOR OWN ANY INVESTMENTS?**
☐ No. Go to Part 5.
☑ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.  MUTUAL FUNDS OR PUBLICLY TRADED STOCKS NOT INCLUDED IN PART 1**

NAME OF FUND OR STOCK:

**15.  NON-PUBLICLY TRADED STOCK AND INTERESTS IN INCORPORATED AND UNINCORPORATED BUSINESSES, INCLUDING ANY INTEREST IN AN LLC, PARTNERSHIP, OR JOINT VENTURE**

| Name of entity | % of ownership | |
|---|---|---|
| 15.1.  GORDMANS DISTRIBUTION COMPANY, INC. | 100% | UNKNOWN |
| 15.2.  GORDMANS LLC | 100% | UNKNOWN |
| 15.3.  GORDMANS MANAGEMENT COMPANY, INC. | 100% | UNKNOWN |

**16.  GOVERNMENT BONDS, CORPORATE BONDS, AND OTHER NEGOTIABLE AND NON-NEGOTIABLE INSTRUMENTS NOT INCLUDED IN PART 1**

DESCRIBE:

**17  Total of Part 4.**
ADD LINES 14 THROUGH 16. COPY THE TOTAL TO LINE 83.

UNKNOWN

## Part 5:   INVENTORY, EXCLUDING AGRICULTURE ASSETS

**18.  DOES THE DEBTOR OWN ANY INVENTORY (EXCLUDING AGRICULTURE ASSETS)?**
☑ No. Go to Part 6.
☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. RAW MATERIALS** | | | | |
| **20. WORK IN PROGRESS** | | | | |
| **21. FINISHED GOODS, INCLUDING GOODS HELD FOR RESALE** | | | | |
| **22. OTHER INVENTORY OR SUPPLIES** | | | | |

**23 Total of Part 5.**
ADD LINES 19 THROUGH 22. COPY THE TOTAL TO LINE 84.

**24. Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes    Book value _____    Valuation method _____    Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

| **Part 6:** | **FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)** |
|---|---|

**27. DOES THE DEBTOR OWN OR LEASE ANY FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)?**
☒ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. CROPS—EITHER PLANTED OR HARVESTED** | | | |
| **29. FARM ANIMALS EXAMPLES: LIVESTOCK, POULTRY, FARM-RAISED FISH** *EXAMPLES:* LIVESTOCK, POULTRY, FARM-RAISED FISH | | | |
| **30. FARM MACHINERY AND EQUIPMENT  (OTHER THAN TITLED MOTOR VEHICLES)** (OTHER THAN TITLED MOTOR VEHICLES) | | | |
| **31. FARM AND FISHING SUPPLIES, CHEMICALS, AND FEED** | | | |
| **32. OTHER FARMING AND FISHING-RELATED PROPERTY NOT ALREADY LISTED IN PART 6** | | | |

**33 Total of Part 6.**
ADD LINES 28 THROUGH 32. COPY THE TOTAL TO LINE 85.

**34.  Is the debtor a member of an agricultural cooperative?**
☒ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
    ☒ No
    ☐ Yes

**35.  Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes

**36.  Is a depreciation schedule available for any of the property listed in Part 6?**
☒ No
☐ Yes

**37.  Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 7: | OFFICE FURNITURE, FIXTURES, AND EQUIPMENT; AND COLLECTIBLES |
|---|---|

**38.  DOES THE DEBTOR OWN OR LEASE ANY OFFICE FURNITURE, FIXTURES, EQUIPMENT, OR COLLECTIBLES?**
☒ No. Go to Part 8.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.  OFFICE FURNITURE** | | | |
| **40.  OFFICE FIXTURES** | | | |
| **41.  OFFICE EQUIPMENT, INCLUDING ALL COMPUTER EQUIPMENT AND COMMUNICATION SYSTEMS EQUIPMENT AND SOFTWARE** | | | |
| **42.  COLLECTIBLES EXAMPLES: ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES** *EXAMPLES*: ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES | | | |

**43  Total of Part 7.**
ADD LINES 39 THROUGH 42. COPY THE TOTAL TO LINE 86.

**44.  Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

**45.  Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 8: | MACHINERY, EQUIPMENT, AND VEHICLES |
|---|---|

**46.  DOES THE DEBTOR OWN OR LEASE ANY MACHINERY, EQUIPMENT, OR VEHICLES?**
☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

Debtor    Case 17-80305-TLS    Doc 6    Filed 03/27/17    Entered 03/27/17 19:39:14    Desc Main
Document    Page 18 of 344
(Name)

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES** | | | |
| **48. WATERCRAFT, TRAILERS, MOTORS, AND RELATED ACCESSORIES EXAMPLES: BOATS, TRAILERS, MOTORS, FLOATING HOMES, PERSONAL WATERCRAFT, AND FISHING VESSELS** EXAMPLES: BOATS, TRAILERS, MOTORS, FLOATING HOMES, PERSONAL WATERCRAFT, AND FISHING VESSELS | | | |
| **49. AIRCRAFT AND ACCESSORIES** | | | |
| **50. OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT)** | | | |

**51 Total of Part 8.**
ADD LINES 47 THROUGH 50. COPY THE TOTAL TO LINE 87.

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

**Part 9: REAL PROPERTY**

**54. DOES THE DEBTOR OWN OR LEASE ANY REAL PROPERTY?**
☐ No. Go to Part 10.
☒ Yes. Fill in the information below.

**55. ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. ADAMS DAIRY LANDING, BLUE SPRINGS, MO - STORE # 046 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.2. AKSARBEN VILLAGE GORDMAN CORP. OFFICE, AKSARBEN VILLAGE OMAHA, NE - STORE # 053 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.3. APPLETON II, GRAND CHUTE, WI - STORE # 015 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.4. ARAPAHOE CROSSING, AURORA, CO - STORE # 104 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.5. ARNOLD CROSSROADS, ARNOLD, MO - STORE # 124 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.6. ASH PARK SHOPPING CENTER, ASHWAUBEN, WI - STORE # 116 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.7. BOWLES CROSSING, LITTLETON, CO - STORE # 105 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.8. BROADMOOR TOWN CENTER, COLORADO SPRINGS, CO - STORE # 060 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.9. BURNSVILLE CENTER, BURNSVILLE, MN - STORE # 086 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.10. CENTENNIAL PLAZA, OKLAHOMA CITY, OK - STORE # 011 | LEASEHOLD | UNKNOWN | | UNKNOWN |

Debtor   Gander Mountain Company   Case 17-80305-TLS   Doc 6   Filed 03/27/17   Entered 03/27/17 19:39:14   Desc Main
Document   Page 19 of 344

(Name)

**55. ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.11. CENTENNIAL PLAZA, TULSA, OK - STORE # 031 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.12. CHAPEL HILLS, CO. SPRINGS, CO - STORE # 130 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.13. CHESTERFIELD COMMONS, CHESTERFIELD, MO - STORE # 025 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.14. CORAL NORTH, CORALVILLE, IA - STORE # 080 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.15. CORONADO CENTER, ALBUQUERQUE, NM - STORE # 110 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.16. COTTONWOOD COMMONS, ALBUQUERQUE, NM - STORE # 111 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.17. COUNTRYWOOD CROSSING, MEMPHIS, TN - STORE # 074 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.18. CREEKSIDE COMMONS, MENTOR, OH - STORE # 123 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.19. CREEKWOOD COMMONS, KANSAS CITY. MO - STORE # 048 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.20. CROSSROAD SHOPPING CENTER, WICHITA, KS - STORE # 081 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.21. CROSSROADS CENTER, WATERLOO, IA - STORE # 023 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.22. CROSSROADS OF ROSEVILLE, ROSEVILLE, MN - STORE # 090 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.23. DISTRIBUTION CENTER II, MONROVIA, IN - STORE # 952 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.24. DISTRIBUTION CENTER, OMAHA, NE - STORE # 050 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.25. DISTRICT SHOPPING CENTER, SOUTH JORDAN, UT - STORE # 089 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.26. EAGLE RUN, GRAND ISLAND, NE - STORE # 022 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.27. EAST HILLS MALL, ST. JOSEPH, MO - STORE # 039 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.28. EAST LLOYD SHOPPING CENTER, EVANSVILLE, IN - STORE # 067 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.29. EAST PEORIA, DOWNTOWN, EAST PEORIA, IL - STORE # 107 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.30. EAST POINTE PLAZA, DES MOINES, IA - STORE # 021 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.31. EAST TOWNE MALL, MADISON, WI - STORE # 018 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.32. EASTGATE SHOPPING CENTER, CINCINNATI, OH - STORE # 128 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.33. EMPIRE MALL, SIOUX FALLS, SD - STORE # 043 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.34. FAIRVIEW HEIGHTS PLAZA, FAIRVIEW, IL - STORE # 027 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.35. FREMONT MALL, FREMONT, NE - STORE # 042 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.36. GABLE CROSSING, AVON, IN - STORE # 101 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.37. GATEWAY TO MACHESNEY PARK, MACHESNEY PARK, IL - STORE # 070 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.38. GORDMANS (STND ALNE), OMAHA, NE - STORE # 033 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.39. GORDMANS (STND ALNE), TOPEKA, KS - STORE # 029 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.40. GRAND FORKS MARKET PLACE, GRAND FORKS, ND - STORE # 006 | LEASEHOLD | UNKNOWN | | UNKNOWN |

**55.  ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.41. HAY CREEK SHOPS, BISMARCK, SD - STORE # 120 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.42. HORIZON PLAZA, APPLETON, WI - STORE # 014 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.43. LAFEYETTE PAVILIONS, LAFAYETTE, IN - STORE # 076 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.44. LAKE MANAWA, COUNCIL BLUFFS, IA - STORE # 082 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.45. LAKEPORT COMMONS, SIOUX CITY, IA - STORE # 036A | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.46. LAKESHORE MARKETPLACE, MUSKEGON, MI - STORE # 117 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.47. LAKESIDE HILLS PLAZA, OMAHA, NE - STORE # 007 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.48. LIBERTY COMMONS, LIBERTY, MO - STORE # 127 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.49. LINCOLN CROSSING, LINCOLN, NE - STORE # 044A | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.50. MANKATO STORE, MANKATO, MN - STORE # 066 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.51. MARK TWAIN MALL, ST. CHARLES, MO - STORE # 049 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.52. MARKET PLACE , CHAMPAIGN. IL - STORE # 004 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.53. MARKETPLACE AT FOUR CORNERS, BAINBRIDGE, OH - STORE # 126 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.54. MARKETPLACE ON FIRST, CEDAR RAPIDS, IA - STORE # 072 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.55. MEADOWS SHOPPING CENTER, AMERICAN FORK, UT - STORE # 106 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.56. MERIDAN TOWN CENTER, MERIDAN, ID - STORE # 103 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.57. MERIDIAN MALL, LANSING, MI - STORE # 125 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.58. NOLAND FASHION SQUARE, INDEPENDENCE, MO - STORE # 047 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.59. O'FALLON WALK, O'FALLON, MO - STORE # 063 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.60. ORCHARD CROSSING, FT. WAYNE, IN - STORE # 083 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.61. ORCHARD PLAZA, LENEXA, KS - STORE # 026 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.62. PINNACLE HILLS, ROGERS, AR - STORE # 079 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.63. PLAZA AT FAYETTE MALL, LEXINGTON, KY - STORE # 078 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.64. PLAZA AT GRAND PRAIRIE, PEORIA, IL - STORE # 071 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.65. PORTER'S VALE, VALPARAISO, IN - STORE # 114 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.66. POWER CENTER, FENTON, MO - STORE # 009 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.67. PRINCESS CITY PLAZA, MISHAWAKA, IN - STORE # 084 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.68. REGENCY CENTERS, SCHERERVILLE, IN - STORE # 115 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.69. RIB MOUNTAIN DRIVE, WAUSAU, WI - STORE # 065 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.70. RIVER FALLS SHOPPING CENTER, CLARKSVILLE, IN - STORE # 112 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.71. RIVERDALE COMMONS, COON RAPDIS, MN - STORE # 131 | LEASEHOLD | UNKNOWN | | UNKNOWN |

## 55. ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.72. RIVERDALE SHOPPING CENTER, RIVERDALE, UT - STORE # 102 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.73. RIVERTREE COURT, VERNON HILLS, IL - STORE # 037 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.74. RIVERWALK CENTRE SHOPPING, MOORE, OK - STORE # 016 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.75. RUSHMORE CROSSING, RAPID CITY, SD - STORE # 085 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.76. SAGINAW SQUARE, SAGINAW, MI - STORE # 121 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.77. SHACKLEFORD CROSSING, LITTLE ROCK, AR - STORE # 017 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.78. SHADOW LAKE, PAPILLION, NE - STORE # 024A | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.79. SHOPPES AT PARMA, PARMA, OH - STORE # 132 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.80. SOUTH 156TH STREET, OMAHA, NE - STORE # 053 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.81. SOUTH OAKS, SPRINGFIELD, MO - STORE # 032 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.82. SOUTH PARK MALL, MOLINE, IL - STORE # 003 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.83. SOUTH RIDGE SQUARE, DES MOINES, IA - STORE # 019 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.84. SOUTHDALE MALL, EDNA, MN - STORE # 129 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.85. SOUTHGATE CENTER, MINOT, ND - STORE # 113 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.86. SOUTHHAVEN TOWNE CENTER, SOUTHHAVEN, MI - STORE # 073 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.87. SOUTHPORT PLAZA, KENOSHA, WI - STORE # 109 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.88. SOUTHSHORE CENTER, BOISE, ID - STORE # 122 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.89. SOUTHWEST PLAZA, SPRINGFIELD, IL - STORE # 008 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.90. STATE & PERRY ROAD, ROCKFORD, IL - STORE # 069 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.91. STATE LINE STATION, KANSAS CITY. MO - STORE # 064 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.92. STATION PARK, FARMINGTON, UT - STORE # 038 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.93. TALLGRASS CENTRE, WICHITA, KS - STORE # 028 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.94. TAMARACK VILLAGE, WOODBURY, MN - STORE # 087 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.95. THE FAMILY CENTER, MIDVALE, UT - STORE # 108 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.96. THE SHOPPES AT COLLEGE HILLS, NORMAL, IL - STORE # 068 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.97. THORNTON TOWN CENTER, THORNTON, CO - STORE # 041 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.98. TIMES SQUARE WEST, FARGO, ND - STORE # 005 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.99. TREASURE VALLEY MARKETPLACE, NAMPA, ID - STORE # 059 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.100. UNION PLAZA SHOPPING CENTER, TULSA, OK - STORE # 030 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.101. VILLAGE AT CUMBERLAND PARK, TYLER, TX - STORE # 100 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.102. VILLAGE OF QUAIL SPRINGS, OKLAHOMA CITY, OK - STORE # 012 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.103. WEST GRAYHAWK, OMAHA, NE - STORE # 118 | LEASEHOLD | UNKNOWN | | UNKNOWN |

### 55. ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.104. WESTLAND TOWNE CTR, LAKEWOOD, CO - STORE # 035 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.105. WESTMINSTER CITY CENTRE, WESTMINSTER, CO - STORE # 010 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.106. WESTOWN SHOPPING, DES MOINES, IA - STORE # 045 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.107. WESTRIDGE COURT, NAPERVILLE, IL - STORE # 040 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.108. WILSONTOWN CENTER, GRAND RAPIDS, MI - STORE # 119 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.109. WINDSOR MEADOWS, DAVENPORT, IA - STORE # 002 | LEASEHOLD | UNKNOWN | | UNKNOWN |
| 55.110. WOLF CREEK PLAZA, BELLEVUE, NE - STORE # 020 | LEASEHOLD | UNKNOWN | | UNKNOWN |

**56  Total of Part 9.**
ADD THE CURRENT VALUE ON LINES 55.1 THROUGH 55.6 AND ENTRIES FROM ANY ADDITIONAL SHEETS. COPY THE TOTAL TO LINE 88.

UNKNOWN

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

### Part 10: INTANGIBLES AND INTELLECTUAL PROPERTY

**59. DOES THE DEBTOR HAVE ANY INTERESTS IN INTANGIBLES OR INTELLECTUAL PROPERTY?**
☒ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.  PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| **61.  INTERNET DOMAIN NAMES AND WEBSITES** | | | |
| **62.  LICENSES, FRANCHISES, AND ROYALTIES** | | | |
| **63.  CUSTOMER LISTS, MAILING LISTS, OR OTHER COMPILATIONS** | | | |
| **64.  OTHER INTANGIBLES, OR INTELLECTUAL PROPERTY** | | | |
| **65.  GOODWILL** | | | |

**66  Total of Part 10.**
ADD LINES 60 THROUGH 65. COPY THE TOTAL TO LINE 89.

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☒ No

☐ Yes
..

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☒ No

☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No

☐ Yes

| Part 11: | ALL OTHER ASSETS |
| --- | --- |

**70.** **DOES THE DEBTOR OWN ANY OTHER ASSETS THAT HAVE NOT YET BEEN REPORTED ON THIS FORM?**
INCLUDE ALL INTERESTS IN EXECUTORY CONTRACTS AND UNEXPIRED LEASES NOT PREVIOUSLY REPORTED ON THIS FORM.

☒ No. Go to Part 12.

☐ Yes. Fill in the information below.

**Current value of debtor's interest**

**71.** **NOTES RECEIVABLE**

DESCRIPTION (INCLUDE NAME OF OBLIGOR)

**72.** **TAX REFUNDS AND UNUSED NET OPERATING LOSSES (NOLS)**

DESCRIPTION (FOR EXAMPLE, FEDERAL, STATE, LOCAL)

**73.** **INTERESTS IN INSURANCE POLICIES OR ANNUITIES**

**74.** **CAUSES OF ACTION AGAINST THIRD PARTIES (WHETHER OR NOT A LAWSUIT HAS BEEN FILED)**

**75.** **OTHER CONTINGENT AND UNLIQUIDATED CLAIMS OR CAUSES OF ACTION OF EVERY NATURE, INCLUDING COUNTERCLAIMS OF THE DEBTOR AND RIGHTS TO SET OFF CLAIMS**

**76.** **TRUSTS, EQUITABLE OR FUTURE INTERESTS IN PROPERTY**

**77.** **OTHER PROPERTY OF ANY KIND NOT ALREADY LISTED EXAMPLES: SEASON TICKETS, COUNTRY CLUB MEMBERSHIP** *EXAMPLES:* SEASON TICKETS, COUNTRY CLUB MEMBERSHIP

**78** **Total of Part 11.**
ADD LINES 71 THROUGH 77. COPY THE TOTAL TO LINE 90.

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No

☐ Yes

**Part 12:**    **Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80.** **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | | |
| **81.** **Deposits and prepayments.** *Copy line 9, Part 2.* | $262,442.17 | |
| **82.** **Accounts receivable.** *Copy line 12, Part 3.* | | |
| **83.** **Investments.** *Copy line 17, Part 4.* | UNKNOWN | |
| **84.** **Inventory.** *Copy line 23, Part 5.* | | |
| **85.** **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| **86.** **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | | |
| **87.** **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | |
| **88.** **Real property.** *Copy line 56, Part 9.* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ➜ | | UNKNOWN |
| **89.** **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | |
| **90.** **All other assets.** *Copy line 78, Part 11.* | ✚ | |
| **91.** **Total.** Add lines 80 through 90 for each column. . . . . . . . . 91a. | $262,442.17 | ✚ 91b    UNKNOWN |
| **92.** **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | $262,442.17 |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor | Gordmans, Inc. |
| United States Bankruptcy Court for the: | DISTRICT OF NEBRASKA |
| Case number (if known) | 17-80305 |

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible.

1.  1. Do any creditors have claims secured by debtor's property?
    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
    ☑ Yes. Fill in all of the information below.

## Part 1: List All Creditors with Secured Claims

2.  List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>*Do not deduct the value of collateral.* | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Creditor's name**<br>DESTINATION MATERNITY CORPORATION<br><br>**Creditor's mailing address**<br>456 NORTH FIFTH STREET<br>PHILADELPHIA, PA 19123<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>ALL MERCHANDISE AND PROCEEDS OF THE PROPERTY SUPPLIED BY SECURED PARTY TO DEBTOR FROM TIME<br><br>**Describe the lien**<br>UCC LIEN<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNKNOWN | UNKNOWN |
| **2.2** **Creditor's name**<br>DSW INC<br><br>**Creditor's mailing address**<br>4150 EAST FIFTH AVENUE<br>COLUMBUS, OH 43219<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>ALL FOOTWEAR, SHOES AND RELATED MERCHANDISE<br><br>**Describe the lien**<br>UCC LIEN<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNKNOWN | UNKNOWN |

| **Part 1:** | **Additional Page** |
| --- | --- |

| | | Column A | Column B |
| --- | --- | --- | --- |
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | *Do not deduct the value of collateral.* | |
| 2.3 | **Creditor's name** <br> DSW LEASED BUSINESS DIVISION LLC <br><br> **Creditor's mailing address** <br> 810 DSW DRIVE <br> COLUMBUS, OH  43219 <br><br> **Creditor's email address** <br><br> **Date or dates debt was incurred** <br> VARIOUS <br><br> **Last 4 digits of account number:** <br><br> **Do multiple creditors have an interest in the same property?** <br> ☑ No <br> ☐ Yes | **Describe debtor's property that is subject to a lien** <br> ALL FOOTWEAR, SHOES AND RELATED MERCHANDISE <br><br> **Describe the lien** <br> UCC LIEN <br><br> **Is the creditor an insider or related party?** <br> ☑ No <br> ☐ Yes <br><br> **Is anyone else liable on this claim?** <br> ☑ No <br> ☐ Yes <br><br> **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☑ Unliquidated <br> ☑ Disputed | UNKNOWN | UNKNOWN |
| 2.4 | **Creditor's name** <br> U.S. BANCORP BUSINESS EQUIPMENT FINANCE GROUP <br><br> **Creditor's mailing address** <br> 1310 MADRID STREET <br> MARSHALL, MN  56258 <br><br> **Creditor's email address** <br><br> **Date or dates debt was incurred** <br> VARIOUS <br><br> **Last 4 digits of account number:** <br><br> **Do multiple creditors have an interest in the same property?** <br> ☑ No <br> ☐ Yes | **Describe debtor's property that is subject to a lien** <br> VARIOUS EQUIPMENT <br><br> **Describe the lien** <br> UCC LIEN <br><br> **Is the creditor an insider or related party?** <br> ☑ No <br> ☐ Yes <br><br> **Is anyone else liable on this claim?** <br> ☑ No <br> ☐ Yes <br><br> **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☑ Unliquidated <br> ☑ Disputed | UNKNOWN | UNKNOWN |
| 2.5 | **Creditor's name** <br> U.S. BANK EQUIPMENT FINANCE <br><br> **Creditor's mailing address** <br> 1310 MADRID STREET <br> MARSHALL, MN  56258 <br><br> **Creditor's email address** <br><br> **Date or dates debt was incurred** <br> VARIOUS <br><br> **Last 4 digits of account number:** <br><br> **Do multiple creditors have an interest in the same property?** <br> ☑ No <br> ☐ Yes | **Describe debtor's property that is subject to a lien** <br> VARIOUS EQUIPMENT <br><br> **Describe the lien** <br> UCC LIEN <br><br> **Is the creditor an insider or related party?** <br> ☑ No <br> ☐ Yes <br><br> **Is anyone else liable on this claim?** <br> ☑ No <br> ☐ Yes <br><br> **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☑ Unliquidated <br> ☑ Disputed | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page |
|---|---|

|  | | Column A | Column B |
|---|---|---|---|
|  | | **Amount of claim** | **Value of collateral that supports this claim** |
|  | | *Do not deduct the value of collateral.* | |
| 2.6 | **Creditor's name**<br>WELLS FARGO BANK, NA<br><br>**Creditor's mailing address**<br>ONE BOSTON PLACE, 18TH FLOOR<br>BOSTON, MA  02108<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>ALL ASSETS<br><br>**Describe the lien**<br>REVOLVING CREDIT FACILITY - FIRST AND SECOND LIEN<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $28,939,625.79 | UNKNOWN |
| 2.7 | **Creditor's name**<br>WELLS FARGO BANK, NA<br><br>**Creditor's mailing address**<br>ONE BOSTON PLACE, 18TH FLOOR<br>BOSTON, MA  02108<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>ALL ASSETS<br><br>**Describe the lien**<br>TERM LOAN FACILITY - FIRST AND SECOND LIEN<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $27,892,200.00 | UNKNOWN |
| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $56,831,825.79 | |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor</td><td>Gordmans, Inc.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>DISTRICT OF NEBRASKA</td></tr>
<tr><td>Case number<br>(if known)</td><td>17-80305</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

**1.    Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
☐ No. Go to Part 2.
☑ Yes. Go to line 2.

**2.    List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | **Priority creditor's name and mailing address**<br>ADA COUNTY, ID<br>ATTN: VICKY MCINTYRE<br>200 W FRONT ST<br>BOISE, ID 83702<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>PROPERTY TAX<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.2 | **Priority creditor's name and mailing address**<br>ADAMS, CO<br>ATTN: BRIGITTE GRIMM, TREASURER<br>4430 S ADAMS COUNTY PKWY<br>SUITE C2436<br>BRIGTON, CO 80601<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>PROPERTY TAX<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.3** | Priority creditor's name and mailing address

ALLEN, IN
ATTN: WILLIAM ROYCE
1 EAST MAIN STREET, SUITE 104
ROUSSEAU CENTRE
FORT WAYNE, IN  46802

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN  Priority amount: UNKNOWN

---

**2.4** | Priority creditor's name and mailing address

ARAPAHOE, CO
ATTN: JENNIFER BENNETT
5334 S. PRINCE ST.
LITTLETON, CO  80120

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN  Priority amount: UNKNOWN

---

**2.5** | Priority creditor's name and mailing address

ARKANSAS DEPARTMENT OF FINANCE AND ADMINISTRATION
SALES AND USE TAX SECTION
P.O.BOX 3566
LITTLE ROCK, AR  72203-3566

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
STATE/SALES TAX

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN  Priority amount: UNKNOWN

---

**2.6** | Priority creditor's name and mailing address

BENTON, AR
ATTN: MANY SPICER
114 S. EAST STREET
BENTON, AR  72018

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN  Priority amount: UNKNOWN

---

**2.7** | Priority creditor's name and mailing address

BERNALILLO COUNTY, NM
ONE CIVIC PLAZA NW
ALBUQUERQUE, NM  87102

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN  Priority amount: UNKNOWN

---

| **Part 1:** | **Additional Page** | | |
| --- | --- | --- | --- |
| | | Total claim | Priority amount |

**2.8** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | UNKNOWN | UNKNOWN

**2.8** Priority creditor's name and mailing address
BROWN COUNTY, WI
ATTN: PAUL D ZELLER
305 E WALNUT ST
GREEN BAY, WI 54301

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN  Priority amount: UNKNOWN

**2.9** Priority creditor's name and mailing address
BUCHANAN, MO
BUCHANAN COUNTY
411 JULES
ST JOSEPH, MO 64501

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN  Priority amount: UNKNOWN

**2.10** Priority creditor's name and mailing address
CALUMET COUNTY, WI
ATTN: MIKE SHLAAK
206 COURT ST
CHILTON, WI 53014

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN  Priority amount: UNKNOWN

**2.11** Priority creditor's name and mailing address
CANYON COUNTY, ID
111 N. 11TH AVE
STE 240
CALDWELL, ID 83605

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN  Priority amount: UNKNOWN

**2.12** Priority creditor's name and mailing address
CITY OF AURORA COLORADO
15151 EAST ALAMEDA PARKWAY
AURORA, CO 80012

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALE/USE TAX

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN  Priority amount: UNKNOWN

**Part 1:**   Additional Page

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.13 | **Priority creditor's name and mailing address** <br> CITY OF COLORADO SPRINGS <br> SALES TAX DEPARTMENT 2408 <br> DENVER, CO 80256-0001 <br><br> **Date or dates debt was incurred** <br> VARIOUS <br><br> **Last 4 digits of account number:** <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☑ Unliquidated <br> ☑ Disputed <br><br> **Basis for the claim:** <br> SALE/USE TAX <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | | UNKNOWN | UNKNOWN |
| 2.14 | **Priority creditor's name and mailing address** <br> CITY OF LAKEWOOD <br> 480 SOUTH ALLISON PARKWAY <br> LAKEWOOD, CO 80226-3127 <br><br> **Date or dates debt was incurred** <br> VARIOUS <br><br> **Last 4 digits of account number:** <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☑ Unliquidated <br> ☑ Disputed <br><br> **Basis for the claim:** <br> SALE/USE TAX <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | | UNKNOWN | UNKNOWN |
| 2.15 | **Priority creditor's name and mailing address** <br> CITY OF THORNTON <br> 9500 CIVIC CENTER DRIVE <br> THORNTON, CO 80229 <br><br> **Date or dates debt was incurred** <br> VARIOUS <br><br> **Last 4 digits of account number:** <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☑ Unliquidated <br> ☑ Disputed <br><br> **Basis for the claim:** <br> SALE/USE TAX <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | | UNKNOWN | UNKNOWN |
| 2.16 | **Priority creditor's name and mailing address** <br> CLARK, IN <br> DAVID REINHARDT, CLARK COUNTY TREASURER <br> CLARK COUNTY GOVERNMENT BUILDING <br> 501 E. COURT AVENUE ROOM #125 <br> JEFFERSONVILLE, IN 47130 <br><br> **Date or dates debt was incurred** <br> VARIOUS <br><br> **Last 4 digits of account number:** <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☑ Unliquidated <br> ☑ Disputed <br><br> **Basis for the claim:** <br> PROPERTY TAX <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | | UNKNOWN | UNKNOWN |
| 2.17 | **Priority creditor's name and mailing address** <br> CLAY COUNTY, MO <br> ATTN: CATHY RINEHART, ASSESSOR <br> CLAY COUNTY COURTHOUSE <br> 1 COURTHOUSE SQUARE <br> LIBERTY, MS 64068 <br><br> **Date or dates debt was incurred** <br> VARIOUS <br><br> **Last 4 digits of account number:** <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☑ Unliquidated <br> ☑ Disputed <br><br> **Basis for the claim:** <br> PROPERTY TAX <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | | UNKNOWN | UNKNOWN |

| **Part 1:** | **Additional Page** |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.18**  **Priority creditor's name and mailing address**

CLEVELAND COUNTY, OK
201 S JONES AVE
STE 100
NORMAN, OK  73069

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.19**  **Priority creditor's name and mailing address**

COLORADO DEPARTMENT OF REVENUE
1375 SHERMAN STREET
DENVER, CO  80261

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
STATE/SALES TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.20**  **Priority creditor's name and mailing address**

DAVIS COUNTY, UT
TAX ADMINISTRATION DEPARTMENT
TAX APPEALS OFFICE, ROOM 101
61 SOUTH MAIN STREET
FARMINGTON, UT  84025

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.21**  **Priority creditor's name and mailing address**

DESOTO COUNTY, MS
DESOTO COUNTY ADMINISTRATION OFFICE
365 LOSHER ST
HERNANDO, MS  38632

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.22**  **Priority creditor's name and mailing address**

DODGE COUNTY, NE
ATTN: CATHY DILL
PO BOX 999
FREMONT, NE  68026

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|
| | | **Total claim** | **Priority amount** |

| | | | |
|---|---|---|---|
| 2.23 | **Priority creditor's name and mailing address**<br>DOUGLAS, NE<br>ATTN: JOHN W EWING, JR<br>1819 FARNAM ST H-02<br>OMAHA, NE 68183<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>PROPERTY TAX<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.24 | **Priority creditor's name and mailing address**<br>EL PASO, CO<br>ATTN: MARK LOWDERMAN<br>1675 GARDEN OF THE GODS ROAD<br>SUITE 2100<br>COLORADO SPRINGS, CO 80907<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>PROPERTY TAX<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.25 | **Priority creditor's name and mailing address**<br>FAYETTE, KY<br>200 E. MAIN ST.<br>LEXINGTON, KY 40507<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>PROPERTY TAX<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.26 | **Priority creditor's name and mailing address**<br>GREENE. MO<br>ATTN: JUSTIN HILL<br>940 N BOONVILLE AVE<br>ROOM 112<br>SPRINGFIELD, MO 65802<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>PROPERTY TAX<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.27 | **Priority creditor's name and mailing address**<br>HALL, NE<br>ATTN: PEG PESEK<br>121 SOUTH PINE ST.<br>SUITE 2<br>GRAND ISLAND, NE 68801<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>PROPERTY TAX<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page | | | | Total claim | Priority amount |
|---|---|---|---|---|---|---|

| | | | | | Total claim | Priority amount |
|---|---|---|---|---|---|---|
| **2.28** | **Priority creditor's name and mailing address**<br>HENDRICKS, IN<br>ATTN: SHAWN SHELLEY<br>355 S WASHINGTON ST<br>MAILBOX 215<br>DANVILLE, IN  46122<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>PROPERTY TAX<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | | | UNKNOWN | UNKNOWN |
| **2.29** | **Priority creditor's name and mailing address**<br>IDAHO STATE TAX COMMISSION<br>800 EAST PARK BLVD<br>BOISE, ID  83712<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>STATE/SALES TAX<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | | | UNKNOWN | UNKNOWN |
| **2.30** | **Priority creditor's name and mailing address**<br>ILLINOIS DEPARTMENT OF REVENUE<br>SALES TAX PROCESSING DIVISION<br>P.O.BOX 19014<br>SPRINGFIELD, IL  62794-9014<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>STATE/SALES TAX<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | | | UNKNOWN | UNKNOWN |
| **2.31** | **Priority creditor's name and mailing address**<br>INDIANA DEPARTMENT OF REVENUE<br>100 NORTH SENATE AVENUE<br>#111<br>INDIANAPOLIS, IN  46204<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>STATE/SALES TAX<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | | | UNKNOWN | UNKNOWN |
| **2.32** | **Priority creditor's name and mailing address**<br>INGHAM, MI<br>INGHAM COUNTY LAND BANK<br>3024 TURNER STREET<br>LANSING, MI  48906<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>PROPERTY TAX<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | | | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page | | | |
|---|---|---|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.33** | **Priority creditor's name and mailing address**

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
P.O. BOX 7346
PHILADELPHIA, PA  19101-7346

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) ()

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
FEDERAL TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN     Priority amount: UNKNOWN

---

**2.34** | **Priority creditor's name and mailing address**

IOWA DEPARTMENT OF REVENUE
HOOVER STATE OFFICE BUILDING
1305 EAST WALNUT
DES MOINES, IA  50319

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
STATE/SALES TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN     Priority amount: UNKNOWN

---

**2.35** | **Priority creditor's name and mailing address**

JACKSON, MO
CITY OF JACKSON
101 COURT STREET
JACKSON, MO  63755

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN     Priority amount: UNKNOWN

---

**2.36** | **Priority creditor's name and mailing address**

JEFFERSON COUNTY, MO
ATTN: PAULA WAGNER
729 MAPLE, SUITE 19
HILLSBORO, MO  63050

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN     Priority amount: UNKNOWN

---

**2.37** | **Priority creditor's name and mailing address**

JEFFERSON, CO
100 JEFFERSON COUNTY PARKWAY
GOLDEN, CO  80419

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN     Priority amount: UNKNOWN

Debtor _____
       (Name)

| **Part 1:** | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.38 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNKNOWN | UNKNOWN |

**2.38**

**Priority creditor's name and mailing address**
JOHNSON COUNTY, KS
111 S CHERRY ST
STE 1500
OLATHE, KS  66061

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN      Priority amount: UNKNOWN

---

**2.39**

**Priority creditor's name and mailing address**
KANSAS DEPARTMENT OF REVENUE
915 WEST HARRISON STREET
SUITE 300
TOPEKA, KS  6612-1588

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
STATE/SALES TAX

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN      Priority amount: UNKNOWN

---

**2.40**

**Priority creditor's name and mailing address**
KENOSHA COUNTY, WI
ATTN: TERI JACOBSEN
ADMINISTRATION BUILDING
1010 56TH ST
KENOSHA, WI  53140

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN      Priority amount: UNKNOWN

---

**2.41**

**Priority creditor's name and mailing address**
KENT COUNTY, MI
ATTN: KENNETH PARRISH, COUNTY TREASURER
COUNTY ADMINISTRATION BUILDING
300 MONROE AVENUE NW
GRAND RAPIDS, MI  49503

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN      Priority amount: UNKNOWN

---

**2.42**

**Priority creditor's name and mailing address**
KENTUCKY DEPARTMENT OF REVENUE
181 HAMMOND DRIVE
HOPKINSVILLE, KY  42240

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
STATE/SALES TAX

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN      Priority amount: UNKNOWN

Debtor     Case 1:17-80305-TLS    Doc 6    Filed 03/27/17    Entered 03/27/17 19:39:14    Desc Main
Document     Page 37 of 344
(Name)

| **Part 1:** | **Additional Page** | | | | |

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.43**    **Priority creditor's name and mailing address**     **As of the petition filing date, the claim is:**    UNKNOWN     UNKNOWN

KOCHVILLE TOWNSHIP, MI
KOCHVILLE TOWNSHIP ASSESSOR
5851 MACKINAW ROAD
SAGINAW, MI 48604

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
PROPERTY TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.44**    **Priority creditor's name and mailing address**     **As of the petition filing date, the claim is:**    UNKNOWN     UNKNOWN

LAKE COUNTY, IN
ATTN: PEGGY HOLINGA KATONA
2293 N. MAIN STREET
BUILDING 'A', 2ND FLOOR
CROWN POINT, IN 46307

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
PROPERTY TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.45**    **Priority creditor's name and mailing address**     **As of the petition filing date, the claim is:**    UNKNOWN     UNKNOWN

LANCASTER COUNTY, NE
ATTN: ANDY STEBBING
555 SOUTH 10TH
ROOM 102
LINCOLN, NE 68508

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
PROPERTY TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.46**    **Priority creditor's name and mailing address**     **As of the petition filing date, the claim is:**    UNKNOWN     UNKNOWN

MICHIGAN DEPARTMENT OF TREASURY
430 WEST ALLEGAN STREET
LANSING, MI 48933

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
STATE/SALES TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.47**    **Priority creditor's name and mailing address**     **As of the petition filing date, the claim is:**    UNKNOWN     UNKNOWN

MINNESOTA DEPARTMENT OF REVENUE
600 ROBERT STREET NORTH
SAINT PAUL, MN 55146

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
STATE/SALES TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

| **Part 1:** | **Additional Page** |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

| 2.48 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNKNOWN | UNKNOWN |
| | MISSISSIPPI DEPARTMENT OF REVENUE HERNANDO DISTRICT 2631 MCINGVALE ROAD SUITE 116 HERNANDO, MS 38632 | ☒ Contingent ☒ Unliquidated ☒ Disputed | | |
| | **Date or dates debt was incurred** | **Basis for the claim:** STATE/SALES TAX | | |
| | VARIOUS | **Is the claim subject to offset?** | | |
| | **Last 4 digits of account number:** | ☒ No ☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | | | |

| 2.49 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNKNOWN | UNKNOWN |
| | MISSOURI DEPARTMENT OF REVENUE CENTRAL PROCESSING BUREAU P.O.BOX 840 JEFFESON CITY, MO 65105-0840 | ☒ Contingent ☒ Unliquidated ☒ Disputed | | |
| | **Date or dates debt was incurred** | **Basis for the claim:** STATE/SALES TAX | | |
| | VARIOUS | **Is the claim subject to offset?** | | |
| | **Last 4 digits of account number:** | ☒ No ☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | | | |

| 2.50 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNKNOWN | UNKNOWN |
| | MUSKEGON COUNTY, MI ATTN: DONNA B VANDERVRIES, DIRECTOR MUSKEGON COUNTY BUILDING GOVERNMENTAL COMPLEX, SOUTH CAMPUS, BUILDING C 173 E. APPLE AVENUE MUSKEGON, MI 49442 | ☒ Contingent ☒ Unliquidated ☒ Disputed | | |
| | **Date or dates debt was incurred** | **Basis for the claim:** PROPERTY TAX | | |
| | VARIOUS | **Is the claim subject to offset?** | | |
| | **Last 4 digits of account number:** | ☒ No ☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | | | |

| 2.51 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNKNOWN | UNKNOWN |
| | NEBRASKA DEPARTMENT OF REVENUE P.O.BOX 98923 LINCOLN, NE 68509-8923 | ☒ Contingent ☒ Unliquidated ☒ Disputed | | |
| | **Date or dates debt was incurred** | **Basis for the claim:** STATE/SALES TAX | | |
| | VARIOUS | **Is the claim subject to offset?** | | |
| | **Last 4 digits of account number:** | ☒ No ☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | | | |

| 2.52 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNKNOWN | UNKNOWN |
| | NEW MEXICO TAXATION & REVENUE DEPARTMENT P.O.BOX 25128 SANTE FE, NM 87504-5128 | ☒ Contingent ☒ Unliquidated ☒ Disputed | | |
| | **Date or dates debt was incurred** | **Basis for the claim:** STATE/SALES TAX | | |
| | VARIOUS | **Is the claim subject to offset?** | | |
| | **Last 4 digits of account number:** | ☒ No ☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | | | |

Debtor _____
(Name)

| **Part 1:** | **Additional Page** | | | |
|---|---|---|---|---|
| | | | Total claim | Priority amount |

| 2.53 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNKNOWN | UNKNOWN |
|---|---|---|---|---|

NORTH DAKOTA DEPARTMENT OF REVENUE
600 EAST BOULEVARD AVENUE
DEPT 127
BISMARCK, ND 58505

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
STATE/SALES TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

| 2.54 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNKNOWN | UNKNOWN |
|---|---|---|---|---|

OHIO DEPARTMENT OF TAXATION
P.O.BOX 16561
COLUMBUS, OH 43216-6561

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
STATE/SALES TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

| 2.55 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNKNOWN | UNKNOWN |
|---|---|---|---|---|

OKLAHOMA COUNTY, OK
ATTN: LEONARD SULLIVAN, COUNTY ASSESSOR
320 ROBERT S. KERR
#313
OKLAHOMA CITY, OK 73102

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
PROPERTY TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

| 2.56 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNKNOWN | UNKNOWN |
|---|---|---|---|---|

OKLAHOMA TAX COMMISSION
P.O.BOX 26850
OKLAHOMA CITY, OK 73126-0850

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
STATE/SALES TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

| 2.57 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNKNOWN | UNKNOWN |
|---|---|---|---|---|

OUTAGAMIE COUNTY, WI
COUNTY ADMINISTRATION BUILDING 4
10 S WALNUT ST
APPLETON, WI 54911

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
PROPERTY TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

| Part 1: | Additional Page |
|---------|-----------------|

|  |  |  | Total claim | Priority amount |
|--|--|--|-------------|-----------------|

**2.58** **Priority creditor's name and mailing address**

PORTER COUNTY, IN
ATTN: MICHELLE CLANCY
155 INDIANA AVE.
SUITE 209
VALPARAISO, IN  46383

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.59** **Priority creditor's name and mailing address**

PULASKI, AR
201 S. BROADWAY, SUITE 150
LITTLE ROCK, AR  72201

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.60** **Priority creditor's name and mailing address**

SALT LAKE COUNTY, UT
2001 SOUTH STATE ST
N1-200
SALT LAKE CITY, UT  84114-4575

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.61** **Priority creditor's name and mailing address**

SARPY, NE
ATTN: RICH JAMES
1210 GOLDEN GATE DRIVE
#1120
PAPILLION, NE  68046-2842

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.62** **Priority creditor's name and mailing address**

SEDGWICK COUNTY, KS
ATTN: LINDA KIZZIRE, TREASURER
525 N MAIN
WITCHITA, KS  67203

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

| Part 1: | Additional Page | | | Total claim | Priority amount |
|---|---|---|---|---|---|

| | | | | Total claim | Priority amount |
|---|---|---|---|---|---|
| 2.63 | **Priority creditor's name and mailing address**<br>SHAWNEE COUNTY, KS<br>ATTN: LARRY MAH<br>200 SE 7TH<br>ROOM 101<br>TOPEKA, KS 66603<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>PROPERTY TAX<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | | UNKNOWN | UNKNOWN |
| 2.64 | **Priority creditor's name and mailing address**<br>SHELBY COUNTY, TN<br>VASCO A. SMITH, JR. COUNTY<br>ADMINISTRATION BUILDING<br>160 N MAIN STREET<br>MEMPHIS, TN 38103<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>PROPERTY TAX<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | | UNKNOWN | UNKNOWN |
| 2.65 | **Priority creditor's name and mailing address**<br>SMITH COUNTY, TX<br>100 N. BROADWAY<br>TYLER, TX 75702<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>PROPERTY TAX<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | | UNKNOWN | UNKNOWN |
| 2.66 | **Priority creditor's name and mailing address**<br>SOUTH DAKOTA DEPARTMENT OF REVENUE<br>445 EAST CAPITOL AVENUE<br>PIERRE, SD 57501-3185<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>STATE/SALES TAX<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | | UNKNOWN | UNKNOWN |
| 2.67 | **Priority creditor's name and mailing address**<br>ST. CHARLES COUNTY, MO<br>201 N. 2ND ST.<br>ST. CHARLES, MO 63301<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>PROPERTY TAX<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | | UNKNOWN | UNKNOWN |

| **Part 1:** | **Additional Page** | | | |
|---|---|---|---|---|
| | | | Total claim | Priority amount |

| | | | | |
|---|---|---|---|---|
| 2.68 | **Priority creditor's name and mailing address**<br>ST. JOSEPH, IN<br>ATTN: MICHAEL J KRUK<br>227 W JEFFERSON BOULEVARD<br>COUNTY-CITY BUILDING 2ND FLOOR<br>SOUTH BEND, IN 46601<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>PROPERTY TAX<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.69 | **Priority creditor's name and mailing address**<br>ST. LOUIS COUNTY, MO<br>SAINT LOUIS COUNTY ASSESSOR<br>41 SOUTH CENTRAL AVENUE<br>CLAYTON, MO 63105-1799<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>PROPERTY TAX<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.70 | **Priority creditor's name and mailing address**<br>TENNESSEE DEPARTMENT OF REVENUE<br>500 DEADERICK STREET<br>NASHVILLE, TN 37242<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>STATE/SALES TAX<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.71 | **Priority creditor's name and mailing address**<br>TEXAS STATE COMPTROLLER<br>P.O.BOX 149354<br>AUSTIN, TX 78714-9354<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>STATE/SALES TAX<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.72 | **Priority creditor's name and mailing address**<br>TIPPECANOE, IN<br>ATTN: JENNIFER WESTON<br>20 N 3RD STREET<br>2ND FLOOR<br>LAFAYETTE, IN 47901<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>PROPERTY TAX<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |

Debtor    Case 1   17-80305-TLS    Doc 6    Filed 03/27/17    Entered 03/27/17 19:39:14    Desc Main
(Name)
Document    Page 43 of 344

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|
| | | Total claim | Priority amount |

| | | | |
|---|---|---|---|
| 2.73 | **Priority creditor's name and mailing address** <br> TULSA COUNTY, OK <br> TULSA COUNTY TREASURER <br> TULSA COUNTY COURTHOUSE, 3RD FL, <br> ADMINISTRATION BLDG <br> 500 S. DENVER AVE. <br> TULSA, OK 74103-3840 <br><br> **Date or dates debt was incurred** <br> VARIOUS <br><br> **Last 4 digits of account number:** <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:** <br> Check all that apply. <br> ☑ Contingent <br> ☑ Unliquidated <br> ☑ Disputed <br><br> **Basis for the claim:** <br> PROPERTY TAX <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | UNKNOWN | UNKNOWN |
| 2.74 | **Priority creditor's name and mailing address** <br> UTAH STATE TAX COMMISSION <br> 210 NORTH 1950 WEST <br> SALT LAKE CITY, UT 84134 <br><br> **Date or dates debt was incurred** <br> VARIOUS <br><br> **Last 4 digits of account number:** <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:** <br> Check all that apply. <br> ☑ Contingent <br> ☑ Unliquidated <br> ☑ Disputed <br><br> **Basis for the claim:** <br> STATE/SALES TAX <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | UNKNOWN | UNKNOWN |
| 2.75 | **Priority creditor's name and mailing address** <br> UTAH, UT <br> ATTN: KIM JACKSON <br> 100 E CENTER STREET <br> SUITE 1200 <br> PROVO, UT 84606 <br><br> **Date or dates debt was incurred** <br> VARIOUS <br><br> **Last 4 digits of account number:** <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:** <br> Check all that apply. <br> ☑ Contingent <br> ☑ Unliquidated <br> ☑ Disputed <br><br> **Basis for the claim:** <br> PROPERTY TAX <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | UNKNOWN | UNKNOWN |
| 2.76 | **Priority creditor's name and mailing address** <br> VANDERBURGH, IN <br> ATTN: SUSAN K KIRK <br> 1 N.W. MARTIN LUTHER KING JR. BLVD. <br> ROOM 210 CIVIC CENTER <br> EVANSVILLE, IN 47708 <br><br> **Date or dates debt was incurred** <br> VARIOUS <br><br> **Last 4 digits of account number:** <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:** <br> Check all that apply. <br> ☑ Contingent <br> ☑ Unliquidated <br> ☑ Disputed <br><br> **Basis for the claim:** <br> PROPERTY TAX <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | UNKNOWN | UNKNOWN |
| 2.77 | **Priority creditor's name and mailing address** <br> WASUAU, WI <br> CITY HALL <br> 407 GRANT ST <br> WAUSAU, WI 54403 <br><br> **Date or dates debt was incurred** <br> VARIOUS <br><br> **Last 4 digits of account number:** <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:** <br> Check all that apply. <br> ☑ Contingent <br> ☑ Unliquidated <br> ☑ Disputed <br><br> **Basis for the claim:** <br> PROPERTY TAX <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | UNKNOWN | UNKNOWN |

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.78**   **Priority creditor's name and mailing address**

WEBER, UT
ATTN: JOHN B BOND
2380 WASHINGTON BLVD
SUITE #350
OGDEN, UT 84401

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
PROPERTY TAX

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.79**   **Priority creditor's name and mailing address**

WESTMINSTER CITY HALL
SALES TAX DIVISION
4800 WEST 92ND AVENUE
WESTMINSTER, CO 80031

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SALE/USE TAX

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.80**   **Priority creditor's name and mailing address**

WISCONSIN DEPARTMENT OF REVENUE
2135 RIMROCK ROAD
MADISON, WI 53713

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
STATE/SALES TAX

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**3.**   List in alphabetical order all of the creditors with **nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | Amount of claim |
|---|---|

**3.1**   **Nonpriority creditor's name and mailing address**

24/7 INTERNATIONAL LLC
51 STILES LANE
PINE BROOK, NJ 07058

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $71,978.92

**Part 2:**   Additional Page

|  |  | Amount of claim |
|---|---|---|

---

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $77,335.83 |
|---|---|---|---|

| | 26 INTERNATIONAL INC<br>1500 SO GRIFFITH AVE<br>LOS ANGELES, CA 90021 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|---|---|---|

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $46,542.65 |
|---|---|---|---|

32 EAST, LLC
7900 GLADES ROAD, SUITE 600
BOCA RATON, FL 33434

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $9,864.82 |
|---|---|---|---|

3B INTERNATIONAL LLC
100 BOMONT PLACE
TOTOWA, NJ 07512

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $27,321.86 |
|---|---|---|---|

5TH AVENUE INTIMATES, INC
107 TRUMBULL ST
BLDG F2 STE 403
ELIZABETH, NJ 07206

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $19,191.90 |
|---|---|---|---|

8 TO 20 PARTNERS LLC
P.O. BOX 497
AVENEL, NJ 07001

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $206,983.30 |
|---|---|---|---|

3.7 | **Nonpriority creditor's name and mailing address**

88 INTERNATIONAL INC
332 SOUTH PALM AVENUE
ALHAMBRA, CA 91803

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$206,983.30

---

3.8 | **Nonpriority creditor's name and mailing address**

911 WALNUT, INC
C/O BLAKE SCOTT
4401 NORTH MULBERRY DRIVE
KANSAS CITY, MO 64116

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$36,109.44

---

3.9 | **Nonpriority creditor's name and mailing address**

99.5 KADI - VISION COMMUNICATIONS
5431 W SUNSHINE
BROOKLINE STATION, MO 65619-9433

**Date or dates debt was incurred**
12/24/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$995.00

---

3.10 | **Nonpriority creditor's name and mailing address**

9K CLOTHING CO
405 HARMON COVE TOWER
SECAUCUS, NJ 07094

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$37,332.75

---

3.11 | **Nonpriority creditor's name and mailing address**

A & A GLOBAL INDUSTRIES, INC.
17 STENERSEN LANE
COCKEYSVILLE, MD 21031

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,792.56

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.12 | **Nonpriority creditor's name and mailing address**<br><br>A & B PURE WATER<br>1600 NO A AVENUE<br>SIOUX FALLS, SD  57104<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $159.60 |

| 3.13 | **Nonpriority creditor's name and mailing address**<br><br>A D SUTTON & SONS<br>20  WEST 33RD ST<br>2ND FLOOR<br>NEW YORK, NY  10001<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $19,548.00 |

| 3.14 | **Nonpriority creditor's name and mailing address**<br><br>A UNITED STORAGE TRAILERS INC<br>1065 RED OAK LANE<br>BLANCHARD, OK  73010<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $205.92 |

| 3.15 | **Nonpriority creditor's name and mailing address**<br><br>A V DENIM<br>230 WEST 38TH ST, 8TH FLOOR<br>NEW YORK, NY  10018<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $57,309.34 |

| 3.16 | **Nonpriority creditor's name and mailing address**<br><br>A1 MOLD TESTING & REMEDIATION<br>3900 S 6TH STREET SUITE 1<br>LINCOLN, NE  68502<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $11,854.39 |

Debtor    Case 17-80305-TLS    Doc 6    Filed 03/27/17    Entered 03/27/17 19:39:14    Desc Main
Document    Page 48 of 344
(Name)

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

---

**3.17** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$278.20**

A-1 STORAGE AND CRANE SERVICE, INC
2482 197TH AVE
MANCHESTER, IA 52057

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$126.70**

A1 TABLECLOTH CO SELLS & RENT
450 HUYLER STREET
SUITE 102
SOUTH HACKENSACK, NJ 07606

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

2/22/2017

**Basis for the claim:**
EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$44.96**

AAA COLLECTIONS
PO BOX 881
SIOUX FALLS, SD 57101-0881

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

3/9/2017

**Basis for the claim:**
EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,882.75**

ABETECH
12560 FLETCHER LN STE 100
ROGERS, MN 55374

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,296.45**

ABG ACCESSORIES/HIS & HERS
1000 JEFFERSON AVE
ELIZABETH,, NJ 07201

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **Part 2:** | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**3.22** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $42,664.75
*Check all that apply.*

ABN INC/WEAREVER
270 W 39TH ST
NEW YORK, NY  10018

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,473.80
*Check all that apply.*

ACCENT ACCESSORIES
4  WARREN  AVE
NORTH PROVIDENCE, RI  02911

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $17.73
*Check all that apply.*

ACCREDITED COLLECTION SERVICE
DOUGLAS COUNTY COURT
1819 FARNAM-CIVIL/SMALL CLAIMS
OMAHA, NE  68183

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

3/9/2017

**Basis for the claim:**
EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $848.52
*Check all that apply.*

ACCUITY, INC
PO BOX 7247-8076
PHILADELPHIA, PA  19170-8076

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

2/1/2017

**Basis for the claim:**
EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $21,138.80
*Check all that apply.*

ACE BAYOU CORP
1340 POYDRAS STREET, SUITE 1870
NEW ORLEANS, LA  70112

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page |
|---|---|

|  |  |  | Amount of claim |
|---|---|---|---|

| 3.27 | **Nonpriority creditor's name and mailing address**<br>ACTIVE USA, INC<br>1807 E 48TH PLACE<br>LOS ANGELES, CA  90058<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $65,474.70 |
| 3.28 | **Nonpriority creditor's name and mailing address**<br>AD CLUB<br>1304 WEAT ROSEBURG AVENUE<br>MODESTO, CA  95350-4855<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,250.00 |
| 3.29 | **Nonpriority creditor's name and mailing address**<br>AD HUESING CORP<br>PO BOX 6880<br>ROCK ISLAND, IL  61204<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,412.60 |
| 3.30 | **Nonpriority creditor's name and mailing address**<br>ADMIRAL BEVERAGE -RAPID CITY<br>2720 CREEK DRIVE<br>RAPID CITY, SD  57703<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,935.22 |
| 3.31 | **Nonpriority creditor's name and mailing address**<br>ADP INC<br>PO BOX 842875<br>BOSTON, MA  02284<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,447.08 |

Debtor _____
         (Name)

| **Part 2:** | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

| 3.32 | **Nonpriority creditor's name and mailing address**<br>ADRIAN & PANKRATZ<br>301 N MAIN, STE 400<br>NEWTON, KS  67114<br><br>**Date or dates debt was incurred**<br>3/9/2017<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $151.65 |

| 3.33 | **Nonpriority creditor's name and mailing address**<br>ADTN INTERNATIONAL, LTD<br>95  GINCE<br>ST LAURENT, QC  H4N 1J7<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $16,308.00 |

| 3.34 | **Nonpriority creditor's name and mailing address**<br>ADVANCED WIRELESS COMMUNICATIONS<br>LOCKBOX 178<br>P O BOX 1575<br>MINNEAPOLIS, MN  55480-1575<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $11,819.73 |

| 3.35 | **Nonpriority creditor's name and mailing address**<br>ADVANTIX SOLUTIONS GROUP<br>1202 RICHARDSON DRIVE<br>SUITE 200<br>RICHARDSON, TX  75080<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $15,336.00 |

| 3.36 | **Nonpriority creditor's name and mailing address**<br>ADVANTUS CORP<br>75  REMITTANCE DRIVE<br>SUITE 3142<br>CHICAGO, IL  60675-3142<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10,440.14 |

Debtor _____
(Name)

| **Part 2:** | Additional Page |
| --- | --- |

| | | | Amount of claim |
| --- | --- | --- | --- |

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $112.00 |

3.37 **Nonpriority creditor's name and mailing address**

AEC
3003 STANTON ST
SPRINGFIELD, IL  62703

**Date or dates debt was incurred**

1/12/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$112.00

---

3.38 **Nonpriority creditor's name and mailing address**

AFCC LIMITED
2733 E. PALEY'S WAY, SUITE 300
SALT LAKE CITY, UT  84109

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$58,460.30

---

3.39 **Nonpriority creditor's name and mailing address**

AFFLICTION HOLDINGS LLC
P O BOX 843547
LOS ANGELES, CA  90084

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$54,425.75

---

3.40 **Nonpriority creditor's name and mailing address**

AFFORDABLE SHRED
211 EAST CHARLES STREET
BUFFALO, IL  62515

**Date or dates debt was incurred**

2/28/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$32.00

---

3.41 **Nonpriority creditor's name and mailing address**

AIR ASSURANCE CO
1301 SW EXPRESSWAY DRIVE
BROKEN ARROW, OK  74012

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$457.00

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.42 | **Nonpriority creditor's name and mailing address**<br>AKSARBEN THEATERS, LLC<br>2110 S 67TH STREET<br>SUITE 106<br>OMAHA, NE  68106<br><br>**Date or dates debt was incurred**<br>2/15/2017<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $900.00 |

| 3.43 | **Nonpriority creditor's name and mailing address**<br>ALBANESE CONFECTIONERY GROUP INC<br>PO BOX 71885<br>CHICAGO, IL  60694-1885<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,842.46 |

| 3.44 | **Nonpriority creditor's name and mailing address**<br>ALBERTSONS COMPANIES INC<br>PO BOX 956526<br>FACILITY #60603<br>ST LOUIS, MO  63195-652<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $46,615.15 |

| 3.45 | **Nonpriority creditor's name and mailing address**<br>ALISSA FUTHEY<br>153 S GLENDALE<br>WICHITA, KS  67218<br><br>**Date or dates debt was incurred**<br>1/12/2017<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $100.00 |

| 3.46 | **Nonpriority creditor's name and mailing address**<br>ALL AMERICAN MAINTENANCE<br>9620 TOPANGA CYN PL  #D<br>CHATSWORTH, CA  91311<br><br>**Date or dates debt was incurred**<br>12/15/2016<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $844.63 |

| **Part 2:** | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**3.47** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $156,383.96

ALL STATE BROKERAGE
4663 EXECUTIVE DRIVE, SUITE 12
COLUMBUS, OH  43220

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.48** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $340.10

ALL SYSTEMS, LLC
303 EMPIRE AVENUE
FREMONT, NE  68025

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
11/14/2016

**Basis for the claim:**
EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.49** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $18,461.79

ALL TRIED AND TRUE
8501 WEST BOWLES AVE
SUITE 2-D077
LITTLETON, CO  80123

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.50** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $18,646.80

ALLIED HOME LLC
6905 WEST ACCO STREET
UNIT A
MONTEBELLO, CA  90640

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.51** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $880.00

ALLIED TRAILER RENTAL
1701 N 1ST STREET
KANSAS CITY, KS  66101

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor _____
(Name)

| **Part 2:** | Additional Page |

|  | | Amount of claim |
|---|---|---|

**3.52** | **Nonpriority creditor's name and mailing address**
ALLURA IMPORTS
1407 BROADWAY SUITE 401
NEW YORK, NY 10018

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,336.00

---

**3.53** | **Nonpriority creditor's name and mailing address**
ALLURE EYEWEAR
28243 NETWORK PLACE
CHICAGO, IL 60673-1282

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,420.13

---

**3.54** | **Nonpriority creditor's name and mailing address**
ALLY COMBS
13031 CADY AVE
OMAHA, NE 68164

**Date or dates debt was incurred**
1/10/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$75.00

---

**3.55** | **Nonpriority creditor's name and mailing address**
ALLYSSA ZABAWA
19456 R ST
OMAHA, NE 68135

**Date or dates debt was incurred**
1/13/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$150.00

---

**3.56** | **Nonpriority creditor's name and mailing address**
ALTEL
PO BOX 33
MOORHEAD, MN 56561

**Date or dates debt was incurred**
2/7/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$787.50

---

| **Part 2:** | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.57 | **Nonpriority creditor's name and mailing address**<br><br>ALU<br>240 ANDERSON AVENUE<br>MOONACHIE, NJ  07074<br><br>**Date or dates debt was incurred**<br><br>12/20/2016<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $708.00 |
| 3.58 | **Nonpriority creditor's name and mailing address**<br><br>AMALGAMATED TEXTILES USA INC<br>815 PLYMOUTH<br>MONT-ROYAL QC CANADA H4P 1B2, 0  0<br>CA<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $68,928.66 |
| 3.59 | **Nonpriority creditor's name and mailing address**<br><br>AMAZON WEB SERVICES, INC<br>PO BOX 84023<br>SEATTLE, WA  98124-8423<br><br>**Date or dates debt was incurred**<br><br>2/3/2017<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,037.61 |
| 3.60 | **Nonpriority creditor's name and mailing address**<br><br>AMBIANCE USA, INC<br>2415 E 15TH STREET<br>LOS ANGELES, CA  90021<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $422,030.70 |
| 3.61 | **Nonpriority creditor's name and mailing address**<br><br>AMBIUS<br>PO BOX 14086<br>READING, PA  19612<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $647.22 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.62** | **Nonpriority creditor's name and mailing address**

AME/AMERICAN MARKETING ENT
1359 BROADWAY  16TH FL
NEW YORK, NY  10018

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$21,774.60

---

**3.63** | **Nonpriority creditor's name and mailing address**

AMERICAN BOOK COMPANY
PO BOX 306245
NASHVILLE, TN  37230-6245

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$40,800.66

---

**3.64** | **Nonpriority creditor's name and mailing address**

AMERICAN DOG TOYS INC
PO BOX 1306
MINNETONKA, MN  55345

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$22,720.32

---

**3.65** | **Nonpriority creditor's name and mailing address**

AMERICAN EXCHANGE
1441 BROADWAY 27TH FLOOR
NEW YORK, NY  10018

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$34,116.50

---

**3.66** | **Nonpriority creditor's name and mailing address**

AMERICAN FIGHTER
PO BOX 843547
LOS ANGELES, CA  90084-3547

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$141,039.50

---

| **Part 2:** | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

---

**3.67** | **Nonpriority creditor's name and mailing address**

AMERICAN FIRE PROTECTION
4019 E. SUMMIT LANE
NAMPA, ID  83687

**Date or dates debt was incurred**

2/3/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$385.00

---

**3.68** | **Nonpriority creditor's name and mailing address**

AMERICAN HERITAGE LIFE INSURANCE COMPANY
PO BOX 650514
DALLAS, TX  75265

**Date or dates debt was incurred**

2/17/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,001.66

---

**3.69** | **Nonpriority creditor's name and mailing address**

AMERICAN INTERNATIONAL INDUSTRIES
2220 GASPAR AVE
LOS ANGELES, CA  90040

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,618.95

---

**3.70** | **Nonpriority creditor's name and mailing address**

AMERICAN PLASTIC TOYS INC
799 LADD ROAD
WALLED LAKE, MI  48390

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$66,124.80

---

**3.71** | **Nonpriority creditor's name and mailing address**

AMERICAN RECYCLING
5001 SOUTH 16TH ST
LINCOLN, NE  68512

**Date or dates debt was incurred**

1/3/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$780.00

---

**Part 2:    Additional Page**

|  |  | Amount of claim |
|---|---|---|

| 3.72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,707.20 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

3.72    AMERICAN TRAVELER INC
8630 ROCHESTER AVE
RANCHO CUCAMONGA, CA  91730

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $2,707.20

---

3.73    AMERICAN WELDING & GAS INC
PO BOX 74008003
CHICAGO, IL  60674-8003

**Date or dates debt was incurred**

12/22/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $300.62

---

3.74    AMERIPRIDESERVICES INC
PO BOX 3160
BEMIDJI, MN  56619-3160

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $2,404.68

---

3.75    ANDREAS GONZALES

**Date or dates debt was incurred**

10/22/2015

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $33.20

---

3.76    ANGIE CARRAHER
4276 SOUTH 148TH STREET
OMAHA, NE  68137

**Date or dates debt was incurred**

9/5/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $125.00

| **Part 2:** | Additional Page | | | Amount of claim |
|---|---|---|---|---|

| 3.77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $14,177.43 |
|---|---|---|---|
| | ANGIE'S KETTLE CORN<br>151 GOOD COUNSEL DR STE 100<br>MANKATO, MN 56001 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>MERCHANDISE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN |
|---|---|---|---|
| | ANNA MELISSA BIBB<br>665 Southpoint Drive<br>C/O J. ROBERT COWAN<br>Lexington, KY 40515 | *Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>LITIGATION | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $575.82 |
|---|---|---|---|
| | ANSIRA<br>8396 SOLUTIONS CENTER<br>CHICAGO, IL 60677-800 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>12/13/2016 | **Basis for the claim:**<br>EXPENSE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,225.61 |
|---|---|---|---|
| | ANYTIME LABOR-KANSAS<br>DBA LABORMAX STAFFING<br>PO BOX 900<br>KEARNEY, MO 64060 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>EXPENSE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,504.12 |
|---|---|---|---|
| | AOI CORPORATION<br>8801 SOUTH 137TH CIRCLE<br>OMAHA, NE 68138-3455 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>EXPENSE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Part 2:** | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,490.82 |
| --- | --- | --- | --- |

3.82 **Nonpriority creditor's name and mailing address**

APEX SALES GROUP
16 CARROLL LANE
HALIFAX, NE  68127

**Date or dates debt was incurred**

3/8/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,490.82

---

3.83 **Nonpriority creditor's name and mailing address**

APOLLO JEANS
1407 BROADWAY STE #2004
NEW YORK, NY  10018

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$40,590.03

---

3.84 **Nonpriority creditor's name and mailing address**

APS FIRECO OKLAHOMA CITY
DEPT #2785
TULSA, OK  74182

**Date or dates debt was incurred**

11/14/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$186.61

---

3.85 **Nonpriority creditor's name and mailing address**

ARAPAHOE CROSSINGS, LP
C/O BRIXMOR PROPERTY GROUP
PO BOX 645351
CINCINNATI, OH  45264-5351

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$68,974.70

---

3.86 **Nonpriority creditor's name and mailing address**

ARC CPOKCOK001 LLC
PO BOX 840491
DALLAS, TX  75284-0491

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$51,826.22

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.87**    **Nonpriority creditor's name and mailing address**

ARC QSOKCOK001, LLC
PO BOX 848008
DALLAS, TX 75284-8008

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$63,091.80

---

**3.88**    **Nonpriority creditor's name and mailing address**

ARCP MT SPRINGFIELD IL LLC
ID: PT4749
PO BOX 840990
DALLAS, TX 75284-0990

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$70,689.26

---

**3.89**    **Nonpriority creditor's name and mailing address**

ARKANSAS CHILD SUPPORT CLEARINGHOUSE
PO BOX 8125
LITTLE ROCK, AR 72203

**Date or dates debt was incurred**

3/9/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$312.00

---

**3.90**    **Nonpriority creditor's name and mailing address**

ARKANSAS PRO WASH, INC.
PO BOX 34047
LITTLE ROCK, AR 72203

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$450.00

---

**3.91**    **Nonpriority creditor's name and mailing address**

ARMSTRONG TEASDALE LLP
PO BOX 790100
DEPT #478150
ST LOUIS, MO 63179-993

**Date or dates debt was incurred**

3/3/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,777.21

**Part 2:**   Additional Page

| | Amount of claim |
|---|---|

---

**3.92** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $55,188.56

ARNOLD CROSSROADS LLC
C/O JONES REALTY
PO BOX 528
ST ALBANS, MO 63073

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.93** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $52.18

ARNOLD SCOTT HARRIS
222 MERCHANDISE MART PLAZA STE 1932
CHICAGO, IL 60654

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

12/31/2015

**Basis for the claim:**
EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.94** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,441.25

ARROW TRAILER & EQUIPMENT CO
140 NORTH DIRKSEN PARKWAY
SPRINGFIELD, IL 62702

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.95** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $43,512.20

ART AND COOK
14C 53RD STREET
BROOKLYN, NY 11232

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.96** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $140,793.36

ARTISSIMO! DESIGNS
2100 E GRAND AVE
SUITE 400
EL SEGUNDO, CA 90245

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.97 | **Nonpriority creditor's name and mailing address**<br>ASH INVESTORS, LLC<br>3346 S PINE TREE ROAD<br>HOBART, WI 54155<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $60,042.38 |
| 3.98 | **Nonpriority creditor's name and mailing address**<br>ASHLEY BERG<br>2535 COUNTRY CLUB AVE<br>OMAHA, NE 68104<br><br>**Date or dates debt was incurred**<br>2/20/2017<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $75.00 |
| 3.99 | **Nonpriority creditor's name and mailing address**<br>ASURINT<br>1501 EUCLID AVENUE<br>SUITE 900<br>CLEVELAND, OH 44115<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,459.06 |
| 3.100 | **Nonpriority creditor's name and mailing address**<br>AUBURN HOSIERY MILLS INC<br>PO BOX 798133<br>ST LOUIS, MO 63179<br><br>**Date or dates debt was incurred**<br>1/4/2017<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,360.00 |
| 3.101 | **Nonpriority creditor's name and mailing address**<br>AURORA EDUCATION FOUNDATION<br>1085 PEORIA ST<br>AURORA, CO 80011<br><br>**Date or dates debt was incurred**<br>10/19/2012<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $200.00 |

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

| 3.102 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $29,828.00 |
|---|---|---|---|

**3.102**    **Nonpriority creditor's name and mailing address**

AUTOMIC SOFTWARE, INC.
PO BOX 202587
DALLAS, TX 75320

**Date or dates debt was incurred**

1/31/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: **$29,828.00**

---

**3.103**    **Nonpriority creditor's name and mailing address**

AVERY DENNISON / SOABAR
15178 COLLECTIONS CENTER DR
CHICAGO, IL 60693

**Date or dates debt was incurred**

12/13/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: **$8,245.42**

---

**3.104**    **Nonpriority creditor's name and mailing address**

AVIS RENT A CAR SYS. INC.
7876 COLLECTIONS CENTER DR
CHICAGO, IL 60693

**Date or dates debt was incurred**

2/14/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: **$10,395.72**

---

**3.105**    **Nonpriority creditor's name and mailing address**

AZZURE HOME INC
141 W 36TH ST SUITE 901
NEW YORK, NY 10018

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: **$64,425.00**

---

**3.106**    **Nonpriority creditor's name and mailing address**

B & B ELECTRIC, INC
3000 REILLY DRIVE
SPRINGFIELD, IL 62703

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: **$1,670.68**

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.107 | **Nonpriority creditor's name and mailing address**<br><br>B & C VALUES<br>43361 NORTH HWY 45<br>ANTIOCH, IL 60002<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $43,486.81 |
| 3.108 | **Nonpriority creditor's name and mailing address**<br><br>B & H PHOTO & VIDEO<br>REMITTANCE PROCESSING CENTER<br>PO BOX 28072<br>NEW YORK, NY 10087-8072<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $13,273.00 |
| 3.109 | **Nonpriority creditor's name and mailing address**<br><br>BAG BAZAAR / ACCESSORY EXCHANGE<br>1 EAST 33RD STREET<br>NEW YORK, NY 10016<br><br>**Date or dates debt was incurred**<br>1/19/2017<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,980.00 |
| 3.110 | **Nonpriority creditor's name and mailing address**<br><br>BAILEY BLUE, LLC<br>16130VENTURABLVD.,SUITE 320<br>ENCINO, CA 91436<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,140.07 |
| 3.111 | **Nonpriority creditor's name and mailing address**<br><br>BALCER ANDREA<br>STORE #105<br>0, 0  0<br><br>**Date or dates debt was incurred**<br>3/15/2017<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $111.68 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.112 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $27,043.60 |
|---|---|---|---|

3.112  **Nonpriority creditor's name and mailing address**

BALL, BOUNCE AND SPORT, INC
PO BOX 951924
CLEVELAND, OH  44193

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$27,043.60

---

3.113  **Nonpriority creditor's name and mailing address**

BALLET GROUP INC
3 EMPIRE BLVD
SOUTH HACKENSACK, NJ  07606

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$49,354.37

---

3.114  **Nonpriority creditor's name and mailing address**

BALTIC LINEN COMPANY INC
1999 MARCUS AVE STE 220
P O BOX 5485
LAKE SUCCESS, NY  11040-5485

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,230.95

---

3.115  **Nonpriority creditor's name and mailing address**

BAMBOO 54
11309 IRIS LANE
EL MONTE, CA  91731

**Date or dates debt was incurred**

2/6/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,922.40

---

3.116  **Nonpriority creditor's name and mailing address**

BAND FIRE PROTECTION SYSTEMS, INC
7035 SOUTH COMMERCE PARK DRIVE
MIDVALE, UT  84047

**Date or dates debt was incurred**

6/22/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$227.70

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.117** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,782.38

BARBARA FIELDS BUYING OFFICE INC
110 EAST 9TH STREET, SUITE A 1289
LOS ANGELES, CA  90079

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.118** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6,000.00

BASHA SCARVES INC
15 WEST  37TH STREET
NEW  YORK,, NY  10018

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.119** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9,247.60

BASIC RESOURCES
1411 BROADWAY, 2ND FLOOR
NEW YORK, NY  10018

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.120** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $413.20

BATTEN TRAILER LEASING, INC
4511 SOUTH 67TH STREET
OMAHA, NE  68117

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.121** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $58,270.27

BAUM TEXTILES
812 JERSEY AVENUE
JERSEY CITY, NJ  07310

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.122 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $8,110.60 |

BAY SALES CO
22 W 32ND STREET, 16TH FLOOR
NEW YORK, NY 10001

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,828.80 |

BB TRADING WORLDWIDE, INC
8299 NW 30TH TERRACE
MIAMI, FL 33122

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.124 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $73,099.02 |

BEATRISE, LLC
P.O. BOX 9283
CHATTANOOGA, TN 37412

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.125 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,566.08 |

BEN ELIAS
550 7TH AVENUE 12TH FLOOR
NEW YORK,, NY 10018

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $800.00 |

BENIKO INC / POINT ZERO
6623 E WASHINGTON BLVD
COMMERCE, CA 90040

**Date or dates debt was incurred**
3/6/2017

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.127 | **Nonpriority creditor's name and mailing address**<br><br>BENTEX KIDDIE CORP<br>34 WEST 33RD STREET<br>2ND FLOOR<br>NEW YORK,, NY  10001<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $22,020.00 |

| 3.128 | **Nonpriority creditor's name and mailing address**<br><br>BEST BUY/MULTI SERVICE CORPORATION<br>DBA BEST BUY BUS ADVANTAGE ACCT<br>PO BOX 731247<br>DALLAS, TX  75373-1247<br><br>**Date or dates debt was incurred**<br><br>1/19/2017<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $325.88 |

| 3.129 | **Nonpriority creditor's name and mailing address**<br><br>BEST STYLES, INC<br>1220 BROADWAY, SUITE 603<br>NEW YORK, NY  10001<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $11,993.25 |

| 3.130 | **Nonpriority creditor's name and mailing address**<br><br>BEST WAY DISPOSAL<br>PO BOX 421669<br>INDIANPOLIS, IN  46242-1669<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,056.00 |

| 3.131 | **Nonpriority creditor's name and mailing address**<br><br>BIG CREEKWOOD COMMONS LLC<br>PO BOX 219947<br>KANSAS CITY, MO  64121-9947<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $54,776.54 |

| **Part 2:** | Additional Page | |
|---|---|---|
| | | Amount of claim |

---

| 3.132 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $43,169.60 |
|---|---|---|---|

BIG MOUTH TOYS
655 WINDING BROOK DRIVE
SUITE # 205
GLASTONBURY, CT  06033

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

10/17/2016

**Basis for the claim:**
MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.133 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,834.00 |
|---|---|---|---|

BIG STAR
2741 SEMINOLE  AVE
SOUTH GATE, CA  90260

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

2/4/2017

**Basis for the claim:**
MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.134 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $58,573.23 |
|---|---|---|---|

BILLABONG/BURLEIGH POINT LTD
117 WATERWORKS WAY
IRVINE, CA  92618

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $11,841.75 |
|---|---|---|---|

BIOWORLD
P O BOX  674048
DALLAS, TX  75267-4048

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.136 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $15,959.54 |
|---|---|---|---|

BIRCH COMMUNICATIONS
PO BOX 105066
ATLANTA, GA  30348-5066

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

1/20/2017

**Basis for the claim:**
EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor _____
       (Name)

| **Part 2:** | Additional Page |

| | | Amount of claim |
|---|---|---|

**3.137** | **Nonpriority creditor's name and mailing address**

BIRRELL BOTTLING COMPANY/PEPSI OF SPRINGVILLE
940 N SPRING CREEK PLACE
SPRINGVILLE, UT 84663

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$867.70

---

**3.138** | **Nonpriority creditor's name and mailing address**

BJD/MICHAEL BRANDON
4921 EASTERN AVE.
BELL, CA 90201

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$77,298.00

---

**3.139** | **Nonpriority creditor's name and mailing address**

BLACKHAWK SPRINKLER, INC
PO BOX 998
CEDAR FALLS, IA 50613

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,484.07

---

**3.140** | **Nonpriority creditor's name and mailing address**

BLAZE FIRE PROTECTION, INC
7650 VENTURE AVE, N.W.
SPARTA, MI 49345

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,438.00

---

**3.141** | **Nonpriority creditor's name and mailing address**

BLOSSOM BUCKET INC
13305 WOOSTER ST NW
NORTH LAWRENCE, OH 44666

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,638.53

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

---

**3.142** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $432.00

BLUE 84, A DIVISION OF LAKESHIRTS
PO BOX 1906
DETROIT LAKES, MN  56502

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

4/18/2016

**Basis for the claim:**
MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.143** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $268.51

BLUE DOT SERVICES
3365 SW GAGE BLVD
TOPEKA, KS  66614

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

12/27/2016

**Basis for the claim:**
EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.144** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $61,544.13

BLUE SPRINGS PARTNERS LP
P.O. BOX 97291
LAS VEGAS, NV  89193

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.145** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $15,978.24

BLUECORE, INC
124 RIVINGTON ST
NEW YORK, NY  10002

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.146** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $12,108.60

BMGM INC
DBA  HONEYCOMB KIDZ
1407 BROADWAY, SUITE 803
NEW YORK, NY  10018

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor _____
(Name)

| **Part 2:** | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.147 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $67,194.00 |
|---|---|---|---|

3.147 | **Nonpriority creditor's name and mailing address**
BOELTER
PO BOX 8741
CAROL STREAM, IL  60197

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☑ No
☐ Yes

$67,194.00

---

3.148 | **Nonpriority creditor's name and mailing address**
BOOM BOOM, INC
1526 EAST WASHINGTON BLVD
LOS ANGELES, CA  90021

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☑ No
☐ Yes

$39,825.87

---

3.149 | **Nonpriority creditor's name and mailing address**
BOSTON WAREHOUSE TRADING CORP
59 DAVIS AVENUE
NORWOOD, MA  02062

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☑ No
☐ Yes

$9,113.26

---

3.150 | **Nonpriority creditor's name and mailing address**
BOSTONS BEST COFFEE ROASTERS
43 NORFOLK AVE
SOUTH EASTON, MA  02357

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,943.96

---

3.151 | **Nonpriority creditor's name and mailing address**
BP INDUSTRIES, INC
5300 EAST CONCOURS ST
ONTARIO, CA  91764

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☑ No
☐ Yes

$21,809.00

---

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.152 | **Nonpriority creditor's name and mailing address**<br>BRAHA INDUSTRIES<br>10 WEST 33RD ST<br>NEW YORK, NY 10001<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,799.20 |

| 3.153 | **Nonpriority creditor's name and mailing address**<br>BRANDED CUSTOM SPORTSWEAR INC<br>PO BOX 2104<br>LOWELL, AR 72745<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $574,124.90 |

| 3.154 | **Nonpriority creditor's name and mailing address**<br>BRANDON MCKENNA<br>825 S 50TH ST<br>OMAHA, NE 68106<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,781.25 |

| 3.155 | **Nonpriority creditor's name and mailing address**<br>BRAVADO INTERNATIONAL GROUP<br>32206 COLLECTION CENTER DR<br>CHICAGO FILE #32206<br>CHICAGO, IL 60693-0322<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10,164.00 |

| 3.156 | **Nonpriority creditor's name and mailing address**<br>BRECKE MECHANICAL CONTRACTORS<br>4140 F AVENUE NW<br>CEDAR RAPIDS, IA 52405<br><br>**Date or dates debt was incurred**<br>1/4/2017<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $500.00 |

**Part 2:**   Additional Page

| | Amount of claim |
|---|---|

| | | |
|---|---|---|
| 3.157 | **Nonpriority creditor's name and mailing address**<br>BRENMAR COMPANY INC.<br>PO BOX 3770<br>OMAHA, NE 68103<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes |

$2,734.23

| | | |
|---|---|---|
| 3.158 | **Nonpriority creditor's name and mailing address**<br>BRENT BAILEY<br>25 ASHWOOD CIRCLE<br>BROWNSBURG, IN 46112<br><br>**Date or dates debt was incurred**<br>3/2/2017<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes |

$1,219.00

| | | |
|---|---|---|
| 3.159 | **Nonpriority creditor's name and mailing address**<br>BRENTWOOD ORIGINALS<br>20639 S FORDYCE AVENUE<br>CARSON, CA 90810-1019<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes |

$314,623.57

| | | |
|---|---|---|
| 3.160 | **Nonpriority creditor's name and mailing address**<br>BRI STAFFING INC<br>DBA BENEFIT RESOURCES INC<br>PO BOX 337<br>MOORESVILLE, IN 46158-0337<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes |

$11,061.22

| | | |
|---|---|---|
| 3.161 | **Nonpriority creditor's name and mailing address**<br>BRIEFLY STATED INC<br>1359 BROADWAY<br>18TH FLOOR<br>NEW YORK, NY 10018<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes |

$14,040.00

| | | Amount of claim |
|---|---|---|

**Part 2:** Additional Page

---

**3.162**

**Nonpriority creditor's name and mailing address**

BRITE IDEAS LIVING
631 SOUTH 20TH STREET
OMAHA, NE  68102

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☑ No
☐ Yes

$9,846.72

---

**3.163**

**Nonpriority creditor's name and mailing address**

BRIXMOR GA WESTMINSTER LLC
C/O BRIXMOR PROPERTY GROUP
PO BOX 645341
CINCINNATI, OH  45264-5341

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☑ No
☐ Yes

$67,111.63

---

**3.164**

**Nonpriority creditor's name and mailing address**

BRIXMOR HOLDINGS 6 SPE, LLC
C/O BRIXMOR PROPERTY GROUP
PO BOX 645349
CINCINNATI, OH  45264-5349

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☑ No
☐ Yes

$60,509.42

---

**3.165**

**Nonpriority creditor's name and mailing address**

BROOKLYN CLOTH LLC
1385 BROADWAY
16TH FLOOR
NEW YORK, NY  10018

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☑ No
☐ Yes

$53,043.28

---

**3.166**

**Nonpriority creditor's name and mailing address**

BTWEEN, LLC
1411 BROADWAY STE 2520
NEW YORK, NY  10018

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☑ No
☐ Yes

$29,194.49

---

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.167 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $251.45 |
|---|---|---|---|

3.167 **Nonpriority creditor's name and mailing address**

BUCKEYE TRAILER SALES & RENTALS, INC
33100 LAKELAND BLVD
EASTLAKE, OH 44095

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$251.45

---

3.168 **Nonpriority creditor's name and mailing address**

BUENO OF CALIFORNIA
13607 ORDEN DRIVE
SANTA FE SPRINGS, CA 90670

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$152,237.60

---

3.169 **Nonpriority creditor's name and mailing address**

BURNSVILLE CENTER SPE, LLC
PO BOX 74248
CLEVELAND, OH 44194-4248

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$62,523.68

---

3.170 **Nonpriority creditor's name and mailing address**

BUXTON
PO BOX 1650
SPRINGFIELD, MA 01102

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,618.13

---

3.171 **Nonpriority creditor's name and mailing address**

BVCV UNION PLAZA, LLC
P.O. BOX 51298
IDAHO FALLS, ID 83405

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$55,926.58

**Part 2:**    Additional Page

| | Amount of claim |
|---|---|

---

**3.172**    **Nonpriority creditor's name and mailing address**

BVI NETWORKS, INC. / RETAIL NEXT, INC.
60 SOUTH MARKET STREET
10TH FLOOR
SAN JOSE, CA 95113

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$73,344.99

---

**3.173**    **Nonpriority creditor's name and mailing address**

BY DESIGN L.L.C.
1441 BROADWAY, 4TH FLOOR
NEW YORK, NY 10018

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$45,299.10

---

**3.174**    **Nonpriority creditor's name and mailing address**

BYER CALIFORNIA
62685 COLLECTION CENTER DR
CHICAGO, IL 60693-0626

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$290,830.16

---

**3.175**    **Nonpriority creditor's name and mailing address**

CABOT INDUSTRIAL VALUE FUND IV LP
32804 COLLECTION CENTER DRIVE
CHICAGO, IL 60693-0328

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$173,450.93

---

**3.176**    **Nonpriority creditor's name and mailing address**

CALIFORNIA STATE DISBURSEMENT UNIT
PO BOX 989067
WEST SACRAMENTO, CA 95798

**Date or dates debt was incurred**

3/9/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$8.30

---

**Part 2:**   Additional Page

| | Amount of claim |
|---|---|

| | | |
|---|---|---|
| 3.177 | **Nonpriority creditor's name and mailing address** | $125.35 |

CAMBRIA SUITES INDIANAPOLIS AIRPORT
6014 GATEWAY DR
IN272
PLAINFIELD, IN  46168

**Date or dates debt was incurred**

12/1/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| | | |
|---|---|---|
| 3.178 | **Nonpriority creditor's name and mailing address** | $115,770.00 |

CANAM PO LP
1868 SOURCES BLVD
SUITE 304
POINTE CLAIRE, QC  H9R 5R2
CA

**Date or dates debt was incurred**

3/1/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| | | |
|---|---|---|
| 3.179 | **Nonpriority creditor's name and mailing address** | $150.00 |

CANDICE BROOKS
20906 EMMET ST
ELKHORN, NE  68022

**Date or dates debt was incurred**

1/13/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| | | |
|---|---|---|
| 3.180 | **Nonpriority creditor's name and mailing address** | $79,340.70 |

CANDLE WARMERS ETC
1948 W. 2425 STREET
SUITE 2
WOODS CROSS, UT  84087

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| | | |
|---|---|---|
| 3.181 | **Nonpriority creditor's name and mailing address** | $10,713.31 |

CANDLEART CANDLE COMPANY
102 NORB AVE
DIETERICH, IL  62424-1054

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.182 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $525.20 |
|---|---|---|---|

**3.182**

**Nonpriority creditor's name and mailing address**

CANNONBALL EXPRESS, INC
10064 SOUTH 134TH ST
OMAHA,, NE  68138-3708

**Date or dates debt was incurred**

2/28/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
FREIGHT

**Is the claim subject to offset?**
☒ No
☐ Yes

$525.20

---

**3.183**

**Nonpriority creditor's name and mailing address**

CANYON COUNTY SHERIFF'S OFFICE
1115 ALBANY
CALDWELL, ID  83605

**Date or dates debt was incurred**

3/9/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$244.95

---

**3.184**

**Nonpriority creditor's name and mailing address**

CAPELLI OF NEW YORK
1 EAST 33 ST
NEW YORK, NY  10016

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$116,998.87

---

**3.185**

**Nonpriority creditor's name and mailing address**

CAPITAL ONE BANK
DOUGLAS COUNTY COURT SMALL CLAIMS
1819 FARNAM ST
OMAHA, NE  68183

**Date or dates debt was incurred**

1/15/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$177.16

---

**3.186**

**Nonpriority creditor's name and mailing address**

CARDINAL INDUSTRIES
21-01 51ST  AVE
LONG ISLAND CITY, NY  11101

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$16,927.00

| **Part 2:** | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

| 3.187 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $32,753.00 |
| --- | --- | --- | --- |

**Nonpriority creditor's name and mailing address**
CAREER SEARCH ASSOCIATES
4949 PLEASANT STREET
SUITE 205
WEST DES MOINES, IA  50266

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

**$32,753.00**

---

**3.188** **Nonpriority creditor's name and mailing address**
CARLSON SYSTEMS
PO BOX 3036
OMAHA, NE  68103-0036

**Date or dates debt was incurred**
11/28/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

**$1,813.66**

---

**3.189** **Nonpriority creditor's name and mailing address**
CARLTON TECHNOLOGIES, INC
PO BOX 72003
CLEVELAND, OH  44192-0002

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

**$3,149.00**

---

**3.190** **Nonpriority creditor's name and mailing address**
CAROLE INC
1607 S GRAND AVE
LOS ANGELES, CA  90015

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

**$793.55**

---

**3.191** **Nonpriority creditor's name and mailing address**
CARPENTER CO.
PO BOX 75252
CHARLOTTE, NC  28275-0252

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

**$54,022.04**

| **Part 2:** | Additional Page | |
|---|---|---|
| | | Amount of claim |

| 3.192 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25.00 |
|---|---|---|---|

CASH SOLUTIONS
2108 IRVING BLVD
DALLAS, TX 75207

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
12/8/2016

**Basis for the claim:**
EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.193 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $100.00 |
|---|---|---|---|

CAT GOLDEN
9947 ECHO PLAIN DR
SAN ANTONIO, TX 78245

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
11/20/2015

**Basis for the claim:**
EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.194 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $93,393.16 |
|---|---|---|---|

CATALYST WESTOWNE, LLC
P.O. BOX 80393
CITY OF INDUSTRY, CA 91716-8393

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.195 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $389.00 |
|---|---|---|---|

CATCH-IT WILDLIFE & PEST CONTROL, INC
PO BOX 11846
KANSAS CITY, MO 64138

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
1/11/2017

**Basis for the claim:**
EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.196 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $33,838.25 |
|---|---|---|---|

CAVALINI INC
1536 SOUTH ALAMEDA ST
LOS ANGELES, CA 90021

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page | | | |
| --- | --- | --- | --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.197 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $41,083.78 |
| --- | --- | --- | --- |

| | CDW DIRECT | *Check all that apply.* | |
| | PO BOX 75723 | ☐ Contingent | |
| | CHICAGO, IL  60675-572 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | EXPENSE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.198 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN |
| --- | --- | --- | --- |
| | CECILIA PENNER | *Check all that apply.* | |
| | 1500 S W Western Ave | ☒ Contingent | |
| | Topeka, KS  66604 | ☒ Unliquidated | |
| | | ☒ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | LITIGATION | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.199 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $7,415.76 |
| --- | --- | --- | --- |
| | CEDAR RAPIDS RESIDENCE INN | *Check all that apply.* | |
| | 1900 DODGE ROAD NE | ☐ Contingent | |
| | CEDAR RAPIDS, IA  52402 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | EXPENSE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.200 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $23,924.75 |
| --- | --- | --- | --- |
| | CEJON INC | *Check all that apply.* | |
| | 390 FIFTH AVE SUITE, 602 | ☐ Contingent | |
| | NEW YORK, NY  10018 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | MERCHANDISE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.201 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $154,590.00 |
| --- | --- | --- | --- |
| | CELEBRITY PINK | *Check all that apply.* | |
| | DIVISION OF 2253 APPAREL INC | ☐ Contingent | |
| | 1708 GAGE RD | ☐ Unliquidated | |
| | MONTABELLO, CA  90040 | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | MERCHANDISE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Part 2: | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.202**  **Nonpriority creditor's name and mailing address**

CENTRAL CAROLINA HOSIERY
211 SHADY OAK DR
BISCOE, NC  27209

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$46,894.50

---

**3.203**  **Nonpriority creditor's name and mailing address**

CENTRAL CREDIT SERVICES
PO BOX 1870
ST. CHARLES, MO  63302

**Date or dates debt was incurred**

1/15/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$101.36

---

**3.204**  **Nonpriority creditor's name and mailing address**

CENTRAL STATES WIRE PROD.
871 EDGERTON ST.
ST.PAUL,, MN  55130

**Date or dates debt was incurred**

1/9/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,597.00

---

**3.205**  **Nonpriority creditor's name and mailing address**

CERIDIAN
PO BOX 772830
CHICAGO, IL  60677

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,322.58

---

**3.206**  **Nonpriority creditor's name and mailing address**

CFA STAFFING
PO BOX 75343
CHICAGO, IL  60675-5343

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,262.55

---

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.207 | **Nonpriority creditor's name and mailing address**<br><br>CFO SERVICES<br>11422 MIRACLE HILLS DRIVE<br>SUITE 500<br>OMAHA, NE  68154<br><br>**Date or dates debt was incurred**<br><br>2/9/2017<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,165.00 |
| 3.208 | **Nonpriority creditor's name and mailing address**<br><br>CH SHOPPES LLC<br>C/O M&J WILKOW PROPERTIES<br>20 SOUTH CLARK STREET, SUITE 3000<br>CHICAGO, IL  60603<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $81,016.59 |
| 3.209 | **Nonpriority creditor's name and mailing address**<br><br>CHAINALYTICS<br>2500 CUMBERLAND PARKWAY, STE 550<br>ATLANTA, GA  30339<br><br>**Date or dates debt was incurred**<br><br>1/6/2017<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $9,500.00 |
| 3.210 | **Nonpriority creditor's name and mailing address**<br><br>CHAMPAIGN FAIRFIELD INN<br>1807 MORELAND BLVD<br>CHAMPAIGN, IL  61820<br><br>**Date or dates debt was incurred**<br><br>1/13/2017<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $93.24 |
| 3.211 | **Nonpriority creditor's name and mailing address**<br><br>CHATEAU INTL INC<br>188  WHITMAN  AVENUE<br>EDISON, NJ  08817<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $93,552.98 |

Debtor _____
        (Name)

| **Part 2:** | Additional Page |

| | Amount of claim |
|---|---|

| 3.212 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $728.41 |

CHICAGO METROPOLITAN FIRE PREVENTION CO
820 NORTH ADDISON AVENUE
ELMHURST, IL  60126

**Date or dates debt was incurred**

2/21/2017

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.213 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $855.03 |

CHILD SUPPORT PAYMENT CENTER
700 GOVERNOR'S FRIVE
SUITE 84
PIERRE, SD  57501-2291

**Date or dates debt was incurred**

3/9/2017

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.214 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,617.92 |

CIMA CONFECTIONS
13337 SOUTH STREET #245
CERRITOS, CA  90703

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.215 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,278.52 |

CINTAS
CINTAS FAS LOCKBOX 636525
PO BOX 636525
CINCINNATI, OH  45263-6525

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.216 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6,503.97 |

CINTAS
PO BOX 630921
CINCINNATI, OH  45263-0921

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**Part 2:**   Additional Page

|  | | | Amount of claim |
|---|---|---|---|

| 3.217 | **Nonpriority creditor's name and mailing address**<br><br>CINTAS<br>PO BOX 88005<br>CHICAGO, IL 60680-1005<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $16,303.39 |
| 3.218 | **Nonpriority creditor's name and mailing address**<br><br>CINTAS #366<br>PO BOX 630803<br>CINCINNATI, OH 45263<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,577.72 |
| 3.219 | **Nonpriority creditor's name and mailing address**<br><br>CINTAS CORPORATION<br>ATTN: SANDY WESTERKAMM<br>PO BOX 635208<br>CINCINNATI, OH 45263-5208<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,852.83 |
| 3.220 | **Nonpriority creditor's name and mailing address**<br><br>CINTAS CORPORATION #180<br>P.O. BOX # 650838<br>DALLAS, TX 75265-0838<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,219.92 |
| 3.221 | **Nonpriority creditor's name and mailing address**<br><br>CINTAS LOCATION #336<br>PO BOX 630910<br>CINCINNATI, OH 45263-0910<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $66.90 |

**Part 2:**   Additional Page

| | | Amount of claim |
|---|---|---|

---

**3.222**   **Nonpriority creditor's name and mailing address**

CINTAS LOCATION #G64
PO BOX 630910
CINCINNATI, OH  45263-0910

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,743.47

---

**3.223**   **Nonpriority creditor's name and mailing address**

CIRCLE GLASS, LLC
13 JENSEN DR
SOMERSET, NJ  08873

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,915.17

---

**3.224**   **Nonpriority creditor's name and mailing address**

CIRCUIT CLERK
10 NORTH TUCKER
ST LOUIS, MO  63101

**Date or dates debt was incurred**

3/9/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$159.60

---

**3.225**   **Nonpriority creditor's name and mailing address**

CITY BY CITY
19 GROSVENOR AVE
SUITE 555
EAST PROVIDENCE, RI  02914

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$72,159.95

---

**3.226**   **Nonpriority creditor's name and mailing address**

CITY OF CHAMPAIGN
ALARM PROGRAM
PO BOX 142375
IRVING, TX  75014

**Date or dates debt was incurred**

2/10/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$200.00

---

**Part 2:** Additional Page

| | Amount of claim |
|---|---|

**3.227** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25.00
---

**3.227**

**Nonpriority creditor's name and mailing address**

CITY OF COUNCIL BLUFFS, IOWA
C/O ATB SERVICES, LLC
PO BOX 26364
COLORADO SPRINGS, CO  80936

**Date or dates debt was incurred**

2/17/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$25.00

---

**3.228**

**Nonpriority creditor's name and mailing address**

CITY OF LENEXA FALSE ALARM REDUCTION PROGRAM
PO BOX 873123
KANSAS CITY, MO  64187-3123

**Date or dates debt was incurred**

1/14/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,840.00

---

**3.229**

**Nonpriority creditor's name and mailing address**

CLARITUS
4201 PROGRESSIVE AVE
LINCOLN, NE  68504

**Date or dates debt was incurred**

12/16/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$58.14

---

**3.230**

**Nonpriority creditor's name and mailing address**

CLOUD NINE CLOTHING
1384 BROADWAY - 14TH FLOOR
NEW YORK, NY  10120

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,980.00

---

**3.231**

**Nonpriority creditor's name and mailing address**

CODY PEST MANAGEMENT
PO BOX 1075
BELLEVUE, NE  68005-1075

**Date or dates debt was incurred**

1/12/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$206.51

**Part 2:** Additional Page

|  | Amount of claim |
|---|---|

| | | |
|---|---|---|
| 3.232 | **Nonpriority creditor's name and mailing address**<br>COED SPORTSWEAR<br>PO BOX 970<br>NEWFIELDS, NH 03856<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $8,290.23 |
| 3.233 | **Nonpriority creditor's name and mailing address**<br>COLE MT ALBUQUERQUE NM, LLC<br>ID: PT4197<br>PO BOX 840990<br>DALLAS, TX 75284-0990<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $55,429.75 |
| 3.234 | **Nonpriority creditor's name and mailing address**<br>COLE MT RAPID CITY SD (II), LLC<br>PO BOX 602954<br>CHARLOTTE, NC 28260-2954<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $55,450.71 |
| 3.235 | **Nonpriority creditor's name and mailing address**<br>COLE MT RIVERDALE UT, LLC<br>ID:PT4494<br>PO BOX 840990<br>DALLAS, TX 75284-0990<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $52,656.81 |
| 3.236 | **Nonpriority creditor's name and mailing address**<br>COLLEGE CONCEPTS/SIDELINE AP<br>P.O. BOX 338<br>DAYTON, TN 37321<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $14,607.00 |

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.237 | **Nonpriority creditor's name and mailing address**<br><br>COLLINS PAINTING & DESIGN LLC<br>7817 HONEYWELL DR<br>FORT WAYNE, IN 46825<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $63,655.92 |
| 3.238 | **Nonpriority creditor's name and mailing address**<br><br>COLORADO FIRE PROTECTION CO.<br>14912 NORTH RIDGE STREET<br>BRIGHTON, CO 80603<br><br>**Date or dates debt was incurred**<br><br>2/7/2017<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $247.00 |
| 3.239 | **Nonpriority creditor's name and mailing address**<br><br>COLORS IN OPTICS<br>366 FIFTH AVENUE, SUITE 804<br>NEW YORK, NY 10001<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $202,520.40 |
| 3.240 | **Nonpriority creditor's name and mailing address**<br><br>COLORTEK, INC<br>1280 RESEARCH BLVD<br>ST LOUIS, MO 63132<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $338,418.56 |
| 3.241 | **Nonpriority creditor's name and mailing address**<br><br>COLOSSEUM ATHLETICS<br>PO BOX 8314<br>PASADENA, CA 91109-8314<br><br>**Date or dates debt was incurred**<br><br>11/2/2016<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $14,334.00 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.242 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $66,646.24 |

3.242 **Nonpriority creditor's name and mailing address**

COLUMBIA FRAME INC
51 DISTRIBUTION WAY
PLATTSBURG, NY  12901

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$66,646.24

---

3.243 **Nonpriority creditor's name and mailing address**

COMFORT RESEARCH
1719 ELIZABETH AVE NW
GRAND RAPIDS, MI  49504

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,983.95

---

3.244 **Nonpriority creditor's name and mailing address**

COMFORT SUITES
310B GREENBRIAR DR
NORMAL, IL  61761

**Date or dates debt was incurred**

4/16/2013

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$111.99

---

3.245 **Nonpriority creditor's name and mailing address**

COMFORT SUITES
4231 INDUSTRIAL AVE
LINCOLN, NE  68504-1118

**Date or dates debt was incurred**

1/27/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$342.50

---

3.246 **Nonpriority creditor's name and mailing address**

COMMERCE BANK COMMERCIAL CARDS
PO BOX 846451
KANSAS CITY, MO  64184

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,679.42

| **Part 2:** | Additional Page | |
|---|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.247 | **Nonpriority creditor's name and mailing address**<br><br>COMPLEX INDUSTRIES INC<br>4300 CONCORDE RD<br>MEMPHIS, TN 38118<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $20,238.89 |

| 3.248 | **Nonpriority creditor's name and mailing address**<br><br>COMPLIANCE NETWORKS<br>ATTN: CONTROLLER<br>14090 SOUTHWEST FREEWAY, STE 300<br>SUGAR LAND, TX 77478<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $33,219.00 |

| 3.249 | **Nonpriority creditor's name and mailing address**<br><br>CONCEPT ONE<br>119 W 4OTH ST, 3RD FL<br>NEW YORK, NY 10018<br><br>**Date or dates debt was incurred**<br><br>12/14/2016<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,656.00 |

| 3.250 | **Nonpriority creditor's name and mailing address**<br><br>CONCEPTS IN TIME, LLC<br>45 W 36 ST 4TH FLOOR<br>NEW YORK, NY 10018<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $52,633.00 |

| 3.251 | **Nonpriority creditor's name and mailing address**<br><br>CONFERENCE GROUP LLC<br>254 CHAPMAN RD<br>TOPKIS BLDG, SUITE 200<br>NEWARK, DE 19702<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,719.07 |

Debtor _____
(Name)

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| | | |
|---|---|---|
| 3.252 | **Nonpriority creditor's name and mailing address**<br>CONFERENCE TECHNOLOGIES, INC.<br>P.. BOX 66726<br>ST. LOUIS, MO 63166-6726<br><br>**Date or dates debt was incurred**<br>1/31/2017<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $448.57 |
| 3.253 | **Nonpriority creditor's name and mailing address**<br>CONTINENTAL ALARM & DETECTION<br>PO BOX 30036<br>OMAHA, NE 68103<br><br>**Date or dates debt was incurred**<br>12/12/2016<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $616.32 |
| 3.254 | **Nonpriority creditor's name and mailing address**<br>CONTINENTAL FIRE SPRINKLER CO.<br>PO BOX 30036<br>OMAHA, NE 68103-1136<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $654.13 |
| 3.255 | **Nonpriority creditor's name and mailing address**<br>CONTINENTAL STOCK TRANSFER & TRUST COMPANY<br>17 BATTERY PLACE<br>NEW YORK, NY 10004<br><br>**Date or dates debt was incurred**<br>1/31/2017<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $807.66 |
| 3.256 | **Nonpriority creditor's name and mailing address**<br>CONTINUANT, INC<br>5050 20TH ST EAST<br>FIFE, WA 98424<br><br>**Date or dates debt was incurred**<br>2/7/2017<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $415.00 |

| **Part 2:** | Additional Page | | | |
|---|---|---|---|---|
| | | | | Amount of claim |

| 3.257 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $19,581.60 |
|---|---|---|---|
| | CONVERSE ACCESSORIES<br>PO BOX 798133<br>ST LOUIS, MO 63179 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>MERCHANDISE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.258 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $59,269.56 |
|---|---|---|---|
| | CORE BAMBOO<br>247 WEST 38TH #501<br>NEW YORK, NY 10018 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>MERCHANDISE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.259 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $64,533.87 |
|---|---|---|---|
| | CORONADO CENTER LLC<br>SDS-12-2354<br>PO BOX 86<br>MINNEAPOLIS, MN 55486-2354 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>EXPENSE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.260 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,393.00 |
|---|---|---|---|
| | COTY/LANCASTER GROUP<br>75 REMITTANCE DR<br>SUITE 6435<br>CHICAGO, IL 60675-6435 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>1/10/2017 | **Basis for the claim:**<br>MERCHANDISE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.261 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $11,092.00 |
|---|---|---|---|
| | COUGAR SPORT<br>55 WEST 39TH STREET<br>ROOM 305<br>NEW YORK, NY 10018 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>MERCHANDISE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

**Part 2:**   Additional Page

| | Amount of claim |
|---|---|

---

**3.262**   **Nonpriority creditor's name and mailing address**

COUNTRY INN & SUITES
2571 HEARTLAND PLACE
CORALVILLE, IA 52241

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$176.96

---

**3.263**   **Nonpriority creditor's name and mailing address**

COUNTRY INN & SUITES NORTH
4444 CZECH LANE NE
CEDAR RAPIDS, IA 52402

**Date or dates debt was incurred**

3/9/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$110.88

---

**3.264**   **Nonpriority creditor's name and mailing address**

COUNTRYWOOD DST
BOX 936039
ATLANTA, GA 31193-6039

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$88,658.14

---

**3.265**   **Nonpriority creditor's name and mailing address**

COURTYARD BY MARRIOTT
5151 JOURNAL CENTER BLVD
ALBUQUERQUE, NM 87109

**Date or dates debt was incurred**

1/26/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$242.48

---

**3.266**   **Nonpriority creditor's name and mailing address**

COURTYARD BY MARRIOTT
KANSAS CITY EAST
1500 NE CORONADO DR
BLUE SPRINGS, MO 64014

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,824.11

---

| Debtor | Gabriel's, Inc. | | |
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.267 | **Nonpriority creditor's name and mailing address**<br>COURTYARD OKLAHOMA CITY NORTH<br>13511 HIGHLAND PARK BLVD<br>OKLAHOMA CITY, OK  73120<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $673.02 |

| 3.268 | **Nonpriority creditor's name and mailing address**<br>COURTYARD TULSA WOODLAND HILLS<br>9041 EAST 71ST ST<br>TULSA, OK  74133<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,102.24 |

| 3.269 | **Nonpriority creditor's name and mailing address**<br>COX COMMUNICATIONS<br>PO BOX 2742<br>OMAHA, NE  68103<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $27,350.18 |

| 3.270 | **Nonpriority creditor's name and mailing address**<br>CPP RIVER FALLS LLC<br>C/O COLUMBUS PACIFIC PROPERTIES INC<br>429 SANTA MONICA BLVD, SUITE 600<br>SANTA MONICA, CA  90401<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $50,376.71 |

| 3.271 | **Nonpriority creditor's name and mailing address**<br>CREATIVE BEAUTY CONCEPTS LLC<br>1010  NORTHERN BLVD<br>SUITE  #330<br>GREAT NECK, NY  11021<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,257.20 |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 3.272 | **Nonpriority creditor's name and mailing address**<br><br>CREATIVE CO-OP INC<br>DEPT CH 19841<br>CHICAGO, IL  60055-9841<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $78,772.69 |
| 3.273 | **Nonpriority creditor's name and mailing address**<br><br>CREATIVE WILD CHILD, LLC<br>5406 N. 133RD PLZ #105<br>OMAHA, NE  68164<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $8,782.50 |
| 3.274 | **Nonpriority creditor's name and mailing address**<br><br>CREDIT ACCEPTANCE CORP<br>DOUGLAS COUNTY COURT<br>1819 FARNAM CIVIL/SMALL CLAIMS<br>OMAHA, NE  68183<br><br>**Date or dates debt was incurred**<br><br>3/9/2017<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $194.48 |
| 3.275 | **Nonpriority creditor's name and mailing address**<br><br>CREDIT BUREAU SERVICES INC.<br>C/O A.M. BARRON, ESQ.<br>PO BOX 597<br>FREMONT, NE  68026<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.276 | **Nonpriority creditor's name and mailing address**<br><br>CREDIT MANAGEMENT SERVICES<br>HALL COUNTY COURT<br>111 W 1ST STE 1<br>GRAND ISLAND, NE  68801<br><br>**Date or dates debt was incurred**<br><br>3/9/2017<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $132.71 |

| **Part 2:** | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

| 3.277 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $227,299.00 |
| --- | --- | --- | --- |

**Nonpriority creditor's name and mailing address**
CREST HOME DESIGN
1407 BROADWAY   STE 2701
NEW YORK, NY  10018

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$227,299.00

---

**Nonpriority creditor's name and mailing address**
CRETE CARRIERS
PO BOX 82634
LINCOLN, NE  68501

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

3.278    $29,690.41

---

**Nonpriority creditor's name and mailing address**
CROWN EQUIPMENT CORPORATION
PO BOX 641173
CINCINNATI, OH  45264-1173

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

3.279    $1,160.58

---

**Nonpriority creditor's name and mailing address**
CROWN LIFT TRUCKS LLC
PO BOX 641173
CINCINNATI, OH  45264-1173

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

3.280    $5,645.43

---

**Nonpriority creditor's name and mailing address**
CROWN METAL MFG. CO.
765 S STATE ROUTE 83
ELMHURST, IL  60126

**Date or dates debt was incurred**
1/10/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

3.281    $71.00

**Part 2:**   Additional Page

| | Amount of claim |
|---|---|

**3.282** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $35,888.64

CROWN PACKAGING
PO BOX 17806M
ST. LOUIS,, MO  63195

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.283** | **Nonpriority creditor's name and mailing address** | $122,362.69

CRYSTAL ART GALLERY/A.M. & N.
DEPT CH 16738
PALATINE, IL  60055

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.284** | **Nonpriority creditor's name and mailing address** | $70,984.65

CSHV CROSSROADS, LLC
26360 NETWORK PLACE
CHICAGO, IL  60673-1263

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.285** | **Nonpriority creditor's name and mailing address** | $31,929.58

CSI LEASING INC
PO BOX 204267
DALLAS, TX  75320-4267

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.286** | **Nonpriority creditor's name and mailing address** | $15,408.00

CUDLIE ACCESSORIES
1 EAST 33 ST 7TH FLR
NEW YORK, NY  10016

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page | |
|---|---|---|
| | | **Amount of claim** |

| 3.287 | **Nonpriority creditor's name and mailing address** <br><br> CULLIGAN OF TULSA <br> PO BOX 9697 <br> TULSA, OK 74157-0697 <br><br> **Date or dates debt was incurred** <br><br> VARIOUS <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> EXPENSE <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $88.28 |
|---|---|---|---|
| 3.288 | **Nonpriority creditor's name and mailing address** <br><br> CUTIE PIE BABY <br> 34 WEST 33RD ST 9TH FLOOR <br> NEW YORK, NY 10001 <br><br> **Date or dates debt was incurred** <br><br> VARIOUS <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> MERCHANDISE <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $79,380.00 |
| 3.289 | **Nonpriority creditor's name and mailing address** <br><br> CYBERSOURCE CORPORATION <br> PO BOX 742842 <br> LOS ANGELES, CA 90074-2842 <br><br> **Date or dates debt was incurred** <br><br> VARIOUS <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> EXPENSE <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $20,519.01 |
| 3.290 | **Nonpriority creditor's name and mailing address** <br><br> DAINTY HOME INC <br> 251 FIFTH AVE - 2ND FLOOR <br> NEW YORK, NY 10016 <br><br> **Date or dates debt was incurred** <br><br> VARIOUS <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> MERCHANDISE <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $3,076.45 |
| 3.291 | **Nonpriority creditor's name and mailing address** <br><br> DAKOTA FIRE EXTINGUISHERS <br> 5100 S BROADWAY <br> MINOT, ND 58701 <br><br> **Date or dates debt was incurred** <br><br> 1/25/2017 <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> EXPENSE <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $385.76 |

Debtor _____
(Name)

| **Part 2:** | Additional Page |

|  | Amount of claim |
|---|---|

| 3.292 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $233.98 |

DANA LILLY-PETTY CASHIER
1801 INNOVATION BLVD
CLAYTON, IN  43118

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.293 | **Nonpriority creditor's name and mailing address** | | UNKNOWN |

DANA RUTH LIXENBERG
C/O STEPHEN M DONIGER, ESQ.
DONIGER BURROUGHS APC
603 ROSE AVENUE
VENICE, CA  90291

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.294 | **Nonpriority creditor's name and mailing address** | | $8,056.03 |

DANBAR COOL THINGS, INC
43 WEST 75TH STREET #1
NEW YORK, NY  10023

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.295 | **Nonpriority creditor's name and mailing address** | | UNKNOWN |

DANIEL KOPPERUD
C/O SEAN M. RAITER, LARSON KING LLP
2800 WELLS FARGO PLACE
30 E. 7TH STREET
ST PAUL, MN  55101

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.296 | **Nonpriority creditor's name and mailing address** | | $11,358.90 |

DAVID ALLEN ACCESSORIES
1107 53RD COURT SOUTH
MANGONIA PARK, FL  33407

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Case 17-80305-TLS | | |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
| --- | --- | --- | --- |

| 3.297 | **Nonpriority creditor's name and mailing address**<br><br>DC SHOES, INC<br>PO BOX 749337<br>LOS ANGELES, CA 90074-9337<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $19,516.95 |
| 3.298 | **Nonpriority creditor's name and mailing address**<br><br>DDR SOUTHEAST EVANSVILLE EAST LLOYD, LLC<br>DEPT 108007-30493-00017632<br>PO BOX 809303<br>CHICAGO, IL 60680-9303<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $84,516.86 |
| 3.299 | **Nonpriority creditor's name and mailing address**<br><br>DECA<br>1908 ASSOCIATION DRIVE<br>RESTON, VA 20191-1594<br><br>**Date or dates debt was incurred**<br>1/7/2017<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,000.00 |
| 3.300 | **Nonpriority creditor's name and mailing address**<br><br>DECOR CRAFT INC<br>133 MATHEWSON ST<br>PROVIDENCE, RI 02903<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $14,039.56 |
| 3.301 | **Nonpriority creditor's name and mailing address**<br><br>DECORWARE<br>PO BOX 1051<br>GUASTI, CA 91743<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $99,571.44 |

(Name)

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

---

**3.302** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $161,075.96
| | *Check all that apply.* |

DEJUNO CORPORATION
1800 S MILLIKEN AVE
ONTARIO, CA 91761

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.303** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $34,159.17
| | *Check all that apply.* |

DELTA GALIL USA INC
PO BOX 798133
ST. LOUIS, MO 63179

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.304** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $50,500.00
| | *Check all that apply.* |

DEMANDWARE INC
5 WALL STREET
BURLINGTON, MA 01803

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.305** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $11,227.72
| | *Check all that apply.* |

DEMET'S CANDY COMPANY
30 BUXTON FARMS ROAD
STAMFORD, CT 06905

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.306** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $37,409.04
| | *Check all that apply.* |

DENNIS EAST INTERNATIONAL
221 WILLOW STREET
YARMOUTHPORT, MA 02675

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.307 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,505.58 |
|---|---|---|---|

DEPARTMENT OF REVENUE
PO BOX 23075
JACKSON, MS  39225-3075

**Date or dates debt was incurred**
2/21/2017

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.308 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $65.00 |
|---|---|---|---|

DE'S KEY SERVICE
3872 WASHINGTON BLVD
OGDEN, UT  84403

**Date or dates debt was incurred**
1/5/2017

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.309 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $40,372.08 |
|---|---|---|---|

DES MOINES ASSOCIATES
PO BOX 310360
DESMOINES, IA  50331-0360

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.310 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $27,526.80 |
|---|---|---|---|

DESIGN IMPORTS INDIA
PO BOX 58410
SEATTLE, WA  98138

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.311 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6,078.00 |
|---|---|---|---|

DESIGNSTYLES
4 53RD  STREET
BROOKLYN, NY  11232

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor _____
        (Name)

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.312 | **Nonpriority creditor's name and mailing address**<br><br>DESMA GROUP INC<br>PO BOX 72992<br>MARIETTA, GA  30007<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $199,780.20 |

| 3.313 | **Nonpriority creditor's name and mailing address**<br><br>DESOTO COUNTY SCHOOL DISTRICT<br>PARTNERS IN EDUCATION<br>5 E SOUTH ST<br>HERNANDO, MS  36832<br><br>**Date or dates debt was incurred**<br><br>12/10/2015<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $141.08 |

| 3.314 | **Nonpriority creditor's name and mailing address**<br><br>DEVELOPMENT LLC<br>1307 LEAVENWORTH STREET<br>STE B<br>OMAHA, NE  68164<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10,020.00 |

| 3.315 | **Nonpriority creditor's name and mailing address**<br><br>DEVITO VERDI, INC<br>100 5TH AVENUE, 16TH FLOOR<br>NEW YORK, NY  10011<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $75,391.00 |

| 3.316 | **Nonpriority creditor's name and mailing address**<br><br>DH PACE COMPANY, INC<br>1901 E 119TH STREET<br>OLATHE, KS  66061<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,184.89 |

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.317 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $219.89 |
| | DIAMOND VOGEL PAINT MFG INC<br>PO BOX 27600<br>OMAHA, NE  68127-0600 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>EXPENSE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.318 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,633.57 |
| | DIMEO SCHNEIDER & ASSOC. L.L.C<br>500 WEST MADISON, SUITE 1700<br>CHICAGO, IL  60661 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>1/6/2017 | **Basis for the claim:**<br>EXPENSE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.319 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25,874.50 |
| | DIRECT FRAGRANCES<br>11955 SOUTHWEST 142ND TERRACE<br>MIAMI, FL  33186 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>MERCHANDISE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.320 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $138.46 |
| | DIVISION OF CHILD SUPPORT<br>PO BOX 14059<br>LEXINGTON, KY  40512-4059 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>3/9/2017 | **Basis for the claim:**<br>EXPENSE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.321 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $38,897.16 |
| | DIVISIONS MAINTENANCE GROUP<br>1 RIVERFRONT PLACE, SUITE 510<br>NEWPORT, KY  41071 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>EXPENSE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Part 2:** | Additional Page |

|  | Amount of claim |
| --- | --- |

| 3.322 | **Nonpriority creditor's name and mailing address**<br>DML<br>7711 HAYVENHURST AVENUE<br>VAN NUYS, CA 91406 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,082.80 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>MERCHANDISE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.323 | **Nonpriority creditor's name and mailing address**<br>DNA COUTURE, INC<br>747 E 10TH ST. #103<br>LOS ANGELES, CA 90021 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,538.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>MERCHANDISE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.324 | **Nonpriority creditor's name and mailing address**<br>DON HUMMER TRUCKING<br>P O BOX 1450 NW 7939<br>MINNEAPOLIS, MN 55485-7939 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $29,134.86 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>EXPENSE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.325 | **Nonpriority creditor's name and mailing address**<br>DON MECHANIC ENTERPRISES<br>PO BOX 558<br>ADDISON, TX 75001-0558 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $10,278.12 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>MERCHANDISE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.326 | **Nonpriority creditor's name and mailing address**<br>DONALD BURTIS II<br>PO Box 2380<br>Corrales, NE 87048 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $500.00 |
| | **Date or dates debt was incurred**<br>3/17/2017 | **Basis for the claim:**<br>EXPENSE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.327 | **Nonpriority creditor's name and mailing address**<br>DONALD WOLF<br>1206 Briarcroft<br>Lee Summit, MO 64063<br><br>**Date or dates debt was incurred**<br>10/12/2015<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $53.75 |

| 3.328 | **Nonpriority creditor's name and mailing address**<br>DONNA DUNN<br><br>**Date or dates debt was incurred**<br>5/30/2016<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $54.16 |

| 3.329 | **Nonpriority creditor's name and mailing address**<br>DONNELLEY FINANCIAL SOLUTIONS<br>PO BOX 842282<br>BOSTON, MA 22842282<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $57,840.00 |

| 3.330 | **Nonpriority creditor's name and mailing address**<br>DOSKOCIL MANUFACTURING CO INC<br>DBA PETMATE<br>PO BOX 733418<br>DALLAS, TX 75373-3418<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $37,144.88 |

| 3.331 | **Nonpriority creditor's name and mailing address**<br>DOUBLE ZERO INC<br>1015 S. CROCKER ST, #Q-28<br>LOS ANGELES, CA 90021<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $24,670.06 |

| **Part 2:** | Additional Page | | |
|---|---|---|---|
| | | | Amount of claim |

| 3.332 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $19,650.12 |
|---|---|---|---|

3.332 **Nonpriority creditor's name and mailing address**

DOWN LITE INTERNATIONAL
PO BOX 645340
CINCINNATI, OH  45264-5340

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☑ No
☐ Yes

$19,650.12

---

3.333 **Nonpriority creditor's name and mailing address**

DREAM HOME NY
255 5TH AVE, 3RD FLR
PO BOX 20069
NEW YORK, NY  10016

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☑ No
☐ Yes

$98,961.30

---

3.334 **Nonpriority creditor's name and mailing address**

DRURY I&S SPRINGFIELD IL
DEPARTMENT 0073
3180 SOUTH DIRKSEN PARKWAY
SPRINGFIELD, IL  62703

**Date or dates debt was incurred**

1/10/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☑ No
☐ Yes

$111.99

---

3.335 **Nonpriority creditor's name and mailing address**

DRURY INN & SUITES ARNOLD
3800 STATE RT 141
ARNOLD, MO  63010

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,651.22

---

3.336 **Nonpriority creditor's name and mailing address**

DRURY INN AND SUITES FAIRVIEW HEIGHTS
12 LUDWIG DRIVE
FAIRVIEW HEIGHTS, IL  62208

**Date or dates debt was incurred**

3/10/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,352.40

**Part 2:**    Additional Page

|  |  | Amount of claim |
|---|---|---|

| 3.337 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10,542.99 |
|---|---|---|---|

3.337 **Nonpriority creditor's name and mailing address**

DUANE SVEC ADVERTISING
15404 WEST CENTER ROAD
OMAHA, NE 68144

**Date or dates debt was incurred**

1/23/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim** $10,542.99

---

3.338 **Nonpriority creditor's name and mailing address**

DYLAN KAHL
426 Grand Ave
Story City, IA 50248

**Date or dates debt was incurred**

2/15/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,403.00

---

3.339 **Nonpriority creditor's name and mailing address**

DYNASTY APPAREL CORP
13000 NW 42ND AVENUE
MIAMI, FL 33054

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$32,359.00

---

3.340 **Nonpriority creditor's name and mailing address**

E & E CO., LTD. DBA JLA HOME
45875 NORTHPORT LOOP EAST
FREMONT, CA 94538

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$63,510.22

---

3.341 **Nonpriority creditor's name and mailing address**

E&J TRAILER SALES & SERVICE, INC
610 WAYNE PARK DRIVE
CINCINNATI, OH 45215-2848

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$578.91

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.342 | **Nonpriority creditor's name and mailing address**<br><br>E*TRADE FINANCIAL CORPORATE SERVICES<br>ATTN; ACCOUNTS RECEIVABLE<br>PO BOX 3512<br>ARLINTON, VA  22203<br><br>**Date or dates debt was incurred**<br><br>1/24/2017<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $560.00 |
| 3.343 | **Nonpriority creditor's name and mailing address**<br><br>E.L.F. COSMETICS<br>PO BOX 83403<br>CHICAGO, IL  60691-340<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $88,030.26 |
| 3.344 | **Nonpriority creditor's name and mailing address**<br><br>E.P. DOWNTOWN LLC<br>C/O CULLINAN PROPERTIES<br>420 NORTH MAIN STREET<br>EAST PEORIA, IL  61611<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $63,506.59 |
| 3.345 | **Nonpriority creditor's name and mailing address**<br><br>ECOVA INC<br>1313 N ATLANTIC, SUITE 5000<br>SPOKANE, WA  99201<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $142,529.07 |
| 3.346 | **Nonpriority creditor's name and mailing address**<br><br>ED MILLER & SONS, INC.<br>15426 W. CENTER RD<br>OMAHA, NE  68144<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $8,604.63 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.347 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $43,048.00 |
|---|---|---|---|

3.347 EDGEUCATIONAL PUBLISHING
PO BOX 850
250 CARTER DR
EDISON, NJ  08818

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$43,048.00

---

3.348 EIGHTY ONE ENTERPRISE INC.
9401  WHITMORE STREET
EL MONTE, CA  91731

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$92,794.50

---

3.349 EISENHOWER PROPERTIES, LLC
PFEFFERLE MNGMT
200 E WASHINGTON ST, STE 2A
APPLETON, WI  54911

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$43,654.30

---

3.350 ELIS LLC
28 W 36TH ST
SUITE 305
NEW YORK, NY  10018

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$222,906.00

---

3.351 ELITE PET PRODUCTS INC
401 S DUPONT AVE
ONTARIO, CA  91761

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,634.85

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.352 | **Nonpriority creditor's name and mailing address**<br><br>ELIZABETH ARDEN/FF<br>P O BOX 418906<br>BOSTON, MA 02241<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $271,793.24 |
| 3.353 | **Nonpriority creditor's name and mailing address**<br><br>ELIZABETH HENDERSON<br>1691 STATE ROUTE 303<br>STREETSBORO, OH 44241<br><br>**Date or dates debt was incurred**<br><br>2/15/2017<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,366.46 |
| 3.354 | **Nonpriority creditor's name and mailing address**<br><br>ELK GROUP INTERNATIONAL<br>12 WILLOW LANE<br>NESQUEHONING, PA 18240<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $9,352.62 |
| 3.355 | **Nonpriority creditor's name and mailing address**<br><br>E-LO SPORTSWEAR<br>1 CAPE MAY STREET<br>HARRISON, NJ 07029<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $286,314.63 |
| 3.356 | **Nonpriority creditor's name and mailing address**<br><br>ELSA L<br>27 RED ROCK WAY<br>SAN RAFAEL, CA 94903-3840<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $65,825.10 |

**Part 2:**   Additional Page

| | Amount of claim |
|---|---|

| | | |
|---|---|---|
| 3.357 | **Nonpriority creditor's name and mailing address** | $41,577.43 |
| | EMC RISK SERVICES, LLC | |
| | PO BOX 9399 | |
| | DES MOINES, IA 50306 | |

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| | | |
|---|---|---|
| 3.358 | **Nonpriority creditor's name and mailing address** | $287,765.86 |
| | EMO TRANS INC | |
| | 2322 GRAND AVENUE | |
| | BALDWIN, NY 11510 | |

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
FREIGHT

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| | | |
|---|---|---|
| 3.359 | **Nonpriority creditor's name and mailing address** | $6,048.00 |
| | EMPERIA INC | |
| | 2050 E 49TH S | |
| | VERNON, CA 90058 | |

**Date or dates debt was incurred**
2/27/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| | | |
|---|---|---|
| 3.360 | **Nonpriority creditor's name and mailing address** | $41,304.00 |
| | EMPIRE MALL LLC | |
| | PO BOX 83388 | |
| | CHICAGO, IL 60691-338 | |

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| | | |
|---|---|---|
| 3.361 | **Nonpriority creditor's name and mailing address** | $119,619.80 |
| | ENCHANTE ACCESSORIES INC. | |
| | 16 EAST 34TH STREET 16TH FLOOR | |
| | NEW YORK, NY 10016 | |

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

**Part 2:** Additional Page

| | Amount of claim |
|---|---|

| | | |
|---|---|---|
| 3.362 | **Nonpriority creditor's name and mailing address** | $314.99 |
| | ENGINEERED FIRE PROTECTION, INC | |
| | 230 SOVEREIGN COURT | |
| | BALLWIN, MO  63011 | |

**Date or dates debt was incurred**
2/1/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.363 | **Nonpriority creditor's name and mailing address** | $5,265.00 |
| | ENSTROM CANDIES INC | |
| | 701 COLORADO AVE | |
| | GRAND JUNCTION, CO  81501 | |

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.364 | **Nonpriority creditor's name and mailing address** | $17,999.59 |
| | EPS | |
| | 8845 BASIL WESTERN RD | |
| | CANAL WINCHESTER, OH  43110 | |

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.365 | **Nonpriority creditor's name and mailing address** | $4,450.98 |
| | EPS (MONITORING) | |
| | 8845 BASIL WESTERN RD | |
| | CANAL WINCHESTER, OH  43110 | |

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.366 | **Nonpriority creditor's name and mailing address** | $1,089.00 |
| | ERIN HOBSON | |
| | 1006 ADAMS ST | |
| | FT CALHOUN, NE  68023 | |

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | | | |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
| --- | --- | --- | --- |

| 3.367 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $65.38 |
| | ERIN STOUT | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | 11/15/2014 | ☐ Disputed | |
| | | **Basis for the claim:** CUSTOMER | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.368 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $76,800.00 |
| | ERNST & YOUNG PNC BANK C/O ERNST & YOUNG US LLP 3712 SOLUTIONS CENTER CHICAGO, IL 60677-3007 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** EXPENSE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.369 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $369.66 |
| | ERW MFG., INC. 650 HIGHWAY 75 SOUTH TEKAMAH, NE 68061 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** EXPENSE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.370 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $23,775.10 |
| | ESHIPPING 10812 NW HIGHWAY 45 ATTN INTERNATIONAL FREIGHT CARRIER KANSAS CITY, MO 64152 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** FREIGHT | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.371 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $8,175.00 |
| | ETHORITY LLC 4076 PAYSPHERE CR CHICAGO, IL 60674 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date or dates debt was incurred** 2/15/2017 | **Basis for the claim:** EXPENSE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.372 | **Nonpriority creditor's name and mailing address**<br><br>EURO PERFUMES\ KENROSE PERFUMES<br>60 HONECK ST<br>ENGLEWOOD, NJ 07631<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $37,209.00 |
| 3.373 | **Nonpriority creditor's name and mailing address**<br><br>EUROPEAN HOME DESIGNS LLC<br>347 FIFTH AVENUE<br>SECOND FLOOR<br>NEW YORK, NY 10016<br><br>**Date or dates debt was incurred**<br><br>12/12/2016<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $13,605.00 |
| 3.374 | **Nonpriority creditor's name and mailing address**<br><br>EVANS HOME FASHIONS, LLC<br>2440 PLEASANTDALE ROAD, SUITE 200<br>DORALVILLE, GA 30340<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,875.17 |
| 3.375 | **Nonpriority creditor's name and mailing address**<br><br>EVOLUTION AND CREATION INC<br>10 E. 9TH STREET SUITE B871<br>LOS ANGELES, CA 90079<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $86,082.21 |
| 3.376 | **Nonpriority creditor's name and mailing address**<br><br>EVOLUTIONARY APPAREL INC DBA MOD MODELE<br>9420 TELSTAR AVE STE #206<br>EL MONTE, CA 91731<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $66,834.84 |

| Part 2: | Additional Page | | | |
|---|---|---|---|---|
| | | | | Amount of claim |

| 3.377 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $101.04 |
|---|---|---|---|

3.377    **Nonpriority creditor's name and mailing address**

EXCALIBUR SHELVING SYSTEMS, INC
PO BOX 498
CONTOOCOOK, NH  32290498

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$101.04

---

3.378    **Nonpriority creditor's name and mailing address**

EXCEL TRUST LP
C/O EXCEL FT UNION LLC
PO BOX 101206
ATLANTA, GA  30392-1206

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$62,183.99

---

3.379    **Nonpriority creditor's name and mailing address**

EXEL FREIGHT CONNECT INC
32798 COLLECTION CENTER DR
CHICAGO, IL  60693

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,450.00

---

3.380    **Nonpriority creditor's name and mailing address**

EXIST SPORTS LINE
1650 NW 23RD AVE BAY A
FT. LAUDERDALE, FL  33311

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$40,028.50

---

3.381    **Nonpriority creditor's name and mailing address**

EZ MARKETING & PROMOTION
BOX 518
STONY MOUNTAIN, MANITOBA, 0  R0C 3A0

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,850.00

(Name)

| **Part 2:** | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

| | | |
| --- | --- | --- |
| 3.382 | **Nonpriority creditor's name and mailing address**<br>EZRASONS INC<br>37 WEST 37TH ST<br>NEW YORK, NY 10018 | $42,272.00 |

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| | | |
| --- | --- | --- |
| 3.383 | **Nonpriority creditor's name and mailing address**<br>FAC<br>6998 S. 108TH ST<br>LAVISTA, NE 68128 | $2,462.71 |

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| | | |
| --- | --- | --- |
| 3.384 | **Nonpriority creditor's name and mailing address**<br>FACILITY SOLUTIONS GROUP, INC<br>PO BOX 896508<br>CHARLOTTE, NC 28289-650 | $17,791.08 |

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| | | |
| --- | --- | --- |
| 3.385 | **Nonpriority creditor's name and mailing address**<br>FACILITY SOURCE, LLC<br>2020 NORTH CENTRAL AVE<br>SUITE 1200<br>PHOENIX, AZ 85004 | $16,050.00 |

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| | | |
| --- | --- | --- |
| 3.386 | **Nonpriority creditor's name and mailing address**<br>FAIRFIELD INN<br>7879 EAGLE CREST BOULEVARD<br>EVANSVILLE, IN 47715 | $524.40 |

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.387 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $612.42 |
|---|---|---|---|

FAIRFIELD INN & SUITES - MEMPHIS
8489 HIGHWAY 64
MEMPHIS, TN  38133

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.388 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,292.60 |
|---|---|---|---|

FAIRFIELD INN & SUITES AVON
119 ANGELINA WAY
AVON, IN  46123

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.389 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $119.90 |
|---|---|---|---|

FAIRFIELD INN SOUTHAVEN
7149 SLEEPY HOLLOW DR
SOUTHAVEN, MS  38671

**Date or dates debt was incurred**

1/11/2017

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.390 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $695.08 |
|---|---|---|---|

FAIRFIELD INN-FARGO
3902 9TH AVENUE, SW
FARGO, ND  58103

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.391 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $60,873.80 |
|---|---|---|---|

FAIRVIEW HEIGHTS INVESTORS
NW 6260
PO BOX 1450
MINNEAPOLIS, MN  55485

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page | |
|---|---|---|

| | | **Amount of claim** |
|---|---|---|

| 3.392 | **Nonpriority creditor's name and mailing address**<br>FAMMA GROUP INC<br>4510  LOMA VISTA AVE<br>VERNON, CA  90058<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $210,427.10 |
| 3.393 | **Nonpriority creditor's name and mailing address**<br>FAN CREATIONS<br>2655 NORTHGATE AVE<br>CUMMING, GA  30041<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $25,745.97 |
| 3.394 | **Nonpriority creditor's name and mailing address**<br>FANCY THAT GIFT & DECOR<br>DRAWER # 1756<br>PO BOX 5935<br>TROY, MI  48007-5935<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $20,132.95 |
| 3.395 | **Nonpriority creditor's name and mailing address**<br>FANTASIA ACCESSORIES LTD<br>31 W 34TH ST<br>NEW YORK, NY  10001<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $112,724.10 |
| 3.396 | **Nonpriority creditor's name and mailing address**<br>FASHION OPTIONS INC/GENERATION ONE<br>1370  BROADWAY, STE 901<br>NEW YORK, NY  10018<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $25,188.00 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.397 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $16.99 |
|---|---|---|---|

3.397

**Nonpriority creditor's name and mailing address**

FASTENAL
PO BOX 1286
WINONA, MN  55987

**Date or dates debt was incurred**

2/28/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim:** $16.99

---

3.398

**Nonpriority creditor's name and mailing address**

FAYETTE PLAZA CMBS LLC
PO BOX 74518
CLEVELAND, OH  44194

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim:** $54,075.33

---

3.399

**Nonpriority creditor's name and mailing address**

FEDERAL EXPRESS CORPORATION
PO BOX 94515
PALATINE, IL  60094-4515

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
FREIGHT

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim:** $582.38

---

3.400

**Nonpriority creditor's name and mailing address**

FENCEPOST APPAREL GROUP
PO BOX 410916
KANSAS CITY, MO  64141-0916

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim:** $285,746.85

---

3.401

**Nonpriority creditor's name and mailing address**

FERRUCHE/OVED/4 LEGS
31 W 34 ST
NEW YORK, NY  10001

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim:** $8,740.00

**Part 2:** Additional Page

| | Amount of claim |
|---|---|

| | | |
|---|---|---|
| 3.402 | **Nonpriority creditor's name and mailing address**<br><br>FETCO INTL INC<br>PO BOX 18957<br>NEWARK, NJ 71918957<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $20,520.00 |
| 3.403 | **Nonpriority creditor's name and mailing address**<br><br>FIELD PAPER CO.<br>P. O. BOX 3648<br>OMAHA, NE 68103<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $902.99 |
| 3.404 | **Nonpriority creditor's name and mailing address**<br><br>FIESTA<br>2834 46TH ST<br>VERNON, CA 90058<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,896.12 |
| 3.405 | **Nonpriority creditor's name and mailing address**<br><br>FIESTA JEWELRY<br>250 ESTEN AVE SUITE A1<br>PAWTUCKET, RI 02860<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $118,738.68 |
| 3.406 | **Nonpriority creditor's name and mailing address**<br><br>FINANCIAL ASSET MANAGEMENT SYSTEMS INC<br>PO BOX 1729<br>WOODSTOCK, GA 30188-1394<br><br>**Date or dates debt was incurred**<br><br>3/9/2017<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $117.40 |

Debtor _____
(Name)

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.407 | **Nonpriority creditor's name and mailing address**<br><br>FINELINE TECHNOLOGIES INC<br>P O BOX 934219<br>ATLANTA, GA 31193-4219<br><br>**Date or dates debt was incurred**<br><br>1/14/2017<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $62.11 |
|---|---|---|---|
| 3.408 | **Nonpriority creditor's name and mailing address**<br><br>FINESSE NOVELTY CORP<br>30 COMMERCIAL CT<br>PLAINVIEW, CT 11803<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $57,938.15 |
| 3.409 | **Nonpriority creditor's name and mailing address**<br><br>FIRE GUY INC<br>1014 STAR LN<br>NEW LENOX, IL 60451<br><br>**Date or dates debt was incurred**<br><br>1/3/2017<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $217.00 |
| 3.410 | **Nonpriority creditor's name and mailing address**<br><br>FIREFLY HOME COLLECTION<br>1520 BEACH ST<br>MONTEBELLO, CA 90640<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $28,777.10 |
| 3.411 | **Nonpriority creditor's name and mailing address**<br><br>FIRESAFETY, INC<br>#1 HELMCAMP DR<br>PO BOX 19<br>WOOD RIVER, IL 62095-0019<br><br>**Date or dates debt was incurred**<br><br>1/31/2017<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $285.83 |

| **Part 2:** | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

| 3.412 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $250.00 |

FIRETROL PROTECTION SYSTEMS, INC
3696 WEST 900 SOUTH SUITE A
SALT LAKE CITY, UT  84104

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

1/13/2017

**Basis for the claim:**
EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.413 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $87,174.60 |

FISHER PRICE BRND DIV MAPS LTD
REFERENCE #2320-3393
PO BOX 198049
ATLANTA, GA  30384-8049

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.414 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,900.00 |

FIT FARM
4383 NICHOLAS ST #211
OMAHA, NE  68131

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.415 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10,446.94 |

FIT FOR LIFE
75 REMITTANCE DRIVE DEPT 6154
CHICAGO, IL  60675

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.416 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $460,204.20 |

FLYP SPORTSWEAR INC/HNW INDUSTRY
1384 BROADWAY, SUITE 10 SOUTH
NEW YORK, NY  10018

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.417 | **Nonpriority creditor's name and mailing address**<br><br>FOPPERS PET TREAT BAKERY<br>1005 WEST BROADWAY<br>LOGANSPORT, IN 46947<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $12,619.21 |
| 3.418 | **Nonpriority creditor's name and mailing address**<br><br>FORESEE RESULTS, INC<br>DEPT CH 19245<br>PALATINE, IL 60055<br><br>**Date or dates debt was incurred**<br><br>2/1/2017<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $28,292.12 |
| 3.419 | **Nonpriority creditor's name and mailing address**<br><br>FORMATION BRANDS LLC<br>PO BOX 505361<br>ST LOUIS, MO 63150-5361<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $45,019.42 |
| 3.420 | **Nonpriority creditor's name and mailing address**<br><br>FOUNDATION 191<br>PO BOX 245<br>SAVAG, MN 55378<br><br>**Date or dates debt was incurred**<br><br>2/17/2015<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $908.60 |
| 3.421 | **Nonpriority creditor's name and mailing address**<br><br>FOX HEAD USA<br>DEPT 333155<br>PO BOX 39000<br>SAN FRANCISCO, CA 94139-3155<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $322,099.34 |

**Part 2:**   Additional Page

|  | Amount of claim |
|---|---|

---

**3.422**   **Nonpriority creditor's name and mailing address**

FRANCO MFG. CO. INC.
21422 NETWORK PLACE
CHICAGO, IL 60673-1214

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$210,983.28

---

**3.423**   **Nonpriority creditor's name and mailing address**

FREE COUNTRY OUTERWEAR
80 W 40 ST
NEW YORK, NY 10018

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$204,468.50

---

**3.424**   **Nonpriority creditor's name and mailing address**

FREE PEOPLE WHOLESALE
URBAN OUTFITTERS CREDIT DEPT
5000 SOUTH BROAD ST
PHILADELPHIA, PA 19112-149

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$17,875.70

---

**3.425**   **Nonpriority creditor's name and mailing address**

FREEDOM GROUP, LLC
C/O NIFONG REALTY
2181 SOUTH ONEIDA STREET
GREEN BAY, WI 54304-464

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$69,766.34

---

**3.426**   **Nonpriority creditor's name and mailing address**

FREEMONT MALL LLC
C/O FREMONT MALL OFFICE
860 EAST 23RD ST
FREMONT, NE 86025

**Date or dates debt was incurred**

10/27/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$17,450.84

---

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|

---

| 3.427 | **Nonpriority creditor's name and mailing address**<br><br>FREIJE-RSC<br>MANWEB SERVICES DBA FREIJE-RSC<br>PO BOX 704 GROUP #15<br>INDIANAPOLIS, IN  46207<br><br>**Date or dates debt was incurred**<br><br>11/8/2016<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $442.50 |
|---|---|---|

| 3.428 | **Nonpriority creditor's name and mailing address**<br><br>FREMONT CONTRACT CARRIERS<br>PO BOX 489<br>FREMONT, NE  68026-0489<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $18,832.18 |
|---|---|---|

| 3.429 | **Nonpriority creditor's name and mailing address**<br><br>FRENCH COMPANY, LLC<br>8289 DARROW ROAD<br>TWINSBURG, OH  44087<br><br>**Date or dates debt was incurred**<br><br>12/28/2016<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $481.91 |
|---|---|---|

| 3.430 | **Nonpriority creditor's name and mailing address**<br><br>FSI-FORTLAUDERDALE INC<br>7060 STATE ROAD 84, SUITE 10<br>DAVIE, FL  33317<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $20,530.50 |
|---|---|---|

| 3.431 | **Nonpriority creditor's name and mailing address**<br><br>FURHAVEN PET PRODUCTS<br>702 KENTUCKY ST<br>SUITE 531<br>BELLINGHAM, WA  98225<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $21,700.00 |
|---|---|---|

**Part 2:** Additional Page

| | Amount of claim |
|---|---|

---

| 3.432 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,587.60 |
|---|---|---|---|

G & K SERVICES
PO BOX 842385
BOSTON, MA 22842385

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.433 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10,101.96 |
|---|---|---|---|

G III
PO BOX 29242
NEW YORK, NY 10087

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

3/8/2017

**Basis for the claim:**
MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.434 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $16,974.59 |
|---|---|---|---|

G MASON GROUP LLC
225 WEST 35 ST
SUITE 305
NEW YORK, NY 10001

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.435 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $63,863.96 |
|---|---|---|---|

G&I VI ST. CHARLES RETAIL LLC
PO BOX 944109
CLEVELAND, OH 44194-4109

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.436 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $64,832.66 |
|---|---|---|---|

G&I VIII LAKESHOREMARKETPLACE LLC
75 REMITTANCE DRIVE DEPT 3060
CHICAGO, IL 60675-3060

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**Part 2:**    Additional Page

|  | | Amount of claim |
|---|---|---|

---

| 3.437 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,186.74 |
|---|---|---|---|

G&J PEPSI COLA BOTTLING
PO BOX 643383
CINCINNATI, OH 45264

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.438 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $69,581.93 |
|---|---|---|---|

GALERIE
KEY BANK - LOCKBOX
PO BOX 714582
CINCINNATI, OH 45271-4582

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.439 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $62,179.48 |
|---|---|---|---|

GALT INTERNATIONAL
8833 FLOWER ROAD
RANCHO CUCAMONGA, CA 91730

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.440 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $30,593.32 |
|---|---|---|---|

GARDA CL NORTHWEST, AT SYSTEMS
3209 MOMENTUM PLACE
CHICAGO, IL 60689-5332

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.441 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,828.07 |
|---|---|---|---|

GARDEN STATE FOLIAGE
600 CENTRAL AVENUE
FARMINGDALE, NJ 07727

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **Part 2:** | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

| 3.442 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,830.00 |
| | GARLAND SALES INC | *Check all that apply.* | |
| | P O BOX 1870 | ☐ Contingent | |
| | DALTON, GA  30720-1870 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | 1/4/2017 | **Basis for the claim:** | |
| | | MERCHANDISE | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.443 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $52,223.50 |
| | GARRISON CHAPEL HILLS OWNER LLC | *Check all that apply.* | |
| | PO BOX 1910 | ☐ Contingent | |
| | HICKSVILLE, NY  11802 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | 9/27/2016 | **Basis for the claim:** | |
| | | EXPENSE | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.444 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $22,250.00 |
| | GARTNER INC | *Check all that apply.* | |
| | PO BOX 911319 | ☐ Contingent | |
| | DALLAS, TX  75391-1319 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | 2/2/2017 | **Basis for the claim:** | |
| | | EXPENSE | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.445 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $327.39 |
| | GATEWAY FINANCIAL SOLUTIONS | *Check all that apply.* | |
| | PO BOX 3257 | ☐ Contingent | |
| | SAGINAW, MI  48605 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | 5/31/2016 | **Basis for the claim:** | |
| | | EXPENSE | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.446 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $38,822.58 |
| | GBG BEAUTY LLC | *Check all that apply.* | |
| | 350 5TH AVE  9TH FLOOR | ☐ Contingent | |
| | NEW YORK, NY  10118 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:** | |
| | | MERCHANDISE | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

Debtor    Gordmans Stores, Inc.

(Name)

| **Part 2:** | Additional Page |

|  | Amount of claim |
|---|---|

**3.447**

**Nonpriority creditor's name and mailing address**

GBG SOCKS LLC
350 5TH AVE, 9TH FLOOR
NEW YORK, NY  10118

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$54,202.60

---

**3.448**

**Nonpriority creditor's name and mailing address**

GENERAL FIRE AND SAFETY
3210 E. 14TH
DES MOINES,, IA  50316

**Date or dates debt was incurred**

2/10/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$519.50

---

**3.449**

**Nonpriority creditor's name and mailing address**

GENERAL SERVICE BUREAU
DOUGLAS COUNTY COURTHOUSE
1819 FARNAM CIVIL COURT
OMAHA,, NE  68183

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$256.50

---

**3.450**

**Nonpriority creditor's name and mailing address**

GENESIS SECURITY GROUP LLC
3318 PAGOSA CT
INDIANAPOLIS, IN  46256

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,709.95

---

**3.451**

**Nonpriority creditor's name and mailing address**

GENEVA HOME FASHIONS
230 5TH  AVE,  SUITE 1514
NEW YORK, NY  10001

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$127,702.00

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.452 | **Nonpriority creditor's name and mailing address**<br><br>GENEVA WATCH CO<br>PO BOX 780464<br>PHILADELPHIA, PA 19178-0464<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,965.00 |
| 3.453 | **Nonpriority creditor's name and mailing address**<br><br>GEORGIA SOFTWORKS, INC<br>PO BOX 567<br>DAWSONVILLE, GA 30534<br><br>**Date or dates debt was incurred**<br><br>1/23/2017<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $314.16 |
| 3.454 | **Nonpriority creditor's name and mailing address**<br><br>GERSON COMPANY<br>PO  BOX 1209<br>OLATHE, KS 66051-1209<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $108,832.03 |
| 3.455 | **Nonpriority creditor's name and mailing address**<br><br>GHIRARDELLI CHOCOLATE<br>DEPT 202700<br>DALLAS, TX 75320<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,912.12 |
| 3.456 | **Nonpriority creditor's name and mailing address**<br><br>GIBSON OVERSEAS INC.<br>2410 YATES AVENUE<br>COMMERCE, CA 90040-1918<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $37,283.16 |

| **Part 2:** | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.457** | **Nonpriority creditor's name and mailing address**
GIFTCRAFT INC
PO BOX 1270
GRAND ISLAND, NY 14072

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$36,105.30

---

**3.458** | **Nonpriority creditor's name and mailing address**
GILDAN USA INC
23972 NETWORK PLACE
CHICAGO, IL 60673-1239

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$71,082.60

---

**3.459** | **Nonpriority creditor's name and mailing address**
GINA GROUP LLC
31 W 34 ST STE 502
NEW YORK, NY 10001

**Date or dates debt was incurred**
1/15/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,964.00

---

**3.460** | **Nonpriority creditor's name and mailing address**
GIX LOGISTICS
P O BOX 1845
GRAND ISLAND, NE 68802

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,375.20

---

**3.461** | **Nonpriority creditor's name and mailing address**
GLOBAL AMICI INC
8400 MIRAMAR RD, STE 130
SAN DIEGO, CA 92126

**Date or dates debt was incurred**
1/12/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,861.02

| **Part 2:** | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

| 3.462 | **Nonpriority creditor's name and mailing address**<br><br>GLOBAL BEAUTY CARE, INC<br>1296 EAST 10TH STREET<br>BROOKLYN, NY 11230<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $15,788.40 |

| 3.463 | **Nonpriority creditor's name and mailing address**<br><br>GLOBAL DESIGN CONCEPTS<br>10 W 33RD STREET<br>SUITE 1100<br>NEW YORK, NY 10001<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $28.70 |

| 3.464 | **Nonpriority creditor's name and mailing address**<br><br>GLOBAL EQUIPMENT CO<br>29833 NETWORK PLACE<br>CHICAGO, IL 60673-129<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,287.95 |

| 3.465 | **Nonpriority creditor's name and mailing address**<br><br>GLOBAL EXCHANGE SERVICES/GXS<br>PO BOX 640371<br>PITTSBURGH, PA 15264<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $69,581.00 |

| 3.466 | **Nonpriority creditor's name and mailing address**<br><br>GMPC, LLC<br>11390 W OLYMPIC BLVD<br>LOS ANGELES, CA 90064<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,193.80 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.467 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $41,333.04 |
|---|---|---|---|

3.467 **Nonpriority creditor's name and mailing address**

GOLDEN CHAIR, INC
PO BOX 935446
ATLANTA, GA 31193-5446

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$41,333.04

---

3.468 **Nonpriority creditor's name and mailing address**

GOLDEN TOUCH/GLOBAL GOLD/LA GOLD
1410 BROADWAY, 8TH FLOOR
NEW YORK,, NY 10018

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$629,121.65

---

3.469 **Nonpriority creditor's name and mailing address**

GOODRICH DES MOINES L.L.C.
560 SYLVAN AVENUE
ENGLEWOOD CLIFFS, NJ 07632

**Date or dates debt was incurred**

4/27/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,416.66

---

3.470 **Nonpriority creditor's name and mailing address**

GOOGLE INC
DEPT 33654
PO BOX 39000
SAN FRANCISCO, CA 94139

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$71,743.48

---

3.471 **Nonpriority creditor's name and mailing address**

GOOSE CREEK INC
P O BOX 352
LIBERTY, KY 42539

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$23,734.80

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.472 | **Nonpriority creditor's name and mailing address**<br><br>GORDON FOOD SERVICE INC<br>PO BOX 88029<br>CHICAGO, IL 60680-102<br><br>**Date or dates debt was incurred**<br><br>2/1/2017<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $240.96 |
| 3.473 | **Nonpriority creditor's name and mailing address**<br><br>GOTTEX SWIMWEAR BRANDS LTD<br>1 YONI NETANYAHU ST<br>OR YEHUDA, 0 60200<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $36,260.64 |
| 3.474 | **Nonpriority creditor's name and mailing address**<br><br>GOURMET HOME PRODUCTS LLC<br>347 5TH AVE #201<br>NEW YORK, NY 10016<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $79,819.00 |
| 3.475 | **Nonpriority creditor's name and mailing address**<br><br>GOURMET NUT<br>3611 14TH AVE, SUITE 654<br>BROOKLYN, NY 11218<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $12,549.11 |
| 3.476 | **Nonpriority creditor's name and mailing address**<br><br>GR RESEARCH CONSULTING, LLC<br>1480 TECHNY ROAD<br>NORTHBROOK, IL 60062<br><br>**Date or dates debt was incurred**<br><br>2/9/2017<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,500.00 |

| Debtor | | |
|--------|--|--|
| (Name) | | |

| **Part 2:** | Additional Page | |

| | | Amount of claim |
|--|--|--|

| | | |
|--|--|--|
| 3.477 | **Nonpriority creditor's name and mailing address**<br><br>GRAINGER, INC.<br>DEPT. 854638921<br>PO BOX 419267<br>KANSAS CITY, MO  64141-6267<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $473.18 |
| 3.478 | **Nonpriority creditor's name and mailing address**<br><br>GRANDVIEW GALLERY<br>PO BOX 752150<br>MEMPHIS, TN  38175-2150<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $166,254.75 |
| 3.479 | **Nonpriority creditor's name and mailing address**<br><br>GRANT THORNTON LLP<br>33562 TREASURY CENTER<br>CHICAGO, IL  60694<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $355,817.81 |
| 3.480 | **Nonpriority creditor's name and mailing address**<br><br>GRAVOIS BLUFFS III, LLC<br>C/O GJ GREWE, INC<br>9109 WATSON ROAD, 3RD FLOOR<br>ST LOUIS, MO  63126<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $63,791.45 |
| 3.481 | **Nonpriority creditor's name and mailing address**<br><br>GREAT AMERICAN BEAUTY INC<br>124 N  SWINTON AVE<br>DELRAY BEACH, FL  33444<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $546,152.80 |

| **Part 2:** | Additional Page | |
|---|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.482 | **Nonpriority creditor's name and mailing address**<br>GREAT AMERICAN GROUP, INC<br>21860 BURBANK BLVD,<br>SUITE 300 SOUTH<br>WOODLAND HILLS, CA 91367<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $55,212.30 |
| 3.483 | **Nonpriority creditor's name and mailing address**<br>GREAT LAKES HIGHER ED GUARANTY CORP<br>PO BOX 83230<br>CHICAGO, IL 60691-0230<br><br>**Date or dates debt was incurred**<br>3/9/2017<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $134.88 |
| 3.484 | **Nonpriority creditor's name and mailing address**<br>GREAT WALL CORP<br>47-27-36TH STREET<br>LONG ISLAND CITY, NY 11101<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $13,968.00 |
| 3.485 | **Nonpriority creditor's name and mailing address**<br>GREATER OMAHA CHAMBER OF COMM.<br>OMAHA CHAMBER OF COMMERCE BOARD FUN<br>1301 HARNEY STREET<br>OMAHA,, NE 68102<br><br>**Date or dates debt was incurred**<br>11/3/2016<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $20,000.00 |
| 3.486 | **Nonpriority creditor's name and mailing address**<br>GREEN CRYSTAL AROMA INC<br>C/O CALIFORNIA BANK & TRUST<br>2107 S ATLANTIC BOULEVARD<br>MONTEREY PARK, CA 91754<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,092.60 |

Debtor _____
      (Name)

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|
| 3.487 | **Nonpriority creditor's name and mailing address**<br>GREENLIGHT LLC<br>5855 WEST 74TH STREET<br>INDIANAPOLIS, IN  46278<br><br>**Date or dates debt was incurred**<br>2/27/2017<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,821.50 |
| 3.488 | **Nonpriority creditor's name and mailing address**<br>GREENSCAPE, INC<br>PO BOX 18<br>ELLENDALE, TN  38029<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $988.00 |
| 3.489 | **Nonpriority creditor's name and mailing address**<br>GREG'S LOCK & KEY<br>112 S MEMORIAL DRIVE<br>INDEPENDENCE,, MO  64050<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $807.52 |
| 3.490 | **Nonpriority creditor's name and mailing address**<br>GROUP L.A., INC THE<br>2939  E 11TH ST<br>LOS ANGELES, CA  90023<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $85,001.28 |
| 3.491 | **Nonpriority creditor's name and mailing address**<br>GS SALES LLC<br>4001 AINSDALE DR<br>MATTHEWS, NC  28104<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $9,784.92 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.492 | **Nonpriority creditor's name and mailing address**<br>GUARANTEED ELECTRIC SERVICE, INC.<br>53936 208TH LANE<br>MANKATO, MN  56001<br><br>**Date or dates debt was incurred**<br>2/9/2017<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $900.87 |
|---|---|---|---|
| 3.493 | **Nonpriority creditor's name and mailing address**<br>GURU KNITS INC<br>225 WEST 38TH ST<br>LOS ANGELES, CA  90037<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,369.14 |
| 3.494 | **Nonpriority creditor's name and mailing address**<br>H&H TRUCKING<br>1008 40TH ST SE<br>MINOT, ND  58701<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $463.00 |
| 3.495 | **Nonpriority creditor's name and mailing address**<br>H2O FURNISHINGS LLC<br>161 GARDNER RD<br>BROOKLINE, MA  02445<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $49,986.19 |
| 3.496 | **Nonpriority creditor's name and mailing address**<br>HALLMARK MARKETING CORP<br>P O BOX 73642<br>CHICAGO, IL  60673<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,000.77 |

| Debtor | Case 17- |
|---|---|
| (Name) | |

**Part 2:** Additional Page

| | Amount of claim |
|---|---|

| 3.497 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $433.44 |
|---|---|---|---|

3.497 **Nonpriority creditor's name and mailing address**
HAMPTON INN
11 WINNERS WAY
EAST PEORIA, IL  61611

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$433.44

---

3.498 **Nonpriority creditor's name and mailing address**
HAMPTON INN
1450 WEIR DRIVE
WOODBURY, MN  55125

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,918.62

---

3.499 **Nonpriority creditor's name and mailing address**
HAMPTON INN
2840 RAMADA WAY
GREEN BAY, WI  54304

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,890.95

---

3.500 **Nonpriority creditor's name and mailing address**
HAMPTON INN
3060 LAKECREST CIRCLE
LEXINGTON, KY  40513

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$678.13

---

3.501 **Nonpriority creditor's name and mailing address**
HAMPTON INN
3232 S GLENSTONE
SPRINGFIELD, MO  65804

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$476.82

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.502 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $665.28 |

HAMPTON INN
3576 MAPLE LOOP
LEHI, UT  84043

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.503 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $133.28 |

HAMPTON INN
3941 SOUTH STREET
LAFAYETTE, IN  47905

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

3/3/2017

**Basis for the claim:**
EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.504 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $276.64 |

HAMPTON INN
755 54TH ST SW
WYOMING, MI  49509

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.505 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $125.93 |

HAMPTON INN - BISMARCK
1440 MAPLETON AVENUE
BISMARCK, ND  58503

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

1/3/2017

**Basis for the claim:**
EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.506 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $222.88 |

HAMPTON INN - DES MOINES
5001 FLEUR DRIVE
DES MOINES, IA  50321

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

1/25/2017

**Basis for the claim:**
EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor _____
        (Name)

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.507 | **Nonpriority creditor's name and mailing address**<br><br>HAMPTON INN & SUITES<br>1301 S SHACKLEFORD RD<br>LITTLE ROCK, AR  72211<br><br>**Date or dates debt was incurred**<br><br>2/9/2017<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $125.36 |
| 3.508 | **Nonpriority creditor's name and mailing address**<br><br>HAMPTON INN & SUITES<br>9266 SCHULZE DRIVE<br>WEST CHESTER, OH  45069<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,441.66 |
| 3.509 | **Nonpriority creditor's name and mailing address**<br><br>HAMPTON INN & SUITES - OKEMOS<br>2200 HAMPTON PLACE<br>OKEMOS, MI  48864<br><br>**Date or dates debt was incurred**<br><br>3/9/2017<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $268.94 |
| 3.510 | **Nonpriority creditor's name and mailing address**<br><br>HAMPTON INN & SUITES MINOT AIRPORT<br>1400 NORTH BROADWAY<br>MINOT, ND  58703<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $260.79 |
| 3.511 | **Nonpriority creditor's name and mailing address**<br><br>HAMPTON INN & SUITES SCHERERVILLE<br>1904 US HWY 41<br>SCHERERVILLE, IN  46375<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,599.36 |

| Debtor | | |
| --- | --- | --- |
| (Name) | | |

**Part 2:**    Additional Page

|  | Amount of claim |
| --- | --- |

| 3.512 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,403.04 |
| --- | --- | --- | --- |

3.512   **Nonpriority creditor's name and mailing address**

HAMPTON INN & SUITES-SAGINAW
2695 TITTABAWASSEE RD
SAGINAW, MI  48604

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,403.04

---

3.513   **Nonpriority creditor's name and mailing address**

HAMPTON INN EASTGATE
858 EASTGATE NORTH DR
CINCINNATI, OH  45245

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$334.86

---

3.514   **Nonpriority creditor's name and mailing address**

HAMPTON INN INDIANAPOLIS - SW/PLAINFIELD
2244 E PERRY ROAD
PLAINFIELD, IN  46168

**Date or dates debt was incurred**

2/24/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$310.84

---

3.515   **Nonpriority creditor's name and mailing address**

HAMPTON INN LIBERTY
8551 N CHURCH RD
KANSAS CITY, MO  64158

**Date or dates debt was incurred**

1/24/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$285.52

---

3.516   **Nonpriority creditor's name and mailing address**

HAMPTON INN MADISON EAST
4820 HAYES ROAD
MADISON, WI  53704-3261

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,361.42

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| | | |
|---|---|---|
| 3.517 | **Nonpriority creditor's name and mailing address** | $1,180.22 |
| | HAMPTON INN NAPERVILLE | |
| | 1087 DIEHL ROAD | |
| | NAPERVILLE, IL  60563 | |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.518 | **Nonpriority creditor's name and mailing address** | $1,197.90 |
|---|---|---|
| | HAMPTON INN SOUTHAVEN | |
| | 390 GOODMAN RD WEST | |
| | SOUTHAVEN, MS  38671 | |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
12/14/2011

**Basis for the claim:**
EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.519 | **Nonpriority creditor's name and mailing address** | $1,318.24 |
|---|---|---|
| | HAMPTON INN WEST DES MOINES | |
| | 7060 LAKE DRIVE | |
| | WEST DES MOINES, IA  50266 | |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.520 | **Nonpriority creditor's name and mailing address** | $304.72 |
|---|---|---|
| | HAMPTON INN/LOUISVILLE NORTH | |
| | 1501 BROADWAY | |
| | CLARKSVILLE, IN  47129 | |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.521 | **Nonpriority creditor's name and mailing address** | $2,742.93 |
|---|---|---|
| | HAMPTON INN-APPLETON | |
| | 350 FOX RIVER DRIVE | |
| | APPLETON, WI  54913 | |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Part 2:**  Additional Page

|  |  | Amount of claim |
|---|---|---|

| | | |
|---|---|---|
| 3.522 | **Nonpriority creditor's name and mailing address**<br><br>HAMPTON INN-WAUSAU<br>615 S 24TH AVE<br>WAUSAU, WI  54401-5226<br><br>**Date or dates debt was incurred**<br><br>11/30/2016<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $180.47 |
| 3.523 | **Nonpriority creditor's name and mailing address**<br><br>HANES UNDERWEAR<br>21692 NETWORK PLACE<br>CHICAGO, IL  60673-1216<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $83,453.22 |
| 3.524 | **Nonpriority creditor's name and mailing address**<br><br>HANESBRANDS INC<br>P.O. BOX 281700<br>ATLANTA, GA  30384-1700<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $39,825.24 |
| 3.525 | **Nonpriority creditor's name and mailing address**<br><br>HANNA'S HANDIWORKS LLC<br>350 SPACE CENTER DR<br>LEE'S SUMMIT, MO  64064<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $233,042.48 |
| 3.526 | **Nonpriority creditor's name and mailing address**<br><br>HAPPY TAILS<br>1931 E MILLS AVE<br>EL PASO, TX  79901<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $110,474.63 |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 3.527 | **Nonpriority creditor's name and mailing address**<br><br>HAPPY THREADS<br>195 RARITAN CENTER PARKWAY<br>EDISON, NJ 08837<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $19,255.85 |
| 3.528 | **Nonpriority creditor's name and mailing address**<br><br>HARIBO OF AMERICA<br>28815 NETWORK PLACE<br>CHICAGO, IL 60673-1288<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $28,203.17 |
| 3.529 | **Nonpriority creditor's name and mailing address**<br><br>HARVARD BATTERY, INC<br>PO BOX 2622<br>CHERRY HILL, NJ 08003<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $927.75 |
| 3.530 | **Nonpriority creditor's name and mailing address**<br><br>HASBRO<br>CUST # 203932<br>P O BOX 281480<br>ATLANTA, GA 30384-1480<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $39,130.24 |
| 3.531 | **Nonpriority creditor's name and mailing address**<br><br>HDS TRADING CORP<br>PO BOX 844584<br>BOSTON, MA 22844584<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $16,860.69 |

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.532 | **Nonpriority creditor's name and mailing address**<br>HEARNEN ENTERPRISES INC.<br>9224 NORTHWOOD PKWY<br>NEW HOPE, MN  55427<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $20,225.00 |
| 3.533 | **Nonpriority creditor's name and mailing address**<br>HEART & HIPS<br>2424 E. 26TH STREET<br>VERNON, CA  90058<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,541.66 |
| 3.534 | **Nonpriority creditor's name and mailing address**<br>HEART LAND EXPRESS<br>901 NORTH KANSAS AVE<br>NORTH LIBERTY, IA  52317<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,052.65 |
| 3.535 | **Nonpriority creditor's name and mailing address**<br>HEARTLAND TRAILER SALES AND LEASING<br>2482 197TH AVE<br>MANCHESTER, IA  52057<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $310.30 |
| 3.536 | **Nonpriority creditor's name and mailing address**<br>HEARTS & HIPS<br>2424 E. 26 ST<br>VERNON, CA  90058<br><br>**Date or dates debt was incurred**<br>1/16/2017<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,080.40 |

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.537 | **Nonpriority creditor's name and mailing address**<br><br>HEAT SOFTWARE USA INC<br>PO BOX 204375<br>DALLAS, TX 75320-4375<br><br>**Date or dates debt was incurred**<br><br>12/29/2016<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $41,826.75 |
| 3.538 | **Nonpriority creditor's name and mailing address**<br><br>HEATHER ANN CREATIONS<br>1580 SUNFLOWER AVE<br>COSTA MESA, CA 92626<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $56,568.62 |
| 3.539 | **Nonpriority creditor's name and mailing address**<br><br>HEATHER PERLET<br>647 Charwood DR<br>Cincinnati, OH 45244<br><br>**Date or dates debt was incurred**<br><br>2/15/2017<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,250.00 |
| 3.540 | **Nonpriority creditor's name and mailing address**<br><br>HELEN WELLS AGENCY LLC<br>10585 N MERIDIAN, STE 110<br>INDIANAPOLIS, IN 46290<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,860.00 |
| 3.541 | **Nonpriority creditor's name and mailing address**<br><br>HENDRICKS OCCUPATIONAL MEDICINE<br>1100 SOUTHFIELD DR STE 1120<br>PLAINFIELD, IN 46168-1120<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $705.00 |

Debtor _____
(Name)

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.542 | **Nonpriority creditor's name and mailing address**<br>HENRY DONEGER ASSOC, INC<br>463 SEVENTH AVE #3RD FL<br>NEW YORK, NY 10018<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $16,751.22 |
| 3.543 | **Nonpriority creditor's name and mailing address**<br>HER ACCESSORIES W/O<br>PO BOX 850<br>EDISON, NJ 08818<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $23,415.00 |
| 3.544 | **Nonpriority creditor's name and mailing address**<br>HERALD PHILLIPS<br>14812 Y CIRCLE<br>OMAHA, NE 68137<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $515.84 |
| 3.545 | **Nonpriority creditor's name and mailing address**<br>HERR FOODS<br>P.O. BOX 300<br>20 HERR DR<br>NOTTINGHAM, PA 19362<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $18,138.60 |
| 3.546 | **Nonpriority creditor's name and mailing address**<br>HERSHEY CHOCOLATE USA<br>P O BOX 848520<br>DALLAS, TX 75284-8520<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $149,266.15 |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.547 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,815.36 |
|---|---|---|---|
| | HG GLOBAL 6750 DANIEL BURNHAM DR PORTAGE, IN 46368 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date or dates debt was incurred** 1/24/2017 | **Basis for the claim:** MERCHANDISE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.548 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $300.00 |
|---|---|---|---|
| | HI TECH COLOR LLC 1115 GROVE ST BOISE, ID 83702 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** EXPENSE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.549 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $118,756.24 |
|---|---|---|---|
| | HIGH LIFE APPAREL REEBOK INTERNATIONAL PO BOX 405156 ATLANTA, GA 30384 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** MERCHANDISE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.550 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $9,555.55 |
|---|---|---|---|
| | HILCO LLC PO BOX 638953 CINCINNATI, OH 45263-8953 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date or dates debt was incurred** 12/13/2016 | **Basis for the claim:** MERCHANDISE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.551 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,874.63 |
|---|---|---|---|
| | HILLER ELECTRIC COMPANY 5404 DAYTON STREET OMAHA, NE 68117 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** EXPENSE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 3.552 | **Nonpriority creditor's name and mailing address**<br>HOME DECOR FACTORY INC<br>1455 S CAMPUS AVE<br>SUITE  C<br>ONTARIO, CA  91761<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $151,177.00 |
| 3.553 | **Nonpriority creditor's name and mailing address**<br>HOME DEPOT<br>DEPT 32-2506184526<br>PO BOX 183176<br>COLUMBUS, OH  43218<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $283.86 |
| 3.554 | **Nonpriority creditor's name and mailing address**<br>HOME DYNAMIX<br>ONE CAROL PLACE<br>MOONACHIE, NJ  07074<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $31,974.44 |
| 3.555 | **Nonpriority creditor's name and mailing address**<br>HOME VIEW DESIGN<br>P O BOX 849<br>AZUSA, CA  91702<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $19,477.82 |
| 3.556 | **Nonpriority creditor's name and mailing address**<br>HONEYMAN ENT.RENT-ALL, INC<br>4423 SOUTH 84TH ST.<br>OMAHA,, NE  68144<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $589.73 |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.557 | **Nonpriority creditor's name and mailing address**<br>HONEYWELL INTERNATIONAL ECC US<br>ACS ECC (CONTROL PROCUSTS)<br>12623 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $13,617.31 |
|---|---|---|---|
| 3.558 | **Nonpriority creditor's name and mailing address**<br>HOT SHOT<br>1407 BROADWAY<br>#2010<br>NEW YORK, NY 10018<br><br>**Date or dates debt was incurred**<br>2/27/2017<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $800.00 |
| 3.559 | **Nonpriority creditor's name and mailing address**<br>HOUSE OF BRICK TECHNOLOGIES<br>9300 UNDERWOOD AVE, SUITE 300<br>OMAHA, NE 68114<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,950.00 |
| 3.560 | **Nonpriority creditor's name and mailing address**<br>HUBERT COMPANY<br>25401 NETWORK PLACE<br>CHICAGO, IL 60673-1254<br><br>**Date or dates debt was incurred**<br>2/28/2017<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $73.48 |
| 3.561 | **Nonpriority creditor's name and mailing address**<br>HUMAN SYSTEMS DEVELOPMENT<br>545 METRO PLACE<br>SUITE 100<br>DUBLIN, OH 43017<br><br>**Date or dates debt was incurred**<br>2/16/2017<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $637.00 |

(Name)

| Part 2: | Additional Page | | |
|---|---|---|---|
| | | | **Amount of claim** |

---

| 3.562 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $296,195.25 |
|---|---|---|---|

HURLEY INTERNATIONAL LLC
PO BOX 740989
LOS ANGELES, CA  90074-0989

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.563 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $17,964.00 |
|---|---|---|---|

HYBRID PROMOTIONS
10711 WALKER ST
CYPRESS, CA  90630

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.564 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $35,932.23 |
|---|---|---|---|

HYPER PET
3100 S MERIDIAN
WICHITA, KS  67217

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.565 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $237.73 |
|---|---|---|---|

HY-VEE INC
5820 WESTOWN PARKWAY
WEST DES MOINES, IA  50266

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
9/30/2016

**Basis for the claim:**
EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.566 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $143,394.92 |
|---|---|---|---|

HY-VEE, INC
ATTN: REAL ESTATE DEPT
5820 WESTOWN PARKWAY
WEST DES MOINES, IA  50266

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 3.567 | **Nonpriority creditor's name and mailing address**<br><br>I-80 LOGISTICS LLC<br>1804 PAUL ST<br>OMAHA, NE 68102<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $89,300.00 |
| 3.568 | **Nonpriority creditor's name and mailing address**<br><br>IBM CORPORATION<br>PO BOX 676673<br>DALLAS, TX 75267-6673<br><br>**Date or dates debt was incurred**<br><br>2/7/2017<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $293,178.93 |
| 3.569 | **Nonpriority creditor's name and mailing address**<br><br>IBRANDS INTERNATIONAL LLC<br>230 W 39TH ST<br>NEW YORK, NY 10018<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $28,620.00 |
| 3.570 | **Nonpriority creditor's name and mailing address**<br><br>ICR<br>761 MAIN AVENUE<br>NORWALK, CT 06851<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $15,500.00 |
| 3.571 | **Nonpriority creditor's name and mailing address**<br><br>IDEA NUOVA INC<br>302 FIFTH AVE 5TH FLR<br>NEW YORK, NY 10001<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $56,112.16 |

| **Part 2:** | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

| 3.572 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,065.96 |
| --- | --- | --- | --- |

3.572 **Nonpriority creditor's name and mailing address**

IDEAL PURE WATER
PO BOX 70
BOYSTOWN, NE  68010

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,065.96

---

3.573 **Nonpriority creditor's name and mailing address**

IFF INC
575-A FOREST PKWY
COLLEGE PARK, GA  30349

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
FREIGHT

**Is the claim subject to offset?**
☒ No
☐ Yes

$657.50

---

3.574 **Nonpriority creditor's name and mailing address**

IGLOO BOOKS LTD
COTTAGE FARM
MEARS ASHBY RD
SYWELL NORTHANTS ENGLAND, 0  0
UK

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$16,061.88

---

3.575 **Nonpriority creditor's name and mailing address**

IKEDDI ENTERPRISES
1407 BROADWAY STE 2900
NEW YORK, NY  10018

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$33,036.00

---

3.576 **Nonpriority creditor's name and mailing address**

ILLUMINATION STATION INC
PO BOX 655
HARRISON, AR  72602-0655

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$106,625.60

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.577 | **Nonpriority creditor's name and mailing address**<br>ILOCA SERVICES INC<br>9S104 FRONTENAC STREET<br>AURORA, IL  60504-6450 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $811.68 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>EXPENSE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.578 | **Nonpriority creditor's name and mailing address**<br>IMAGE MODELING<br>ATTN:  MARY REAVIS<br>5017 LEAVENWORTH ST  STE 3<br>OMAHA, NE  68106 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $12,150.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>EXPENSE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.579 | **Nonpriority creditor's name and mailing address**<br>IMAGININGS 3, INC<br>6401 GROSS POINT RD<br>NILES, IL  60714 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,530.14 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>MERCHANDISE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.580 | **Nonpriority creditor's name and mailing address**<br>IMAX CORPORATION<br>PO BOX 202886<br>DALLAS, TX  75320-2886 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $14,905.54 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>MERCHANDISE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.581 | **Nonpriority creditor's name and mailing address**<br>IMPERIAL TOY<br>PO BOX  894741<br>LOS ANGELES, CA  90189-4741 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $23,429.80 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>MERCHANDISE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| Part 2: | Additional Page | | |
|---|---|---|---|

|  |  |  | Amount of claim |
|---|---|---|---|

| 3.582 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $10,762.00 |

**Nonpriority creditor's name and mailing address**
IN MOCEAN GROUP
463 7TH AVE, 21ST FLOOR
NEW YORK, NY 10018

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,762.00

---

3.583 **Nonpriority creditor's name and mailing address**
INDIA HANDICRAFTS INC
2421 ROSEGATE
ROSEVILLE, MN 55113-2717

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$16,014.81

---

3.584 **Nonpriority creditor's name and mailing address**
INDIA HOUSE BRASS
PO BOX 266
1900 SIGMAN RD
CONYERS, GA 30012

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$28,217.00

---

3.585 **Nonpriority creditor's name and mailing address**
INDUSTRIAL SECURITY SOLUTIONS
5731 MCFADDEN SUITE A
HUNTINGTON BEACH, CA 92649

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$105,275.50

---

3.586 **Nonpriority creditor's name and mailing address**
INDUSTRIAL SYSTEMS INTEGRATORS CO
PO BOX 346
BELTON, MO 64012

**Date or dates debt was incurred**
2/7/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,670.00

Debtor _____
        (Name)

| **Part 2:** | Additional Page | |
|---|---|---|

| | | **Amount of claim** |
|---|---|---|

| 3.587 | **Nonpriority creditor's name and mailing address**<br><br>INDYME SOLUTIONS, LLC<br>8295 AERO PLACE, SUITE 260<br>SAN DIEGO, CA  92123-2029<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $924.10 |

| 3.588 | **Nonpriority creditor's name and mailing address**<br><br>INFINITE PERIPHERALS INC.<br>3104 N. Arlington Heights RD<br>Arlington Heights, IL  60004<br><br>**Date or dates debt was incurred**<br><br>9/22/2011<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $14,254.66 |

| 3.589 | **Nonpriority creditor's name and mailing address**<br><br>INFOVISIONIX INC<br>2 PETERS CANYON STE 200<br>IRVINE, CA  92606<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $30,328.00 |

| 3.590 | **Nonpriority creditor's name and mailing address**<br><br>INLAND COMMERCIAL PRPTY MNG<br>C/O IRC RETAIL CNTR-LEASE #23409<br>75 REMITTANCE DRIVE DEPT 3128<br>CHICAGO, IL  60675-3128<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $60,431.17 |

| 3.591 | **Nonpriority creditor's name and mailing address**<br><br>INSTAKEY SECURITY SYSTEMS<br>7456 WEST 5TH AVE<br>LAKEWOOD, CO  80226<br><br>**Date or dates debt was incurred**<br><br>12/23/2016<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $262.50 |

Debtor    Case 17-80305-TLS    Doc 6    Filed 03/27/17    Entered 03/27/17 19:39:14    Desc Main
Document    Page 163 of 344
(Name)

**Part 2:**   Additional Page

| | Amount of claim |
|---|---|

---

| 3.592 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $400.09 |

INSTORE DESIGN DISPLAY
3401 TRUMAN ROAD
KANSAS CITY,, MO 64127

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.593 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $47,548.33 |

INTERNATIONAL BRASS HOUSE
4690 S OLD PEACHTREE ROAD
NORCROSS, GA 30071

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.594 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $24,931.20 |

INTERNATIONAL GREETINGS USA
PO BOX 3698
DALLAS, TX 75312-3698

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.595 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $219,234.47 |

INTERNATIONAL INTIMATES, INC
31 WEST 34TH STREET
9TH FLOOR
NEW YORK,, NY 10001

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.596 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,721.41 |

INTERSTATE ALL BATTERY CENTER
3301 OAKVIEW DRIVE
OMAHA, NE 68144

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

| 3.597 | **Nonpriority creditor's name and mailing address**<br>INTIMATECO<br>149 MADISON AVE<br>SUITE 300<br>NEW YORK, NY 10016<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $21,087.89 |

| 3.598 | **Nonpriority creditor's name and mailing address**<br>INTIMO<br>143 W 29 ST<br>NEW YORK, NY 10001<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,890.00 |

| 3.599 | **Nonpriority creditor's name and mailing address**<br>IRC RETAIL CENTERS MANAGEMENT INC<br>C/0 INP REIT II LLC<br>PO BOX 6334<br>CAROL STREAM, IL 60197-6334<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $179,692.10 |

| 3.600 | **Nonpriority creditor's name and mailing address**<br>IRON MOUNTAIN<br>PO BOX 915026<br>DALLAS, TX 75391<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $534.88 |

| 3.601 | **Nonpriority creditor's name and mailing address**<br>ISAAC IMPORTS, INC.<br>1407 BROADWAY #1416<br>NEW YORK, NY 10018<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $45,777.52 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.602 | **Nonpriority creditor's name and mailing address**<br><br>ISACO INTERNATIONAL CORP<br>5980 MIAMI LAKES DRIVE<br>MIAMI LAKES, FL 33014<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,801.90 |
| 3.603 | **Nonpriority creditor's name and mailing address**<br><br>IZZCO LLC<br>512 7TH AVE-SUITE 3702<br>NEW YORK, NY 10018<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $75,530.42 |
| 3.604 | **Nonpriority creditor's name and mailing address**<br><br>J AMERICA INC<br>PO BOX 74535<br>CLEVELAND, OH 44194-453<br><br>**Date or dates debt was incurred**<br>3/7/2017<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $923.40 |
| 3.605 | **Nonpriority creditor's name and mailing address**<br><br>J HUNT HOME<br>DEPT 730065<br>PO BOX 660919<br>DALLAS, TX 75266-091<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $157,639.98 |
| 3.606 | **Nonpriority creditor's name and mailing address**<br><br>JACKSON CORP<br>330 FIFTH AVE<br>11TH FLOOR<br>NEW YORK, NY 10001<br><br>**Date or dates debt was incurred**<br>12/6/2016<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,588.16 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.607 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,128.96 |
|---|---|---|---|

3.607 **Nonpriority creditor's name and mailing address**

JACKY AND LAUREN INC
31 W 34TH ST - 7TH FLOOR
SUITE 7028
NEW YORK, NY  10001

**Date or dates debt was incurred**

3/9/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,128.96

---

3.608 **Nonpriority creditor's name and mailing address**

JACOBSEN FIRE
140 WEST CORNHUSKER
LINCOLN,, NE  68521

**Date or dates debt was incurred**

1/10/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$711.34

---

3.609 **Nonpriority creditor's name and mailing address**

JADE APPAREL DBA SWEET CLARITY PRODUCTIONS
1625 S GREENWOOD AVE
MONTEBELLO, CA  90640

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$39,354.35

---

3.610 **Nonpriority creditor's name and mailing address**

JAMES JACKSON CONSULTING INC
4500 SHADY BLOSSOM LN
COLUMBUS, OH  43230

**Date or dates debt was incurred**

1/15/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,687.50

---

3.611 **Nonpriority creditor's name and mailing address**

JAMES SHEA
7671 PEBBLE CREEK CIRCLE PH 504
NAPLES, FL  34108

**Date or dates debt was incurred**

3/6/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,371.50

| Part 2: | Additional Page |
| --- | --- |

| | | **Amount of claim** |
| --- | --- | --- |

---

**3.612** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $51,798.41
*Check all that apply.*

JAM'N PRODUCTS INC
4199 BANDINI BOULEVARD
SUITE A (DOCKS 1-8 FOR SHIPPING)
VERNON, CA 90058

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.613** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $18,039.00
*Check all that apply.*

JAPNA, INC
19 BARNYARD CT
PLAINSBORO, NJ 85363137

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.614** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $53,650.17
*Check all that apply.*

JARED PROPERTIES
2870 A SOUTH INGRAM MILL RD
SPRINGFIELD, MO 65804

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.615** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $134.72
*Check all that apply.*

JAY V. BARNEY
5525 SOUTH 900 EAST, STE 235
SALT LAKE CITY, UT 84117

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
3/9/2017

**Basis for the claim:**
EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.616** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $7,128.00
*Check all that apply.*

JAZWARES
1067 SHOTGUN ROAD
SUNRISE, FL 33326

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **Part 2:** | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

| | | |
|---|---|---|
| 3.617 | **Nonpriority creditor's name and mailing address**<br><br>JBK TRUCK TRAILER & BUS REPAIR INC<br>PO BOX 250<br>CAMBY, IN  46113<br><br>**Date or dates debt was incurred**<br><br>1/18/2017<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $280.00 |
| 3.618 | **Nonpriority creditor's name and mailing address**<br><br>JEFFERSON FOUNDATION<br>809 QUAIL ST, BLDG #1<br>LAKEWOOD, CO  80215<br><br>**Date or dates debt was incurred**<br><br>10/19/2012<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $226.73 |
| 3.619 | **Nonpriority creditor's name and mailing address**<br><br>JELLY BELLY CANDY<br>P.O.  BOX 742799<br>LOS ANGELES, CA  90074-2799<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $47,407.44 |
| 3.620 | **Nonpriority creditor's name and mailing address**<br><br>JENNIE MILLER<br><br>**Date or dates debt was incurred**<br><br>5/31/2016<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $14.68 |
| 3.621 | **Nonpriority creditor's name and mailing address**<br><br>JESCO FOOTWEAR INC<br>37 WEST 37TH ST<br>SUITE 301<br>NEW YORK, NY  10018<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $603,356.60 |

**Part 2:**   Additional Page

| | Amount of claim |
|---|---|

| | | |
|---|---|---|
| 3.622 | **Nonpriority creditor's name and mailing address**<br><br>JESSICA FREIVALD<br>2171 COLFAX ST<br>BLAIR, NE 68008<br><br>**Date or dates debt was incurred**<br><br>5/1/2016<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $150.00 |
| 3.623 | **Nonpriority creditor's name and mailing address**<br><br>JGA GRAPHIC DEVELOPMENT SERVICES<br>29110 INSKTER RD<br>SUITE 200<br>SOUTHFIELD, MI 48034<br><br>**Date or dates debt was incurred**<br><br>12/31/2016<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,099.50 |
| 3.624 | **Nonpriority creditor's name and mailing address**<br><br>JIM HAWK TRUCK TRAILER, INC<br>4001 N MAIN ST<br>EAST PEORIA, IL 61611<br><br>**Date or dates debt was incurred**<br><br>1/25/2017<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $67.40 |
| 3.625 | **Nonpriority creditor's name and mailing address**<br><br>JIM HAWK TRUCK TRAILERS, INC<br>3119 S 9 ST<br>PO BOX 1708<br>COUNCIL BLUFFS, IA 51501-1708<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $319.22 |
| 3.626 | **Nonpriority creditor's name and mailing address**<br><br>JIM HAWKE TRUCK TRAILER OF DAVENPORT, INC<br>900 W 76TH ST<br>DAVENPORT, IA 52806<br><br>**Date or dates debt was incurred**<br><br>1/25/2017<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $229.27 |

Debtor    Case 1:17-80305-TLS    Doc 6    Filed 03/27/17    Entered 03/27/17 19:39:14    Desc Main
       Document     Page 170 of 344
(Name)

**Part 2:**   Additional Page

|  | | Amount of claim |
|---|---|---|

| 3.627 | **Nonpriority creditor's name and mailing address**<br><br>JNK APPAREL, INC<br>1582 E 23RD STREET<br>LOS ANGELES, CA 90011<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $20,112.00 |
| 3.628 | **Nonpriority creditor's name and mailing address**<br><br>JNR APPAREL INC<br>1570 EAST 23RD STREET<br>LOS ANGELES, CA 90011<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $42,268.16 |
| 3.629 | **Nonpriority creditor's name and mailing address**<br><br>JOANN E. HUFFMAN<br>241 Simba Way<br>Lexington, KY 40509<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.630 | **Nonpriority creditor's name and mailing address**<br><br>JODHPURI INC<br>260A WALSH DRIVE<br>PARSIPPANY, NJ 07054<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $16,919.36 |
| 3.631 | **Nonpriority creditor's name and mailing address**<br><br>JOE BENBASSET INC<br>213 WEST 35TH STREET<br>SUITE 1100<br>NEW YORK,, NY 10001<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $27,175.50 |

**Part 2:**   Additional Page

| | Amount of claim |
|---|---|

**3.632** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $153.15

JOHNSON & AUTREY LAW FIRM
215 NORTH THIRD STREET, SUITE 208
GRAND FORKS, ND  58203

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

3/9/2017

**Basis for the claim:**
EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.633** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $209.96

JOHNSON HARDWARE
PO BOX 3628
OMAHA,, NE  68103

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.634** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10,083.16

JOSMO SHOE CORP
601 59TH STREET
WEST NEW YORK, NJ  07093

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.635** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6,863.00

JOUETS JRC TOYS
5589  ROYALMOUNT, SUITE 100
MONTREAL, QC  H4P 1J3
CA

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

3/9/2017

**Basis for the claim:**
MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.636** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,585.70

JP MORGAN CHASE BANK NA
PO BOX 4475
CAROL STREAM, IL  60197-4475

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

2/27/2017

**Basis for the claim:**
EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.637 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $35,155.67 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
JPMCC 2006-LDP7 CENTRO ENFIELD LLC
NAI SHAMES MAKOVSKY
1400 GLENARM PLACE, SUITE 100
DENVER, CO  80202

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.638 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $7,942.70 |
|---|---|---|---|

JS CHINA SOURCING INC
241 W 37TH  STREET, SUITE 924
NEW YORK, NY  10018

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.639 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $21,060.00 |
|---|---|---|---|

JUMP APPAREL / ONYX NITE
1400 Braodway Room 201
New York, NY  10018

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.640 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $446.28 |
|---|---|---|---|

JUNCTION LEASING
7065 DIXIE HWY
BRIDGEPORT, MI  48722

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.641 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $100,161.00 |
|---|---|---|---|

JUNIOR GALLERY
DIV OF DAVID PEYSER SPORTSWEAR
PO BOX 9171
BAY SHORE, NY  11706-9171

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.642 | **Nonpriority creditor's name and mailing address**<br><br>JUST BORN INC.<br>PO BOX 642214<br>PITTSBURGH, PA  15264-2214<br><br>**Date or dates debt was incurred**<br><br>1/23/2017<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,395.38 |
|---|---|---|
| 3.643 | **Nonpriority creditor's name and mailing address**<br><br>JUST ONE LLC<br>99  PARK  AVE<br>SUITE 21<br>NEW YORK CITY, NY  10018<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $29,016.00 |
| 3.644 | **Nonpriority creditor's name and mailing address**<br><br>K & K INTERIORS<br>2230 SUPERIOR STREET<br>SANDUSKY, OH  44870<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $95,012.24 |
| 3.645 | **Nonpriority creditor's name and mailing address**<br><br>K & L LOGISTICS, INC<br>8256 ZIONSVILLE RD<br>INDIANAPOLIS, IN  46268<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10,161.75 |
| 3.646 | **Nonpriority creditor's name and mailing address**<br><br>KANSAS PAYMENT CENTER<br>PO BOX 758599<br>TOPEKA, KS  66675-8599<br><br>**Date or dates debt was incurred**<br><br>3/9/2017<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $93.34 |

**Part 2:**   Additional Page

| | Amount of claim |
|---|---|

| | | |
|---|---|---|
| 3.647 | **Nonpriority creditor's name and mailing address**<br><br>KARA SCHWEISS<br>1501 RIDGEVIEW DRIVE<br>PAPILLION, NE 68046<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $937.50 |
| 3.648 | **Nonpriority creditor's name and mailing address**<br><br>KARLS TRANSPORT INC<br>PO BOX 333<br>ANTIGO, WI 54409-0333<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $36,755.76 |
| 3.649 | **Nonpriority creditor's name and mailing address**<br><br>KATHLEEN LAUGHLIN<br>PO BOX 3287<br>OMAHA, NE 68103-0287<br><br>**Date or dates debt was incurred**<br><br>3/9/2017<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $277.00 |
| 3.650 | **Nonpriority creditor's name and mailing address**<br><br>KATIE SWIFT<br>9440 NORTHERN SKY RD<br>LINCOLN, NE 68505<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,730.00 |
| 3.651 | **Nonpriority creditor's name and mailing address**<br><br>KBS<br>1575 HENTHORNE<br>MAUMEE, OH 43537<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $767,121.23 |

| **Part 2:** | Additional Page | | |
|---|---|---|---|
| | | | **Amount of claim** |

---

| 3.652 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,750.62 |

KC STORE FIXTURES
7400 E 12TH STREET #4
KANSAS CITY, MO 64126

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.653 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,190.00 |

KDVR-TV
PO BOX 59743
LOS ANGELES, CA 90074-9743

**Date or dates debt was incurred**

12/18/2016

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.654 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $139.75 |

KELLER FIRE & SAFETY, INC
1138 KANSAS AVENUE
KANSAS CITY, KS 66105

**Date or dates debt was incurred**

2/6/2017

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.655 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,244.17 |

KELLY SERVICES INC
1212 SOLUTIONS CENTER
CHICAGO, IL 60677-1002

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.656 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,600,680.76 |

KELLY, SCOTT & MADISON
23983 NETWORK PLACE
CHICAGO, IL 60673

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 3.657 | **Nonpriority creditor's name and mailing address**<br><br>KENNEDY INTERNATIONAL INC<br>11 CORN ROAD<br>DAYTON, NJ 08810<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $11,037.00 |
| 3.658 | **Nonpriority creditor's name and mailing address**<br><br>KENNETH COLE PRODUCTIONS INC<br>2 EMERSON LANE<br>SECAUCUS, NJ 07094<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $33,877.75 |
| 3.659 | **Nonpriority creditor's name and mailing address**<br><br>KENNETH TUCHMAN<br>PO BOX 337<br>ALPINE, NJ 07620<br><br>**Date or dates debt was incurred**<br><br>3/6/2017<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,737.12 |
| 3.660 | **Nonpriority creditor's name and mailing address**<br><br>KENNYS DEALS INC<br>6 EAST 46TH STREET, SUITE 500<br>NEW YORK, NY 10017<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $24,927.40 |
| 3.661 | **Nonpriority creditor's name and mailing address**<br><br>KENOSHA SOUTHPORT LLC<br>C/O COLLIERS INTERNATIONAL<br>833 E MICHIGAN STREET, SUITE 500<br>MILWAUKEE, WI 53202<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $67,017.67 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.662 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $250,492.65 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

KIDS CANT MISS
117 9TH STREET
BROOKLYN, NY 11215

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

3.662 — **As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $250,492.65

---

3.663 — **Nonpriority creditor's name and mailing address**

KIDS HEADQUARTERS INVESTMENT LLC
31 W 34 ST
NEW YORK, NY 10001

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $242,312.76

---

3.664 — **Nonpriority creditor's name and mailing address**

KIDS II
DEPT 40335
PO BOX 740209
ATLANTA, GA 30374-0209

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $27,840.73

---

3.665 — **Nonpriority creditor's name and mailing address**

KIDS PREFERRED LLC
81 TWIN RIVERS DRIVE
EAST WINDSOR, NJ 08520

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $36,320.13

---

3.666 — **Nonpriority creditor's name and mailing address**

KIDS WITH CHARACTER
1333 BROADWAY 6TH FLOOR
NEW YORK, NY 10018

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $6,380.16

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 3.667 | **Nonpriority creditor's name and mailing address**<br><br>KIDSMANIA, INC<br>4380 BALDWIN AVENUE<br>EL MONTE, CA 91731<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $17,556.48 |
| 3.668 | **Nonpriority creditor's name and mailing address**<br><br>KIDZ CONCEPTS<br>1412 BROADWAY 3RD FLOOR<br>NEW YORK, NY 10018<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $186,053.37 |
| 3.669 | **Nonpriority creditor's name and mailing address**<br><br>KIR E WICHITA LP<br>P.O. BOX 82566<br>DEPT CODE: SKSW0814<br>GOLETA, CA 93118-2566<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $49,457.74 |
| 3.670 | **Nonpriority creditor's name and mailing address**<br><br>KIRBY RISK CORPRATION<br>27561 NETWORK PLACE<br>CHICAGO, IL 60673-1275<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $146.36 |
| 3.671 | **Nonpriority creditor's name and mailing address**<br><br>KIRK CULLIMORE<br>644 EAST UNION SQUARE<br>SANDY, UT 84070<br><br>**Date or dates debt was incurred**<br><br>3/9/2017<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $184.08 |

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

| 3.672 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $36,087.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
KITCHENAID
WHIRLPOOL CORPORATION
PO BOX  88129
CHICAGO, IL  60695-1129

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim** $36,087.00

---

3.673 **Nonpriority creditor's name and mailing address**
KLEENIT GROUP INC
501 LEY RD
FORT WAYNE, IN  46825

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim** $9,254.00

---

3.674 **Nonpriority creditor's name and mailing address**
KNOCK KNOCK
1635-B  ELECTRIC AVE
VENICE, CA  90291

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim** $4,844.00

---

3.675 **Nonpriority creditor's name and mailing address**
KOHN LAW FIRM SC
735 N WATER ST
STE 1300
MILWAUKEE, WI  53202-4106

**Date or dates debt was incurred**
3/9/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim** $133.78

---

3.676 **Nonpriority creditor's name and mailing address**
KOLTOV, INC
31250 CEDAR VALLEY  DRIVE
WESTLAKE VILLAGE, CA  91362

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim** $29,398.25

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.677 | **Nonpriority creditor's name and mailing address**<br>KONE INC<br>PO BOX 3491<br>CAROL STREAM, IL 60132<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $222.25 |

| 3.678 | **Nonpriority creditor's name and mailing address**<br>KONICA MINOLTA BUSINESS SOLUTIONS, INC<br>DEPT CH19188<br>PALATINE, IL 60055-9188<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $51,040.28 |

| 3.679 | **Nonpriority creditor's name and mailing address**<br>KONICA MINOLTA PREMIER FINANCE<br>P O BOX 790448<br>ST LOUIS, MO 63179<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $16,005.90 |

| 3.680 | **Nonpriority creditor's name and mailing address**<br>KOORSEN FIRE & SECURITY<br>2719 N ARLINGTON AVE<br>INDIANAPOLIS, IN 46218-3322<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,689.41 |

| 3.681 | **Nonpriority creditor's name and mailing address**<br>KRIHA FLUID POWER CO INC<br>LIINCOLN ADMINISTRATION<br>2133 CORNHUSKER HWY<br>LINCOLN, NE 68521<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $311.69 |

| **Part 2:** | Additional Page | |
|---|---|---|
| | | Amount of claim |

| | | | |
|---|---|---|---|
| 3.682 | **Nonpriority creditor's name and mailing address**<br>KRISTIE JOYCE<br><br>**Date or dates debt was incurred**<br>9/12/2015<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $26.86 |
| 3.683 | **Nonpriority creditor's name and mailing address**<br>KRYSTLE WEBBER ARTISTRY<br>15911 BANCROFT CT. APT 828<br>OMAHA, NE 68130<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,025.00 |
| 3.684 | **Nonpriority creditor's name and mailing address**<br>KUECKER LOGISTICS GROUP<br>801 W MARKEY RD<br>BELTON, MO 64012<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $668.20 |
| 3.685 | **Nonpriority creditor's name and mailing address**<br>KUTAK ROCK LLP<br>PO BOX 30057<br>OMAHA, NE 68103-1157<br><br>**Date or dates debt was incurred**<br>3/9/2017<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $38,297.60 |
| 3.686 | **Nonpriority creditor's name and mailing address**<br>KYJEN<br>15514 E HINSDALE CIR<br>CENTENNIAL, CO 80112<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $25,065.60 |

| **Part 2:** | Additional Page | |
|---|---|---|
| | | Amount of claim |

| 3.687 | **Nonpriority creditor's name and mailing address**<br>LA COLLINA TOSCANA<br>41 MADISON AVE. 12TH FLOOR<br>NEW YORK, NY 10010<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $12,166.14 |

| 3.688 | **Nonpriority creditor's name and mailing address**<br>LA MAIN CONNECTION<br>2011 EAST 27TH ST<br>VERNON, CA 90058<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $14,188.00 |

| 3.689 | **Nonpriority creditor's name and mailing address**<br>LA STRADA FASHIONS NY LLC<br>930 LOUIS DR<br>WARMINSTER, PA 18974<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $24,457.50 |

| 3.690 | **Nonpriority creditor's name and mailing address**<br>LAKE MANAWA CENTRE, LP<br>ATTN: SUSAN SHOULDERS<br>11506 NICHOLAS STREET, STE 200<br>OMAHA, NE 68154<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $61,404.65 |

| 3.691 | **Nonpriority creditor's name and mailing address**<br>LAKESIDE PLAZA HOLDINGS, L.P.<br>C/O DIAL PROPERTY CO<br>11506 NICHOLAS ST, STE 200, ATTN: J<br>OMAHA, NE 68154<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $69,856.76 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

3.692  **Nonpriority creditor's name and mailing address**

LARSON RENTALS INC
27115 PARKLANE DRIVE
SIOUX FALLS, SD  57106-8000

**Date or dates debt was incurred**

12/31/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$182.88

---

3.693  **Nonpriority creditor's name and mailing address**

LASALLE SHOPPING CENTER, LLC
C/O THE WOODMONT COMPANY
2100 WEST 7TH ST
FORT WORTH, TX  76107

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$55,815.04

---

3.694  **Nonpriority creditor's name and mailing address**

LAU ENTERPRISES
PO BOX 8012
VAN NUYS, CA  91409

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$78,110.76

---

3.695  **Nonpriority creditor's name and mailing address**

LAUREN FELIX
737 COPELAND ST
MADISON, WI  53711

**Date or dates debt was incurred**

4/7/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$100.00

---

3.696  **Nonpriority creditor's name and mailing address**

LAVISH CLOTHING INC
245 W. 28TH STREET
LOS ANGELES, CA  90007

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,159.70

**Part 2:**  Additional Page

| | | Amount of claim |
|---|---|---|

| 3.697 | **Nonpriority creditor's name and mailing address**<br>LAWRENCE FRAMES<br>45 DREXEL DRIVE<br>BAY SHORE, NY  11706<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10,720.42 |

| 3.698 | **Nonpriority creditor's name and mailing address**<br>LB INTERNATIONAL INC<br>150  ENGINEERS ROAD<br>HAUPPAUGE, NY  11788<br><br>**Date or dates debt was incurred**<br>3/9/2017<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,104.64 |

| 3.699 | **Nonpriority creditor's name and mailing address**<br>LCG SALES<br>5420  W ROOSEVELT ROAD<br>SUITE 231<br>CHICAGO, IL  60644<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $27,883.38 |

| 3.700 | **Nonpriority creditor's name and mailing address**<br>LCMB INC<br>3631  UNION PACIFIC AVE<br>LOS ANGELES, CA  90023<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $70,068.00 |

| 3.701 | **Nonpriority creditor's name and mailing address**<br>LEE COMPANY THE<br>PO BOX 840482<br>DALLAS, TX  75284<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $34,900.75 |

**Part 2:**   Additional Page

| | Amount of claim |
|---|---|

---

**3.702**    **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**      $11,100.00

LEE HECHT HARRISON LLC
DEPT CH# 10544
PALATINE, IL 60055-0544

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.703**    **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**      $3,645.14

LEE PUBLICATIONS
PO BOX 32120
LOUISVILLE, KY 40232-2120

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.704**    **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**      $8,514.72

LEEWARD INTERNATIONAL INC
400 FRANK W BURR BLVD
1ST FLOOR, SUITE 68
TEANECK, NJ 07666

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.705**    **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**      $34,940.18

LEGACY LIBERTY, LLC
C/O LEGACY ASSET MNGMT
4717 CENTRAL ST
KANSAS CITY, MO 64112

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

10/27/2016

**Basis for the claim:**
EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.706**    **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**      $225,386.12

LEGO
PO BOX 415898
BOSTON, MA 22415898

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**Part 2:**  Additional Page

|  |  | Amount of claim |
|---|---|---|

---

3.707 | **Nonpriority creditor's name and mailing address**

LENNOX NATIONAL ACCOUNT SERVICES
PO BOX 731627
DALLAS, TX  75373-1627

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$146,739.18

---

3.708 | **Nonpriority creditor's name and mailing address**

LEON KOROL CO
2050  E. DEVON AVE.
ELK GROVE VILLAGE,, IL  60007

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,263.00

---

3.709 | **Nonpriority creditor's name and mailing address**

LERNER MILITARY PARTNERSHIP
10855 WEST DODGE ROAD
% THE LERNER CO TWO OLD MILL
OMAHA,, NE  68154

**Date or dates debt was incurred**

9/27/2014

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$20,595.83

---

3.710 | **Nonpriority creditor's name and mailing address**

LEVI STRAUSS & CO., INC
2313 COLLECTIONS CENTER DRIVE
CHICAGO, IL  60693

**Date or dates debt was incurred**

3/7/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,624.70

---

3.711 | **Nonpriority creditor's name and mailing address**

LEVY GROUP/ESPRIT
512  SEVENTH AVE
NEW YORK, NY  10018

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$45,931.05

---

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.712 | **Nonpriority creditor's name and mailing address**<br><br>LEXINGTON DIVISION OF POLICE<br>150 E MAIN ST<br>LEXINGTON, KY 40507<br><br>**Date or dates debt was incurred**<br><br>9/2/2015<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $125.00 |
|---|---|---|---|
| 3.713 | **Nonpriority creditor's name and mailing address**<br><br>LEXIS NEXIS<br>ACCOUNT # 1540905<br>PO BOX 7247-6157<br>PHILADELPHIA, PA 19170-615<br><br>**Date or dates debt was incurred**<br><br>12/31/2016<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $250.00 |
| 3.714 | **Nonpriority creditor's name and mailing address**<br><br>LGB INC.<br>8735 DEAD STICK ROAD<br>SAN DIEGO, CA 92154<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $50,592.00 |
| 3.715 | **Nonpriority creditor's name and mailing address**<br><br>LGS STAFING<br>3699 CHAMBLEE DUNWOODY RD<br>ATLANTA, GA 30341<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $22,293.09 |
| 3.716 | **Nonpriority creditor's name and mailing address**<br><br>LIBBEY GLASS INC<br>PO BOX 93864<br>CHICAGO, IL 60673-3864<br><br>**Date or dates debt was incurred**<br><br>12/19/2016<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,151.48 |

| Debtor | | |
|---|---|---|
| (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.717 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,439.38 |
|---|---|---|---|

3.717 **Nonpriority creditor's name and mailing address**

LIBERTY DISTRIBUTION COMPANY LLC
290 E EL PRADO CT
CHANDLER, AZ 85225

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $5,439.38

---

3.718 **Nonpriority creditor's name and mailing address**

LIBRA WHOLESALE
3310 N 2ND ST
MINNEAPOLIS, MN 55412

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $14,940.50

---

3.719 **Nonpriority creditor's name and mailing address**

LIFETIME BRANDS
DEPT CH 17745
PALATINE, IL 60055

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $167,938.52

---

3.720 **Nonpriority creditor's name and mailing address**

LIFEWORKS TECHNOLOGY GROUP, LLC
530 7TH AVENUE
21ST FLOOR
NEW YORK, NY 10018

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $11,371.10

---

3.721 **Nonpriority creditor's name and mailing address**

LIFT SOLUTIONS INC
14616 SHEPARD STREET
OMAHA, NE 68138

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $1,360.44

**Part 2:**   Additional Page

|  |  | Amount of claim |
|---|---|---|

| 3.722 | **Nonpriority creditor's name and mailing address**<br><br>LIGHTING SERVICE, INC.<br>1609 LOTSIE BLVD<br>ST LOUIS, MO  63132<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,284.71 |
| 3.723 | **Nonpriority creditor's name and mailing address**<br><br>LINDT & SPRUNGLI (USA) INC<br>PO BOX 202771<br>DALLAS, TX  75320<br><br>**Date or dates debt was incurred**<br><br>12/7/2016<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $30,000.00 |
| 3.724 | **Nonpriority creditor's name and mailing address**<br><br>LINE CENTRIC GROUP<br>11-130 RAGLAN AVE<br>YORK, ON  0<br>CA<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $12,900.41 |
| 3.725 | **Nonpriority creditor's name and mailing address**<br><br>LINKEDIN CORPORATION<br>62228 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL  60693-0622<br><br>**Date or dates debt was incurred**<br><br>2/3/2017<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $12,823.40 |
| 3.726 | **Nonpriority creditor's name and mailing address**<br><br>LINZY TOYS, INC<br>15805 VALLEY BLVD<br>CITY OF INDUSTRY, CA  91744<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10,757.09 |

Debtor    Celebrus 17 (Name)

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.727 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,633.20 |

LION SALES OF NEW BRUNSWICK
125 JACKSON AVE
EDISON, NJ  08837

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.728 | **Nonpriority creditor's name and mailing address** | | $1,083.15 |

LISA ARNETT SWANTEK
5513 BROOKBANK ROAD
DOWNERS GROVE, IL  60516

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.729 | **Nonpriority creditor's name and mailing address** | | $987.00 |

LMD INDUSTRIES INC.
408 SILVER LANE
OCEANSIDE,, NY  11572

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.730 | **Nonpriority creditor's name and mailing address** | | $4,314.00 |

LMODELZ
PO BOX 681166
INDIANAPOLIS, IN  46268

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.731 | **Nonpriority creditor's name and mailing address** | | $60,079.01 |

LOCKARD DEVELOPMENT, INC
PO BOX 2220
WATERLOO, IA  50704-2220

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor  Gordmans Stores, Inc.
        (Name)

| **Part 2:** | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

---

**3.732** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $100.00

LOCKSPERTS
IOWA DOOR CLOSER & LOCK REPAIR
PO BOX 2067
WATERLOO, IA  50704

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

12/14/2016

**Basis for the claim:**
EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.733** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $340.00

LOGIC INFORMATION SYSTEMS, INC
3800 AMERICAN BLVD W #1200
BLOOMINGTON, MN  55431

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

1/14/2017

**Basis for the claim:**
EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.734** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $63,247.69

LOKRE DEVELOPMENT COMPANY
PO BOX 215
PLOVER, WI  54467

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.735** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $239,781.18

LOLLY TOGS
321 HERROD BLVD
DAYTON, NJ  08810

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.736** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $18,228.15

LONGSTREET
20 WEST 33RD STREET
10TH FLOOR
NEW YORK, NY  10001

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.737 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $455.25 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

LOOMIS FARGO & CO
DEPT CH 10500
PALATINE, IL  60055-0500

**Date or dates debt was incurred**

12/31/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$455.25

---

3.738   **Nonpriority creditor's name and mailing address**

LOOSELEAF SUNGLASSES & ACCESSORIES LLC
432 ROUTE 34
SUITE 1 A
MATAWAN, NJ  07747

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$31,593.00

---

3.739   **Nonpriority creditor's name and mailing address**

LOVE GROWS WILD
1679 EAST 400 NORTH
KOKOMO, IN  46901

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,400.00

---

3.740   **Nonpriority creditor's name and mailing address**

LOVELESS MACHINE
PO BOX  12158
OMAHA, NE  68112

**Date or dates debt was incurred**

3/6/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$78.11

---

3.741   **Nonpriority creditor's name and mailing address**

LOW VOLTAGE WIRING LTD
1540 QUAIL LAKE LOOP
COLORADO SPRINGS, CO  80906

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$195.00

Debtor _____
      (Name)

| **Part 2:** | Additional Page |

| | Amount of claim |
|---|---|

| 3.742 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $470.81 |

LOWE'S COMMERCIAL SERVICES
LOWE'S BUSINESS ACCOUNT
PO BOX 530970
ATLANTA, GA 30353

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.743 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $399.85 |

LOWES COMPANIES
PO BOX 530954
ATLANTA, GA 30353-0954

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.744 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,981.29 |

LOZIER STORE FIXTURES INC.
P.O. BOX 3577
OMAHA, NE 68103-0577

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.745 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,600.00 |

LP SOFTWARE, INC
7000 W 111TH ST # 305
WORTH, IL 60482

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.746 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $14,035.53 |

LSI STAFFING
PO BOX 2876
WICHITA, KS 67201

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.747 | **Nonpriority creditor's name and mailing address**<br>LUCKIES OF LONDON<br>UNITS 24/25, THE TAY BUIDLING<br>2A WRENTHAM AVENUE<br>LONDON, 0  NW10 3HA<br>GB<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,820.80 |
| 3.748 | **Nonpriority creditor's name and mailing address**<br>LUKAS PARTNERS<br>11915 P STREET<br>SUITE 100<br>OMAHA, NE  68137-2228<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $17,960.36 |
| 3.749 | **Nonpriority creditor's name and mailing address**<br>LUKASIAN HOUSE LLC<br>500 S. PALM AVENUE<br>ALHAMBRA, CA  91803<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $34,210.80 |
| 3.750 | **Nonpriority creditor's name and mailing address**<br>LYONS CONSULTING GROUP LLC<br>20 N WACKER<br>STE 1750<br>CHICAGO, IL  60606<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $43,957.00 |
| 3.751 | **Nonpriority creditor's name and mailing address**<br>M & M GLOBAL BRANDS / MSA TRADING<br>13636 VENTURA BLVD<br>SHERMAN OAKS, CA  91423<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $20,536.80 |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

|  |  |  | Amount of claim |
|---|---|---|---|

| 3.752 | **Nonpriority creditor's name and mailing address**<br><br>M HIDARY & CO INC<br>10 WEST 33RD ST<br>NINTH FL<br>NEW YORK, NY 10001<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $9,546.00 |
|---|---|---|---|
| 3.753 | **Nonpriority creditor's name and mailing address**<br><br>M&G PARTNERS LLP<br>DBA FASHION ANGELS ENTERPRISES<br>306 N MILWAUKEE ST.<br>MILWAUKEE, WI 53202<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $15,465.88 |
| 3.754 | **Nonpriority creditor's name and mailing address**<br><br>M&M TRADING INC<br>15895 NW 15TH AVE<br>MIAMI, FL 33169<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,291.96 |
| 3.755 | **Nonpriority creditor's name and mailing address**<br><br>MACERICH SOUTH PARK MALL LLC<br>PO BOX 844102<br>LOS ANGELES, CA 90084-4102<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $42,032.29 |
| 3.756 | **Nonpriority creditor's name and mailing address**<br><br>MADISON / EAST TOWNE, LLC<br>CBL #0600<br>PO BOX 955607<br>ST LOUIS, MO 63195-5607<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $54,535.17 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.757 | **Nonpriority creditor's name and mailing address**<br><br>MADISON IND.<br>279 5TH AVE<br>NEW YORK,, NY  10016<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,551.82 |
| 3.758 | **Nonpriority creditor's name and mailing address**<br><br>MAGICSUIT BY @ SEA<br>610 UHLER RD, SUITE MG<br>EASTON, PA  18040-7001<br><br>**Date or dates debt was incurred**<br><br>1/3/2017<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $14,000.00 |
| 3.759 | **Nonpriority creditor's name and mailing address**<br><br>MAGNUM ELECTRIC, INC<br>471 CHRISTIANSON DR W<br>WEST FARGO, ND  58078<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $715.00 |
| 3.760 | **Nonpriority creditor's name and mailing address**<br><br>MAGNUM EXPRESS, INC<br>MARQUETTE TRANSPORTATION FINANCE IN<br>PO BOX 1450 NW 7939<br>MINNEAPOLIS, MN  55485-7939<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $33,933.98 |
| 3.761 | **Nonpriority creditor's name and mailing address**<br><br>MAIL FINANCE<br>DEPT 3682<br>PO BOX 123682<br>DALLAS, TX  75312-3682<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,054.76 |

Debtor _____
        (Name)

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.762 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $15,058.15 |

MAIN STREET DECOR
12850 EAST FLORENCE AVE
SANTE FE SPRINGS, CA  90670

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.763 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $11,875.00 |

MAINETTI USA INC
DEPARTMENT AT 40190
ATLANTA, GA  31192-0190

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.764 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $11,458.32 |

MAJESTY BRANDS
195 RARITAN CENTER PARKWAY
EDISON, NJ  08837

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.765 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $88,631.59 |

MALDEN INTERNATIONAL DESIGNS
19 COWAN DRIVE
MIDDLEBORO, MA  02346

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.766 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $531.24 |

MALOY MOBILE STORAGE
535 COMANCHE RD. NE
ALBUQUERQUE, NM  87107

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.767 | **Nonpriority creditor's name and mailing address**<br>MAMIYE BROTHERS, INC<br>1385 BROADWAY, 17TH FLOOR<br>NEW YORK, NY 10018<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $29,266.65 |

| 3.768 | **Nonpriority creditor's name and mailing address**<br>MAMIYE GROUP/BONGO<br>112 W 34TH STREET - STE 1000<br>NEW YORK, NY 10120<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $213,559.13 |

| 3.769 | **Nonpriority creditor's name and mailing address**<br>MAMMOTH PET PRODUCTS<br>38 LAUREL MOUNTAIN RD<br>P.O. BOX 1645<br>MAMMOTH LAKES, CA 93546<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,100.84 |

| 3.770 | **Nonpriority creditor's name and mailing address**<br>MANHATTAN KIDS LLC<br>230 5TH AVE, STE 1803<br>NEW YORK, NY 10001<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,904.00 |

| 3.771 | **Nonpriority creditor's name and mailing address**<br>MARATHON COUNTY SHERIFFS DEPT<br>500 FOREST STREET<br>WAUSAU, WI 54403-5568<br><br>**Date or dates debt was incurred**<br>10/27/2016<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $50.00 |

**Part 2:**   Additional Page

| | Amount of claim |
|---|---|

| 3.772 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $67,250.00 |
|---|---|---|---|

**3.772**

**Nonpriority creditor's name and mailing address**

MARCOLIN USA INC
DEPT 2063
PO BOX 29661
PHOENIX, AZ 85038

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$67,250.00

---

**3.773**

**Nonpriority creditor's name and mailing address**

MARDON EQUIPMENT CORP
939 W. TROY AVE
INDIANAPOLIS, IN 46225

**Date or dates debt was incurred**

1/10/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,636.62

---

**3.774**

**Nonpriority creditor's name and mailing address**

MARK ANDY PRINT PRODUCTS
7561 SOLUTIONS CENTER
CHICAGO, IL 60677-7005

**Date or dates debt was incurred**

12/7/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$52.11

---

**3.775**

**Nonpriority creditor's name and mailing address**

MARK ONE ELECTRIC, INC
909 TROOST
KANSAS CITY, MO 64106

**Date or dates debt was incurred**

12/22/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$843.20

---

**3.776**

**Nonpriority creditor's name and mailing address**

MARKET PLACE ON 1ST
C/O JOANNE MAUCK, LLC
PO BOX 42
SWISHER, IA 52338-0042

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$57,886.95

Debtor _____
       (Name)

| **Part 2:** | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.777 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $55,219.64 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

| 3.777 |
|---|

MARKET PLACE SHOPPING CENTER
C/O GP-LP/GEN GRWTH PRP.
SDS-12-1461, PO BOX 86
MINNEAPOLIS, MN  55486

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim:** $55,219.64

---

| 3.778 | **Nonpriority creditor's name and mailing address** |
|---|---|

MARKETPLACE INVESTORS, LLC
C/O DAKOTA COMMERCIAL
PO BOX 14010
GRAND FORKS, ND  58208-4010

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim:** $43,726.55

---

| 3.779 | **Nonpriority creditor's name and mailing address** |
|---|---|

MARKETWIRE INC.
PO BOX 848025
LOS ANGELES, CA  90084-8025

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim:** $1,006.96

---

| 3.780 | **Nonpriority creditor's name and mailing address** |
|---|---|

MARKING REFRIGERATION, INC.
4760 S 134TH STREET
OMAHA, NE  68137

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

2/7/2017

**Basis for the claim:**
EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim:** $856.00

---

| 3.781 | **Nonpriority creditor's name and mailing address** |
|---|---|

MARS SNACKFOOD US LLC
PO BOX 71209
CHICAGO, IL  60694

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim:** $87,906.38

Debtor _____
(Name)

| **Part 2:** | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

| | | |
|---|---|---|
| 3.782 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $59.98 |

**Nonpriority creditor's name and mailing address**
MARSH
2002 STAFFORD RD
PLAINFIELD, IN  46168

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$59.98

---

**Nonpriority creditor's name and mailing address**
3.783  MARVIN LEEDS MKT. SERVICES
245 E 63RD ST #34A
NEW YORK, NY  10065

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$53,816.33

---

**Nonpriority creditor's name and mailing address**
3.784  MARX LEASING
300 LEWIS BLVD
PO BOX 1498
SIOUX CITY, IA  51102

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$690.00

---

**Nonpriority creditor's name and mailing address**
3.785  MASTERCARD INTERNATIONAL
4 CHASE METROTECH CENTER, 7FL EAST
LOCKBOX 9084
BROOKLYN, NY  11245-0002

**Date or dates debt was incurred**
2/10/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,000.00

---

**Nonpriority creditor's name and mailing address**
3.786  MASTERCRAFT INTERNATIONAL LIMITED
HUNGHOM COMMERCIAL CENTRE
37 MA TAU WAI RD
HUNGHOM, KOWLOON  0
HK

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$77,926.70

Debtor _____
       (Name)

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.787 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $37,076.52 |
|---|---|---|---|

MASTERMEDIA LLC
2145 EAST 7TH STREET, SUITE 200
BROOKLYN, NY  11223

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.788 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $193,615.76 |
|---|---|---|---|

MATTEL INC.
PO BOX 100125
ATLANTA, GA  30384

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.789 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $37.95 |
|---|---|---|---|

MAUREEN ODONNELL

**Date or dates debt was incurred**
6/2/2014

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.790 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $71,928.00 |
|---|---|---|---|

MAX SALES GROUP INC
2331 TUBEWAY  AVE
COMMERCE, CA  90040

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.791 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $35,853.30 |
|---|---|---|---|

MAYTEX MILLS
CARYN TATASCIONE
261 5TH AVENUE 17TH FLOOR
NEW YORK, NY  10016

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor _____
        (Name)

| **Part 2:** | Additional Page | |
|---|---|---|
| | | Amount of claim |

| 3.792 | **Nonpriority creditor's name and mailing address**<br><br>MB SIOUX CITY LAKEPORT LLC<br>DEPT 44616<br>33012 COLLECTION CENTER DR<br>CHICAGO, IL  60693-033<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $91,785.74 |

| 3.793 | **Nonpriority creditor's name and mailing address**<br><br>MC SIGN COMPANY<br>8959 TYLER BLVD<br>MENTOR, OH  44060<br><br>**Date or dates debt was incurred**<br><br>2/1/2017<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $548.62 |

| 3.794 | **Nonpriority creditor's name and mailing address**<br><br>MCGRAW SERVICES<br>1425 MARINA COVE DRIVE<br>POLK CITY, IA  50226<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,390.00 |

| 3.795 | **Nonpriority creditor's name and mailing address**<br><br>MCGUIRE PLUMBING LLC<br>400 N BROADWAY STE 4<br>EDMOND, OK  73034<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,572.75 |

| 3.796 | **Nonpriority creditor's name and mailing address**<br><br>MECCA<br>31 W 34TH ST -  3RD FLOOR<br>NEW YORK, NY  10001<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $66,581.70 |

| Part 2: | Additional Page |
|---------|-----------------|

|  | | Amount of claim |
|--|--|-----------------|

| 3.797 | **Nonpriority creditor's name and mailing address**<br><br>MED ENROLL INC<br>PO BOX 5599<br>FLORENCE, SC  29502<br><br>**Date or dates debt was incurred**<br><br>2/13/2017<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,250.00 |
| 3.798 | **Nonpriority creditor's name and mailing address**<br><br>MEISTER ELECTRIC INC<br>711 S KICKAPOO CREEK RD<br>PEORIA, IL  61604<br><br>**Date or dates debt was incurred**<br><br>1/25/2017<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $601.60 |
| 3.799 | **Nonpriority creditor's name and mailing address**<br><br>MELISSA & DOUG LLC<br>P.O. BOX 590<br>WESTPORT, CT  06881<br><br>**Date or dates debt was incurred**<br><br>3/1/2017<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,031.49 |
| 3.800 | **Nonpriority creditor's name and mailing address**<br><br>MELVIN S ROOS AND CO INC<br>PO BOX 44689<br>4465 COMMERCE DRIVE SW<br>ALTANTA, GA  30336-5689<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $119.15 |
| 3.801 | **Nonpriority creditor's name and mailing address**<br><br>MERCHANTS CREDIT ADJUSTERS<br>SARPY COUNTY COURT<br>PAPILLION, NE  68046<br><br>**Date or dates debt was incurred**<br><br>3/9/2017<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $101.15 |

Debtor _____
        (Name)

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.802 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* | $5,635.50 |
|---|---|---|---|
| | MERCHSOURCE LLC <br> PO BOX 3559 <br> CAROL STREAM, IL  60132-3559 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date or dates debt was incurred** <br> VARIOUS | **Basis for the claim:** <br> MERCHANDISE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | |

| 3.803 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* | $57,397.33 |
|---|---|---|---|
| | MERIDIAN CENTERCAL LLC <br> 1600 E. FRANKLIN AVE. <br> EL SEGUNDO, CA  90245 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date or dates debt was incurred** <br> VARIOUS | **Basis for the claim:** <br> EXPENSE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | |

| 3.804 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* | $73,107.94 |
|---|---|---|---|
| | MERIDIAN MALL CBL 0379 <br> PO BOX 955607 <br> ST LOUIS, MO  63195-5607 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date or dates debt was incurred** <br> VARIOUS | **Basis for the claim:** <br> EXPENSE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | |

| 3.805 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* | $1,944.82 |
|---|---|---|---|
| | METARESPONSE GROUP <br> 700 W HILLSBORO BLVD <br> SUITE 4-107 <br> DEERFIELD BEACH, FL  33441 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date or dates debt was incurred** <br> 1/10/2017 | **Basis for the claim:** <br> EXPENSE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | |

| 3.806 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* | $875.00 |
|---|---|---|---|
| | METRO TECH ELECTRICAL CONTRACTORS INC <br> PO BOX 270306 <br> OKLAHOMA CITY, OK  73137 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date or dates debt was incurred** <br> VARIOUS | **Basis for the claim:** <br> EXPENSE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | |

**Part 2:** Additional Page

| | Amount of claim |
|---|---|

---

**3.807**    **Nonpriority creditor's name and mailing address**

MEYER CORP
2001 MEYER WAY
FAIRFIELD, CA 94533

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,417.28

---

**3.808**    **Nonpriority creditor's name and mailing address**

MGAGE, LLC
PO BOX 538609
ATLANTA, GA 30353-8609

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$62,450.07

---

**3.809**    **Nonpriority creditor's name and mailing address**

MICHAEL D CLARK, TRUSTEE
CHAPTER 13 TRUSTEE
PO BOX 2219
MEMPHIS, TN 38101

**Date or dates debt was incurred**

3/9/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$48.92

---

**3.810**    **Nonpriority creditor's name and mailing address**

MICHAEL GERALD LTD
12836 ALONDRA BLVD
CERRITOS, CA 90703

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$206,020.62

---

**3.811**    **Nonpriority creditor's name and mailing address**

MICHEL GERMAIN PARFUMS LTD
3335 YONGE STREET
SUITE 303
TORONTO, ON M4N 2M1
CA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,955.00

---

**Part 2:**   Additional Page

|  | | Amount of claim |
|---|---|---|

| 3.812 | **Nonpriority creditor's name and mailing address**<br>MICROSOFT ONLINE INC<br>PO BOX 847543<br>DALLAS, TX 75284-7543<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,688.19 |
| 3.813 | **Nonpriority creditor's name and mailing address**<br>MID WISCONSIN BEVERAGE<br>PO BOX 89<br>WAUSAU, WI 54402-0089<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,650.92 |
| 3.814 | **Nonpriority creditor's name and mailing address**<br>MIDLAND EMPIRE RETAIL LLC<br>C/O MD MANAGEMENT<br>PO BOX 129<br>SHAWNEE MISSION, KS 66201-0129<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $65,437.86 |
| 3.815 | **Nonpriority creditor's name and mailing address**<br>MIDNITE EXPRESS<br>PO BOX 695<br>448 7TH ST NW<br>WEST FARGO, ND 58078-0695<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $12,861.92 |
| 3.816 | **Nonpriority creditor's name and mailing address**<br>MIDWEST BOX COMPANY<br>3200 N 30TH STREET<br>OMAHA, NE 68111<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,635.77 |

| **Part 2:** | Additional Page |
|---|---|

|  | | Amount of claim |
|---|---|---|

| 3.817 | **Nonpriority creditor's name and mailing address**<br><br>MIDWEST MINOR MEDICAL<br>5310 S 84TH ST, SUITE 100<br>OMAHA, NE  68127<br><br>**Date or dates debt was incurred**<br><br>6/1/2012<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $35.00 |
|---|---|---|
| 3.818 | **Nonpriority creditor's name and mailing address**<br><br>MIDWEST SIGN & SCREEN PRINTING<br>NW 6161<br>PO BOX 1450<br>MINNEAPOLIS, MN  55485-6161<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $365.71 |
| 3.819 | **Nonpriority creditor's name and mailing address**<br><br>MIDWEST TRADING GROUP INC<br>905 S WESTWOOD AVE<br>ADDISON, IL  60101<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $14,650.08 |
| 3.820 | **Nonpriority creditor's name and mailing address**<br><br>MINNESOTA REVENUE<br>MAIL STATION 1255<br>ST PAUL, MN  55146-1255<br><br>**Date or dates debt was incurred**<br><br>1/20/2017<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10,639.00 |
| 3.821 | **Nonpriority creditor's name and mailing address**<br><br>MINUTEMAN PRESS<br>6377 ROCKVILLE RD<br>INDIANAPOLIS, IN  46214<br><br>**Date or dates debt was incurred**<br><br>1/3/2017<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $320.89 |

Debtor _____
(Name)

| **Part 2:** | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.822 | **Nonpriority creditor's name and mailing address**<br><br>MISS ME<br>A DIV OF SWEET PEOPLE APPAREL<br>4715 S ALAMEDA ST<br>LOS ANGELES, CA 90058<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $125,251.72 |
| 3.823 | **Nonpriority creditor's name and mailing address**<br><br>MISS SPORTSWEAR<br>117 9TH STREET<br>BROOKLYN, NY 11215<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $12,960.00 |
| 3.824 | **Nonpriority creditor's name and mailing address**<br><br>MISSION LINEN SUPPLY<br>4315 HAWKINS NE<br>ALBUQUERQUE, NM 87109-4530<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $269.64 |
| 3.825 | **Nonpriority creditor's name and mailing address**<br><br>MITCHELL JACOBS<br>8420 DELMAR BLVD STE LL2<br>ST LOUIS, MO 63124<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $99.14 |
| 3.826 | **Nonpriority creditor's name and mailing address**<br><br>MITZI DAKIN<br><br>**Date or dates debt was incurred**<br><br>5/26/2016<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CUSTOMER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $79.14 |

| **Part 2:** | Additional Page | |
|---|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.827 | **Nonpriority creditor's name and mailing address**<br><br>MIWORLD ACCESSORIES LLC<br>1 EAST 33RD STREET, 11TH FLOOR<br>NEW YORK, NY 10016<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $19,181.54 |

| 3.828 | **Nonpriority creditor's name and mailing address**<br><br>MJC INTERNATIONAL GROUP LLC<br>5 THOMAS MELLON CIRCLE, SUITE 303<br>SAN FRANCISCO, CA 94134<br><br>**Date or dates debt was incurred**<br><br>11/15/2016<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,600.80 |

| 3.829 | **Nonpriority creditor's name and mailing address**<br><br>MMC MECHANICAL CONTRACTORS, INC.-SERVICE GRP<br>10955 LOWELL AVE, SUITE 300<br>OVERLAND PARK, KS 66210<br><br>**Date or dates debt was incurred**<br><br>1/17/2017<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,789.86 |

| 3.830 | **Nonpriority creditor's name and mailing address**<br><br>MMS TRADING INC<br>5390 RICKENBACKER RD<br>BELL, CA 90201<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $64,030.47 |

| 3.831 | **Nonpriority creditor's name and mailing address**<br><br>MN DEPT OF LABOR AND INDUSTRY<br>FINANCIAL SERVICES OFFICE<br>443 LAYFAYETTE ROAD<br>ST PAUL, MN 55155<br><br>**Date or dates debt was incurred**<br><br>1/30/2017<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $300.00 |

| **Part 2:** | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

| 3.832 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $47,396.15 |
| --- | --- | --- | --- |

**Nonpriority creditor's name and mailing address**

MOA MOA INC
BOX 5727 , GPO
NEW YORK, NY  10087

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.833    **Nonpriority creditor's name and mailing address**

MOBILE MINI, INC
PO BOX 7144
PASADENA, CA  91109

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**     $172.45
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.834    **Nonpriority creditor's name and mailing address**

MOBILE MINI, INC
PO BOX 740773
CINCINNATI, OH  45274-0773

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**     $309.90
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.835    **Nonpriority creditor's name and mailing address**

MOBILE WAREHOUSE
12850 CTY RD K SOUTH
MERRILL, WI  54452

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**     $263.75
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.836    **Nonpriority creditor's name and mailing address**

MODIS, INC
DEPT CH 10682
PALATINE, IL  60055-0682

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**     $17,375.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    Genesis17    (Name)

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

---

**3.837** | **Nonpriority creditor's name and mailing address**

MOHAWK RUG & TEXTILES
3032 SUGAR VALLEY RD NW
SUGAR VALLEY, GA 30746

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☑ No
☐ Yes

$176,620.95

---

**3.838** | **Nonpriority creditor's name and mailing address**

MOON LEASING, INC
2021 DUBOURG AVE
LOUISVILLE, KY 40216

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☑ No
☐ Yes

$321.00

---

**3.839** | **Nonpriority creditor's name and mailing address**

MOOSE TOYS PTY LTD
800 PARKVIEW DRIVE NORTH
EL SEGUNDO, CA 90245

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☑ No
☐ Yes

$136,650.81

---

**3.840** | **Nonpriority creditor's name and mailing address**

MORGAN & ASSOCIATES
2601 NW EXPRESSWAY STE 205 E
OKLAHOMA CITY, OK 73112

**Date or dates debt was incurred**

3/9/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☑ No
☐ Yes

$76.99

---

**3.841** | **Nonpriority creditor's name and mailing address**

MOUNTAIN STATES FIRE PROTECTION INC
1220 S INCA ST
DENVER, CO 80223

**Date or dates debt was incurred**

12/14/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☑ No
☐ Yes

$305.00

---

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.842 | **Nonpriority creditor's name and mailing address**<br><br>MS BUBBLES INC<br>2731 S ALAMEDA  ST<br>LOS ANGELES, CA  90058<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $83,389.65 |

| 3.843 | **Nonpriority creditor's name and mailing address**<br><br>MSRF, INC<br>3319 N ELSTON AVE<br>CHICAGO, IL  60618<br><br>**Date or dates debt was incurred**<br><br>12/15/2016<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $70,226.40 |

| 3.844 | **Nonpriority creditor's name and mailing address**<br><br>MULTIPET INTERNATIONAL<br>265 W. COMMERCIAL AVENUE<br>MOONACHIE, NJ  07074<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $58,401.01 |

| 3.845 | **Nonpriority creditor's name and mailing address**<br><br>MUZAK<br>PO BOX 71070<br>CHARLOTTE, NC  28272-1070<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $28,384.98 |

| 3.846 | **Nonpriority creditor's name and mailing address**<br><br>MY BELLE LLC<br>209 W 38TH ST, SUITE 1010<br>NEW YORK, NY  10018<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $13,965.45 |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.847 | **Nonpriority creditor's name and mailing address**<br><br>MY FAVORITE COMPANY, INC.<br>PO BOX 69977<br>LOS ANGELES, CA  90069<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $3,845.60 |
| 3.848 | **Nonpriority creditor's name and mailing address**<br><br>MY MICHELLE<br>LOCKBOX #4312<br>PO BOX 8500-4312<br>PHILADELPHIA, PA  19178-4312<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $10,383.00 |
| 3.849 | **Nonpriority creditor's name and mailing address**<br><br>MYSTIC APPAREL LLC<br>1333 BROADWAY 6TH FLOOR<br>NEW YORK, NY  10018<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $6,812.00 |
| 3.850 | **Nonpriority creditor's name and mailing address**<br><br>MYTH CLOTHING COMPANY<br>525 SEVENTH AVENUE<br>ROOM #513<br>NEW YORK, NY  10018<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $13,710.90 |
| 3.851 | **Nonpriority creditor's name and mailing address**<br><br>N & W TRANSFER<br>2415 INDUSTRIAL RD<br>PLATTSMOUTH, NE  68048<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $82,178.56 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.852**

**Nonpriority creditor's name and mailing address**

NATCO PRODUCTS CORPORATION
155  BROOKSIDE AVENUE
WEST WARWICK, RI  28930190

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,444.93

---

**3.853**

**Nonpriority creditor's name and mailing address**

NATHAN A. STINES
505 West Alice Street
Kouts, IN  46347

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.854**

**Nonpriority creditor's name and mailing address**

NATIONAL ACCOUNT SYSTEMS OF OMAHA
DOUGLAS COUNTY COURT
1819 FARNAM-CIVIL/SMALL CLAIMS
OMAHA, NE  68183

**Date or dates debt was incurred**

3/9/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$179.82

---

**3.855**

**Nonpriority creditor's name and mailing address**

NATIONAL ACCOUNT SYSTEMS OF OMAHA
SARPY COUNTY COURT
1210 GOLDEN GATE DR
PAPILLION, NE  68046

**Date or dates debt was incurred**

1/19/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,011.00

---

**3.856**

**Nonpriority creditor's name and mailing address**

NATIONAL ENTERPRISE SYSTEMS
2479 EDISON BLVD, UNIT A
TWINSBURG, OH  44087

**Date or dates debt was incurred**

3/9/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$115.49

| **Part 2:** | Additional Page |

| | | Amount of claim |
|---|---|---|

| 3.857 | **Nonpriority creditor's name and mailing address**<br>NATIONAL EVERYTHING WHOLESALE<br>2511 S. 156TH CIRCLE<br>OMAHA, NE 68137<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6.52 |
| 3.858 | **Nonpriority creditor's name and mailing address**<br>NATIONAL HANGER COMPANY<br>PO BOX 818 WATER STREET<br>NORTH BENNINGTON, VT 05257<br><br>**Date or dates debt was incurred**<br>2/1/2017<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $277.20 |
| 3.859 | **Nonpriority creditor's name and mailing address**<br>NATIONAL PAYMENT CENTER<br>PO BOX 105081<br>ATLANTA, GA 30348<br><br>**Date or dates debt was incurred**<br>3/9/2017<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,367.66 |
| 3.860 | **Nonpriority creditor's name and mailing address**<br>NATIONAL RETAIL PROPERTIES LP<br>PO BOX 864205<br>ORLANDO, FL 32886<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $154,696.62 |
| 3.861 | **Nonpriority creditor's name and mailing address**<br>NATIONWIDE SECURITY & BUILDING SERVICES, INC<br>9045 E IMPERIAL HIGHWAY<br>DOWNEY, CA 90242<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,584.20 |

| **Part 2:** | Additional Page | |
|---|---|---|
| | | **Amount of claim** |

| 3.862 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $227.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

NE DEPT OF MOTOR VEHICLES
301 CENTENNIAL MALL SOUTH
P.O. BOX 94729
LINCOLN, NE  68509

**Date or dates debt was incurred**

1/24/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$227.00

---

**3.863  Nonpriority creditor's name and mailing address**

NEBRASKA FURNITURE MART
PO BOX 3000
OMAHA,, NE  68103

**Date or dates debt was incurred**

2/10/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$119.84

---

**3.864  Nonpriority creditor's name and mailing address**

NEBRASKA IOWA INDUSTRIAL FASTENERS
PO BOX 27391
OMAHA, NE  68127-0391

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$36.21

---

**3.865  Nonpriority creditor's name and mailing address**

NEI GLOBAL RELOCATION COMPANY
8701 WEST DODGE ROAD
P.O. BOX 241886
OMAHA, NE  68124-5886

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,896.06

---

**3.866  Nonpriority creditor's name and mailing address**

NELSON ELECTRIC CO
PO BOX 967
CEDAR RAPIDS, IA  52406

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,968.67

| Part 2: | Additional Page |
|---------|-----------------|

| | | | Amount of claim |
|---|---|---|---|

| 3.867 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $18,936.26 |
|---|---|---|---|

NESCTC SECURITY
46 MOLTER STREET
CRANSTON, RI  02910

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.868 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,520.00 |
|---|---|---|---|

NETWORKS STAFFING SOLUTIONS LLC
ATTN: ROB ROBINSON
PO BOX 6743
OMAHA, NE  68106

**Date or dates debt was incurred**

1/31/2017

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.869 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $94,880.25 |
|---|---|---|---|

NEW ERA CAP CO INC
PO BOX 054
BUFFALO, NY  14240

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.870 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $61,934.16 |
|---|---|---|---|

NEW HAVEN WG, LLC
2285 S 67TH STREET, SUITE 250
OMAHA, NE  68106

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.871 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,871.13 |
|---|---|---|---|

NEW VENTURE BROKERS
PO BOX 12338
OMAHA, NE  68112

**Date or dates debt was incurred**

8/13/2012

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
FREIGHT

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**Part 2:**   Additional Page

|  | | Amount of claim |
|---|---|---|

**3.872** **Nonpriority creditor's name and mailing address**

NEW VIEW GIFTS & ACCESSORIES
311 EAST BALTIMORE AVE
SUITE 300
MEDIA, PA 19063

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$26,775.00

---

**3.873** **Nonpriority creditor's name and mailing address**

NEXT LEVEL APPAREL
3128 E HARCOURT ST
RANCHO DOMINGUEZ, CA 90221

**Date or dates debt was incurred**

2/3/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,210.92

---

**3.874** **Nonpriority creditor's name and mailing address**

NFP CORPORATE SERVICES IL, INC
500 WEST MADISON STREET
SUITE 2760
CHICAGO, IL 60661

**Date or dates debt was incurred**

1/31/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,000.00

---

**3.875** **Nonpriority creditor's name and mailing address**

NG&G FACILITY SERVICES INT'L
PO BOX 845147
BOSTON, MA 02284-514

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$22,188.27

---

**3.876** **Nonpriority creditor's name and mailing address**

NGLIC
SUPERIOR VISION SERVICES, INC.
P.O. BOX 201839
DALLAS, TX 75320-1839

**Date or dates debt was incurred**

2/14/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,073.18

---

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.877 | **Nonpriority creditor's name and mailing address**<br>NIFTY HOME PRODUCTS, INC<br>PO BOX 507<br>MADISON, MN 56063<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,198.90 |
| 3.878 | **Nonpriority creditor's name and mailing address**<br>NINE WEST HOLDINGS INC<br>PO BOX 277512<br>ATLANTA, GA 30384-7512<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $78,687.15 |
| 3.879 | **Nonpriority creditor's name and mailing address**<br>NOLAND FASHION SC LLC<br>C/O BLOCK & CO INC<br>605 W 47TH STREET, STE 200<br>KANSAS CITY, MO 64112<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $46,128.29 |
| 3.880 | **Nonpriority creditor's name and mailing address**<br>NOLL<br>12905 W DODGE ROAD<br>OMAHA, NE 68154<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,796.40 |
| 3.881 | **Nonpriority creditor's name and mailing address**<br>NORTHERN BOTTLING CO<br>DBA PEPSI COLA BOTTLING COMPANY<br>PO BOX 639<br>MINOT, ND 58702<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,660.50 |

| **Part 2:** | Additional Page | | |
|---|---|---|---|
| | | | Amount of claim |

| 3.882 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $20,367.02 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

3.882

NORTHPOINT TRADING
347 FIFTH AVE
NEW YORK, NY  10016

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$20,367.02

---

3.883

NORTHWEST COMPANY / ASHLAND MILLS
PO  BOX 263
ROSLYN, NY  11576

**Date or dates debt was incurred**

12/8/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$280.00

---

3.884

NOTATIONS
539 JACKSONVILLE ROAD
WARMINSTER, PA  18974

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$17,734.00

---

3.885

NOTHIN BUT NET CLOTHING CO INC
13220 MOORE STREET
CERRITOS, CA  90703

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$65,401.20

---

3.886

NOURISON
PO BOX 35651
NEWARK, NJ  71935651

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$32,686.80

Debtor _____
        (Name)

| **Part 2:** | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

| **3.887** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $770.00 |
|---|---|---|---|

**3.887**

**Nonpriority creditor's name and mailing address**

NOVA FIRE PROTECTION
304-41ST ST SW
FARGO, ND  58103

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $770.00

---

**3.888**

**Nonpriority creditor's name and mailing address**

NOVELLE MODE INC.
1363  ELWOOD  ST
LOS ANGELES, CA  90021

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $123,006.50

---

**3.889**

**Nonpriority creditor's name and mailing address**

NSI INTERNATIONAL INC
DEPT  CH 17534
PALATINE, CA  60055-7534

**Date or dates debt was incurred**

2/9/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $4,681.95

---

**3.890**

**Nonpriority creditor's name and mailing address**

NUTECH NATIONAL
PO BOX 31284
TAMPA, FL  33631-3284

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $85.35

---

**3.891**

**Nonpriority creditor's name and mailing address**

NYAM LLC
8527 MELROSE AVE
WEST HOLLYWOOD, CA  90069

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $25,084.80

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.892 | **Nonpriority creditor's name and mailing address**<br><br>NYLEN LLC<br>4783 WATERFORD DR<br>WEST DES MOINES, IA 50265<br><br>**Date or dates debt was incurred**<br><br>2/22/2017<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $39,920.56 |
| 3.893 | **Nonpriority creditor's name and mailing address**<br><br>OAKLEAF WASTE MANAGEMENT, LLC<br>36821 EAGLE WAY<br>CHICAGO, IL 60678-1368<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $110,383.57 |
| 3.894 | **Nonpriority creditor's name and mailing address**<br><br>OBRYAN TRANSPORT INC<br>10750 OAK GROVE RD<br>NEWBURGH, IN 47630<br><br>**Date or dates debt was incurred**<br><br>12/31/2016<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $133.75 |
| 3.895 | **Nonpriority creditor's name and mailing address**<br><br>OCCASIONALLY MADE<br>8545 PATTERSON AVE<br>SUITE 201<br>RICHMOND, VA 23229<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $13,891.50 |
| 3.896 | **Nonpriority creditor's name and mailing address**<br><br>OCEANIC TRADING COMPANY<br>1006 11TH AVE<br>NEPTUNE, NJ 07753<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $16,816.68 |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.897 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $192.87 |

**Nonpriority creditor's name and mailing address**

OFFICE ESSENTIALS INC
1834 WALTON RD
ST LOUIS, MO  63114

**Date or dates debt was incurred**

2/27/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.898

**Nonpriority creditor's name and mailing address**

OFFICE STAR PRODUCTS
PO BOX 4148
ONTARIO, CA  91761

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$310.04

---

3.899

**Nonpriority creditor's name and mailing address**

OHIO BUREAU OF WORKERS COMPENSATION
PO BOX 89492
CLEVELAND, OH  44101-6492

**Date or dates debt was incurred**

3/8/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,219.70

---

3.900

**Nonpriority creditor's name and mailing address**

OHIO WHOLESALE
PO BOX 580
SEVILLE, OH  44273

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$40,591.89

---

3.901

**Nonpriority creditor's name and mailing address**

OLDE THOMPSON
3250 CAMINO DEL SOL
OXNARD, CA  93030

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$21,893.11

Debtor    Case 17-80305-TLS    Doc 6    Filed 03/27/17    Entered 03/27/17 19:39:14    Desc Main
Document    Page 225 of 344
(Name)

| **Part 2:** | Additional Page | | |
|---|---|---|---|
| | | | **Amount of claim** |

| | | | |
|---|---|---|---|
| 3.902 | **Nonpriority creditor's name and mailing address**<br><br>OLIVET INTERNATIONAL<br>11015 HOPKINS STREET<br>MIRA LOMA, CA 91752<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $112,759.55 |
| 3.903 | **Nonpriority creditor's name and mailing address**<br><br>OLR AMERICA INC<br>1200 WASHINGTON AVENUE SOUTH<br>SUITE 280<br>MINNEAPOLIS, MN 55415<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $59,770.00 |
| 3.904 | **Nonpriority creditor's name and mailing address**<br><br>OMAHA FALSE ALARM REDUCTION PROGRAM<br>PO BOX 958932<br>ST. LOUIS, MO 63195-8932<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $100.00 |
| 3.905 | **Nonpriority creditor's name and mailing address**<br><br>OMAHA FIXTURE, INC.<br>PO BOX 30097<br>OMAHA, NE 68103-1197<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $4,845.92 |
| 3.906 | **Nonpriority creditor's name and mailing address**<br><br>OMAHA NEON SIGN,INC<br>1120 NORTH 18TH ST<br>OMAHA, NE 68102<br><br>**Date or dates debt was incurred**<br><br>11/17/2016<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,388.59 |

Debtor _____
(Name)

| **Part 2:** | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

| | | | |
|---|---|---|---|
| 3.907 | **Nonpriority creditor's name and mailing address**<br><br>OMAHA PAPER CO., INC.<br>PO BOX 3499<br>OMAHA,, NE 68103-0499<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,424.60 |
| 3.908 | **Nonpriority creditor's name and mailing address**<br><br>OMAHA RUBBER STAMP CO.<br>8104 MAPLE STREET<br>OMAHA, NE 68134<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $935.34 |
| 3.909 | **Nonpriority creditor's name and mailing address**<br><br>ON TRAC<br>41 NORTHERN STACKS DRIVE<br>SUITE 200<br>FRIDLEY, MN 55421<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,484.22 |
| 3.910 | **Nonpriority creditor's name and mailing address**<br><br>ONEKREATE<br>3850 N 29TH TERRACE SUITE 101<br>HOLLYWOOD, FL 33020<br><br>**Date or dates debt was incurred**<br><br>3/14/2017<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,210.00 |
| 3.911 | **Nonpriority creditor's name and mailing address**<br><br>ONESOURCE WATER<br>PO BOX 677867<br>DALLAS, TX 75267-7867<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,066.57 |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.912 | **Nonpriority creditor's name and mailing address**<br><br>ONE-STEP-UP<br>1412  BROADWAY 3RD FLOOR<br>NEW YORK, NY  10018<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $215,881.49 |
|---|---|---|---|
| 3.913 | **Nonpriority creditor's name and mailing address**<br><br>ONSITE TECHNOLOGY SERVICES<br>1501 PARK ROAD<br>CHANHASSEN, MN  55317<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,098.27 |
| 3.914 | **Nonpriority creditor's name and mailing address**<br><br>ONTEL PRODUCTS CORP<br>21 LAW DRIVE<br>FAIRFIELD, NJ  07004<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,017.50 |
| 3.915 | **Nonpriority creditor's name and mailing address**<br><br>ORACLE AMERICA, INC<br>P.O. BOX 203448<br>DALLAS, TX  75320-3448<br><br>**Date or dates debt was incurred**<br><br>2/7/2017<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $237,600.00 |
| 3.916 | **Nonpriority creditor's name and mailing address**<br><br>ORBIS<br>75 REMITTANCE DR. DEPT 6965<br>CHICAGO, IL  60675-6965<br><br>**Date or dates debt was incurred**<br><br>2/15/2017<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $134.57 |

**Part 2:**    Additional Page

| | | Amount of claim |
|---|---|---|

| | | |
|---|---|---|
| 3.917 | **Nonpriority creditor's name and mailing address** | $53,327.52 |
| | ORCHARD CENTER CO. LLC | |
| | C/O BLOCK ASSET MANAGEMENT | |
| | 605 W 47TH STREET SUITE 200 | |
| | KANSAS CITY, MO  64112 | |

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

| | | |
|---|---|---|
| 3.918 | **Nonpriority creditor's name and mailing address** | $117,262.50 |
| | ORION FASHIONS | |
| | 48 WEST 38TH STREET | |
| | NEW YORK, NY  10018 | |

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

| | | |
|---|---|---|
| 3.919 | **Nonpriority creditor's name and mailing address** | $519.68 |
| | ORKIN INDIANAPOLIS IN | |
| | PO BOX 681038 | |
| | INDIANAPOLIS, IN  46268 | |

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

| | | |
|---|---|---|
| 3.920 | **Nonpriority creditor's name and mailing address** | $33,067.60 |
| | ORLY SHOE CORP | |
| | 15 WEST 34TH ST. 7TH FLOOR | |
| | NEW YORK, NY  10001 | |

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

| | | |
|---|---|---|
| 3.921 | **Nonpriority creditor's name and mailing address** | $100.00 |
| | OUR HOUSE NOW A HOME | |
| | ATTN EMILY BURMEISTER | |
| | 643 SWAN DR | |
| | WATERFORD, WI  53185 | |

**Date or dates debt was incurred**
11/20/2015

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page | |
|---|---|---|

|  |  | Amount of claim |
|---|---|---|

| | | |
|---|---|---|
| 3.922 | **Nonpriority creditor's name and mailing address**<br>OUTWATER PLASTICS INDUSTRIES<br>PO BOX 500<br>BOGOTA, NJ  07603<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes |

Amount of claim: $24.97

| | | |
|---|---|---|
| 3.923 | **Nonpriority creditor's name and mailing address**<br>OXO INTERNATIONAL<br>P.O. BOX 849920<br>DALLAS, TX  75284-9920<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes |

Amount of claim: $6,081.80

| | | |
|---|---|---|
| 3.924 | **Nonpriority creditor's name and mailing address**<br>OZWEST DBA ZING<br>PO BOX 847<br>PORTLAND, OR  97207<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes |

Amount of claim: $5,640.00

| | | |
|---|---|---|
| 3.925 | **Nonpriority creditor's name and mailing address**<br>P GRAHAM DUNN<br>630 HENRY ST<br>DALTON, OH  44618<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes |

Amount of claim: $33,122.21

| | | |
|---|---|---|
| 3.926 | **Nonpriority creditor's name and mailing address**<br>PACIFIC APPAREL MFG<br>2068 2ND STREET<br>NORCO, CA  92860<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes |

Amount of claim: $5,764.80

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.927** **Nonpriority creditor's name and mailing address**

PAC-VAN INC
75 REMITTANCE DRIVE
SUITE 3300
CHICAGO, IL  60675-3300

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,066.55

---

**3.928** **Nonpriority creditor's name and mailing address**

PALMER LEASING, INC.
3 UNION SEVENTY CENTER DRIVE
ST LOUIS, MO  63120-1714

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,675.00

---

**3.929** **Nonpriority creditor's name and mailing address**

PANCAKE MAN / JIM KUPER
PO BOX 277
COUNCIL BLUFFS, IA  51502-0277

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,208.48

---

**3.930** **Nonpriority creditor's name and mailing address**

PAPERCUT CLOTHING LLC
DBA PINK ROSE
499 7TH AVE  2ND FL
NEW YORK, NY  10018

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,395.52

---

**3.931** **Nonpriority creditor's name and mailing address**

PARAMOUNT COFFEE COMPANY
5133 W GRAND RIVER
LANSING, MI  48906

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$35,536.80

Debtor _____
(Name)

| **Part 2:** | Additional Page | | |
|---|---|---|---|

|  |  |  | Amount of claim |
|---|---|---|---|

| 3.932 | **Nonpriority creditor's name and mailing address**<br><br>PARAMOUNT LINEN & UNIFORM RENTAL<br>PO BOX 30409<br>LINCOLN, NE  68503<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $189.82 |
| 3.933 | **Nonpriority creditor's name and mailing address**<br><br>PARIS PRESENTS<br>28270 NETWORK PLACE<br>CHICAGO, IL  60673-1282<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $9,256.81 |
| 3.934 | **Nonpriority creditor's name and mailing address**<br><br>PARMATOWN STATION LLC<br>LOCKBOX #62874<br>62874 COLLECTIONS CENTER DR<br>CHICAGO, IL  60693-062<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $64,124.75 |
| 3.935 | **Nonpriority creditor's name and mailing address**<br><br>PATERA LANDSCAPING LLC<br>20003 DEWEY AVE<br>OMAHA, NE  68022<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $9,786.65 |
| 3.936 | **Nonpriority creditor's name and mailing address**<br><br>PATTON EQUIPMENT COMPANY, INC<br>P.O. BOX 24429<br>7530 'F' STREET<br>OMAHA,, NE  68127<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $593.24 |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.937 | **Nonpriority creditor's name and mailing address**<br><br>PATTON PICTURE CO<br>DEPT 730066<br>PO BOX 660919<br>DALLAS, TX 75266-0919<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $100,399.23 |
|---|---|---|---|
| 3.938 | **Nonpriority creditor's name and mailing address**<br><br>PAYLESS OFFICE PRODUCTS, INC<br>PO BOX 390157<br>OMAHA, NE 68138<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $13,761.33 |
| 3.939 | **Nonpriority creditor's name and mailing address**<br><br>PC CONNECTION<br>PO BOX 536472<br>PITTSBURGH, PA 15253-5906<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $72,283.44 |
| 3.940 | **Nonpriority creditor's name and mailing address**<br><br>PD HOME & GARDEN<br>PO BOX 1219<br>SUITE I-940<br>OAKS, PA 19456<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $130,535.86 |
| 3.941 | **Nonpriority creditor's name and mailing address**<br><br>PEACOCK APPAREL GROUP<br>PO BOX 392131<br>PITTSBURGH, PA 15251-9131<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $84,577.50 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

---

3.942 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $332.40

PEAK INTERMOUNTAIN
6400 TARGEE ST
BOISE, ID 83709-6249

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

1/11/2017

**Basis for the claim:**
EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.943 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $49,857.71

PEBB CLEVELAND, LLC
7900 GLADES ROAD, SUITE 600
BOCA RATON, FL 33434

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.944 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $45,216.81

PEBB O'FALLON LLC
7900 GLADES RD, SUITE 600
BOCA RATON, FL 33434

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.945 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $192.89

PEERLESS ENERGY SYSTEMS
4601 SOUTH 76TH CIRCLE
OMAHA, NE 68127

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

2/10/2017

**Basis for the claim:**
EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.946 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $248.63

PENN-HARRIS-MADISON EDUCATIONAL FOUNDATION
55900 BITTERSWEET RD
MISHAWAKA, IN 46545

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

12/10/2015

**Basis for the claim:**
EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**Part 2:**   Additional Page

| | Amount of claim |
|---|---|

---

**3.947**   **Nonpriority creditor's name and mailing address**

PENSKE TRUCK LEASING
PO BOX 802577
CHICAGO, IL 60680-2577

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,749.14

---

**3.948**   **Nonpriority creditor's name and mailing address**

PEPSI COLA BOTTLING OF LOGANSPORT
PO BOX 449
LOGANSPORT, IN 46947

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,908.50

---

**3.949**   **Nonpriority creditor's name and mailing address**

PEPSI COLA OF LINCOLN
1901 WINDHOEK DR
LINCOLN, NE 68512

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$532.54

---

**3.950**   **Nonpriority creditor's name and mailing address**

PEPSI COLA OF NEW INC
PO BOX 88031
MILLWAUKEE, WI 53288-0301

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,456.21

---

**3.951**   **Nonpriority creditor's name and mailing address**

PEPSI COLA OF OGDEN
PO BOX 12130
2780 NORTH HIGHWAY 89
PLEASANT VIEW, UT 84404

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$796.96

---

**Part 2:**   Additional Page

| | | Amount of claim |
|---|---|---|

| | | |
|---|---|---|
| 3.952 | **Nonpriority creditor's name and mailing address**<br><br>PEPSI COLA OF TOPEKA<br>1901 WINDHOEK DR<br>LINCOLN, NE 68512<br><br>**Date or dates debt was incurred**<br><br>3/1/2017<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $491.14 |
| 3.953 | **Nonpriority creditor's name and mailing address**<br><br>PEPSI MADISON<br>PO BOX 7425<br>MADISON, WI 53707-742<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,802.02 |
| 3.954 | **Nonpriority creditor's name and mailing address**<br><br>PEPSI ROCKFORD<br>PO BOX 7425<br>MADISON, WI 53707-742<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,294.04 |
| 3.955 | **Nonpriority creditor's name and mailing address**<br><br>PEPSICO<br>PEPSI-COLA<br>75 REMITTANCE DR STE 1884<br>CHICAGO, IL 60675-1884<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $51,518.39 |
| 3.956 | **Nonpriority creditor's name and mailing address**<br><br>PEPSI-COLA CHAMPAIGN-URBANA BOTTLING<br>1306 ANTHONY DRIVE<br>CHAMPAIGN, IL 61821<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $432.40 |

Debtor    Case 1:17-80305-TLS    Doc 6    Filed 03/27/17    Entered 03/27/17 19:39:14    Desc Main
Document    Page 236 of 344
(Name)

**Part 2:**   Additional Page

| | Amount of claim |
|---|---|

### 3.957

**Nonpriority creditor's name and mailing address**

PEPSI-COLA OF MANKATO INC
PO BOX 847
LA CROSSE, WI 54602-084

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$891.90

---

### 3.958

**Nonpriority creditor's name and mailing address**

PER MAR SECURITY SERVICES
PO BOX 1101
DAVENPORT, IA 52805-1101

**Date or dates debt was incurred**

12/15/2015

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$33.60

---

### 3.959

**Nonpriority creditor's name and mailing address**

PERFECT IMAGE
10 WEST 33TD ST, RM 1208
NEW YORK, NY 10001

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,944.50

---

### 3.960

**Nonpriority creditor's name and mailing address**

PERFORMANCE TEAM
P.O. BOX 515176
LOS ANGELES, CA 90051-5176

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
FREIGHT

**Is the claim subject to offset?**
☒ No
☐ Yes

$46,169.22

---

### 3.961

**Nonpriority creditor's name and mailing address**

PERFUME CENTER OF AMERICA
2020 OCEAN AVE
RONKONKOMA, NY 11779

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$33,654.65

---

| **Part 2:** | Additional Page | |
|---|---|---|
| | | **Amount of claim** |

---

| | | |
|---|---|---|
| 3.962 | **Nonpriority creditor's name and mailing address**<br><br>PERRY ELLIS MENSWEAR<br>LOCKBOX  277017<br>ATLANTA, GA  30384-9622<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes |

$48,651.80 

| **Part 2:** Additional Page | | **Amount of claim** |
|---|---|---|

**3.962**

**Nonpriority creditor's name and mailing address**

PERRY ELLIS MENSWEAR
LOCKBOX  277017
ATLANTA, GA  30384-9622

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim: $48,651.80**

---

**3.963**

**Nonpriority creditor's name and mailing address**

PET BRANDS INC
425 METRO PLACE NORTH
STE 690
DUBLIN, OH  43017

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim: $15,733.98**

---

**3.964**

**Nonpriority creditor's name and mailing address**

PET RAGEOUS DESIGNS LIMITED
99 SOUTH BEDFORD STREET, SUITE 4
BURLINGTON, MA  01803

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim: $173,946.24**

---

**3.965**

**Nonpriority creditor's name and mailing address**

PETKING INC
182-20A LIBERTY AVENUE
JAMAICA, NY  11412

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim: $39,203.30**

---

**3.966**

**Nonpriority creditor's name and mailing address**

PETPALS GROUP INC
16960 GALE AVE, SUITE 208
CITY OF INDUSTRY, CA  91745

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim: $9,750.88**

| Debtor | (Name) | |
|--------|--------|---|

**Part 2:**  Additional Page

| | | Amount of claim |
|---|---|---|

| 3.967 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $76.77 |

3.967

**Nonpriority creditor's name and mailing address**

PETTY CASHIER-SYNA LAUREANO
PETTY CASHIER
0, 0  0

**Date or dates debt was incurred**

2/22/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$76.77

---

3.968

**Nonpriority creditor's name and mailing address**

PEZ CANDY INC
35  PRINDLE HILL  ROAD
ORANGE, CT  06477

**Date or dates debt was incurred**

1/11/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,051.02

---

3.969

**Nonpriority creditor's name and mailing address**

PHEAA
PO BOX 1463
HARRISBURG, PA  17105

**Date or dates debt was incurred**

3/9/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$296.11

---

3.970

**Nonpriority creditor's name and mailing address**

PHILIP WHITNEY LTD
63-15 TRAFFIC AVENUE
RIDGEWOOD, NY  11385

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$473.40

---

3.971

**Nonpriority creditor's name and mailing address**

PHILLIPS-VAN HEUSEN CORP
TIMBERLAND SPORTSWEAR
P O BOX 643156
PITTSBURGH, PA  15264-3156

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$167,353.00

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.972 | **Nonpriority creditor's name and mailing address**<br><br>PHOTO FILE<br>333 N BEDFORD ROAD<br>SUITE 130<br>MOUNT KISCO, NY  10549<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $17,966.96 |
| 3.973 | **Nonpriority creditor's name and mailing address**<br><br>PINNACLE FRAMES AND ACCENTS<br>DEPT. 730061<br>PO BOX 660919<br>DALLAS, TX  75266-0919<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $116,957.98 |
| 3.974 | **Nonpriority creditor's name and mailing address**<br><br>PIPCO COMPANIES LTD<br>1409 W ALTOFER DR<br>PEORIA, IL  61615<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $519.90 |
| 3.975 | **Nonpriority creditor's name and mailing address**<br><br>PIPP MOBILE STORAGE SYSTEMS/ IRSG<br>PO BOX 674812<br>DETROIT, MI  48267-4812<br><br>**Date or dates debt was incurred**<br>2/10/2017<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $637.58 |
| 3.976 | **Nonpriority creditor's name and mailing address**<br><br>PLANET SOX<br>463 7TH AVE 4TH FL<br>NEW YORK, NY  10018<br><br>**Date or dates debt was incurred**<br>11/17/2016<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $810.00 |

**Part 2:**  Additional Page

|  |  | Amount of claim |
|---|---|---|

| 3.977 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $68,216.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

PLUGG/COLISEUM/ANDREW SPORTSCLUB
5  EMPIRE BLVD
SOUTH HACKENSACK, NJ  07606

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$68,216.00

---

**3.978  Nonpriority creditor's name and mailing address**

POLK COUNTY SHERIFF
222 5TH AVENUE
DES MOINES, IA  50309

**Date or dates debt was incurred**

3/9/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$153.37

---

**3.979  Nonpriority creditor's name and mailing address**

POLK COUNTY TREASURER
TAX DIVISION / MARY MALONEY
111 COURT AVENUE
DES MOINES,, IA  50309-2298

**Date or dates debt was incurred**

3/1/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$64,132.00

---

**3.980  Nonpriority creditor's name and mailing address**

POLLOCK INVESTMENTS INC
PO BOX 671527
DALLAS, TX  75267

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$187,686.93

---

**3.981  Nonpriority creditor's name and mailing address**

POOF APPAREL CORP
1407  BROADWAY  SUITE 900
NEW YORK, NY  10018

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$95,548.50

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.982 | **Nonpriority creditor's name and mailing address**<br><br>POPULAR BASICS<br>747 E 10TH ST #111<br>LOS ANGELES, CA 90021<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $69,844.85 |

| 3.983 | **Nonpriority creditor's name and mailing address**<br><br>POPULAR BATH PRODUCTS<br>808 GEORGIA AVE<br>BROOKLYN, NY 11207<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $57,245.60 |

| 3.984 | **Nonpriority creditor's name and mailing address**<br><br>POPULARITY PRODUCTS LLC<br>MISS POPULAR<br>1800 C ATLANTIC AVE<br>VIRGINIA BEACH, VA 23451<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $145,594.15 |

| 3.985 | **Nonpriority creditor's name and mailing address**<br><br>PORFOLIO RECOVERY ASSOCIATES<br>HALL COUNTY COURT<br>111 W 1ST, STE 1<br>GRAND ISLAND, NE 68801<br><br>**Date or dates debt was incurred**<br><br>3/9/2017<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $20.75 |

| 3.986 | **Nonpriority creditor's name and mailing address**<br><br>PORT TO PORT IMPORTS<br>3949 HERITAGE OAK CT<br>SIMIVALLEY, CA 93063<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $46,506.05 |

**Part 2:**   Additional Page

| | Amount of claim |
|---|---|

| 3.987 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $45,412.25 |

3.987   **Nonpriority creditor's name and mailing address**

PORTER'S VALE SHOPPING CENTER LLC
4847 SOLUTION CENTER
CHICAGO, IL 60677-4008

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

**$45,412.25**

---

3.988   **Nonpriority creditor's name and mailing address**

PORTFOLIO ARTS GROUP LTD
129 GLOVER AVE
NORWALK, CT 06850

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

**$80,432.00**

---

3.989   **Nonpriority creditor's name and mailing address**

POSTER COMPLIANCE CENTER
3687 MT DIABLO BLVD
SUITE B100
LAFAYETTE, CA 94549-3744

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

**$494.59**

---

3.990   **Nonpriority creditor's name and mailing address**

POTTERY LAND LLC
1170 HENSLEY ST
RICHMOND, CA 94801

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

**$81,586.40**

---

3.991   **Nonpriority creditor's name and mailing address**

POW WOW PRODUCTS
2033A NW 1 PLACE
MIAMI, FL 33127

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

**$29,986.00**

Debtor _____
        (Name)

| **Part 2:** | Additional Page |

|  | Amount of claim |
|---|---|

| 3.992 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $891.29 |

**Nonpriority creditor's name and mailing address**

PRECISION INDUSTRIES
A DXP COMPANY
PO BOX 201791
DALLAS, TX  75320-1791

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$891.29

---

3.993  **Nonpriority creditor's name and mailing address**

PREFERRED FRAGRANCE
PO BOX 845226
BOSTON, MA  02284-522

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,063.68

---

3.994  **Nonpriority creditor's name and mailing address**

PRIESMEYER ENTERPRISES
741 MERUS COURT
FENTON, MO  63026

**Date or dates debt was incurred**

1/17/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$295.00

---

3.995  **Nonpriority creditor's name and mailing address**

PRIME COMMUNICATIONS, INC.
P.O. BOX 131
ELKHORN, NE  68022

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$32,904.87

---

3.996  **Nonpriority creditor's name and mailing address**

PRIMITIVES BY KATHY
1817  WILLIAM PENN WAY
LANCASTER, PA  17601

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$216,789.72

Debtor _____
        (Name)

| **Part 2:** | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

| 3.997 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $138,750.01 |
|---|---|---|---|

3.997 | **Nonpriority creditor's name and mailing address**

PRINTCO GRAPHICS INC
14112 INDUSTRIAL RD
OMAHA, NE  68144

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim** $138,750.01

---

3.998 | **Nonpriority creditor's name and mailing address**

PRINZ LTD
DEPT 20-7026
PO BOX 5997
CAROL STREAM, IL  60197-5997

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☑ No
☐ Yes

$96,236.87

---

3.999 | **Nonpriority creditor's name and mailing address**

PRIORITY DATA
5035 S 110TH STREET
OMAHA, NE  68137

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,598.39

---

3.1000 | **Nonpriority creditor's name and mailing address**

PRODUCTS UNLIMITED/NORSTAR
915 N 43 AVE
OMAHA, NE  68110

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☑ No
☐ Yes

$52,797.30

---

3.1001 | **Nonpriority creditor's name and mailing address**

PROFESSIONAL RETAIL SERVICES INC
3249 ROUTE 112  SUITE 2
MEDFORD, NY  11763

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☑ No
☐ Yes

$9,502.17

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.1002 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $30,287.00 |
|---|---|---|---|

PROFILE IND/ROSETTES
1407 BROADWAY  STE 2211
NEW YORK, NY  10018

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1003 | **Nonpriority creditor's name and mailing address** | | $16,015.04 |
|---|---|---|---|

PROFOUND INTERNATIONAL CORP
2840 S RESERVOIR ST
POMONA, CA  91766

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1004 | **Nonpriority creditor's name and mailing address** | | $10,277.76 |
|---|---|---|---|

PROGRESSIVE INT'L CORP
PO BOX 911615
DENVER, CO  80291-1615

**Date or dates debt was incurred**

1/5/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1005 | **Nonpriority creditor's name and mailing address** | | $2,970.00 |
|---|---|---|---|

PROJECT 28 CLOTHING LLC
1407  BROADWAY
SUITE 2810
NEW YORK, NY  10018

**Date or dates debt was incurred**

2/3/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1006 | **Nonpriority creditor's name and mailing address** | | $507.11 |
|---|---|---|---|

PRO-PACK INC
6727 GUION RD
INDIANAPOLIS, IN  46268

**Date or dates debt was incurred**

12/30/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1007** | **Nonpriority creditor's name and mailing address**

PRO'S CHOICE BEAUTY CARE INC
35 SAWGRASS DRIVE, SUITE 4
BELLPORT, NY 11713

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,093.15

---

**3.1008** | **Nonpriority creditor's name and mailing address**

PROTIVITI
12269 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$22,226.13

---

**3.1009** | **Nonpriority creditor's name and mailing address**

PSYCHE SOUTHWELL
4015 FLAD AVE
ST. LOUIS, MO 63110

**Date or dates debt was incurred**
1/10/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$200.00

---

**3.1010** | **Nonpriority creditor's name and mailing address**

PTI FT WAYNE LLC
C/O IRC RETAIL CNTRS-LEASE #23657
75 REMITTANCE DRIVE DEPT 3128
CHICAGO, IL 60675-3128

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$68,424.85

---

**3.1011** | **Nonpriority creditor's name and mailing address**

PUBLIC SAFETY ANSWERING POINT
122 SOUTH 5TH STREET, ROOM 155
GRAND FORKS, ND 58201

**Date or dates debt was incurred**
1/10/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$40.00

| **Part 2:** | Additional Page | |
| --- | --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.1012 | **Nonpriority creditor's name and mailing address**<br><br>PUMA WHEAT ACCESSORIES LLC<br>17075 CAMINO SAN BERNARDO<br>SAN DIEGO, CA 92127<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $8,520.00 |
| 3.1013 | **Nonpriority creditor's name and mailing address**<br><br>PVH NECKWEAR, INC.<br>P O BOX 644211<br>PITTSBURGH, PA 15264<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,386.00 |
| 3.1014 | **Nonpriority creditor's name and mailing address**<br><br>PYRAMID INC<br>522 NORTH 9TH AVE EAST<br>NEWTON, IA 50208<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $468.24 |
| 3.1015 | **Nonpriority creditor's name and mailing address**<br><br>Q&A PAYMENT SOLUTIONS<br>#105-325, 1933 STATE ROUTE 35<br>WALL, NJ 07719<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $13,753.00 |
| 3.1016 | **Nonpriority creditor's name and mailing address**<br><br>QUALITY KING DIST<br>PO BOX 8593<br>CAROL STREAM, IL 60197-8593<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $229,114.50 |

Debtor    Global Industries, Inc.

(Name)

| **Part 2:** | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

| 3.1017 | **Nonpriority creditor's name and mailing address**<br><br>QUEST USA CORP<br>495 FLATBUSH AVE<br>SUITE 201<br>BROOKLYN, NY 11225<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $73,644.53 |
| 3.1018 | **Nonpriority creditor's name and mailing address**<br><br>R & L TRUCKLOAD SERVICES<br>8256 ZIONSVILLE ROAD<br>INDIANAPOLIS, IN 46268<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,270.00 |
| 3.1019 | **Nonpriority creditor's name and mailing address**<br><br>R&B TRAILER LEASING<br>PO BOX 719<br>MUSKEGON, MI 49443<br><br>**Date or dates debt was incurred**<br>12/31/2016<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $100.00 |
| 3.1020 | **Nonpriority creditor's name and mailing address**<br><br>RAFAEL & SARAH IROM<br>OMEGA ENTERPRISES<br>6304 SOUTH PEORIA<br>TULSA, OK 74136-0517<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $57,673.07 |
| 3.1021 | **Nonpriority creditor's name and mailing address**<br><br>RAGAN MECHANICAL<br>702 W 76TH ST<br>DAVENPORT, IA 52806<br><br>**Date or dates debt was incurred**<br>12/30/2016<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $127.50 |

Debtor    Stores, Inc.

(Name)

| **Part 2:** | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**3.1022** | **Nonpriority creditor's name and mailing address**

RAGGS II RICHES
1458 S SAN PEDRO  ST 108
LOS ANGELES, CA  90015

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$84,720.50

---

**3.1023** | **Nonpriority creditor's name and mailing address**

RAMCO GERSHENSON PROPERTIES LP
LAKESHORE MARKETPLACE
PO BOX 350018
BOSTON, MA  22410518

**Date or dates debt was incurred**

5/31/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,623.18

---

**3.1024** | **Nonpriority creditor's name and mailing address**

RANCHO PERRYVILLE I, LLC
C/O PACIFIC COMMERCIAL MANAGEMENT
2725 CONGRESS ST, SUITE 1E
SAN DIEGO, CA  92110

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$72,119.92

---

**3.1025** | **Nonpriority creditor's name and mailing address**

RANDA ACCESSORIES LEATHER GOODS LLC
PO BOX 93474
CHICAGO, IL  60673-3474

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$113,143.60

---

**3.1026** | **Nonpriority creditor's name and mailing address**

RANDOM HOUSE
DEPT CH  10401
PALATINE, IL  60055

**Date or dates debt was incurred**

1/30/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,571.85

(Name)

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1027 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $18,420.61 |

**Nonpriority creditor's name and mailing address**
RAPID 7 LLC
PO BOX 347377
PITTSBURGH, PA  15251-4377

**Date or dates debt was incurred**
2/7/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$18,420.61

---

3.1028    **Nonpriority creditor's name and mailing address**
RAVIYA
3101 SOUTH BROADWAY
LOS ANGELES, CA  90007

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$27,757.80

---

3.1029    **Nonpriority creditor's name and mailing address**
RAY'S TRASH SERVICE, INC
DRAWER I
CLAYTON, IN  46118

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,473.81

---

3.1030    **Nonpriority creditor's name and mailing address**
RB SCHERERVILLE CROSSINGS, LLC
7742 SOLUTION CENTER
CHICAGO, IL  60677-7007

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$66,009.77

---

3.1031    **Nonpriority creditor's name and mailing address**
REAL UNDERWEAR GROUP
183 MADISON AVE STE 419
NEW YORK, NY  10016

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,123.06

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| | | |
|---|---|---|
| 3.1032 | **Nonpriority creditor's name and mailing address** | $668,201.50 |
| | REFLEX | |
| | 1100 S. SAN PEDRO ST | |
| | #D-4 | |
| | LOS ANGELES, CA 90015 | |

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1033 | **Nonpriority creditor's name and mailing address** | $1,567.46 |
|---|---|---|
| | REGAL SUPPLY CO | |
| | P O BOX 7558 | |
| | KANSAS CITY, MO 64116 | |

**Date or dates debt was incurred**
1/19/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1034 | **Nonpriority creditor's name and mailing address** | $33,533.04 |
|---|---|---|
| | REGENCY INTERNATIONAL | |
| | 50 BROADWAY, 3RD FLOOR | |
| | NEW YORK, NY 10004 | |

**Date or dates debt was incurred**
2/3/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1035 | **Nonpriority creditor's name and mailing address** | $192.60 |
|---|---|---|
| | RENT-A-TRAILER | |
| | 708 N. EEL RIVER CEMETERY ROAD | |
| | PERU, IN 46970 | |

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1036 | **Nonpriority creditor's name and mailing address** | $9,118.74 |
|---|---|---|
| | RENTOKIL NORTH AMERICA PEST CONTROL | |
| | PO BOX 14095 | |
| | READING, PA 19612 | |

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

**Part 2:**　Additional Page

|  | Amount of claim |
|---|---|

**3.1037**　**Nonpriority creditor's name and mailing address**　　　　**As of the petition filing date, the claim is:**　　$3,613.33
*Check all that apply.*

RESIDENCE INN BY MARRIOTT
1717 S 67TH ST
OMAHA, NE 68106

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1038**　**Nonpriority creditor's name and mailing address**　　　　**As of the petition filing date, the claim is:**　　$403.41
*Check all that apply.*

RESIDENCE INN MARRIOTT
502 WEST MARKETVIEW DR
CHAMPAIGN, IL 61822

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1039**　**Nonpriority creditor's name and mailing address**　　　　**As of the petition filing date, the claim is:**　　$12,372.57
*Check all that apply.*

RESOLUTIONS PROPERTY SERVICES LLC
79 W MONROE ST STE 905
CHICAGO, IL 60603

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1040**　**Nonpriority creditor's name and mailing address**　　　　**As of the petition filing date, the claim is:**　　$145,000.00
*Check all that apply.*

REVIONICS, INC
2998 DOUGLAS BLVD, SUITE 350
ROSEVILLE, CA 95661

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
1/3/2017

**Basis for the claim:**
EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1041**　**Nonpriority creditor's name and mailing address**　　　　**As of the petition filing date, the claim is:**　　$54,705.00
*Check all that apply.*

REVISE CLOTHING/VANILLA CLOTHING
20 HENRY ST
TETERBORO, NJ 07608

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page | |
|---|---|---|

|  |  | Amount of claim |
|---|---|---|

---

**3.1042** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $125.00

RICKEY FIGGINS
2509 E 36TH
DES MOINES, IA  50317

**Date or dates debt was incurred**

1/2/2017

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1043** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $17,294.40

RICO INDUSTRIES
8030 SOLUTIONS CENTER
CHICAGO, IL  60677-8000

**Date or dates debt was incurred**

12/9/2016

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1044** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $19,756.00

RIO HOME FASHIONS INC
9601 JOHN ST
SANTA FE SPRINGS, CA  90670

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1045** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $74,329.57

RIVERWALK CENTRE I
C/O AAMS CORP
PO BOX 95327
PALATINE, IL  60095

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1046** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $214,721.01

RNOTT, LLC
301 CONGRESS, SUITE 700
AUSTIN, TX  78701

**Date or dates debt was incurred**

1/6/2017

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**Part 2:**  Additional Page

|  |  | Amount of claim |
|---|---|---|

**3.1047** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $34,464.00

ROAD RUNNER APPAREL INC
2005 23RD AVENUE
LACHINE, QC  H8T 1X1, 0  0
CA

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1048** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25,989.41

ROBERT M ALLEN FAMILY LIMITED PARTNERSHIP
PO BOX 987
1115 WEST 2ND STREET
HASTINGS, NE  68901

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1049** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $287.85

ROBERT MUSGRAVE TRUSTEE
PO BOX 917
EVANSVILLE, IN  47706

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

3/9/2017

**Basis for the claim:**
EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1050** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9,830.97

ROCHESTER ARMORED CAR CO.
P.O. BOX 8-D.T.S.
OMAHA, NE  68101

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1051** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $540.00

ROCK RIVER ELECTRIC INC
101 WALNUT LANE SUITE A
PO BOX 230
COLONA, IL  61241

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Part 2:**   Additional Page

| | Amount of claim |
|---|---|

**3.1052**   **Nonpriority creditor's name and mailing address**

ROCKBROOK URGENT CARE
PO BOX 241632
OMAHA, NE 68124

**Date or dates debt was incurred**

2/7/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**

☑ No
☐ Yes

$15.00

---

**3.1053**   **Nonpriority creditor's name and mailing address**

ROCKIN FOOTWEAR
1600 NW 165 STREET
NORTH MIAMI BEACH, FL 33169

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**

☑ No
☐ Yes

$3,238.70

---

**3.1054**   **Nonpriority creditor's name and mailing address**

RODENBURG LAW FIRM
PO BOX 2427
FARGO, ND 58108-242

**Date or dates debt was incurred**

3/9/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**

☑ No
☐ Yes

$193.77

---

**3.1055**   **Nonpriority creditor's name and mailing address**

ROGERS RETAIL LLC / PINNACLE HILLS LLC
PO BOX 860066
MINNEAPOLIS, MN 55486-0066

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**

☑ No
☐ Yes

$64,117.35

---

**3.1056**   **Nonpriority creditor's name and mailing address**

ROSE LEMKE
ATTN ROSE LEMKE
893 TOWNE DRIVE NE
BYRON, MN 55920

**Date or dates debt was incurred**

12/13/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**

☑ No
☐ Yes

$100.00

---

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

**3.1057** Nonpriority creditor's name and mailing address

ROSETTI HANDBAGS & ACCESSORIES
350 5TH AVENUE, 9TH FLOOR
ROSETTI
NEW YORK, NY  10118

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$77,496.21

---

**3.1058** Nonpriority creditor's name and mailing address

ROTHCO DIV OF MORRIS ROTHENBERG & SON INC
3015 VETERANS MEMORIAL HIGHWAY
RONKONKOMA, NY  11779-0512

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,032.00

---

**3.1059** Nonpriority creditor's name and mailing address

ROYAL FOOTWEAR AND ACCESSORIES
RFA HOLDING GROUP, LLC
385 FIFTH AVENUE - 4TH FL
NEW YORK, NY  10016

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$309,333.05

---

**3.1060** Nonpriority creditor's name and mailing address

RUAN TRANSPORT CORPORATION
P O BOX 977
DES MOINES, IA  50304-0977

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$179,815.98

---

**3.1061** Nonpriority creditor's name and mailing address

RUBLOFF C&G PORTFOLIO, LLC
6723 WEAVER ROAD
SUITE 108
ROCKFORD, IL  61114

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$58,376.23

| **Part 2:** | Additional Page | | |
|---|---|---|---|

|  |  |  | Amount of claim |
|---|---|---|---|

| 3.1062 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $28,760.42 |

**Nonpriority creditor's name and mailing address**

3.1062

RUFFIN COMPANIES
PO BOX 17087
WICHITA,, KS 67217

**Date or dates debt was incurred**

11/27/2015

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim:** $28,760.42

---

3.1063

RUSHMORE PLAZA HOLIDAY INN
505 N 5TH ST
RAPID CITY, SD 57701

**Date or dates debt was incurred**

1/18/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim:** $295.68

---

3.1064

RVCA
117 WATERWORKS WAY
SUITE 100
IRVINE, CA 92618

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim:** $30,441.95

---

3.1065

RYAN, TOM
TOM RYAN
STORE #48
0, 0  0

**Date or dates debt was incurred**

3/7/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim:** $91.50

---

3.1066

SAFECUTTERS, INC.
800 E ELLIS RD
MUSKEGON, MI 49441

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim:** $523.49

Debtor _____
        (Name)

| **Part 2:** | Additional Page | | |
|---|---|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.1067 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $157.68 |

SAFE-STRAP COMPANY, INC.
ATTENTION ACCOUNTS RECEIVABLE
105 W DEWEY AVE, BLDG D, STE 410
WHARTON, NJ  07885

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1068 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $75.00 |

SARA WAKEFIELD
11122 FRANKLIN PLZ #1213
OMAHA, NE  68154

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
12/28/2016

**Basis for the claim:**
EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1069 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9,684.00 |

SASCO TRADING
1410 BROADWAY  SUITE 1908
NEW YORK, NY  10018

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1070 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,247.00 |

SASHA
460/ A MAIN AVENUE
WALLINGTON, NJ  07057

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
3/9/2017

**Basis for the claim:**
MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1071 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $14,829.00 |

SASHA MODELS
18916 HOWE ST
OMAHA, NE  68130

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.1072 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,163.56 |

SAVANTE APPAREL INC
1400 BROADWAY STE 1207
NEW YORK, NY 10018

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1073 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,405.00 |

SAXONICA LTD
CHILTERN COURT
37 ST PETER'S AVENUE
READING, 0 RG4 7DH
GB

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
12/7/2016

**Basis for the claim:**
EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1074 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,732.87 |

SCHINDLER ELEVATOR CORPORATION
PO BOX 93050
CHICAGO, IL 60673-3050

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1075 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $15,300.08 |

SCHNEIDER NATIONAL
2567 PAYSPHERE CIRCLE
CHICAGO, IL 60674

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1076 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $22,032.00 |

SCOPE IMPORTS
8020 BLANKENSHIP DR
HOUSTON,, TX 77055

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page | |
|---|---|---|

|  |  | Amount of claim |
|---|---|---|
| 3.1077 | **Nonpriority creditor's name and mailing address**<br><br>SCOTT KING<br>7289 SARIMENTO PLACE<br>DELRAY BEACH, FL  33446<br><br>**Date or dates debt was incurred**<br><br>3/6/2017<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $894.56 |
| 3.1078 | **Nonpriority creditor's name and mailing address**<br><br>SCREENSCAPE STUDIOS<br>4800 CORPORATE DRIVE<br>WEST DES MOINES, IA  50266<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,045.00 |
| 3.1079 | **Nonpriority creditor's name and mailing address**<br><br>SEARS HOLDING CORP<br>12670 COLLECTIONS DR<br>CHICAGO, IL  60693<br><br>**Date or dates debt was incurred**<br><br>1/27/2014<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $22,281.46 |
| 3.1080 | **Nonpriority creditor's name and mailing address**<br><br>SECRET CHARM LLC<br>1437 E 20 ST<br>LOS ANGELES, CA  90011<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $80,723.26 |
| 3.1081 | **Nonpriority creditor's name and mailing address**<br><br>SELA SALES LTD<br>17866 DELAUVILLE LANE<br>BOCA RATON, FL  33496<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,862.47 |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

**3.1082** | **Nonpriority creditor's name and mailing address**

SEMASYS
PO BOX 301275
DALLAS, TX  75303-1275

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,534.64

---

**3.1083** | **Nonpriority creditor's name and mailing address**

SENTRY INDUSTRIES
PO BOX 885
HILLBURN, NY  10931-0885

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$25,071.90

---

**3.1084** | **Nonpriority creditor's name and mailing address**

SENTRY INSURANCE, INC
BOX 88372
MILWAUKEE, WI  53288-0372

**Date or dates debt was incurred**

3/6/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,952.48

---

**3.1085** | **Nonpriority creditor's name and mailing address**

SERVALL TOWEL & LINEN SUPPLY
213 W 9TH
SIOUX FALLS, SD  57104

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$702.94

---

**3.1086** | **Nonpriority creditor's name and mailing address**

SERVALL UNIFORM & LINEN SUPPLY
410 4TH STREET
RAPID CITY, SD  57701

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$438.99

---

Debtor _____
        (Name)

| **Part 2:** | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**3.1087**  **Nonpriority creditor's name and mailing address**

SHACKLEFORD CROSSING INVESTORS LLC
AMEGY BANK OF TEXAS-DEPT D8115
PO BOX 650002
DALLAS, TX  75265

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$51,718.67

---

**3.1088**  **Nonpriority creditor's name and mailing address**

SHADOW LAKE TOWNE CENTER LLC
C/O SHADOW LAKE TOWNE CENTER
PO BOX 93934
LAS VEGAS, NV  89193-3934

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$81,619.85

---

**3.1089**  **Nonpriority creditor's name and mailing address**

SHADOW-SOFT, LLC
P O BOX 501271
ATLANTA, GA  31150

**Date or dates debt was incurred**

1/4/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$49,294.60

---

**3.1090**  **Nonpriority creditor's name and mailing address**

SHALOM INT'L CORP
8 NICHOLAS COURT
DAYTON, NJ  08810

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$17,015.04

---

**3.1091**  **Nonpriority creditor's name and mailing address**

SHARON WYNN
7609C RIVER OAKS DR
YORKVILLE, IL  60560

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,812.50

---

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**3.1092**  **Nonpriority creditor's name and mailing address**

SHARRAN MANNS

**Date or dates debt was incurred**

6/23/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER

**Is the claim subject to offset?**
☒ No
☐ Yes

$132.58

---

**3.1093**  **Nonpriority creditor's name and mailing address**

SHAWNEE COUNTY TREASURER
PO BOX 419452
KANSAS CITY, MO  64141-6452

**Date or dates debt was incurred**

5/5/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$42,276.72

---

**3.1094**  **Nonpriority creditor's name and mailing address**

SHAYNA ORRINO
THE WOOD GRAIN COTTAGE
3269 HWY 348
DELTA, CO  81416

**Date or dates debt was incurred**

3/13/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$800.00

---

**3.1095**  **Nonpriority creditor's name and mailing address**

SHERALVEN ENTERPRISES
2 RODEO DR
EDGEWOOD, NY  11717

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$236,791.00

---

**3.1096**  **Nonpriority creditor's name and mailing address**

SHINDLER & JOYCE
1990 E ALGONQUIN RD, STE 180
SCHAUMBURG, IL  60173

**Date or dates debt was incurred**

3/9/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$112.08

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1097 | **Nonpriority creditor's name and mailing address**<br><br>SHINE IMPORT<br>2455 E 27TH ST<br>VERNON, CA 90058<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $240,145.25 |

| 3.1098 | **Nonpriority creditor's name and mailing address**<br><br>SHRED-IT USA<br>28883 NETWORK PLACE<br>CHICAGO, IL 60673-1288<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $233.25 |

| 3.1099 | **Nonpriority creditor's name and mailing address**<br><br>SIENA FLORAL ACCENTS<br>3935 HERITAGE OAK COURT<br>SIMI VALLEY, CA 96065<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $69,867.56 |

| 3.1100 | **Nonpriority creditor's name and mailing address**<br><br>SIERRA SCHOTT<br>980 CO. RD. W Lot S1230<br>Fremont, NE 68025<br><br>**Date or dates debt was incurred**<br><br>2/15/2017<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,273.50 |

| 3.1101 | **Nonpriority creditor's name and mailing address**<br><br>SIGLER FIRE EQUIPMENT<br>1507 W 4TH STREET<br>PO BOX 1794<br>SIOUX CITY,, IA 51102<br><br>**Date or dates debt was incurred**<br><br>12/19/2016<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $66.07 |

**Part 2:**   Additional Page

|  |  | Amount of claim |
|---|---|---|

---

**3.1102**   **Nonpriority creditor's name and mailing address**

SIGNAL PRODUCTS GUESS HANDBAGS
320 W 31 ST
LOS ANGELES, CA 90007-3806

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$48,101.52

---

**3.1103**   **Nonpriority creditor's name and mailing address**

SIGNPRO - EDINA
5250 WEST 7TH ST
EDINA, MN 55439

**Date or dates debt was incurred**

11/2/2015

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$668.61

---

**3.1104**   **Nonpriority creditor's name and mailing address**

SILVER BUFFALO LLC
141 WEST 36TH STREET, 4TH FLOOR
NEW YORK, NY 10018

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$34,545.96

---

**3.1105**   **Nonpriority creditor's name and mailing address**

SILVERSTONE CONSULTING, INC.
11516 Miracle Hills Drive Suite 102
Omaha, NE 68154

**Date or dates debt was incurred**

12/28/2011

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$199.00

---

**3.1106**   **Nonpriority creditor's name and mailing address**

SILVERSTONE GROUP
11516 MIRACLE HILLS DRIVE, STE. 100
OMAHA, NE 68154

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,120.00

---

**Part 2:**   Additional Page

| | Amount of claim |
|---|---|

---

**3.1107**   **Nonpriority creditor's name and mailing address**

SIMPLEX GRINNELL
DEPT. CH 10320
PALATINE,, IL  60055-0320

**Date or dates debt was incurred**

1/9/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$344.88

---

**3.1108**   **Nonpriority creditor's name and mailing address**

SINFUL
PO BOX 843547
LOS ANGELES, CA  90084-3547

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,867.75

---

**3.1109**   **Nonpriority creditor's name and mailing address**

SIOUX CITY FAIRFIELD INN
4716 SOUTHERN HILLS DR
SIOUX CITY, IA  51106

**Date or dates debt was incurred**

1/9/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$122.08

---

**3.1110**   **Nonpriority creditor's name and mailing address**

SIOUXLAND LOCK & KEY
216 W. 7TH ST
SIOUX CITY, IA  51103

**Date or dates debt was incurred**

12/23/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$117.70

---

**3.1111**   **Nonpriority creditor's name and mailing address**

SIRIUS COMPUTER SOLUTIONS
PO BOX 202289
DALLAS, TX  75320

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,017.92

---

| Debtor | | | |
|---|---|---|---|
| (Name) | | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

---

| 3.1112 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $82,771.30 |

SIXTREES
58 GRANT AVENUE
CARTERET, NJ 07008

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1113 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $637.16 |

SKC COMMUNICATIONS PRODCTS, LLC
8320 HEDGE LANE TERRACE
SHAWNEE MISSION, KS 66227

**Date or dates debt was incurred**

1/10/2017

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1114 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $41,872.80 |

SKINNY MIXES LLC
2849 EXECUTIVE DR.
SUITE # 210
CLEARWATER, FL 33762-2224

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1115 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $890.00 |

SKYLINE FIRE PORTECTION, INC
10900 73RD AVE N #108
MAPLE GROVE, MN 55369

**Date or dates debt was incurred**

12/30/2016

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1116 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $191.54 |

SLEEP INN & SUITES
5350 ELMORE AVE
DAVENPORT, IA 52807

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor _____
         (Name)

| **Part 2:** | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.1117** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,051.36
*Check all that apply.*

SMS SYSTEMS MAINTENANCE SERVICES, INC.
10420 HARRIS OAKS DRIVE
SUITE C
CHARLOTTE, NC  28269

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1118** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $13,015.87
*Check all that apply.*

SOFT AS A GRAPE INC
328 MARION RD
WAREHAM, MA  02571

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
3/8/2017

**Basis for the claim:**
MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1119** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $31,823.06
*Check all that apply.*

SOHO APPAREL GROUP
15736 E  VALLEY  BLVD
CITY OF  INDUSTRY, CA  91744

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1120** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $19,610.00
*Check all that apply.*

SOLARWINDS
PO BOX 730720
DALLAS, TX  75373-0720

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1121** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $666.75
*Check all that apply.*

SOLO INTERNATIONAL INC
112 W 34TH STREET, SUITE 912
NEW YORK, NY  10210

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Part 2: | Additional Page | |
|---------|-----------------|---|
| | | **Amount of claim** |

| 3.1122 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $152,951.23 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

SOUTHAVEN TOWNE CENTER II LLC
PO BOX 74279
CLEVELAND, OH  44194-4279

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim** $152,951.23

---

**3.1123**  **Nonpriority creditor's name and mailing address**

SOUTHDALE CENTER
PO BOX 404874
ATLANTA, GA  30384

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$26,094.12

---

**3.1124**  **Nonpriority creditor's name and mailing address**

SOUTHWEST MOBILE STORAGE INC.
1005 N 50TH ST
PHOENIX, AZ  85008

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$293.28

---

**3.1125**  **Nonpriority creditor's name and mailing address**

SOXLAND INTERNATIONAL
485 BLOY STREET
HILLSIDE, NJ  07205

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,734.34

---

**3.1126**  **Nonpriority creditor's name and mailing address**

SPECIAL T IMPORTS INC
PO BOX 57
WOODLAND, CA  95776

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$37,455.28

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| | | |
|---|---|---|
| 3.1127 | **Nonpriority creditor's name and mailing address** | $30,155.48 |
| | SPECTRAGRAPHICS, INC<br>PO BOX 9112<br>SHAWNEE MISSION, KS  66201-9112 | |

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

| | | |
|---|---|---|
| 3.1128 | **Nonpriority creditor's name and mailing address** | $58,339.92 |
| | SPENCER N ENTERPRISES, INC.<br>PO BOX 678718<br>DALLAS, TX  75267-8718 | |

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

| | | |
|---|---|---|
| 3.1129 | **Nonpriority creditor's name and mailing address** | $40,215.30 |
| | SPIN MASTER<br>PMB#10053<br>300 INTERNATIONAL DR, SUITE 100<br>WILLIAMSVILLE, NY  14221 | |

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

| | | |
|---|---|---|
| 3.1130 | **Nonpriority creditor's name and mailing address** | $81,222.67 |
| | SPIRIT GO PEORIA IL, LLC<br>PO BOX 206453<br>DALLAS, TX  75320-6453 | |

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

| | | |
|---|---|---|
| 3.1131 | **Nonpriority creditor's name and mailing address** | $27,405.00 |
| | SPIRIT LEATHER WORKS<br>PO BOX 21507<br>EUGENE, OR  97402 | |

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor _____
         (Name)

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1132** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,298.00

SPRINGBOARD FINISHING & MODELING SCHOOL
PO BOX 67205
7901 KARL DR
LINCOLN, NE  68516

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1133** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,123.24

SPRINGFIELD PEPSI
2900 SINGER AVENUE
SPRINGFIELD, IL  62703

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1134** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $187.00

SPRINGHILL SUITES BY MARRIOTT
2837 S 42ND STREET
GRAND FORKS, ND  58201

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1135** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $172.88

ST JOSEPH CIRCUIT COURT
101 SOUTH MAIN ST
SOUTH BEND, IN  46601

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
3/9/2017

**Basis for the claim:**
EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1136** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9,436.03

STAFFMARK
ATTN: US BANK
PO BOX 952386
ST LOUIS, MO  63195

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|
| 3.1137 | **Nonpriority creditor's name and mailing address**<br><br>STAPLES PRINT SOLUTIONS<br>PO BOX 71805<br>CHICAGO, IL 60694-1805<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $542.62 |
| 3.1138 | **Nonpriority creditor's name and mailing address**<br><br>STAR CREATIONS<br>75 ALBRECHT DRIVE<br>LAKE BLUFF, IL 60044<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $314,753.19 |
| 3.1139 | **Nonpriority creditor's name and mailing address**<br><br>STAR CREATIONS INC<br>610 SCHELTER ROAD<br>LINCOLNSHIRE, IL 60069<br><br>**Date or dates debt was incurred**<br><br>12/8/2016<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $28.00 |
| 3.1140 | **Nonpriority creditor's name and mailing address**<br><br>STAR LEASING COMPANY<br>PO BOX 76100<br>CLEVELAND, OH 44101-4755<br><br>**Date or dates debt was incurred**<br><br>1/1/2017<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $197.95 |
| 3.1141 | **Nonpriority creditor's name and mailing address**<br><br>STAR RIDE KIDS<br>1384 BROADWAY - 14TH FLOOR<br>NEW YORK, NY 10018<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $177,006.85 |

Debtor    Gordmans Stores, Inc.

(Name)

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

---

**3.1142** | **Nonpriority creditor's name and mailing address**

STARGATE APPAREL
112 W 34TH STREET
SUITE 1500
NEW YORK, NY  10120

**Date or dates debt was incurred**

1/12/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,744.80

---

**3.1143** | **Nonpriority creditor's name and mailing address**

STATION PARK CENTERCAL, LLC
PO BOX 410041
SALT LAKE CITY, UT  84141-0041

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$59,867.48

---

**3.1144** | **Nonpriority creditor's name and mailing address**

STAYBRIDGE SUITES
3553 MERIDIAN CROSSING
OKEMOS, MI  48864

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$683.65

---

**3.1145** | **Nonpriority creditor's name and mailing address**

STEPPING STONES
10 WEST 33RD, 5TH FLOOR
NEW YORK, NY  10018

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$44,781.00

---

**3.1146** | **Nonpriority creditor's name and mailing address**

STEWART KASEN
7101 DUBONNET DR
BOCA RATON, FL  33433

**Date or dates debt was incurred**

3/3/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,252.85

---

| Debtor | Case 17-80305-TLS | |
|---|---|---|
| | (Name) | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.1147** | **Nonpriority creditor's name and mailing address**

STHEALTH BENEFIT SOLUTIONS, LLC
18940 N PIMA ROAD,
SUITE 210
SCOTTSDALE, AZ 85255

**Date or dates debt was incurred**

3/1/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$31,653.72

---

**3.1148** | **Nonpriority creditor's name and mailing address**

STL BUSINESS & TECHNOLOGY SOLUTIONS, INC
501 S TOWANDA BARNES ROAD
SUITE 1
BLOOMINGTON, IL 61705

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$721.88

---

**3.1149** | **Nonpriority creditor's name and mailing address**

STONEY CREEK INN OF ST JOSEPH
1201 NORTH WOODBINE RD
ST JOSEPH, MO 64506

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,069.14

---

**3.1150** | **Nonpriority creditor's name and mailing address**

STONY APPAREL CORPORATION
1500 SOUTH EVERGREEN AVENUE
LOS ANGLES, CA 90023

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$52,707.60

---

**3.1151** | **Nonpriority creditor's name and mailing address**

STRAIGHTLINE, INC.
8725 N 52ND AVENUE 68152
OMAHA, NE 68152

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,383.75

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.1152 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $37,571.50 |
|---|---|---|---|

**3.1152** **Nonpriority creditor's name and mailing address**
STRAW STUDIOS LLC
9A CHRIS COURT
DAYTON, NJ  08810

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim** $37,571.50

---

**3.1153** **Nonpriority creditor's name and mailing address**
STYLECRAFT HOME COLLECTION INC
PO BOX 6593
CAROL STREAM, IL  60197-6593

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim** $199,458.01

---

**3.1154** **Nonpriority creditor's name and mailing address**
STYLEMARK
ATTN: ACCOUNTS RECEIVABLE
500 GEORGE WASHINGTON HIGHWAY
SMITHFIELD, RI  29171926

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim** $310,658.70

---

**3.1155** **Nonpriority creditor's name and mailing address**
SUBURBAN ELECTRICAL
BOX 78031
MILWAUKEE, WI  53278-0031

**Date or dates debt was incurred**
12/23/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim** $108.03

---

**3.1156** **Nonpriority creditor's name and mailing address**
SULLIVANS PORTABLE STORAGE
925 MANDAN ST
BISMARCK, ND  58501

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim** $680.00

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1157 | **Nonpriority creditor's name and mailing address**<br><br>SUNCRAFT TECHNOLOGIES INC<br>1301 FRONTENAC RD<br>NAPERVILLE, IL 60563<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $70,622.87 |

| 3.1158 | **Nonpriority creditor's name and mailing address**<br><br>SUNFLOWER FOOD COMPANY, INC<br>14612 W 106TH STREET<br>LENEXA, KS 66215<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $28,883.04 |

| 3.1159 | **Nonpriority creditor's name and mailing address**<br><br>SUPPLY CHAIN SERVICES<br>7800 3RD STREET NORTH<br>SUITE920<br>OAKDALE, MN 55128<br><br>**Date or dates debt was incurred**<br><br>1/17/2017<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $500.00 |

| 3.1160 | **Nonpriority creditor's name and mailing address**<br><br>SUPREME INTERNATIONAL<br>PO BOX 277017<br>ATLANTA, GA 30384-7017<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $267,380.75 |

| 3.1161 | **Nonpriority creditor's name and mailing address**<br><br>SUSO 3 SOUTHGATE LP<br>SLATE US OPPORTUNITY(N0 3)HOLDING<br>PO BOX 74185<br>CLEVELAND, OH 44194-418<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $58,050.44 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1162** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $7,439.86

SVEC PROMOTIONS
15404 WEST CENTER ROAD
OMAHA, NE  68144

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

1/27/2017

**Basis for the claim:**
EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1163** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $58,897.80

SWAT-FAME INC
16425  GALE AVENUE
CITY OF INDUSTRY,, CA  91745

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1164** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,430.88

SWEETWORKS
PO BOX 644835
PITTSBURGH, PA  15264-4835

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1165** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $7,450.80

SWISSCO
38 E 32 ST, 12TH FLR
NEW YORK, NY  10016

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1166** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,137.00

SYCAMORE SERVICES INC
1001 SYCAMORE LN
PO BOX 369
DANVILLE, IN  46122

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor _____
        (Name)

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|
| 3.1167 | **Nonpriority creditor's name and mailing address**<br>TAA APPAREL, INC<br>48 W 37 ST 5TH FLOOR<br>NEW YORK, NY 10018<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $25,556.00 |
| 3.1168 | **Nonpriority creditor's name and mailing address**<br>TABLEAU SOFTWARE INC<br>1621 N 34TH ST<br>SEATTLE, WA 98103<br><br>**Date or dates debt was incurred**<br>1/13/2017<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,884.10 |
| 3.1169 | **Nonpriority creditor's name and mailing address**<br>TAGGA MEDIA INC.<br>324 - 611 ALEXANDER ST<br>VANCOUVER, BC V6A 1E1<br>CA<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10,000.00 |
| 3.1170 | **Nonpriority creditor's name and mailing address**<br>TALX UCEXPRESS<br>4076 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674-4076<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $88,418.29 |
| 3.1171 | **Nonpriority creditor's name and mailing address**<br>TAMARACK VILLAGE SHOPPING CTR<br>C/O DORAN COMPANIES<br>7803 GLENROY ROAD, SUITE 200<br>BLOOMINGTON, MN 55439<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $48,216.11 |

| Debtor | | |
| --- | --- | --- |
| | (Name) | |

| **Part 2:** | Additional Page | | Amount of claim |
| --- | --- | --- | --- |

| 3.1172 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $100.00 |
| --- | --- | --- | --- |

**Nonpriority creditor's name and mailing address**
TARA DEAL ROCHFORD
1280 LAFAYETTE ST
APT #303
DENVER, CO  80218

**Date or dates debt was incurred**
3/14/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.1173 **Nonpriority creditor's name and mailing address**
TASTE BEAUTY
PO BOX 850
EDISON, NJ  08818

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,684.16

---

3.1174 **Nonpriority creditor's name and mailing address**
TASTE OF NATURE
2828 DONALD DOUGLAS LOOP NORTH
SUITE A
SANTA MONICA, CA  90405

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,144.52

---

3.1175 **Nonpriority creditor's name and mailing address**
TATE CONSTRUCTION LLC
6117 N SULLIVAN
WICHITA, KS  67204

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$400.00

---

3.1176 **Nonpriority creditor's name and mailing address**
TAXI BRANDING
3554 Girard Ave
Minneapolis, MN  55408

**Date or dates debt was incurred**
2/20/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,500.00

| **Part 2:** | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

| 3.1177 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $108.43 |

**Nonpriority creditor's name and mailing address**
TDS
PO BOX 94510
PALATINE, IL  60094-4510

**Date or dates debt was incurred**
2/1/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$108.43

---

**3.1178**

**Nonpriority creditor's name and mailing address**
TEAM BEANS LLC
2301 COTTONTAIL LANE
JULIE JONES
SOMERSET, NJ  08873

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$39,250.80

---

**3.1179**

**Nonpriority creditor's name and mailing address**
TECH ELECTRONICS INC
PO Box 790379
St. Loius, MO  63179

**Date or dates debt was incurred**
1/31/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$218.91

---

**3.1180**

**Nonpriority creditor's name and mailing address**
TEMPT
700 BLACKHAWK DRIVE
PO BOX 9
BURLINGTON, WI  53105

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$50,742.48

---

**3.1181**

**Nonpriority creditor's name and mailing address**
TENHOUTEN RINGSTROM, PLLC
PO BOX 632
CADILLAC, MI  49601

**Date or dates debt was incurred**
3/9/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$186.25

Debtor    _____
         (Name)

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|

**3.1182** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $325.84

TENNESSEE CHILD SUPPORT
RECEIPTING UNIT
PO BOX 305200
NASHVILLE, TN 37229

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
3/9/2017

**Basis for the claim:**
EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1183** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $259.04

TESTRITE VISUAL PRODUCTS INC
216 S NEWMAN ST
HACKENSACK, NJ 07601

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
1/25/2017

**Basis for the claim:**
EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1184** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $11,333.52

TGS ACQUISITION, LLC DBA BASIC FUN
DBA BASIC FUN
301 YAMATO ROAD, SUITE 2112
BOCA RATON, FL 33431

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1185** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9,345.45

THANASI FOODS LLC
PO BOX 105328
ATLANTA, GA 30348-532

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1186** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,475.46

THAT'S HOW WE ROLL LLC
100 PASSAIC AVE, SUITE 155
FAIRFIELD, NJ 07004

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.1187 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $119.30 |
| --- | --- | --- | --- |

THE CBE GROUP
PAYMENT PROCESSING CENTER
PO BOX 2337
WATERLOO, IA  50704-2337

    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

**Date or dates debt was incurred**

12/10/2013

**Basis for the claim:**
EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
    ☒ No
    ☐ Yes

---

| 3.1188 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $53,669.69 |
| --- | --- | --- | --- |

THE DISTRICT, L.C.
101 SOUTH 200 EAST, SUITE 200
SALT LAKE CITY, UT  84111-3104

    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
    ☒ No
    ☐ Yes

---

| 3.1189 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $54,352.50 |
| --- | --- | --- | --- |

THF CHESTERFIELD THREE DEVELOPMENT LLC
C/O THF REALTY INC
211  N. STADIUM BLVD, SUITE 201
COLUMBIA, MO  65203

    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
    ☒ No
    ☐ Yes

---

| 3.1190 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $109,641.37 |
| --- | --- | --- | --- |

THORNTON TOWNE CENTER 05 A, LLC
C/O ACF PROPERTY MGMT, INC.
12411 VENTURA BLVD
STUDIO CITY, CA  91604

    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
    ☒ No
    ☐ Yes

---

| 3.1191 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $556,241.60 |
| --- | --- | --- | --- |

THREAD COLLECTIVE INC
LOCKBOX # 1642
PO BOX 8500-781642
PHILADELPHIA, PA  19178-1642

    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
    ☒ No
    ☐ Yes

**Part 2:**   Additional Page

| | Amount of claim |
|---|---|

**3.1192**   **Nonpriority creditor's name and mailing address**

THRO
DEPT 730064
PO BOX 660919
DALLAS, TX 75266-091

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$229,653.37

---

**3.1193**   **Nonpriority creditor's name and mailing address**

TIERPOINT MIDWEST LLC
PO BOX 82670
LINCOLN, NE 68501-2670

**Date or dates debt was incurred**

1/1/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$46,993.00

---

**3.1194**   **Nonpriority creditor's name and mailing address**

TIFFANY HOBSON
PO BOX 104
SOUTHBEND, NE 68058

**Date or dates debt was incurred**

1/13/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$75.00

---

**3.1195**   **Nonpriority creditor's name and mailing address**

TIMES SQUARE LLP
PO BOX 10541
FARGO, ND 58106-054

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$54,584.85

---

**3.1196**   **Nonpriority creditor's name and mailing address**

TIMING INC, THE
2809 S SANTA FE AVE
VERNON, CA 90058

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,495.00

---

| Part 2: | Additional Page |

| | | Amount of claim |
|---|---|---|

**3.1197** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $21,400.00
*Check all that apply.*

TITANIUM MARKETING INC
MURRAY HILL STATION
PO BOX 1851
NEW YORK, NY  10156

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1198** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $56,915.85
*Check all that apply.*

TKG LINCOLN CROSSING, LLC
C/O TKG MANAGEMENT
211 N. STADIUM BOULEVARD ST 201
COLUMBIA, MO  65203

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1199** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $31,746.00
*Check all that apply.*

TKO-EVOLUTION APPAREL INC
PO BOX 864737
ORLANDO, FL  32886-4737

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1200** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $60,483.22
*Check all that apply.*

TLC LIGHTING INC
PO BOX 7004
MAYFIELD, KY  42066

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1201** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $115.29
*Check all that apply.*

TLC SIGN
558 EISENHOWER DR
KIMBERLY, WI  54136

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
10/4/2016

**Basis for the claim:**
EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor _____
        (Name)

| Part 2: | Additional Page |
|---------|-----------------|

|  |  | Amount of claim |
|--|--|----------------:|

**3.1202**  **Nonpriority creditor's name and mailing address**
TOBY BREWER

**Date or dates debt was incurred**
9/28/2014

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CUSTOMER

**Is the claim subject to offset?**
☒ No
☐ Yes

$141.69

---

**3.1203**  **Nonpriority creditor's name and mailing address**
TODAYS APPAREL / ELITE JEANS
1407  BROADWAY
SUITE 3105
NEW YORK, NY  10018

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,160.00

---

**3.1204**  **Nonpriority creditor's name and mailing address**
TODD'S TRAILER SALES & RENTAL LLC
BOX 180
EAST GRAND FORKS, MN  56721

**Date or dates debt was incurred**
12/19/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$413.50

---

**3.1205**  **Nonpriority creditor's name and mailing address**
TOMLIN DEVELOPMENT CORPORATION
9986 MANCHESTER RD
ST LOUIS, MO  63122

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$53,156.88

---

**3.1206**  **Nonpriority creditor's name and mailing address**
TOO COOL
530 N MICHIGAN AVE
KENILWORTH, NJ  07033

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,608.00

---

| Debtor | | | | |
|---|---|---|---|---|
| (Name) | | | | |

**Part 2:** Additional Page

| | Amount of claim |
|---|---|

| | | |
|---|---|---|
| 3.1207 | **Nonpriority creditor's name and mailing address** <br><br> TOOTSIE ROLL <br> P.O. BOX 99435 <br> FILE # 99435 <br> CHICAGO, IL 60693-9435 <br><br> **Date or dates debt was incurred** <br> VARIOUS <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> MERCHANDISE <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $11,985.48 |
| 3.1208 | **Nonpriority creditor's name and mailing address** <br><br> TOP CHOICE INT'L TRADING CORP <br> 1950 EAST 220TH STREET <br> CARSON, CA 90810 <br><br> **Date or dates debt was incurred** <br> VARIOUS <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> MERCHANDISE <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $12,086.22 |
| 3.1209 | **Nonpriority creditor's name and mailing address** <br><br> TOPSVILLE INC <br> %JACLYN, INC <br> 197 W SPRING VALLEY AVE <br> MAYWOOD, NJ 07607 <br><br> **Date or dates debt was incurred** <br> 2/13/2017 <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> MERCHANDISE <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $4,968.00 |
| 3.1210 | **Nonpriority creditor's name and mailing address** <br><br> TOTES ISOTONER CORPORATION <br> P O BOX 633381 <br> CINCINNATI, OH 45263-3381 <br><br> **Date or dates debt was incurred** <br> VARIOUS <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> MERCHANDISE <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $5,130.00 |
| 3.1211 | **Nonpriority creditor's name and mailing address** <br><br> TOUCH BLUE <br> 2451 SO ALAMEDA ST <br> LOS ANGELES, CA 90058 <br><br> **Date or dates debt was incurred** <br> VARIOUS <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> MERCHANDISE <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $148,482.19 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | **Amount of claim** |
|---|---|---|

**3.1212** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $15,289.56

TOWNLEY ,INC
389  FIFTH AVE SUITE 1100
NEW YORK, NY  10016

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1213** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $179,346.87

TRADEGLOBAL
5389 E PROVIDENT DRIVE
CINCINNATI, OH  45246

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1214** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25,718.96

TRADEWINDS IMPORTS
180 SAUGATUCK AVE
WESTPORT, CT  06880

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1215** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $480.83

TRAILER RENTAL COMPANY
P.O. BOX 27595
SALT LAKE CITY, UT  84127-0595

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1216** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,306.50

TRAMP, INC
1407  BROADWAY
SUITE #1404
NEW YORK, NY  10018

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Part 2:** Additional Page

| | Amount of claim |
|---|---|
| | |

| | | |
|---|---|---|
| 3.1217 | **Nonpriority creditor's name and mailing address**<br><br>TRANS MOTION LLC<br>600 EAST 6OTH ST<br>SIOUX FALLS, SD  57104<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $8,850.00 |
| 3.1218 | **Nonpriority creditor's name and mailing address**<br><br>TRANSPAC IMPORTS<br>1050 AVIATOR DR<br>VACAVILLE, CA  95688<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $213,610.55 |
| 3.1219 | **Nonpriority creditor's name and mailing address**<br><br>TRANSWORLD SYSTEMS INC<br>PO BOX 15109<br>WILMINGTON, DE  19850-5109<br><br>**Date or dates debt was incurred**<br><br>3/9/2017<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $117.40 |
| 3.1220 | **Nonpriority creditor's name and mailing address**<br><br>TRAU & LOEVNER<br>838 BRADDOCK AVENUE<br>BRADDOCK, PA  15104<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $15,583.00 |
| 3.1221 | **Nonpriority creditor's name and mailing address**<br><br>TRAVEL & TRANSPORT<br>2120 S 72ND ST., STE. 450<br>ATTN:  ACCOUNTS RECEIVABLE<br>OMAHA, NE  68124<br><br>**Date or dates debt was incurred**<br><br>2/25/2017<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,672.25 |

| **Part 2:** | Additional Page | |
|---|---|---|
| | | **Amount of claim** |

| 3.1222 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $48,730.00 |
|---|---|---|---|

TRAVELERS CLUB
5911 FRESCA DRIVE
LA MIRADA, CA  90623

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1223 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $62,513.75 |
|---|---|---|---|

TREBBIANNO, LLC
19  WEST 34TH STREET
7TH FLOOR
NEW YORK, NY  10001

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1224 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,118.00 |
|---|---|---|---|

TREND BEAUTY CORPORATION
1100 SW 10TH STREET, SUITE E
DELRAY BEACH, FL  33444

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1225 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $365,379.00 |
|---|---|---|---|

TREND TEXTILE, INC
1410 BROADWAY #1203
NEW YORK, NY  10018

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1226 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,697.66 |
|---|---|---|---|

TRENDSET ORIGINALS
1407 BROADWAY  5TH FLOOR
NEW YORK, NY  10018

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1227 | **Nonpriority creditor's name and mailing address**<br>TRESSLER LLP<br>233 SOUTH WACKER DRIVE<br>22ND FLOOR<br>CHICAGO, IL 60606<br><br>**Date or dates debt was incurred**<br>2/15/2017<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,575.00 |
| 3.1228 | **Nonpriority creditor's name and mailing address**<br>TRI-COASTAL DESIGN<br>PO BOX 2348<br>GRAND CENTRAL STATION<br>NEW YORK, NY 10164-0442<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $191,637.60 |
| 3.1229 | **Nonpriority creditor's name and mailing address**<br>TRILLIUM<br>PO BOX 671854<br>DETROIT, MI 48267-185<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $21,768.00 |
| 3.1230 | **Nonpriority creditor's name and mailing address**<br>TRIMFOOT CO LLC<br>PO BOX 790372<br>ST LOUIS, MO 63179-037<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $11,066.34 |
| 3.1231 | **Nonpriority creditor's name and mailing address**<br>TRIPLE ACCESSORIES INC<br>659 SOUTH BROADWAY STREET FL 7<br>LOS ANGELES, CA 90014<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,710.00 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1232 | **Nonpriority creditor's name and mailing address**<br><br>TSQUARE SUPPLY<br>422 E 1ST STREET<br>FREMONT, NE  68025<br><br>**Date or dates debt was incurred**<br><br>12/12/2016<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $330.63 |
| 3.1233 | **Nonpriority creditor's name and mailing address**<br><br>TURBIE TWIST LLC<br>140 KRIESS ROAD<br>BUTLER, PA  16001<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,300.00 |
| 3.1234 | **Nonpriority creditor's name and mailing address**<br><br>TVM CENTERCAL, LLC<br>P.O. BOX 31001-1905<br>PASADENA, CA  91110-1905<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $59,225.90 |
| 3.1235 | **Nonpriority creditor's name and mailing address**<br><br>TWINS ENTERPRISE INC<br>15 SOUTHWEST PARK<br>WESTWOOD, MA  02090<br><br>**Date or dates debt was incurred**<br><br>12/10/2016<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $32,896.80 |
| 3.1236 | **Nonpriority creditor's name and mailing address**<br><br>TWIST INTIMATE GROUP, LLC<br>35 WEST 35TH STREET<br>SUITE # 903<br>NEW YORK, NY  10001<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $14,175.00 |

Debtor    Sears...17...

(Name)

| **Part 2:** | Additional Page |

| | Amount of claim |
|---|---|

| | | |
|---|---|---|
| 3.1237 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $336.38 |

**Nonpriority creditor's name and mailing address**

3.1237

TX CHILD SUPPORT SDU
PO BOX 659791
SAN ANTONIO, TX  78265-9791

**Date or dates debt was incurred**

3/9/2017

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$336.38

---

3.1238

**Nonpriority creditor's name and mailing address**

TYLER BROADWAY CENTENNIAL LP
C/O CONNECTED MANAGEMENT SVCS LLC
PO BOX 674386
DALLAS, TX  75267-4386

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$61,956.00

---

3.1239

**Nonpriority creditor's name and mailing address**

U.S. OFF PRICE
1509 S MAPLE AVE
LOS ANGELES, CA  90015

**Date or dates debt was incurred**

2/23/2017

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$28,256.25

---

3.1240

**Nonpriority creditor's name and mailing address**

ULC APPAREL/PUMA KIDS
48 WEST 38TH STREET 5TH FLOOR
NEW YORK, NY  10018

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$150,708.00

---

3.1241

**Nonpriority creditor's name and mailing address**

ULINE
ULINE SHIPPING SUPPLIES
PO BOX 88741
CHICAGO, IL  60680-1741

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,864.79

| **Part 2:** | Additional Page |

| | | Amount of claim |
|---|---|---|

| 3.1242 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $392,713.13 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

UMA ENTERPRISES INC
350 WEST APRA ST
COMPTON, CA 90220

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$392,713.13

---

**3.1243** **Nonpriority creditor's name and mailing address**

UNICOLORS
C/O SUMEER KAKAR, ESQ.
KAKAR, P.C.
525 SEVENTH AVENUE, SUITE 1810
NEW YORK, NY 10018

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.1244** **Nonpriority creditor's name and mailing address**

UNION BAY SPORTSWEAR/SEATTLE PACIFIC IND
PO BOX 58710
SEATTLE, WA 98138

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$91,282.00

---

**3.1245** **Nonpriority creditor's name and mailing address**

UNIPLAST INDUSTRIES, INC
PO BOX 2367
SOUTH HACKENSACK, NJ 07606

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,002.06

---

**3.1246** **Nonpriority creditor's name and mailing address**

UNISON GIFTS INC
13915 LIVE OAK AVE
IRWINDALE, CA 91706

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$33,604.10

Debtor _____
       (Name)

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|

**3.1247** | **Nonpriority creditor's name and mailing address**

UNITED HEALTHCARE
22561 NETWORK PLACE
CHICAGO, IL 60673

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$27,449.74

---

**3.1248** | **Nonpriority creditor's name and mailing address**

UNITED LEGWEAR
48 W 38TH ST - 3RD FLOOR
NEW YORK, NY 10001

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$292,082.10

---

**3.1249** | **Nonpriority creditor's name and mailing address**

UNITED NATIONAL CLOSEOUT STORES INC
C/O LSQ FUNDING GROUP LC
PO BOX 404322
ATLANTA, GA 30348-4322

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$19,339.94

---

**3.1250** | **Nonpriority creditor's name and mailing address**

UNITED PARCEL SERVICE
LOCKBOX 577
CAROL STREAM, IL 60132-0577

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE & FREIGHT

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,513.33

---

**3.1251** | **Nonpriority creditor's name and mailing address**

UNITED PET GROUP
32854 COLLECTION CENTER DR
CHICAGO, IL 60693-0328

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,967.21

---

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1252 | **Nonpriority creditor's name and mailing address**<br><br>UNITED RENTALS NORTH AMERICA INC<br>PO BOX 840514<br>DALLAS, TX 75284-0514<br><br>**Date or dates debt was incurred**<br>1/31/2017<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $571.13 |

| 3.1253 | **Nonpriority creditor's name and mailing address**<br><br>UNITED STATES POST OFFICE<br>MILLARD BRANCH<br>4433 S. 133RD ST<br>OMAHA,, NE 68137<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $22,071.25 |

| 3.1254 | **Nonpriority creditor's name and mailing address**<br><br>UNITED STATES TREASURY<br>ACS SUPPORT<br>PO BOX 24017<br>FRESNO, CA 93779-4017<br><br>**Date or dates debt was incurred**<br>3/9/2017<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $38.86 |

| 3.1255 | **Nonpriority creditor's name and mailing address**<br><br>UNIVERSITY GAMES<br>2030 HARRISON ST<br>SAN FRANCISCO, CA 94110<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $20,090.06 |

| 3.1256 | **Nonpriority creditor's name and mailing address**<br><br>UPBEAT, INC.<br>P.O. BOX 790379<br>ST LOUIS, MO 63179-0379<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $248.59 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1257 | **Nonpriority creditor's name and mailing address**<br><br>UPD INC<br>4507 SOUTH MAYWOOD AVE<br>VERNON, CA 90058<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $42,751.30 |

| 3.1258 | **Nonpriority creditor's name and mailing address**<br><br>UPS FREIGHT<br>28013 NETWORK PLACE<br>CHICAGO, IL 60673-1280<br><br>**Date or dates debt was incurred**<br><br>8/19/2016<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $95.00 |

| 3.1259 | **Nonpriority creditor's name and mailing address**<br><br>URBAN TRENDS COLLECTION<br>2652 E 45TH ST<br>VERNON, CA 90058<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $171,396.85 |

| 3.1260 | **Nonpriority creditor's name and mailing address**<br><br>US MEDIA PARTNERS, LLC<br>15 PARK CIRCLE, SUITE 205<br>CENTERPORT, NY 11721<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $22,690.16 |

| 3.1261 | **Nonpriority creditor's name and mailing address**<br><br>USA UNDERWEAR LLC<br>1411 BROADWAY, 2ND FLOOR<br>NEW YORK, NY 10018<br><br>**Date or dates debt was incurred**<br><br>2/1/2017<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $955.90 |

| **Part 2:** | Additional Page | |
|---|---|---|
| | | Amount of claim |

| 3.1262 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10,858.00 |
|---|---|---|---|

VALUE SOURCE INTERNATIONAL
75 NORTH STREET, SUITE 330
PITTSFIELD, MA 01201

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1263 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $169,062.00 |
|---|---|---|---|

VANDALE INDUSTRIES
180 MADISON AVE
NEW YORK, NY 10016

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1264 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $293.80 |
|---|---|---|---|

VANS FIRE & SAFETY, INC
787 MIKE MCCARTHY WAY
PO BOX 12055
GREEN BAY, WI 54307-2055

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1265 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $50,644.45 |
|---|---|---|---|

VANTEC HITACHI TRANSPORT SYSTEM (USA) INC
21061 S WESTERN AVE., SUITE 300
TORRANCE, CA 90501

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
FREIGHT

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1266 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,908.42 |
|---|---|---|---|

VERDES TOYS CORP
17019 EVERGREEN PL
CITY OF INDUSTRY, CA 91745

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page |
| --- | --- |

| | | | Amount of claim |
| --- | --- | --- | --- |

| 3.1267 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $168.00 |
| --- | --- | --- | --- |

VERIFONE INC
LOCKBOX #774060
4060 SOLUTIONS CENTER
CHICAGO, IL 60677

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

1/31/2017

**Basis for the claim:**
EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1268 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $43,970.35 |
| --- | --- | --- | --- |

VERITIME INC
159 DON HILLOCK DR UNIT 1
AURORA, ON L4G 0G9

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1269 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $470.00 |
| --- | --- | --- | --- |

VERTEX INC
25528 NETWORK PLACE
CHICAGO, IL 60673-1255

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1270 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $43,786.80 |
| --- | --- | --- | --- |

VESI INCORPORATED
16 TECH VIEW PLACE
CINCINNATI, OH 45215

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

11/30/2016

**Basis for the claim:**
MERCHANDISE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1271 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $51,989.68 |
| --- | --- | --- | --- |

VESTAR BOWLES CROSSING LLC
PO BOX 733369
DALLAS, TX 75373-3369

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

| 3.1272 | **Nonpriority creditor's name and mailing address**<br>VF KNITWEAR - NUTMEG MILLS DIV<br>P O BOX 641993<br>PITTSBURGH, PA 15264-1993<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $88,418.00 |

| 3.1273 | **Nonpriority creditor's name and mailing address**<br>VIAVID BROADCASTING CORPORATION<br>118-998 HARBOURSIDE DRIVE<br>NORTH VANCOUVER, BC V7P 3T2<br><br>**Date or dates debt was incurred**<br>1/11/2017<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $338.19 |

| 3.1274 | **Nonpriority creditor's name and mailing address**<br>VICTORIA CLASSICS<br>PO BOX 347123<br>PITTSBURG, PA 15251<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $9,486.13 |

| 3.1275 | **Nonpriority creditor's name and mailing address**<br>VICTORY INTERNATIONAL<br>75 NEWFIELD AVENUE<br>EDISON, NJ 08837<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,154.56 |

| 3.1276 | **Nonpriority creditor's name and mailing address**<br>VILLA LIGHTING SUPPLY<br>2929 CHOUTEAU AVE<br>SAINT LOUIS, MO 63103-2903<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,016.58 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1277 | **Nonpriority creditor's name and mailing address**<br><br>VIP INTERNATIONAL<br>2590 MERCANTILE DR<br>SUITE C<br>RANCHO CORDOVA, CA 95742<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,710.87 |

| 3.1278 | **Nonpriority creditor's name and mailing address**<br><br>VIRGINIA GIFT BRANDS<br>PO BOX 934101<br>ATLANTA, GA 31193-4101<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $114,168.60 |

| 3.1279 | **Nonpriority creditor's name and mailing address**<br><br>VITECH BUSINESS GROUP<br>4164 MERIDIAN ST<br>SUITE 200<br>BELLINGHAM, WA 98229<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $89,623.00 |

| 3.1280 | **Nonpriority creditor's name and mailing address**<br><br>VOLCOM INC.<br>DEPT. LA 23134<br>PASADENA, CA 91185-3134<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $127,626.10 |

| 3.1281 | **Nonpriority creditor's name and mailing address**<br><br>VONAGE BUSINESS<br>DEPT. #3151 P.O. BOX 123151<br>DALLAS, TX 75312-3151<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $248,891.97 |

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

---

**3.1282** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $27,790.72

VOSS ELECTRIC CO.
PO BOX 22159
LINCOLN, NE 68542-2159

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1283** | **Nonpriority creditor's name and mailing address** | $2,290.62

W/M DISPLAY GROUP
DEPARTMENT 20-7013
PO BOX 5997
CAROL STREAM, IL 60197-5997

**Date or dates debt was incurred**

2/24/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1284** | **Nonpriority creditor's name and mailing address** | $158,140.81

WAITT AKSARBEN 8, LLC
C/O NODDLE COMPANIES
2285 S. 67TH STREET, SUITE 250
OMAHA, NE 68106

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1285** | **Nonpriority creditor's name and mailing address** | $2,379.00

WALKERS UNIFORM RENTAL
724 NORTH 16TH STREET
OMAHA, NE 68102

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1286** | **Nonpriority creditor's name and mailing address** | $63,506.38

WAL-MART STORES, INC.
% BANK OF AMERICA
PO BOX 500620
ST LOUIS, MO 63150

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **Part 2:** | Additional Page | |
|---|---|---|
| | | Amount of claim |

| | | | |
|---|---|---|---|
| 3.1287 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,421.34 |
| | WAREHOUSE OPTIONS 7765 VENTURE STREET COLORADO SPRINGS, CO 80951-9721 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** EXPENSE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.1288 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,855.25 |
| | WARNACO P.O. BOX 890182 CHARLOTTE, NC 28289-0298 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** MERCHANDISE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.1289 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $481,534.97 |
| | WASHINGTON INVENTORY SERVICE P O BOX 200081 DALLAS, TX 75320-0081 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** EXPENSE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.1290 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,660.53 |
| | WASTE MANAGEMENT OF OMAHA PO Box 6001054 Louisville, KY 40290-1054 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date or dates debt was incurred** 1/30/2017 | **Basis for the claim:** EXPENSE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.1291 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $24,792.00 |
| | WEEPLAY KIDS LLC 112 WEST 34 TH ST, 18TH FLOOR NEW YORK, NY 10120 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** MERCHANDISE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.1292** | **Nonpriority creditor's name and mailing address**

WELLS FARGO BANK
SARPY COUNTY COURT
1210 GOLDEN GATE DR, STE 3141
PAPILLION, NE  68046

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☑ No
☐ Yes

$491.15

---

**3.1293** | **Nonpriority creditor's name and mailing address**

WELLSKY
530 7TH AVE
SUITE #708
NEW YORK, NY  10018

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,147.74

---

**3.1294** | **Nonpriority creditor's name and mailing address**

WERNER ENTERPRISES
39365  TREASURY CTR
CHICAGO, IL  60694-9300

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
FREIGHT

**Is the claim subject to offset?**
☑ No
☐ Yes

$372,369.52

---

**3.1295** | **Nonpriority creditor's name and mailing address**

WERNER LOGISTICS
39357 TREASURY CENTER
CHICAGO, IL  60694-9300

**Date or dates debt was incurred**

3/1/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☑ No
☐ Yes

$14,708.03

---

**3.1296** | **Nonpriority creditor's name and mailing address**

WESTERN GLOVE WORKS
C/O  TX9210U
PO BOX 66900
CHICAGO, IL  60666-0900
CA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☑ No
☐ Yes

$103,672.90

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.1297 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $82.32 |

WESTLAKES SUPPLY
PO BOX 219370
KANSAS CITY, MO  64121-9370

**Date or dates debt was incurred**

3/6/2017

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1298 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $24,450.50 |

WESTPORT CORPORATION
331 CHANGEBRIDGE ROAD
P.O. BOX 2002
PINE BROOK,, NJ  07058

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1299 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $37,819.67 |

WESTSIDE ACCESSORIES, INC.
1162 E EDNA PLACE
COVINA, CA  91724

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1300 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,950.00 |

WHISPERING SMITH
1431 BROADWAY - 2ND FLOOR
NEW YORK, NY  10018

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1301 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNKNOWN |

WHITNEY HUMPHREY

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor _____
        (Name)

| **Part 2:** | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

| 3.1302 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $45.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

WICHITA ALARM PROGRAM
PO BOX 1162
WICHITA, KS  67201

**Date or dates debt was incurred**

2/4/2017

**Last 4 digits of account number:**

3.1302

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$45.00

---

3.1303

**Nonpriority creditor's name and mailing address**

WICKED FASHIONS INC
222 BRIDGE PLAZA SOUTH
FORT LEE, NJ  07024

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$181,889.45

---

3.1304

**Nonpriority creditor's name and mailing address**

WIESNER PRODUCTS/SOLED OUT SOCKS
1333 BROADWAY 6TH FLOOR
NEW YORK, NY  10018

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,781.66

---

3.1305

**Nonpriority creditor's name and mailing address**

WILD EYE DESIGNS
1500 MILITARY RD, SUITE 100
KENMORE,, NY  14217

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$16,180.56

---

3.1306

**Nonpriority creditor's name and mailing address**

WILHELMINA INTERNATIONAL INC
PO BOX 650002, DEPT 8107
DALLAS, TX  75265-810

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,074.83

Debtor    Genesis17    (Name)

| **Part 2:** | Additional Page | Amount of claim |
|---|---|---|

---

**3.1307**

**Nonpriority creditor's name and mailing address**

WILLIAM CARTER CO.
PO BOX 10534
PALATINE, IL  60055-0534

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$134,893.47

---

**3.1308**

**Nonpriority creditor's name and mailing address**

WINCRAFT
PO BOX 708
WINONA, MN  55987

**Date or dates debt was incurred**

12/12/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$51,073.80

---

**3.1309**

**Nonpriority creditor's name and mailing address**

WINGS MFG CORP
(COTON  EXPRESS CORPORATION)
15  WILKINSON AVENUE
JERSEY CITY, NJ  07305

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,761.00

---

**3.1310**

**Nonpriority creditor's name and mailing address**

WOLF CREEK CENTER, LLC
818 TARA PLAZA
PAPILLION, NE  68046

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$59,100.04

---

**3.1311**

**Nonpriority creditor's name and mailing address**

WORKFIT OCCUPATIONAL HEALTH
140 SOUTH 77 STREET
OMAHA, NE  68114

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$55.00

---

| Debtor | | | |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | **Amount of claim** |
|---|---|---|---|

| 3.1312 | **Nonpriority creditor's name and mailing address**<br><br>WSI-WORKFORCE SAFETY & INS<br>1600 EAST CENTURY AVE<br>SUITE 1<br>BISMARCK, ND  58506-5585<br><br>**Date or dates debt was incurred**<br><br>3/8/2017<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,656.02 |

| 3.1313 | **Nonpriority creditor's name and mailing address**<br><br>XTRA LEASE<br>PO BOX 99262<br>CHICAGO, IL  60693-9262<br><br>**Date or dates debt was incurred**<br><br>1/31/2017<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $150.00 |

| 3.1314 | **Nonpriority creditor's name and mailing address**<br><br>XTREME COUTURE<br>1799 APOLLO COURT<br>SEAL BEACH, CA  90740<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $21,686.00 |

| 3.1315 | **Nonpriority creditor's name and mailing address**<br><br>XTREME TIME<br>20 WEST 33RD STREET<br>6TH FLOOR<br>NEW YORK, NY  10001<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,730.00 |

| 3.1316 | **Nonpriority creditor's name and mailing address**<br><br>YANKEE CANDLE CO INC<br>PO BOX 416442<br>BOSTON, MA  22416442<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $108,048.00 |

Debtor _____
(Name)

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

---

**3.1317** **Nonpriority creditor's name and mailing address**

YMI JEANSWEAR
1155 SO BOYLE AVE
LOS ANGELES, CA  90023

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$447,742.80

---

**3.1318** **Nonpriority creditor's name and mailing address**

YOU AND ME LEGWEAR
10 W 33 ST, SUITE  500
NEW YORK, NY  10001

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,080.00

---

**3.1319** **Nonpriority creditor's name and mailing address**

YOUNGS
PO BOX 145
DUNDEE, MI  48131

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$68,568.60

---

**3.1320** **Nonpriority creditor's name and mailing address**

YOUNIQUE CLOTHING
263 W 38 ST
8TH FLOOR
NEW YORK, NY  10018

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$61,931.30

---

**3.1321** **Nonpriority creditor's name and mailing address**

YOUR HEART'S DELIGHT BY AUDREY'S
55 MULL LN
LEBANON, PA  17046

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE

**Is the claim subject to offset?**
☒ No
☐ Yes

$24,888.18

---

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.1322 | **Nonpriority creditor's name and mailing address**<br><br>YOYO LIP GLOSS INC<br>24-38 47TH ST<br>ASTORIA, NY 11103<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,245.69 |
|---|---|---|---|
| 3.1323 | **Nonpriority creditor's name and mailing address**<br><br>ZENANA<br>1100 S SAN PEDRO ST M6-M13<br>LOS ANGELES, CA 90015<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MERCHANDISE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $13,602.20 |

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

| | | | | Total of claim amounts |
|---|---|---|---|---|
| 5a. | Total claims from Part 1 | 5a. | | $0.00 |
| 5b. | Total claims from Part 2 | 5b. | + | $52,714,666.12 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | $52,714,666.12 |

**Fill in this information to identify the case:**

Debtor   Gordmans, Inc.

United States Bankruptcy Court for the: DISTRICT OF NEBRASKA

Case number   17-80305
(if known)

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | REAL ESTATE LEASE FOR STORE # 128 LOCATED AT EASTGATE SHOPPING CENTER, CINCINNATI, OH | 32 EAST LLC<br>7900 GLADES ROAD<br>STE 600<br>BOCA RATON, FL 33434 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | REAL ESTATE LEASE FOR STORE # 029 LOCATED AT GORDMANS (STND ALNE), TOPEKA, KS | 911 WALNUT<br>C/O BLAKE SCOTT<br>4370 N. OAK TRAFFICWAY<br>SUITE 200<br>KANSAS CITY, MO 64116 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | CONSULTING - LEASING OPTIMIZATION STRATEGY CONSULTANTS AGREEMENT | A&G REALTY PARTNERS<br>445 BROADHOLLOW RD<br>SUITE 410<br>MELVILLE, NY 11747 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | PAYROLL TAX SUPPORT AGREEMENT | ADP INC<br>PO BOX 842875<br>BOSTON, MA 02284 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | IT - SERVICES - MOBILE PHONES AGREEMENT | ADVANTIX SOLUTIONS GROUP<br>1202 RICHARDSON DRIVE<br>SUITE 200<br>RICHARDSON, TX 75080 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

Debtor _____
(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.6 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSULTING - FINANCIAL RELATED CONSULTING AGREEMENT | ADVISORY FINANCIAL GROUP LLC 800 CORPORATE DR, SUITE 102 FORT LAUDERDALE, FL 33334 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.7 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL ESTATE LEASE FOR STORE # 106 LOCATED AT MEADOWS SHOPPING CENTER, AMERICAN FORK, UT | AFCC LIMITED WOODBURY CORPORATION 2733 E PARLEYS WAY SUITE 300 SALT LAKE CITY, UT 84109-1662 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.8 | **State what the contract or lease is for and the nature of the debtor's interest** | IT - CONSULTING - CREDIT SWITCH SUPPORT AGREEMENT | AJB SOFTWARE DESIGN INC 5255 SOLAR DRIVE MISSISSAUGA, ON  L4W 5B8 CANADA |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL ESTATE LEASE FOR STORE # 122 LOCATED AT SOUTHSHORE CENTER, BOISE, ID | ALBERTSON'S LLC LEGAL DEPARTMENT P.O. BOX 20 BOISE, ID 83726 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.10 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSULTING - EXPENSE CONSULTING SERVICES AGREEMENT | ALIXPARTNERS LLP 2000 TOWN CENTER, SUITE 2400 SOUTHFIELD, MI 48075 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest** | CREDIT CARD PROVIDER - MERCHANT CREDIT CARD SETTLEMENT AGREEMENT | AMERICAN EXPRESS PO BOX 360001 FT LAUDERDALE, FL 33336-0001 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.12 | **State what the contract or lease is for and the nature of the debtor's interest** | HR - VOLUNTARY EMPLOYEE PAID BENEFIT PROVIDER AGREEMENT, FACILITAED THROUGH BENEFITS ADMINISTRATOR KEELER & ASSOCIATES | AMERICAN HERITAGE LIFE INS PO BOX 650514 DALLAS, TX 75265 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Genesis17 ...
        (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.13** **State what the contract or lease is for and for the nature of the debtor's interest** REAL ESTATE LEASE FOR STORE # 008 LOCATED AT SOUTHWEST PLAZA, SPRINGFIELD, IL **State the term remaining** CURRENT **List the contract number of any government contract** | AMERICAN REALTY CAPITAL PROPERTIES 2325 E. CAMELBACK RD. STE. 110 PHOENIX, AZ 85016 |
| **2.14** **State what the contract or lease is for and for the nature of the debtor's interest** REAL ESTATE LEASE FOR STORE # 076 LOCATED AT LAFEYETTE PAVILIONS, LAFAYETTE, IN **State the term remaining** CURRENT **List the contract number of any government contract** | AMERICAN REALTY CAPITAL PROPERTIES 2325 E. CAMELBACK RD. STE. 110 PHOENIX, AZ 85106 |
| **2.15** **State what the contract or lease is for and for the nature of the debtor's interest** 4TH PARTY SERVICES - SURVEY PROVIDER AGREEMENT **State the term remaining** CURRENT **List the contract number of any government contract** | ANSWERS CORPORATION DEPT CH 19245 PALATINE, IL 60055 |
| **2.16** **State what the contract or lease is for and for the nature of the debtor's interest** CONSTRUCTION AGENT ON NEW STORES AGREEMENT **State the term remaining** CURRENT **List the contract number of any government contract** | AOI CORPORATION 8801 SOUTH 137TH CIRCLE OMAHA, NE 68138-3455 |
| **2.17** **State what the contract or lease is for and for the nature of the debtor's interest** IT - SYSTEMS - MARKDOWN OPTIMIZATION SOFTWARE AGREEMENT **State the term remaining** CURRENT **List the contract number of any government contract** | APPLIED INTELLIGENCE SOLUTIONS WESTMOOR TECHNOLOGY PARK 10955 WESTMOOR DR. SUITE 400 WESTMINSTER, CO 80021 |
| **2.18** **State what the contract or lease is for and for the nature of the debtor's interest** REAL ESTATE LEASE FOR STORE # 104 LOCATED AT ARAPAHOE CROSSING, AURORA, CO **State the term remaining** CURRENT **List the contract number of any government contract** | ARAPAHOE CROSSINGS, LP BRIXMOR PROPERTIES GROUP 450 LEXINGTON AVE 13TH FLOOR NEW YORK, NY 10170 |
| **2.19** **State what the contract or lease is for and for the nature of the debtor's interest** REAL ESTATE LEASE FOR STORE # 011 LOCATED AT CENTENNIAL PLAZA, OKLAHOMA CITY, OK **State the term remaining** CURRENT **List the contract number of any government contract** | ARC CPOKCOK001 LLC OF CENTENNIAL PLZ SHOPPING CENTER C/O LINCOLN PROPERTY COMPANY 6500 GREENVILLE AVENUE SUITE 770 DALLAS, TX 75206 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.20**   **State what the contract or lease is for and the nature of the debtor's interest** <br><br> REAL ESTATE LEASE FOR STORE # 012 LOCATED AT VILLAGE OF QUAIL SPRINGS, OKLAHOMA CITY, OK <br><br> **State the term remaining**   CURRENT <br><br> **List the contract number of any government contract** | ARC QSOKCOK001, LLC <br> 405 PARK AVENUE <br> 14TH FLOOR <br> NEW YORK, NY 10022 |
| **2.21**   **State what the contract or lease is for and the nature of the debtor's interest** <br><br> REAL ESTATE LEASE FOR STORE # 124 LOCATED AT ARNOLD CROSSROADS, ARNOLD, MO <br><br> **State the term remaining**   CURRENT <br><br> **List the contract number of any government contract** | ARNOLD CROSSROAD, LLC <br> C/ JONES REALTY <br> PO BOX 528 <br> ST. ALBANO, MO 63073 |
| **2.22**   **State what the contract or lease is for and the nature of the debtor's interest** <br><br> REAL ESTATE LEASE FOR STORE # 116 LOCATED AT ASH PARK SHOPPING CENTER, ASHWAUBEN, WI <br><br> **State the term remaining**   CURRENT <br><br> **List the contract number of any government contract** | ASH INVESTORS, LLC <br> RICHARD OSTRADOVEC, MANAGER <br> 1365 NORTH ROAD <br> SUITE F <br> GREEN BAY, WI 54313 |
| **2.23**   **State what the contract or lease is for and the nature of the debtor's interest** <br><br> HR - BACKGROUND CHECKS AGREEMENT <br><br> **State the term remaining**   CURRENT <br><br> **List the contract number of any government contract** | ASURINT <br> 1501 EUCLID AVENUE <br> SUITE 900 <br> CLEVELAND, OH 44115 |
| **2.24**   **State what the contract or lease is for and the nature of the debtor's interest** <br><br> TRAVEL - CAR RENTAL CONTRACT AGREEMENT <br><br> **State the term remaining**   CURRENT <br><br> **List the contract number of any government contract** | AVIS RENT A CAR SYSTEM LLC <br> 7876 COLLECTIONS CENTER DR <br> CHICAGO, IL 60693 |
| **2.25**   **State what the contract or lease is for and the nature of the debtor's interest** <br><br> HR - LEGAL SUPPORT AGREEMENT <br><br> **State the term remaining**   CURRENT <br><br> **List the contract number of any government contract** | BAIRD HOLM LLP <br> 1700 FARNAM STREET <br> SUITE 1500 <br> OMAHA,, NE 68102-2068 |
| **2.26**   **State what the contract or lease is for and the nature of the debtor's interest** <br><br> CONSULTING - OPPORTUNITY BUYS AGREEMENT <br><br> **State the term remaining**   CURRENT <br><br> **List the contract number of any government contract** | BARBARA FIELDS BUYING OFFICE INC <br> 110 EAST 9TH STREET, SUITE A 1289 <br> LOS ANGELES, CA 90079 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.27 | **State what the contract or lease is for and the nature of the debtor's interest** | VENDING MACHINES AGREEMENT | BEST VENDORS<br>4150 OLSON MEMORIAL HIGHWAY<br>MINNEAPOLIS, MN 55422 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.28 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL ESTATE LEASE FOR STORE # 048 LOCATED AT CREEKWOOD COMMONS, KANSAS CITY. MO | BIG CREEKWOOD COMMONS<br>1100 WALNUT<br>SUITE 2000<br>KANSAS CITY, MO 64106 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.29 | **State what the contract or lease is for and the nature of the debtor's interest** | IT - SYSTEMS - TELEPHONE SERVICE (FIRE & ALARM) AGREEMENT | BIRCH COMMUNICATIONS<br>PO BOX 105066<br>ATLANTA, GA 30348-5066 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.30 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL ESTATE LEASE FOR STORE # 046 LOCATED AT ADAMS DAIRY LANDING, BLUE SPRINGS, MO | BLUE SPRINGS PARTNERS LP<br>RED DEVELOPMENT<br>ONE EAST WASHINGTON STREET<br>SUITE 300<br>PHOENIX, AZ 85004-2513 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.31 | **State what the contract or lease is for and the nature of the debtor's interest** | HR - 401K ADMINISTRATOR / RECORD KEEPER AGREEMENT | BMO RETIREMENT SERVICES<br>GAM ACCOUNTING DEPARTMENT<br>PO BOX 2977<br>MILWAUKEE, WI 53201-2977 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.32 | **State what the contract or lease is for and the nature of the debtor's interest** | ARMORED CAR SERVICES AGREEMENT | BRINKS<br>PO BOX 52005<br>LOS ANGELES, CA 90074-2005 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.33 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL ESTATE LEASE FOR STORE # 040 LOCATED AT WESTRIDGE COURT, NAPERVILLE, IL | BRIXMOR HOLDINGS 6 SPE, LLC<br>ATTN. REGIONAL COUNSEL<br>40 SKOKIE BLVD.<br>SUITE 600<br>NORTHBROOK, IL 60062 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.34 | State what the contract or lease is for and the nature of the debtor's interest | REAL ESTATE LEASE FOR STORE # 010 LOCATED AT WESTMINSTER CITY CENTRE, WESTMINSTER, CO | BRIXMOR GA WESTMINSTER, LLC C/O BRIXMOR PROPERTY GROUP - ATTN: GENERAL COUNSEL 450 LEXINGTON AVE 13TH FLOOR NEW YORK, NY 10170 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.35 | State what the contract or lease is for and the nature of the debtor's interest | REAL ESTATE LEASE FOR STORE # 086 LOCATED AT BURNSVILLE CENTER, BURNSVILLE, MN | BURNSVILLE CENTER SPE, LLC CBL CENTER 2030 HAMILTON PLACE BLVD. SUITE 500 CHATTANOOGA, TN 37421-6000 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.36 | State what the contract or lease is for and the nature of the debtor's interest | REAL ESTATE LEASE FOR STORE # 030 LOCATED AT UNION PLAZA SHOPPING CENTER, TULSA, OK | BVCV UNION PLAZA, LLC PO BOX 51298 IDAHO FALLS, ID 83405 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.37 | State what the contract or lease is for and the nature of the debtor's interest | STORE TRAFFIC AND CONVERSION AGREEMENT | BVI NETWORKS, INC. / RETAIL NEXT, INC. 60 SOUTH MARKET STREET 10TH FLOOR SAN JOSE, CA 95113 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.38 | State what the contract or lease is for and the nature of the debtor's interest | REAL ESTATE LEASE FOR STORE # 952 LOCATED AT DISTRIBUTION CENTER II, MONROVIA, IN | CABOT IV-INIBO2, LLC ATTN. ASSET MANAGEMENT ONE BEACON STREET 17TH FLOOR BOSTON, MA 02108 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.39 | State what the contract or lease is for and the nature of the debtor's interest | REAL ESTATE LEASE FOR STORE # 050 LOCATED AT DISTRIBUTION CENTER, OMAHA, NE | CANAM PO LP C/O CANAM MANAGEMENT SERVICES, INC. 1868 SOURCES BLVD. SUITE 304 POINTE-CLAIRE QUEBEC H9R 5R2 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.40 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | CAPSTONE ENERGY SERVICES 17445 ARBOR ST SUITE 101 OMAHA, NE 68130 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.41 | State what the contract or lease is for and the nature of the debtor's interest | REAL ESTATE LEASE FOR STORE # 045 LOCATED AT WESTOWN SHOPPING, DES MOINES, IA | CATALYST WESTOWNE, LLC C/O RPD PROPERTY MANAGEMENT COMPANY, LLC/ELLIOTT PAULSKI 1901 AVENUE OF THE STARS SUITE 820 LOS ANGELES, CA 90067 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.42 | State what the contract or lease is for and the nature of the debtor's interest | ELECTRONIC CHECK CONVERSION AGREEMENT | CERTEGY CHECK SERVICES INC PO BOX 4535 CAROL STREAM, IL 60197-4535 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.43 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | CFO SERVICES 11422 MIRACLE HILLS DRIVE SUITE 500 OMAHA, NE 68154 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.44 | State what the contract or lease is for and the nature of the debtor's interest | REAL ESTATE LEASE FOR STORE # 004 LOCATED AT MARKET PLACE , CHAMPAIGN. IL | CHAMPAIGN MARKET PLACE LAW/LEASE ADMIN DEPT. 110 N. WACKER DRIVE CHICAGO, IL 60606 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.45 | State what the contract or lease is for and the nature of the debtor's interest | MATS, ETC AGREEMENT | CINTAS 2015 EAGLE ROAD NORMAL, IL 61761 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.46 | State what the contract or lease is for and the nature of the debtor's interest | REAL ESTATE LEASE FOR STORE # 085 LOCATED AT RUSHMORE CROSSING, RAPID CITY, SD | COLE MT RAPID CITY SD (I) LLC C/O COLE REAL ESTATE INVESTMENTS 2325 CAMELBACK ROAD SUITE 1100 PHOENIX, AZ 85016 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.47 | State what the contract or lease is for and the nature of the debtor's interest | REAL ESTATE LEASE FOR STORE # 102 LOCATED AT RIVERDALE SHOPPING CENTER, RIVERDALE, UT | COLE MT RIVERDALE UT, LLC C/O VEREIT 2325 CAMELBACK ROAD SUITE 1100 PHOENIX, AZ 85016 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

Debtor    _____
         (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.48** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>REAL ESTATE LEASE FOR STORE # 111 LOCATED AT COTTONWOOD COMMONS, ALBUQUERQUE, NM<br><br>**State the term remaining** CURRENT<br><br>**List the contract number of any government contract** | COLE MT<br>2325 E. CAMELBACK RD.<br>STE. 1100<br>PHOENIX, AZ 85016 |
| **2.49** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>REAL ESTATE LEASE FOR STORE # 110 LOCATED AT CORONADO CENTER, ALBUQUERQUE, NM<br><br>**State the term remaining** CURRENT<br><br>**List the contract number of any government contract** | CORONADO CENTER ANCHOR ACQUISITION<br>C/O GENERAL GROWTH PROPERTIES<br>110 N. WACKER ROAD<br>CHICAGO, IL 60606 |
| **2.50** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>REAL ESTATE LEASE FOR STORE # 074 LOCATED AT COUNTRYWOOD CROSSING, MEMPHIS, TN<br><br>**State the term remaining** CURRENT<br><br>**List the contract number of any government contract** | COUNTRYWOOD DST / COUNTRYWOOD LEASE CO<br>C/O INLAND CONTINENTAL PROPERTY MGMT CORP<br>2901 BUTTERFIELD ROAD<br>BLDG. 1386<br>OAK BROOK, IL 60523 |
| **2.51** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>REAL ESTATE LEASE FOR STORE # 112 LOCATED AT RIVER FALLS SHOPPING CENTER, CLARKSVILLE, IN<br><br>**State the term remaining** CURRENT<br><br>**List the contract number of any government contract** | CPP RIVER FALLS LLC<br>COLUMBUS PACIFIC PROPERTIES<br>429 SANTA MONICA BLVD.<br>STE. 600<br>SANTA MONICA, CA 90401 |
| **2.52** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>REAL ESTATE LEASE FOR STORE # 090 LOCATED AT CROSSROADS OF ROSEVILLE, ROSEVILLE, MN<br><br>**State the term remaining** CURRENT<br><br>**List the contract number of any government contract** | CSHV CROSSROADS, LLC<br>26360 NETWORK PLACE<br>SUITE 200<br>CHICAGO, IL 60673 |
| **2.53** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>LEGAL - STATUATORY REPRESENTATION IN ALL STATES AGREEMENT<br><br>**State the term remaining** CURRENT<br><br>**List the contract number of any government contract** | CT CORPORATION<br>PO BOX #4349<br>CAROL STREAM, IL 60197-4349 |
| **2.54** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>IT - SYSTEMS - E-COMMERCE CREDIT CARD PAYMENT SYSTEM MANAGEMENT AGREEMENT<br><br>**State the term remaining** CURRENT<br><br>**List the contract number of any government contract** | CYBERSOURCE CORPORATION<br>PO BOX 742842<br>LOS ANGELES, CA 90074-2842 |

Debtor _____
(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.55 | **State what the contract or lease is for and the nature of the debtor's interest** | HR - VOLUNTARY EMPLOYEE PAID BENEFIT PROVIDER AGREEMENT, FACILITAED THROUGH BENEFITS ADMINISTRATOR KEELER & ASSOCIATES | DATASHIELD CORPORATION 11320 DAVENPORT ST OMAHA, NE 68154 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.56 | **State what the contract or lease is for and the nature of the debtor's interest** | IT - SYSTEMS - STORES SCHEDULING AGREEMENT | DAYFORCE, INC 11720 AMBERPARK DRIVE, SUITE 435 ALPHARETTA, GA 30009 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.57 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL ESTATE LEASE FOR STORE # 067 LOCATED AT EAST LLOYD SHOPPING CENTER, EVANSVILLE, IN | DDR SOUTHEAST EVANSVILLE EAST LLOYD C/O DEVELOPERS DIVERSIFIED REALTY CORP - EXECUTIVE VICE PRESIDENT 3300 ENTERPRISE PARKWAY BEACHWOOD, OH 44122 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.58 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL ESTATE LEASE FOR STORE # 042 LOCATED AT FREMONT MALL, FREMONT, NE | DELTA PLAZA LLC / GJ REALTY C/O GABRIEL JEIDEL 16 E. 34TH STREET 16TH FLOOR NEW YORK, NY 10016-4326 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.59 | **State what the contract or lease is for and the nature of the debtor's interest** | E-COMMERCE WEBSITE - ECOMMERCE AGREEMENT | DEMANDWARE INC 5 WALL STREET BURLINGTON, MA 01803 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.60 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL ESTATE LEASE FOR STORE # 019 LOCATED AT SOUTH RIDGE SQUARE, DES MOINES, IA | DES MOINES ASSOCIATES C/O PINE TREE COMMERCIAL PROPERTY 40 SKOKIE BLVD. SUITE 610 NORTHBROOK, IL 60062 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.61 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSING - MATERNITY - TERMINATED AGREEMENT | DESTINATION MATERNITY CORPORATION 456 NORTH FIFTH STREET PHILADELPHIA, PA 19123 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor _____
        (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.62** **State what the contract or lease is for and the nature of the debtor's interest** MARKETING - MARKETING AGREEMENT **State the term remaining** CURRENT **List the contract number of any government contract** | DEVITO VERDI, INC 100 5TH AVENUE, 16TH FLOOR NEW YORK, NY 10011 |
| **2.63** **State what the contract or lease is for and the nature of the debtor's interest** MARKETING - AGREEMENT **State the term remaining** CURRENT **List the contract number of any government contract** | DIGITAL EVOLUTION GROUP 10801 MASTIN BLVD SUITE 130 OVERLAND PARK, KS 66210 |
| **2.64** **State what the contract or lease is for and the nature of the debtor's interest** HR - 401K INVESTMENT ADVISOR AGREEMENT **State the term remaining** CURRENT **List the contract number of any government contract** | DIMEO SCHNEIDER & ASSOC. L.L.C 500 WEST MADISON, SUITE 1700 CHICAGO, IL 60661 |
| **2.65** **State what the contract or lease is for and the nature of the debtor's interest** CREDIT CARD PROVIDER - MERCHANT SETTLEMENT AGREEMENT **State the term remaining** CURRENT **List the contract number of any government contract** | DISCOVER BANK COUNTY COURT OF LANCASTER 575 S 10TH ST 2ND FLOOR LINCOLN, NE 68508 |
| **2.66** **State what the contract or lease is for and the nature of the debtor's interest** LICENSING - LICENSE AGREEMENT (E-COMM) AGREEMENT **State the term remaining** CURRENT **List the contract number of any government contract** | DSW, INC - (E-COMMERCE) 3421 WESTERVILLE ROAD COLUMBUS, OH 43224 |
| **2.67** **State what the contract or lease is for and the nature of the debtor's interest** LICENSING - LICENSE AGREEMENT AGREEMENT **State the term remaining** CURRENT **List the contract number of any government contract** | DSW, INC 3421 WESTERVILLE ROAD COLUMBUS, OH 43224 |
| **2.68** **State what the contract or lease is for and the nature of the debtor's interest** OUTSOURCED UTILITIES PAYMENT PROVIDER AGREEMENT **State the term remaining** CURRENT **List the contract number of any government contract** | ECOVA INC 1313 N ATLANTIC, SUITE 5000 SPOKANE, WA 99201 |

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.69 | State what the contract or lease is for and the nature of the debtor's interest | REAL ESTATE LEASE FOR STORE # 053 LOCATED AT SOUTH 156TH STREET, OMAHA, NE | ED MILLER & SONS, INC. 15426 W. CENTER RD. OMAHA, NE  68144 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.70 | State what the contract or lease is for and the nature of the debtor's interest | BROKERAGE SERVICES AGREEMENT | EDGE REALTY PARTNERS LLC 5950 BERKSHIRE LANE, SUITE 700 DALLAS, TX  75225 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.71 | State what the contract or lease is for and the nature of the debtor's interest | INCENTIVE AGREEMENT - TAX INCENTIVE IN INDIANA AGREEMENT | EDGE TAX CREDIT AGREEMENT - INDIANA KATZ,SAPPER &MILLER - C/O HEATHER JUDY CPA 800 EAST 96TH STREET, SUITE 500 INDIANAPPOLIS, IN  46240 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.72 | State what the contract or lease is for and the nature of the debtor's interest | REAL ESTATE LEASE FOR STORE # 014 LOCATED AT HORIZON PLAZA, APPLETON, WI | EISENHOWER PROPERTIES, LLC C/O PFEFFERLE MANAGEMENT 200 E WASHINGTON ST, STE 2A APPLETON, WI  54911 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.73 | State what the contract or lease is for and the nature of the debtor's interest | REAL ESTATE LEASE FOR STORE # 107 LOCATED AT EAST PEORIA, DOWNTOWN, EAST PEORIA, IL | EP DOWNTOWN, LLC CULLINAN PROPERTIES, LTD 420 NORTH MAIN STREET EAST PEORIA, IL  61611 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.74 | State what the contract or lease is for and the nature of the debtor's interest | REAL ESTATE LEASE FOR STORE # 108 LOCATED AT THE FAMILY CENTER, MIDVALE, UT | EXCEL FT UNION, LLC C/O EXCEL TRUST LP, EXCEL CENTRE 17140 BERNARDO CENTER DRIVE SUITE 300 SAN DIEGO, CA  92128 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.75 | State what the contract or lease is for and the nature of the debtor's interest | MAINTENANCE / REPAIRS CONSOLIDATOR AGREEMENT | FACILITY SOURCE, LLC 2020 NORTH CENTRAL AVE SUITE 1200 PHOENIX, AZ  85004 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

Debtor    Sears, Inc.
(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.76 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL ESTATE LEASE FOR STORE # 027 LOCATED AT FAIRVIEW HEIGHTS PLAZA, FAIRVIEW, IL | FAIRVIEW HEIGHTS INVESTORS, LLC C/O FORESTER PROPERTIES, GREG FORESTER 11620 WILSHIRE BLVD. SUITE 705 LOS ANGELES, CA 90025 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.77 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL ESTATE LEASE FOR STORE # 078 LOCATED AT PLAZA AT FAYETTE MALL, LEXINGTON, KY | FAYETTE PLAZA CMBS, LLC C/O CBL & ASSOCIATES MNGMT., INC. 2030 HAMILTON PLACE BLVD. SUITE 500 CHATTANOOGA, TN 37421 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.78 | **State what the contract or lease is for and the nature of the debtor's interest** | TICKETING PROVIDER AGREEMENT | FINELINE TECHNOLOGIES INC P O BOX 934219 ATLANTA, GA 31193-4219 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.79 | **State what the contract or lease is for and the nature of the debtor's interest** | IT - SUPPORT - DCS WAREHOUSE CONTROL SYSTEM SUPPORT AGREEMENT | FORTNA INC. 333 BUTTONWOOD STREET WEST READING, PA 19611 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.80 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL ESTATE LEASE FOR STORE # 065 LOCATED AT RIB MOUNTAIN DRIVE, WAUSAU, WI | FREEDOM GROUP, LLC C/O LARRY NIFONG 2181 SOUTH ONEIDA STREET SUITE 1 GREEN BAY, WI 54304 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.81 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL ESTATE LEASE FOR STORE # 049 LOCATED AT MARK TWAIN MALL, ST. CHARLES, MO | G&I VI ST. CHARLES RETAIL LLC AMERICAN COMMERCIAL REALTY CORP 300 AVENUE OF THE CHAMPIONS SUITE 140 PALM BEACH GARDENS, FL 33418 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.82 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL ESTATE LEASE FOR STORE # 117 LOCATED AT LAKESHORE MARKETPLACE, MUSKEGON, MI | G&I VIII LAKESHORT MARKPLACE, LLC 3060 PEACHTREE RD NW ATLANTA, GA 30305 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor     Gordmans, Inc.     Case number (if known)   17-80305-TLS

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.83 | **State what the contract or lease is for and the nature of the debtor's interest** | ARMORED CAR SERVICES AGREEMENT | GARDA CL NORTHWEST,  AT SYSTEMS<br>3209 MOMENTUM PLACE<br>CHICAGO, IL  60689-5332 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.84 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL ESTATE LEASE FOR STORE # 130 LOCATED AT CHAPEL HILLS, CO. SPRINGS, CO | GARRISON CHAPEL HILLS, LLC<br>CBL & ASSOC.<br>2030 HAMILTON PLACE BLVD.<br>STE. 500-CBL CENTER<br>CHATTANOOGA, TN  37421 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.85 | **State what the contract or lease is for and the nature of the debtor's interest** | RESEARCH AND ADVISORY SERVICES AGREEMENT | GARTNER INC<br>PO BOX 911319<br>DALLAS, TX  75391-1319 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.86 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL ESTATE LEASE FOR STORE # 021 LOCATED AT EAST POINTE PLAZA, DES MOINES, IA | GOODRICH DES MOINES L.L.C.<br>560 SYLVAN AVENUE<br>ENGLEWOOD CLIFFS, NJ  07632 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.87 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL ESTATE LEASE FOR STORE # 009 LOCATED AT POWER CENTER, FENTON, MO | GRAVOIS BLUFFS III, LLC<br>C/O G.J. GREWE<br>9109 WATSON ROAD<br>SUITE 400<br>ST. LOUIS, MO  63126 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.88 | **State what the contract or lease is for and the nature of the debtor's interest** | STORE CLOSING AGREEMENT | GREAT AMERICAN GROUP, INC<br>21860 BURBANK BLVD,<br>SUITE 300 SOUTH<br>WOODLAND HILLS, CA  91367 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.89 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT - HALLMARK (GIFTCARDS) | HALLMARK MARKETING CORP - HALLMARK (GIFTCARDS)<br>121 S. 8TH ST<br>MINNEAPOLIS, MN  55402 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.90 | State what the contract or lease is for and the nature of the debtor's interest | HALLMARK MERCHANT AGREEMENT | HALLMARK MARKETING CORP - HALLMARK MERCHANT AGREEMENT P O BOX 73642 CHICAGO, IL 60673 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.91 | State what the contract or lease is for and the nature of the debtor's interest | PROFESSIONAL SERVICES - COMPENSATION CONSULTING AGREEMENT | HAY GROUP INC. PO BOX 828352 PHILADELPHIA, PA 19182-8352 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.92 | State what the contract or lease is for and the nature of the debtor's interest | PROFESSIONAL SERVICES - OPPORTUNITY BUYS AGREEMENT | HENRY DONEGER ASSOC, INC 463 SEVENTH AVE #3RD FL NEW YORK, NY 10018 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.93 | State what the contract or lease is for and the nature of the debtor's interest | REAL ESTATE LEASE FOR STORE # 002 LOCATED AT WINDSOR MEADOWS, DAVENPORT, IA | HY-VEE, INC C/O DAVID BAILIE / VP REAL ESTATE 5820 WESTOWNE PARKWAY DES MOINES, IA 50266 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.94 | State what the contract or lease is for and the nature of the debtor's interest | PROFESSIONAL SERVICES - INVESTOR RELATIONS AGREEMENT | ICR 761 MAIN AVENUE NORWALK, CT 06851 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.95 | State what the contract or lease is for and the nature of the debtor's interest | REAL ESTATE LEASE FOR STORE # 007 LOCATED AT LAKESIDE HILLS PLAZA, OMAHA, NE | ILD LAKESIDE, LLC C/O DP MANAGEMENT 11506 NICHOLAS STREET SUITE 200 OMAHA, NE 68154 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.96 | State what the contract or lease is for and the nature of the debtor's interest | REAL ESTATE LEASE FOR STORE # 068 LOCATED AT THE SHOPPES AT COLLEGE HILLS, NORMAL, IL | IMI COLLEGE HILLS, LLC 410 NORTH MICHIGAN AVENUE SUITE 1000 CHICAGO, IL 60611 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.97 | State what the contract or lease is for and the nature of the debtor's interest | IT - SYSTEMS - SMARTSTREAM FINANCIAL SYSTEMS (FINANCIALS & PAYROLL) AGREEMENT | INFOR US, INC NW 7418 PO BOX 1450 MINNEAPOLIS, MN  55485-7418 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.98 | State what the contract or lease is for and the nature of the debtor's interest | IT - SYSTEMS - DATA WAREHOUSE REPORTING AGREEMENT | INFOVISIONIX INC 2 PETERS CANYON STE 200 IRVINE, CA  92606 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.99 | State what the contract or lease is for and the nature of the debtor's interest | REAL ESTATE LEASE FOR STORE # 037 LOCATED AT RIVERTREE COURT, VERNON HILLS, IL | INLAND CONTINENTAL PROPERTY MANAGEMENT CORP. 814 COMERCE DRIVE SUITE 300 OAK BROOK, IL  60523 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.100 | State what the contract or lease is for and the nature of the debtor's interest | KEY CNTROL SERVICE PROVIDER AGREEMENT | INSTAKEY SECURITY SYSTEMS 7456 WEST 5TH AVE LAKEWOOD, CO  80226 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.101 | State what the contract or lease is for and the nature of the debtor's interest | REAL ESTATE LEASE FOR STORE # 123 LOCATED AT CREEKSIDE COMMONS, MENTOR, OH | IRC CREEKSIDE COMMONS, LLC C/O IRC RETAIL CENTERS - ATTN: PRESIDENT OF PROPERTY 814 COMMERCE DR SUITE 300 OAKBROOK, IL  60523 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.102 | State what the contract or lease is for and the nature of the debtor's interest | REAL ESTATE LEASE FOR STORE # 084 LOCATED AT PRINCESS CITY PLAZA, MISHAWAKA, IN | IRC PRINCESS CITY PLAZA, LLC C/O IRC RETAIL CENTERS - ATTN: PRESIDENT OF PROPERTY 814 COMMERCE DR SUITE 300 OAKBROOK, IL  60523 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.103 | State what the contract or lease is for and the nature of the debtor's interest | REAL ESTATE LEASE FOR STORE # 131 LOCATED AT RIVERDALE COMMONS, COON RAPDIS, MN | IRC RIVERDALE COMMONS, LLC C/O IRC RETAIL CENTERS - ATTN: PRESIDENT OF PROPERTY 814 COMMERCE DR SUITE 300 OAKBROOK, IL  60523 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

Debtor   Gander Mtn ...
(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.104 | **State what the contract or lease is for and the nature of the debtor's interest** | CORPORATE AND EMPLOYEE CREDIT CARD PROGRAM AGREEMENT, FACILITAED THROUGH BENEFITS ADMINISTRATOR UNITED HEALTHCARE | JP MORGAN CHASE BANK NA PO BOX 4475 CAROL STREAM, IL 60197-4475 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.105 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL ESTATE LEASE FOR STORE # 035 LOCATED AT WESTLAND TOWNE CTR, LAKEWOOD, CO | JPMCC 2006-LDP7 CENTRO ENFIELD C/O LNR PARTNERS, LLC / DIRECTOR OF REAL ESTATE 1601 WASHINGTON AVENUE SUITE 700 MIAMI BEACH, FL 33139 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.106 | **State what the contract or lease is for and the nature of the debtor's interest** | STORES CLEANING AGREEMENT | KBS 1575 HENTHORNE MAUMEE, OH 43537 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.107 | **State what the contract or lease is for and the nature of the debtor's interest** | HR - BENEFITS ADMINISTRATION AGREEMENT | KEELER & ASSOCIATES 2209 1ST AVE PLATTSMOUTH, NE 68048 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.108 | **State what the contract or lease is for and the nature of the debtor's interest** | MARKETING - MARKETING AGREEMENT | KELLY, SCOTT & MADISON 23983 NETWORK PLACE CHICAGO, IL 60673 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.109 | **State what the contract or lease is for and the nature of the debtor's interest** | HR - APPLICANT TRACKING SYSTEM AGREEMENT | KENEXA BRASSRING, INC. PO BOX 827674 PHILADELPHIA, PA 19182-7674 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.110 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL ESTATE LEASE FOR STORE # 109 LOCATED AT SOUTHPORT PLAZA, KENOSHA, WI | KENOSHA SOUTHPORT COLLIERS INTERNATIONAL CONTINENTAL PROPERTIES-TOM WEIGARD 1243 N. 10TH ST. STE. 300 MILWAUKEE, WI 53025 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.111 | State what the contract or lease is for and the nature of the debtor's interest | REAL ESTATE LEASE FOR STORE # 028 LOCATED AT TALLGRASS CENTRE, WICHITA, KS | KIR E WICHITA LP C/O KIMCO REALTY CORP., LEASE ADMINISTRATION 3333 NEW HYDE PARK RD SUITE 100 NEW HYDE PARK, NY 11042-0020 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.112 | State what the contract or lease is for and the nature of the debtor's interest | ELEVATOR MAINTENANCE AGREEMENT | KONE INC PO BOX 3491 CAROL STREAM, IL 60132 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.113 | State what the contract or lease is for and the nature of the debtor's interest | IT - SERVICES - COPIERS / PRINTERS AGREEMENT | KONICA MINOLTA 11122 Q STREET OMAHA, NE 68137 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.114 | State what the contract or lease is for and the nature of the debtor's interest | HR - STORE TIME KEEPING SYSTEM AGREEMENT | KRONOS, INC PO BOX 743208 ATLANTA, GA 30374-3208 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.115 | State what the contract or lease is for and the nature of the debtor's interest | REAL ESTATE LEASE FOR STORE # 033 LOCATED AT GORDMANS (STND ALNE), OMAHA, NE | L.C. DEVELOPMENT THE LERNER COMPANY TWO OLD MILL RD. 10855 W. DODGE RD OMAHA, NE 68154 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.116 | State what the contract or lease is for and the nature of the debtor's interest | REAL ESTATE LEASE FOR STORE # 082 LOCATED AT LAKE MANAWA, COUNCIL BLUFFS IA | LAKE MANAWA CENTRE C/O DP MANAGEMENT 11506 NICHOLAS STREET SUITE 200 OMAHA, NE 68154 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.117 | State what the contract or lease is for and the nature of the debtor's interest | REAL ESTATE LEASE FOR STORE # 120 LOCATED AT HAY CREEK SHOPS, BISMARCK, SD | LASALLE SHOPPING CENTER, LLC C/O WOODMONT COMPANY 2100 W. 7TH ST. FT. WORTH, TX 76107 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.118 | **State what the contract or lease is for and the nature of the debtor's interest** | IT - SYSTEMS - QUEUE MANAGEMENT IN STORES AGREEMENT | LAVI INDUSTRIES C/O ACCOUNTS RECEIVABLE 27810 AVENUE HOPKINS VALENCIA, CA 91355 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.119 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL ESTATE LEASE FOR STORE # 127 LOCATED AT LIBERTY COMMONS, LIBERTY, MO | LEGACY LIBERTY LLC C/O LEGACY ASSET MNGMT 4717 CENTRAL ST KANSAS CITY, MO 64112 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.120 | **State what the contract or lease is for and the nature of the debtor's interest** | HVAC SERVICE AGREEMENT | LENNOX NATIONAL ACCOUNT SERVICES PO BOX 731627 DALLAS, TX 75373-1627 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.121 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL ESTATE LEASE FOR STORE # 066 LOCATED AT MANKATO STORE, MANKATO, MN | LOCKARD DEVELOPMENT, INC C/O LOCKARD MANKATO 129 PLAZA CIRCLE PO BOX 2200 WATERLOO, IA 50704 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.122 | **State what the contract or lease is for and the nature of the debtor's interest** | ARMORED CAR SERVICES AGREEMENT | LOOMIS FARGO & CO DEPT CH 10500 PALANTINE, IL 60055-0500 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.123 | **State what the contract or lease is for and the nature of the debtor's interest** | FIXTURES - SERVICE AGREEMENT | LOZIER STORE FIXTURES INC. P.O. BOX 3577 OMAHA, NE 68103-0577 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.124 | **State what the contract or lease is for and the nature of the debtor's interest** | MARKETING - PUBLIC RELATIONS AGREEMENT | LUKAS PARTNERS 11915 P STREET SUITE 100 OMAHA, NE 68137-2228 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.125 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL ESTATE LEASE FOR STORE # 003 LOCATED AT SOUTH PARK MALL, MOLINE, IL | MACERICH SOUTH PARK MALL LLC C/O MACERICH PROPERTY MANAGEMENT 401 WILSHIRE BLVD. SUITE 700 SANTA MONICA, CA 90401 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.126 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL ESTATE LEASE FOR STORE # 018 LOCATED AT EAST TOWNE MALL, MADISON, WI | MADISON / EAST TOWNE, LLC C/O CBL & ASSOCIATES MNGMT., INC. CBL CENTER, STE. 500 2030 HAMILTON PLACE BLVD. CHATTANOOGA, TN 37421-6000 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.127 | **State what the contract or lease is for and the nature of the debtor's interest** | HR - MAILROOM EQUIPMENT LEASE AGREEMENT | MAIL FINANCE DEPT 3682 PO BOX 123682 DALLAS, TX 75312 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.128 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL ESTATE LEASE FOR STORE # 072 LOCATED AT MARKETPLACE ON FIRST, CEDAR RAPIDS, IA | MARKETPLACE ON FIRST LLC C/O JOANNE MAUCK, LLC PO BOX 42 SWISHER, IA 52338-0042 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.129 | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE BROKER - COMMERIAL PREMIUM AGREEMENT AGREEMENT | MARSH USA, INC. 2002 STAFFORD RD PLAINFIELD, IN 46168 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.130 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL ESTATE LEASE FOR STORE # 036A LOCATED AT LAKEPORT COMMONS, SIOUX CITY, IA | MB SIOUX CITY LAKEPORT LLC C/O IVENTRUST PROPERTY MANAGEMENT LLC 2901 BUTTERFIELD ROAD STE 200 OAK BROOK, IL 60523 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.131 | **State what the contract or lease is for and the nature of the debtor's interest** | HR - STATE SPONSORED HEALTH PLAN ENROLLMENT AGREEMENT | MED ENROLL INC PO BOX 5599 FLORENCE, SC 29502 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.132 | State what the contract or lease is for and the nature of the debtor's interest | REAL ESTATE LEASE FOR STORE # 103 LOCATED AT MERIDAN TOWN CENTER, MERIDAN, ID | MERIDIAN CENTERCAL, LLC C/O CENTERCAL PROPERTIES - VICE PRESIDENT, TENANT SERVICES 1600 EAST FRANKLIN AVENUE EL SUGUNDO, CA 90245 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.133 | State what the contract or lease is for and the nature of the debtor's interest | REAL ESTATE LEASE FOR STORE # 125 LOCATED AT MERIDIAN MALL, LANSING, MI | MERIDIAN MALL LIMITED PARTNERSHIP ATTN: CEO / PRESIDENT 2030 HAMILTON PLACE BLVD. CHATTANOOGA, TN 37421-6000 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.134 | State what the contract or lease is for and the nature of the debtor's interest | MARKETING - TEXT MESSAGING SERVICES PROVIDER AGREEMENT | MGAGE, LLC PO BOX 538609 ATLANTA, GA 30353-8609 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.135 | State what the contract or lease is for and the nature of the debtor's interest | IT - SYSTEMS - LICENSES AGREEMENT | MICROSOFT CORPORATION 1950 N STEMMONS FWY STE 5010 LB# 842467 DALLAS, TX 75207 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.136 | State what the contract or lease is for and the nature of the debtor's interest | IT - SYSTEMS - E-COMMERCE AGREEMENT | MICROSOFT ONLINE INC PO BOX 847543 DALLAS, TX 75284-7543 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.137 | State what the contract or lease is for and the nature of the debtor's interest | REAL ESTATE LEASE FOR STORE # 039 LOCATED AT EAST HILLS MALL, ST. JOSEPH, MO | MIDLAND EMPIRE RETAIL, LLC C/O MD ASSOCIATES, LEASE ADMINISTRATION 5201 JOHNSON DRIVE SUITE 450 MISSION, KS 66205 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.138 | State what the contract or lease is for and the nature of the debtor's interest | STORES MUSIC AGREEMENT | MUZAK PO BOX 71070 CHARLOTTE, NC 28272-1070 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.139 | **State what the contract or lease is for and the nature of the debtor's interest** | BROKERAGE SERVICES - REAL ESTATE BROKER SERVICES AGREEMENT | N & M BROKERAGE SERVICES LLC<br>2285 S 67TH ST, SUITE 250<br>OMAHA, NE 68106 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.140 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL ESTATE LEASE FOR STORE # 101 LOCATED AT GABLE CROSSING, AVON, IN | NATIONAL RETAIL PROPERTIES<br>VICE PRESIDENT-ASSET MANAGEMENT<br>450 SOUTH ORANGE AVE.<br>SUITE 900<br>ORLANDO, FL 32801 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.141 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL ESTATE LEASE FOR STORE # 119 LOCATED AT WILSONTOWN CENTER, GRAND RAPIDS, MI | NATIONAL RETAIL PROPERTIES<br>VICE PRESIDENT-ASSET MANAGEMENT<br>450 SOUTH ORANGE AVE.<br>SUITE 900<br>ORLANDO, FL 32801 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.142 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL ESTATE LEASE FOR STORE # 121 LOCATED AT SAGINAW SQUARE, SAGINAW, MI | NATIONAL RETAIL PROPERTIES<br>VICE PRESIDENT-ASSET MANAGEMENT<br>450 SOUTH ORANGE AVE.<br>SUITE 900<br>ORLANDO, FL 32801 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.143 | **State what the contract or lease is for and the nature of the debtor's interest** | HR - STOP LOSS COVERAGE AGREEMENT | NATIONAL UNION FIRE INSURANCE (COMPANY OF PITTSBURGH)<br>175 WATER STREET, 18TH FLOOR<br>NEW YORK, NY 10038 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.144 | **State what the contract or lease is for and the nature of the debtor's interest** | INCENTIVE AGREEMENT - NEBRASKA TAX INCENTIVE AGREEMENT | NE LB312<br>NEBRASKA DEPARTMENT OF REVENUE<br>PO BOX 98944<br>LINCOLN, NE 68509-8944 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.145 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL ESTATE LEASE FOR STORE # 060 LOCATED AT BROADMOOR TOWN CENTER, COLORADO SPRINGS, CO | NEW HAVEN WG, LLC<br>C/O NODDLE DEVELOPMENT COMPANY<br>2285 S. 67TH STREET<br>OMAHA, NE 68106 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor _____
(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.146 **State what the contract or lease is for and the nature of the debtor's interest** | HR - BENEFITS BROKER / LEGAL ADVICE ON BENEFITS AGREEMENT |
| | NFP CORPORATE SERVICES<br>500 WEST MADISON STREET<br>SUITE 2760<br>CHICAGO, IL 60661 |
| **State the term remaining** | CURRENT |
| **List the contract number of any government contract** | |
| 2.147 **State what the contract or lease is for and the nature of the debtor's interest** | CONSULTING AGREEMENT |
| | NFP INSURANCE SERVICES, INC.<br>1300 VIRGINIA DRIVE<br>FORT WASHINGTON, PA 19034 |
| **State the term remaining** | CURRENT |
| **List the contract number of any government contract** | |
| 2.148 **State what the contract or lease is for and the nature of the debtor's interest** | REAL ESTATE LEASE FOR STORE # 047 LOCATED AT NOLAND FASHION SQUARE, INDEPENDENCE, MO |
| | NOLAND FASHION SQUARE PARTNERS<br>C/O BLOCK & CO INC<br>605 W 47TH STREET, STE 200<br>KANSAS CITY, MO 64112 |
| **State the term remaining** | CURRENT |
| **List the contract number of any government contract** | |
| 2.149 **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AUDITS AGREEMENT |
| | OCCUPANCY AUDIT GROUP<br>27442 PORTOLA PARKWAY, SUITE 170<br>FOOTHIILL RANCH, CA 92610 |
| **State the term remaining** | CURRENT |
| **List the contract number of any government contract** | |
| 2.150 **State what the contract or lease is for and the nature of the debtor's interest** | IT - CONSULTING - MERCHANDISING/POS/CRM APPLICATION MANAGEMENT & SUPPORT AGREEMENT |
| | OLR AMERICA INC<br>1200 WASHINGTON AVENUE SOUTH<br>SUITE 280<br>MINNEAPOLIS, MN 55415 |
| **State the term remaining** | CURRENT |
| **List the contract number of any government contract** | |
| 2.151 **State what the contract or lease is for and the nature of the debtor's interest** | STORE FIXTURE AGREEMENT |
| | OMAHA FIXTURE, INC.<br>PO BOX 30097<br>OMAHA, NE 68103-1197 |
| **State the term remaining** | CURRENT |
| **List the contract number of any government contract** | |
| 2.152 **State what the contract or lease is for and the nature of the debtor's interest** | IT - SERVICES - REGISTER REPAIRS AGREEMENT |
| | ONSITE TECHNOLOGY SERVICES<br>1501 PARK ROAD<br>CHANHASSEN, MN 55317 |
| **State the term remaining** | CURRENT |
| **List the contract number of any government contract** | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.153 | **State what the contract or lease is for and the nature of the debtor's interest** | EDI NETWORK - 4 DOCUMENTS AGREEMENT | OPENTEXT (PART OF EDI PROJECT) OPEN TEXT -GXS, INC. 9711 WASHINGTONIAN BLVD SUITE 700 GAITHERSBURG, MD 20878 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.154 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL ESTATE LEASE FOR STORE # 026 LOCATED AT ORCHARD PLAZA, LENEXA, KS | ORCHARD CENTER COMPANY, LLC C/O BLOCK & COMPANY-VINCE KNECHT 605 W. 47TH STREET SUITE 200 KANSAS CITY, MO 64112 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.155 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL ESTATE LEASE FOR STORE # 132 LOCATED AT SHOPPES AT PARMA, PARMA, OH | PARMATOWN STATION LLC C/O PECO REAL ESTATE PARTNERS 5905 E. GALBRAITH RD. STE. 1000 CINCINNATI, OH 45236 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.156 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT | PAYLESS OFFICE PRODUCTS, INC PO BOX 390157 OMAHA, NE 68138 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.157 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL ESTATE LEASE FOR STORE # 126 LOCATED AT MARKETPLACE AT FOUR CORNERS, BAINBRIDGE, OH | PEBB CLEVELAND LLC 7900 GLADES ROAD, SUITE 600 BOCA RATON, FL 33434 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.158 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL ESTATE LEASE FOR STORE # 063 LOCATED AT O'FALLON WALK, O'FALLON, MO | PEBB O'FALLON, LLC 7900 GLADES ROAD SUITE 600 BOCA RATON, FL 33434 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.159 | **State what the contract or lease is for and the nature of the debtor's interest** | MERCHANDISING - PEPSI BOTTLE PRODUCTS SOLD IN STORES AGREEMENT | PEPSI MADISON PO BOX 7425 MADISON, WI 53707-7425 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    _____    (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.160** **State what the contract or lease is for and the nature of the debtor's interest** IT - SYSTEMS - IMAGING SYSTEM AGREEMENT | PERCEPTIVE SOFTWARE P O BOX 846261 DALLAS, TX  75284-6261 |
| **State the term remaining** CURRENT | |
| **List the contract number of any government contract** | |
| **2.161** **State what the contract or lease is for and the nature of the debtor's interest** HR - EMPLOYMENT ASSESSMENTS AGREEMENT | PI MIDWEST LARRY GOOD & ASSOC., INC PO BOX 45158 OMAHA, NE  68145 |
| **State the term remaining** CURRENT | |
| **List the contract number of any government contract** | |
| **2.162** **State what the contract or lease is for and the nature of the debtor's interest** REAL ESTATE LEASE FOR STORE # 079 LOCATED AT PINNACLE HILLS, ROGERS, AR | PINNACLE SOUTH GENERAL GROWTH PROPERTIES, INC. 110 N. WACKER DRIVE CHICAGO, IL  60606 |
| **State the term remaining** CURRENT | |
| **List the contract number of any government contract** | |
| **2.163** **State what the contract or lease is for and the nature of the debtor's interest** REAL ESTATE LEASE FOR STORE # 114 LOCATED AT PORTER'S VALE, VALPARAISO, IN | PORTER'S VALE SHOPPING CENTER LLC C/O LAUTH MANAGEMENT, LLC - GENERAL COUNSEL 111 CONGRESSIONAL BLVD. CARMEL, IN  46032 |
| **State the term remaining** CURRENT | |
| **List the contract number of any government contract** | |
| **2.164** **State what the contract or lease is for and the nature of the debtor's interest** SERVICE AGREEMENT | PRESTO X CO PO BOX 14087 READING, PA  19612-4087 |
| **State the term remaining** CURRENT | |
| **List the contract number of any government contract** | |
| **2.165** **State what the contract or lease is for and the nature of the debtor's interest** GIFT CARD SURVEY PROVIDER AGREEMENT | PRIZE LOGIC 25200 TELEGRAPH ROAD, SUITE 405 SOUTHFIELD, MI  48033 |
| **State the term remaining** CURRENT | |
| **List the contract number of any government contract** | |
| **2.166** **State what the contract or lease is for and the nature of the debtor's interest** PROFESSIONAL SERVICES - REVERSE AUCTION PROVIDER AGREEMENT | PROACTIS 2111 E . HIGHLAND AVE, SUITE B-375 PHOENIX, AZ  85016 |
| **State the term remaining** CURRENT | |
| **List the contract number of any government contract** | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.167 | **State what the contract or lease is for and the nature of the debtor's interest** | IT - CONSULTING - JBOSS MANAGEMENT / SUPPORT, HELPDESK & BATCH MONITORING  AGREEMENT | PROKARMA 8705 SW NIMBUS AVE SUITE 118 BEAVERTON, OR  97008 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.168 | **State what the contract or lease is for and the nature of the debtor's interest** | PROFESSIONAL SERVICES - IT CONTROLS AUDITORS AGREEMENT | PROTIVITI 12269 COLLECTIONS CENTER DRIVE CHICAGO, IL  60693 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.169 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL ESTATE LEASE FOR STORE # 083 LOCATED AT ORCHARD CROSSING, FT. WAYNE, IN | PTI FT WAYNE LLC INLAND COMMERCIAL PROPERTY MANAGEMENT - GENERAL COUNSEL 2901 BUTTERFIELD ROAD OAKBROOK, IL  60525 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.170 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL ESTATE LEASE FOR STORE # 031 LOCATED AT CENTENNIAL PLAZA, TULSA, OK | RAFAEL & SARAH IROM C/O OMEGA INTERPRISES 6304 SOUTH PEORIA TULSA, OK  74136-0517 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.171 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL ESTATE LEASE FOR STORE # 069 LOCATED AT STATE & PERRY ROAD, ROCKFORD, IL | RANCHO PERRYVILLE I, LLC C/O PACIFIC COMMERCIAL MANAGEMENT 5151 SHOREHAM PLACE SUITE 180 SAN DIEGO, CA  92122 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.172 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL ESTATE LEASE FOR STORE # 115 LOCATED AT REGENCY CENTERS, SCHERERVILLE, IN | RB SCHERERVILLE CROSSINGS, LLC LEGAL DEPARTMENT ONE INDEPENDENT DRIVE SUITE 114 JACKSONVILLE, FL  32202-5019 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.173 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT | REALWINWIN PO BOX 15787 PHILADELPHIA, PA  19103 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor _____
        (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.174 | **State what the contract or lease is for and the nature of the debtor's interest** | STORE TRAFFIC AND CONVERSION AGREEMENT | RETAIL TECH INC 1501 PARK ROAD CHANHASSEN, MN 55317 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.175 | **State what the contract or lease is for and the nature of the debtor's interest** | IT - SYSTEMS - NEW MARKDOWN OPTIMIZATION SOFTWARE AGREEMENT | REVIONICS, INC 2998 DOUGLAS BLVD, SUITE 350 ROSEVILLE, CA 95661 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.176 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL ESTATE LEASE FOR STORE # 016 LOCATED AT RIVERWALK CENTRE SHOPPING, MOORE, OK | RIVERWALK CENTRE I - OKLAHOMA, LLC C/O AAMS, JONATHAN GORDON, VP PROPERTY MNGMT. 4711 W. GOLF ROAD STE. 1000 SKOKIE, IL 60076 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.177 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL ESTATE LEASE FOR STORE # 022 LOCATED AT EAGLE RUN, GRAND ISLAND, NE | ROBERT M. ALLEN FAMILY LIMITED PARTNERSHIP 1115 W. 2ND STREET HASTINGS, NE 68901 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.178 | **State what the contract or lease is for and the nature of the debtor's interest** | FACILITIES - ARMORED CAR SERVICES AGREEMENT | ROCHESTER ARMORED CAR 3937 LEAVENWORTH ST. OMAHAH, NE 68105 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.179 | **State what the contract or lease is for and the nature of the debtor's interest** | PROFESSIONAL SERVICES - AUTOMATED SEC REPORTING AGREEMENT | RR DONNELLEY 7810 SOLUTION CENTER CHICAGO, IL 60677 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.180 | **State what the contract or lease is for and the nature of the debtor's interest** | TRANSPORTATION - FREIGHT TRANSPORTATION AGREEMENT | RUAN TRANSPORT CORPORATION P O BOX 977 DES MOINES, IA 50304-0977 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor  *(Name)*

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.181 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL ESTATE LEASE FOR STORE # 070 LOCATED AT GATEWAY TO MACHESNEY PARK, MACHESNEY PARK, IL | RUBLOFF C&G PORTFOLIO, LLC C/O RUBLOFF DEVELOPMENT GROUP 6763 WEAVER ROAD SUITE 108 ROCKFORD, IL  68114 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.182 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL ESTATE LEASE FOR STORE # 081 LOCATED AT CROSSROAD SHOPPING CENTER, WICHITA, KS | RUFFIN PROPERTIES C/O PHIL RUFFIN PO BOX 17087 WICHITA, KS  67217 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.183 | **State what the contract or lease is for and the nature of the debtor's interest** | ELEVATOR MAINTENANCE AGREEMENT | SCHINDLER ELEVATOR CORPORATION PO BOX 93050 CHICAGO, IL  60673-3050 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.184 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL ESTATE LEASE FOR STORE # 023 LOCATED AT CROSSROADS CENTER, WATERLOO, IA | SEARS ROEBUCK & CO. VICE PRESIDENT, REAL ESTATE 3333 BEVERLY ROAD / DEPT. 824RE HOFFMAN ESTATES, IL  60179 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.185 | **State what the contract or lease is for and the nature of the debtor's interest** | MARKETING - MARKETING AGREEMENT | SELLIGENT INC. DEPT 3049 PO BOX 123049 DALLAS, TX  75312-3049 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.186 | **State what the contract or lease is for and the nature of the debtor's interest** | HR - PREVIOUS WORK COMP AND GL PROVIDER AGREEMENT | SENTRY INSURANCE, INC BOX 88372 MILWAUKEE, WI  53288-0372 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.187 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL ESTATE LEASE FOR STORE # 017 LOCATED AT SHACKLEFORD CROSSING, LITTLE ROCK, AR | SHACKLEFORD CROSSING, LLC C/O CONNECTED MANAGEMENT SERVICES, LLC - FAITH GOOLSBY 2525 MCKINNON ST SUITE 710 DALLAS, TX  75201 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    _____ (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.188 **State what the contract or lease is for and the nature of the debtor's interest** REAL ESTATE LEASE FOR STORE # 024A LOCATED AT SHADOW LAKE, PAPILLION, NE **State the term remaining** CURRENT **List the contract number of any government contract** | SHADOW LAKE TOWN CENTER, LLC C/O RED DEVELOPMENT-GENERAL COUNSEL ONE EAST WASHINTON ST, STE 300 PHOENIX, AZ  85004-2513 |
| 2.189 **State what the contract or lease is for and the nature of the debtor's interest** HR - INSURANCE BROKER AGREEMENT **State the term remaining** CURRENT **List the contract number of any government contract** | SILVERSTONE GROUP 11516 MIRACLE HILLS DRIVE, STE. 100 OMAHA, NE  68154 |
| 2.190 **State what the contract or lease is for and the nature of the debtor's interest** IT - SERVICES - PROVIDES AS NEEDED SERVICE ON CISCO SYSTEMS AGREEMENT **State the term remaining** CURRENT **List the contract number of any government contract** | SIRIUS COMPUTER SOLUTIONS PO BOX 202289 DALLAS, TX  75320 |
| 2.191 **State what the contract or lease is for and the nature of the debtor's interest** REAL ESTATE LEASE FOR STORE # 043 LOCATED AT EMPIRE MALL, SIOUX FALLS, SD **State the term remaining** CURRENT **List the contract number of any government contract** | SM EMPIRE MALL, LLC 225 WEST WASHINGTON STREET INDIANAPOLIS, IN  46204 |
| 2.192 **State what the contract or lease is for and the nature of the debtor's interest** HR - JOB POSTINGS PROVIDER AGREEMENT **State the term remaining** CURRENT **List the contract number of any government contract** | SNAGAJOB.COM 32978 COLLECTIONS CENTER DRIVE CHICAGO, IL  60693-0329 |
| 2.193 **State what the contract or lease is for and the nature of the debtor's interest** REAL ESTATE LEASE FOR STORE # 129 LOCATED AT SOUTHDALE MALL, EDNA, MN **State the term remaining** CURRENT **List the contract number of any government contract** | SOUTHDALE CENTER LLC C/O SIMON PROPERTY GROUP 225 W. WASHINGTON ST. INDIANAPOLIS, IN  46204 |
| 2.194 **State what the contract or lease is for and the nature of the debtor's interest** REAL ESTATE LEASE FOR STORE # 073 LOCATED AT SOUTHHAVEN TOWNE CENTER, SOUTHHAVEN, MI **State the term remaining** CURRENT **List the contract number of any government contract** | SOUTHHAVEN TOWNE CENTER II, LLC C/O OLD HICKORY MALL 2021 NORTH HIGHLAND AVE. JACKSON, TN  38305 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.195 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL ESTATE LEASE FOR STORE # 071 LOCATED AT PLAZA AT GRAND PRAIRIE, PEORIA, IL | SPIRIT GO PEORIA IL, LLC C/O SPIRIT REALTY CAPITAL, INC 16767 N PERIMITER DRIVE SUITE 210 SCOTTSDALE, AZ 85260 |
| | **State the term remaining**   CURRENT | | |
| | **List the contract number of any government contract** | | |
| 2.196 | **State what the contract or lease is for and the nature of the debtor's interest** | HR - VOLUNTARY EMPLOYEE PAID BENEFIT PROVIDER AGREEMENT | STANDARD INSURANCE COMPANY PO BOX 3789 PORTLAND, OR 97208-3789 |
| | **State the term remaining**   CURRENT | | |
| | **List the contract number of any government contract** | | |
| 2.197 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL ESTATE LEASE FOR STORE # 064 LOCATED AT STATE LINE STATION, KANSAS CITY. MO | STATE LINE POINT, LLC C/O JARED PROPERTIES 2870-A SOUTH INGRAM ROAD SPRINGFIELD, MO 65804 |
| | **State the term remaining**   CURRENT | | |
| | **List the contract number of any government contract** | | |
| 2.198 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL ESTATE LEASE FOR STORE # 038 LOCATED AT STATION PARK, FARMINGTON, UT | STATION PARK CENTERCAL, LLC C/O JEAN PAUL WARDY 7455 SW BRIDGEPORT RD. SUITE 205 TIGARD, OR 97224 |
| | **State the term remaining**   CURRENT | | |
| | **List the contract number of any government contract** | | |
| 2.199 | **State what the contract or lease is for and the nature of the debtor's interest** | LP - RISK MANAGEMENT SOLUTION FOR LP AGREEMENT | SUCCEED MANAGEMENT SOLUTIONS LLC 4000 KRUSE WAY PLACE BLDG 1 STE 310 LAKE OSWEGO, OR 97035 |
| | **State the term remaining**   CURRENT | | |
| | **List the contract number of any government contract** | | |
| 2.200 | **State what the contract or lease is for and the nature of the debtor's interest** | HR - VOLUNTARY EMPLOYEE PAID BENEFIT PROVIDER AGREEMENT, FACILITAED THROUGH BENEFITS ADMINISTRATOR KEELER & ASSOCIATES | SUPERIOR VISION SERVICES, INC. NGLIC P.O. BOX 201839 DALLAS, TX 75320-1839 |
| | **State the term remaining**   CURRENT | | |
| | **List the contract number of any government contract** | | |
| 2.201 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL ESTATE LEASE FOR STORE # 113 LOCATED AT SOUTHGATE CENTER, MINOT, ND | SUSO 3 SOUTHDATE LP SLATE ASSET MANAGEMENT LP 121 KING ST. WEST STE. 200 TORONTO, ONTARIO M5H3T9CA CANADA |
| | **State the term remaining**   CURRENT | | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.202 | State what the contract or lease is for and the nature of the debtor's interest | 3MAGAZINE SUBSCRIPTION SALES PROVIDER AGREEMENT | SYNAPSE<br>225 HIGH RIDGE ROAD, EAST BUILDING, SUITE 16<br>STAMFORD,, CT 06905 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.203 | State what the contract or lease is for and the nature of the debtor's interest | HR - ACA REPORTING, ON BOARDING, TAX CREDITS, I-9 COMPLIANCE, COMPLIANCE CENTER ETC. AGREEMENT | TALX UCEXPRESS<br>4076 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674-4076 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.204 | State what the contract or lease is for and the nature of the debtor's interest | REAL ESTATE LEASE FOR STORE # 087 LOCATED AT TAMARACK VILLAGE, WOODBURY, MN | TAMARACK VILLAGE SHOPPING CENTER<br>C/O ROBERT C MUIR<br>850 NE FIFTH AVENUE (REAR BLDG)<br>BOCA RATON, FL 33432 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.205 | State what the contract or lease is for and the nature of the debtor's interest | MARKETING - AGREEMENT | TEMPT<br>700 BLACKHAWK DRIVE<br>PO BOX 9<br>BURLINGTON, WI 53105 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.206 | State what the contract or lease is for and the nature of the debtor's interest | REAL ESTATE LEASE FOR STORE # 006 LOCATED AT GRAND FORKS MARKET PLACE, GRAND FORKS, ND | TERRACE POINTE LLC / GRAND FORKS INREIT, LLC MARKETPLACE INVESTORS, LLC & NOLA PETERSON<br>615 1ST AVE. NORTH<br>PO BOX 14010<br>GRAND FORKS, ND 58208-4010 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.207 | State what the contract or lease is for and the nature of the debtor's interest | REAL ESTATE LEASE FOR STORE # 089 LOCATED AT DISTRICT SHOPPING CENTER, SOUTH JORDAN, UT | THE DISTRICT, LLC<br>THE BOYER COMPANY LC<br>1015 200 EAST<br>SUITE 200<br>SALT LAKE CITY, UT 84111-3104 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.208 | State what the contract or lease is for and the nature of the debtor's interest | REAL ESTATE LEASE FOR STORE # 025 LOCATED AT CHESTERFIELD COMMONS, CHESTERFIELD, MO | THF CHESTERFIELD THREE DEVELOPMENT LLC<br>C/O THF MANAGEMENT - MICHAEL H. STAENBERG<br>211 N. STADIUM BLVD, SUITE 201<br>COLUMBIA, MO 65203 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

Debtor _____
(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.209** **State what the contract or lease is for and the nature of the debtor's interest** | REAL ESTATE LEASE FOR STORE # 041 LOCATED AT THORNTON TOWN CENTER, THORNTON, CO | THORNTON TOWNE CENTER 05 A, LLC C/O ACF PROPERTY MANAGEMENT 12411 VENTURA BLVD. STUDIO CITY, CA 91604 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.210** **State what the contract or lease is for and the nature of the debtor's interest** | IT - SYSTEMS - DATACENTER (BELLEVUE) AGREEMENT | TIERPOINT MIDWEST LLC PO BOX 82670 LINCOLN, NE 68501-2670 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.211** **State what the contract or lease is for and the nature of the debtor's interest** | REAL ESTATE LEASE FOR STORE # 005 LOCATED AT TIMES SQUARE WEST, FARGO, ND | TIMES SQUARE LLP PO BOX 10541 FARGO, ND 58106 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.212** **State what the contract or lease is for and the nature of the debtor's interest** | REAL ESTATE LEASE FOR STORE # 080 LOCATED AT CORAL NORTH, CORALVILLE, IA | TKG CORAL NORTH LLC TKG MANAGEMENT, INC. 211 NORTH STADIUM BLVD., SUITE 201 COLUMBIA, MO 65203 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.213** **State what the contract or lease is for and the nature of the debtor's interest** | REAL ESTATE LEASE FOR STORE # 044A LOCATED AT LINCOLN CROSSING, LINCOLN, NE | TKG LINCOLN CROSSING, LLC 211 N STADIUM BLVD. SUITE 201 COLUMBIA, MO 65203 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.214** **State what the contract or lease is for and the nature of the debtor's interest** | REAL ESTATE LEASE FOR STORE # 118 LOCATED AT WEST GRAYHAWK, OMAHA, NE | TOMLIN DEVELOPMENT CORP & LUMAX REALTY CORP 9986 MANCHESTER ROAD ST LOUIS, MO 63122 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.215** **State what the contract or lease is for and the nature of the debtor's interest** | IT - SYSTEMS - E-COMMERCE 3PL - ORDER MANAGEMENT, FULLFILMENT, CUSTOMER SERVICE AGREEMENT | TRADEGLOBAL 5389 E PROVIDENT DRIVE CINCINNATI, OH 45246 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.216 | **State what the contract or lease is for and the nature of the debtor's interest** | TRAVEL PROVIDER AGREEMENT | TRAVEL & TRANSPORT<br>2120 S 72ND ST., STE. 450<br>ATTN:  ACCOUNTS RECEIVABLE<br>OMAHA, NE  68124 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.217 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL ESTATE LEASE FOR STORE # 059 LOCATED AT TREASURE VALLEY MARKETPLACE, NAMPA, ID | TVM CENTERCAL, LLC<br>C/O JEAN PAUL WARDY<br>7455 SW BRIDGEPORT RD.<br>SUITE 205<br>TIGARD, OR  97224 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.218 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL ESTATE LEASE FOR STORE # 100 LOCATED AT VILLAGE AT CUMBERLAND PARK, TYLER, TX | TYLER BROADWAY/CENTENNIAL LP<br>C/O DAVID C. WILSON<br>2525 MCKINNON ST<br>STE. 700<br>DALLAS, TX  75201 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.219 | **State what the contract or lease is for and the nature of the debtor's interest** | HR - HEALTHCARE AND COBRA PROVIDER AGREEMENT | UNITED HEALTHCARE<br>22561 NETWORK PLACE<br>CHICAGO, IL  60673 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.220 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL ESTATE LEASE FOR STORE # 105 LOCATED AT BOWLES CROSSING, LITTLETON, CO | VESTAR BOWLES CROSSING LLC<br>2425 E CAMELBACK ROAD<br>SUITE 750<br>PHOENIX, AZ  85016 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.221 | **State what the contract or lease is for and the nature of the debtor's interest** | IT - SYSTEMS - WAREHOUSE MANAGEMENT SYSTEM & SUPPORT AGREEMENT | VITECH BUSINESS GROUP<br>4164 MERIDIAN ST<br>SUITE  200<br>BELLINGHAM, WA  98229 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.222 | **State what the contract or lease is for and the nature of the debtor's interest** | IT - SYSTEMS - WIDE AREA NETWORK & VOICE SERVICES AGREEMENT | VONAGE BUSINESS<br>DEPT. #3151 P.O. BOX 123151<br>DALLAS, TX  75312-3151 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor _____
      (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.223** **State what the contract or lease is for and the nature of the debtor's interest** REAL ESTATE LEASE FOR STORE # 053 LOCATED AT AKSARBEN VILLAGE GORDMAN CORP. OFFICE, AKSARBEN VILLAGE OMAHA, NE **State the term remaining** CURRENT **List the contract number of any government contract** | WAITT AKSARBEN 8, LLC 2285 SOUTH 67TH STREET SUITE 250 OMAHA, NE 68106 |
| **2.224** **State what the contract or lease is for and the nature of the debtor's interest** REAL ESTATE LEASE FOR STORE # 032 LOCATED AT SOUTH OAKS, SPRINGFIELD, MO **State the term remaining** CURRENT **List the contract number of any government contract** | WAL-MART REAL ESTATE 2001 SE 10TH STREET BENTONVILLE, AR 72716 |
| **2.225** **State what the contract or lease is for and the nature of the debtor's interest** INVENTORY COUNTS AGREEMENT **State the term remaining** CURRENT **List the contract number of any government contract** | WASHINGTON INVENTORY SERVICE P O BOX 200081 DALLAS, TX 75320-0081 |
| **2.226** **State what the contract or lease is for and the nature of the debtor's interest** WASTE MGMT SERVICES AGREEMENT **State the term remaining** CURRENT **List the contract number of any government contract** | WASTE MANAGEMENT NATIONAL SERVICES, INC 415 DAY HILL ROAD WINDSOR, CT 06095 |
| **2.227** **State what the contract or lease is for and the nature of the debtor's interest** REAL ESTATE LEASE FOR STORE # 015 LOCATED AT APPLETON II, GRAND CHUTE, WI **State the term remaining** CURRENT **List the contract number of any government contract** | WEST LAWRENCE STREET, LLC / VILLAGE PARK AT PLOVER, LLC / ISLAND CITY POINT, LLC C/O LOKRE DEVELOPMENT COMPANY PO BOX 2033 WAUSAU, WI 54402-2033 |
| **2.228** **State what the contract or lease is for and the nature of the debtor's interest** REAL ESTATE LEASE FOR STORE # 020 LOCATED AT WOLF CREEK PLAZA, BELLEVUE, NE **State the term remaining** CURRENT **List the contract number of any government contract** | WOLF CREEK CENTER, LLC 818 TARA PLAZA PAPILLION, NE 68046 |
| **2.229** **State what the contract or lease is for and the nature of the debtor's interest** HR - HARASSMENT TRAINING AGREEMENT **State the term remaining** CURRENT **List the contract number of any government contract** | WORKPLACE ANSWERS PO BOX 670230 DALLAS, TX 75267-0230 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Gordmans, Inc. |
| United States Bankruptcy Court for the: | DISTRICT OF NEBRASKA |
| Case number (if known) | 17-80305 |

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors 12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

---

1. **Does the debtor have any codebtors?**

   ☐ Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes.

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, _Schedules D-G._** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | Check all schedules that apply |
| 2.1 GORDMANS MANAGEMENT COMPANY, INC. | 1926 SOUTH 67TH STREET OMAHA, NE 68106 | WELLS FARGO BANK, NA | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 GORDMANS DISTRIBUTION COMPANY, INC. | 1926 SOUTH 67TH STREET OMAHA, NE 68106 | WELLS FARGO BANK, NA | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 GORDMANS INTERMEDIATE HOLDING CORP. | 1926 SOUTH 67TH STREET OMAHA, NE 68106 | WELLS FARGO BANK, NA | ☑ D<br>☐ E/F<br>☐ G |
| 2.4 GORDMANS LLC | 1926 SOUTH 67TH STREET OMAHA, NE 68106 | WELLS FARGO BANK, NA | ☑ D<br>☐ E/F<br>☐ G |
| 2.5 GORDMANS STORES, INC. | 1926 SOUTH 67TH STREET OMAHA, NE 68106 | WELLS FARGO BANK, NA | ☑ D<br>☐ E/F<br>☐ G |

| Fill in this information to identify the case: | |
|---|---|
| Debtor | Gordmans, Inc. |
| United States Bankruptcy Court for the: | DISTRICT OF NEBRASKA |
| Case number (if known) | 17-80305 |

HGEFDABSum

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors                 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Delcaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/27/2017
MM / DD / YYYY

✗ /s/ _____
Signature of individual signing on behalf of debtor

JAMES B. BROWN
Printed name

Chief Financial Officer & Executive Vice President
Position or relationship to debtor